IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST,
THE BARBARA G. FLECK REVOCABLE TRUST,
AARON H. FLECK, and
BARBARA G. FLECK,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court on review of the docket. It is hereby ORDERED that a Final Pretrial Conference is set for July 13, 2023 at 10:30 a.m. The proposed Final Pretrial Order is due on or before July 6, 2023. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: April 10, 2023