IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES

Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., move to extend the deadline for supplemental expert disclosures from May 1, 2023 to May 15, 2023, pursuant to D.C.COLO.LCivR 6.1, 7.1 and CMA Civ. Practice Standard 6.1 as follows:

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Defendants who indicate that they object to Plaintiffs' request.

## ARGUMENT

1. Pursuant to this Court's order of March 22, 2023, Plaintiffs were to identify a damages expert and provide a report by May 1, 2023.

2. Plaintiffs retained Lari Masten as an expert and requested she provide an analysis of Plaintiffs' damages and issue a report.

3. Ms. Masten has been occupied with preparing expert reports in several other cases over the last four weeks, including but not limited to reports for

    a. *IRM Marriage of Shuler Rivett*, Case No. 2022DR30575, 18th Judicial District, Douglas County, Colorado, Business Valuation

    b. *Old Gringo Boots, Inc. v. Buster SJE, Inc. D/B/A Spectra Property Services*, Tarrant County, Texas Cause No. 048-333206-22, 48th Judicial District, Negligence, Breach of Contract, Quiet Title, Lost Profits and Consequential Damages.

    c. *Walter v. Walter*, District Court for the First Judicial District, State of Wyoming, County of Laramie, Docket No. 2021-DR-1-137, business valuation.

    d. *Gerstein v. Gerstein as Co-Trustee of the Leonard Gerstein and Offra Gielan Gerstein Revocable Trust, dated May 1, 1997*, Superior Court of the State of California in and for the County of Santa Cruz, Case No. 21PR00757 (Consolidated with Case No. 21PR00322), Removal of Trustee, and Financial Elder Abuse.

    e. *Scheeler et al v. Canopy Holdings, LLC et al*, United States District Court for the District of Colorado, Civil Action No.: 1:22-cv-02417-DDD-NRN, business valuation.

    f. *Fitzgerald et. al. v. Sno-White Linen & Uniform Rental, Inc.*, District Court, El Paso County, Colorado, Case No. 2022CV32049, forensic accounting, economic damages.

4. Two of Ms. Masten's reports are also due May 1, 2023.

5. Ms. Masten has therefore requested an additional two weeks to prepare and disclose her report. Plaintiffs do not anticipate that this additional time will impact the other deadlines in the Court's March 22 Order regarding completion of expert depositions.

6. This is Plaintiffs first request for an extension.

7. Pursuant to CMA Civ. Practice Standard 7.1, a proposed order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request the Court extend the deadline for supplemental expert disclosures from May 1, 2023 to May 15, 2023.

Dated: May 1, 2023

            PODOLL & PODOLL, PC

          By: *s/ Richard B. Podoll, Esq.*
            Richard B. Podoll, #8775
            Podoll & Podoll, P.C.
            5619 DTC Pkwy, Ste 1100
            Greenwood Village, CO 80111
            Tel: 303 861-4000
            Fax: 303-861-4001
            Email: rich@podoll.net
            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

I hereby certify that on May 1, 2023, a true and correct copy of the foregoing was served via email on Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

By:   *s/Jacqueline E.M. Hill*