IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## PROPOSED ORDER MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES

THIS MATTER, having come before the Court upon Plaintiffs' Motion to extend the deadline for supplemental expert disclosures from May 1, 2023 to May 15, 2023 and the Court, having reviewed the Motion, the file in this matter, and being sufficiently advised in the premises, HEREBY GRANTS, the Motion.

IT IS THEREFORE ORDERED that Plaintiffs have through and including May 15, 2023, to file their supplemental expert disclosures.

DONE AND SIGNED this _____ day of May 2023.

2

BY THE COURT:

_____

DISTRICT COURT JUDGE