IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST,
THE BARBARA G. FLECK REVOCABLE TRUST,
AARON H. FLECK, and
BARBARA G. FLECK,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiffs' Motion to Extend Deadline for Expert Disclosures (Dkt. #83) is GRANTED. Plaintiffs shall have through and including May 15, 2023, to file their supplemental expert disclosures.

Date: May 2, 2023