From:     ASSOCIATES AARON FLECK <aaronhfleck@comcast.net>
Sent:     Thu 3/23/2017 10:15 AM (GMT-06:00)
To:       Andrew Godfrey <Andrew.Godfrey@myfw.com>
Cc:
Bcc:
Subject: RE: Fund Manager

try to get there soon

On March 23, 2017 at 10:13 AM Andrew Godfrey <<Andrew.Godfrey@myfw.com>> wrote:

Hi Aaron,

I wanted to follow up on this email and see if you would still like to get together and discuss how we might be able to help you with these accounts at First Western Trust. As you know, we are more than a bank and consider ourselves more like wealth managers with $5 Billion under management. We have an open architecture that I think could accommodate your unique style, combined with our Fiduciary capability, and be exactly what you are looking for. Please give me a call, or stop by whenever is convenient for you, and we can discuss further. Thank you, and I hope you are well.

Yours,

Andy

**From:** ASSOCIATES AARON FLECK [mailto:aaronhfleck@comcast.net]
**Sent:** Friday, March 10, 2017 11:08 AM
**To:** Andrew Godfrey <<Andrew.Godfrey@myfw.com>>
**Subject:** Fund Manager

Andrew: Can you recommend a smart honest Fund Manager with an office in Aspen?  Thank you.  Aaron Fleck

"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not

Ex. 2

CONFIDENTIAL                                                                                                        FWTB_0007232

disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

CONFIDENTIAL