Doug Barker <doug.barker@myfw.com>  4/26/2017 1:15 PM

# FWT fiduciary services intro

To Aaron Fleck (aaronhfleck@comcast.net) <aaronhfleck@comcast.net>  Copy Andrew Godfrey <andrew.godfrey@myfw.com>

Aaron,

It was nice to speak with you yesterday and recount the growth of media in Denver and nationally. Gene & Mark Schneider were the United Globalcom execs we couldn't recall...

As mentioned, I plan to be in Aspen on 6/1 and 6/2 and will coordinate with Andy Godfrey to meet you in person. I look forward to learning more about your estate planning and wealth transfer goals and will be prepared to explain more about our fiduciary services at First Western Trust. See my contact info below and I look forward to speaking again soon.

Best Regards,
Doug

Douglas Barker, AIF® | Vice President – Senior Portfolio Manager | DTC/Cherry Hills | First Western Trust

6501 East Belleview Ave., Suite 200 | Englewood, CO 80111 | www.myfw.com
Direct 303.640.2404 | Main 303.640.2400 | Fax 303.640.2450 | Doug.Barker@myfw.com

Connect with me on LinkedIn

A connected view assists us in bringing your financial goals to fruition and positions us to be the best private bank for the Western wealth management client.

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please notify the sender and delete this email. Thank you.

"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

Ex. 3