IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-CPG
_____

VIDEOTAPED REMOTEDEPO™ DEPOSITION OF:
CHARLES BANTIS - March 3, 2022
_____

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON H. FLECK and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS and

ANDREW GODFREY,

Defendants.
_____

　　　　PURSUANT TO NOTICE, the Videotaped RemoteDepo™ deposition of CHARLES BANTIS was taken on behalf of the Plaintiffs by remote means, on March 3, 2022 at 9:30 a.m., before Tracy R. Stonehocker, Certified Realtime Reporter, Registered Professional Reporter and Notary Public within Colorado, appearing remotely from Jefferson County, Colorado.

Ex. 4

Charles Bantis
March 03, 2022

Page 14

1   A.   No.
2   Q.   Okay.  In what capacity were you hired
3   by First Western Trust Bank?
4   A.   As market president.
5   Q.   Okay.  When you say market president,
6   was that -- you were still working in Aspen, correct?
7   A.   Correct, yes.
8   Q.   And you're working in Aspen today?
9   A.   Yes.
10  Q.   I can tell by the pine tree behind you.
11  A.   Yes.
12  Q.   Nice view.  Anyway, as market president
13  of the Aspen branch, is it fair to say you were market
14  president of the Aspen branch?
15  A.   Yes.
16  Q.   Okay.  As market president of the Aspen
17  branch in 2015, what were your job responsibilities?
18  A.   One, to create it.  I was the first
19  person hired.  The office did not exist.  So, to hire
20  the right people, find a temporary and then eventually
21  permanent location and bring the office into
22  existence.
23  Q.   Okay.  Can you walk me through the
24  process between 2015 and 2018?  Obviously in 2015,
25  you've told me you were the first person hired, so it

Page 15

1   was just you, correct?
2   A.   Correct.
3   Q.   So you were market president of
4   something that you were participating in forming; is
5   that correct?
6   A.   Correct.
7   Q.   And so at the time, did the bank have
8   any -- any ongoing business?  In other words, was
9   ongoing business brought in from other offices or
10  divisions at First Western Trust Bank?
11  A.   Not initially.  I think later on, maybe
12  in early '16, a loan and deposit relationship was
13  transferred.
14  Q.   Okay.
15  A.   But that might have been -- I believe it
16  was only one.
17  Q.   So basically, in 2015, there were no --
18  basically, First Western Trust Bank wasn't doing any
19  business in Aspen and in 2016, it had one
20  relationship; is that right?
21  A.   No.  No.
22  Q.   Okay.
23  A.   The company had a couple of
24  relationships up here in '15 managed by other offices.
25  One of those was transferred to this office in '16,

Page 16

1   but by then, we had created our own business.  We were
2   creating our own business.
3   Q.   So the company, First Western Trust
4   Bank, had some relationships in Aspen in 2015, but
5   they weren't within the division that you were
6   creating at the time?
7   A.   Correct.
8   Q.   Okay.  All right.  How many
9   relationships did First Western Trust Bank have in
10  Aspen in 2015?
11  A.   I don't know for sure.
12  Q.   More than five?
13  A.   I never had a good number for that.  I
14  don't know.
15  Q.   In 2016, how many relationships were
16  transferred to the Aspen division of First Western
17  Trust Bank?
18  A.   One -- one that I definitely remember.
19  I don't believe there were any else.
20  Q.   Without divulging any confidence, what
21  was the approximate size of that relationship?
22  A.   Roughly a couple of million in deposits
23  and 4 or 5 million in loans, something like that.
24  Q.   Okay.  When was First Western Trust Bank
25  formed, not the Aspen office, the company itself?

Page 17

1   A.   I believe 2002.
2   Q.   Okay.  And by 2015, what was the
3   approximate size of First Western Trust Bank?
4   A.   Oh, I don't -- I just don't remember.
5   Q.   Do you remember the -- the amount of
6   depository accounts, the amounts deposited in the bank
7   by 2015?
8   A.   For the bank as a whole?
9   Q.   Yeah.
10  A.   Some hundreds of millions of dollars,
11  but I don't -- I just -- I just don't recall.
12  Q.   Okay.  And the name First Western Trust
13  Bank implies that the institution provides trust and
14  fiduciary services.  Does it?
15  A.   Yes.
16  Q.   Okay.  And do you know how many
17  fiduciary accounts First Western Trust Bank had under
18  administration in 2015?
19  A.   No, I do not.
20  Q.   Okay.  The Aspen office had no fiduciary
21  relationships under administration in 2015; is that
22  correct?
23  A.   As I recall, yes.
24  Q.   Okay.  How many fiduciary relationships
25  did the Aspen office have under administration in

Charles Bantis
March 03, 2022

Page 22

1  that First Western Trust Bank had 10 accounts,
2  fiduciary accounts under administration and with an
3  asset value of approximately 22 million dollars?
4       A.   Again, if my memory is correct, that
5  seems about right.
6       Q.   Okay.  And then how about 2020, how many
7  accounts were under administration?
8       A.   Well, we added some, I don't know, might
9  have been 15, 16 at the end of the year, 17, maybe.
10      Q.   And how about assets?
11      A.   Oh, I -- I don't know.  We might have
12 gotten 40 million, maybe.  Maybe.
13      Q.   Okay.  How about 2021, how many
14 accounts --
15      A.   2021, we added -- we added some new
16 clients.  Probably got up to where we are now,
17 approximately -- same approximate number of clients as
18 to where we are now.  Maybe low 20, low 20's, maybe.
19 Asset values in the -- into '21 were 98, 99 million.
20      Q.   Okay.  Let's talk about people.  You
21 were the first person who was -- retained by First
22 Western Trust Bank in the Aspen office in 2015.  When
23 in 2015 was that?
24      A.   I think I started -- I think my first
25 day was July 28.

Page 23

1       Q.   Basically mid-summer of 2015?
2       A.   Yes.
3       Q.   And were any other employees hired in
4  2015?
5       A.   Yes.
6       Q.   Who was that, please?
7       A.   In order, I believe, Elise Cohen.
8       Q.   Who is that, I'm sorry?
9       A.   Elise Cohen.
10      Q.   C-o-h-e-n?
11      A.   Yes.
12      Q.   Okay.  And in what capacity was Elise
13 Cohen hired?
14      A.   She was hired as a relationship banker,
15 which is First Western's title for lender.
16      Q.   Okay.  And when was she hired?
17      A.   Couple weeks after me, so roughly
18 mid-August.
19      Q.   Okay.  And who was next?
20      A.   Private banker named Jeanine Moore.
21      Q.   By the way, you were the one who hired
22 these people?
23      A.   Yes.
24      Q.   Okay.  And what was the approval
25 process?  Who in the hierarchy of First Western Trust

Page 24

1  Bank had to approve your hires?
2       A.   Well, as part of opening the office, we
3  had an agreed upon, as I recall, we had an agreed upon
4  number of people.  You have to have a minimum number
5  of people and in the correct positions, so as part of
6  the whole process of bringing me on board and
7  planning, we knew that we needed to hire a lender and
8  a private banker as soon as we could.
9       Q.   Okay.  Were there any other positions
10 that you needed to fill initially to get the bank off
11 the ground?
12      A.   Not initially, no.
13      Q.   Okay.  So the lender was Elise Cohen and
14 the private banker was Jeanine Moore?
15      A.   Yes.
16      Q.   And what was -- what was Jeanine Moore's
17 job responsibilities as a private banker?
18      A.   Her job was to take care of clients'
19 banking needs, opening accounts, helping with wires,
20 helping fix -- research any questions clients may have
21 about their deposit accounts, help Elise and I out in
22 any other capacity that she might be able to.
23      Q.   Okay.  And Elise Cohen was the lender,
24 so it was her responsibility to make loans?
25      A.   Yes.

Page 25

1       Q.   And they were both responsible for
2  procuring business or attempting to procure business?
3       A.   That is correct.
4       Q.   Okay.  When -- what was the next hire
5  after Elise Cohen and Jeanine Moore?
6       A.   I believe it was Andy Godfrey.
7       Q.   Okay.  When was that?
8       A.   Sometime in 2016.
9       Q.   Can you give me a range first quarter
10 second quarter?
11      A.   Boy, might have been the second quarter.
12 I don't remember.
13      Q.   So somewhere in the March range?
14      A.   Somewhere March to June, something like
15 that, I think.  I think.  I honestly don't remember.
16      Q.   Okay.  What capacity was Andrew Godfrey
17 hired?
18      A.   Initially he was going to be a portfolio
19 manager, but very shortly, I think within a couple of
20 months, if I remember right, we created a business
21 development position and Andy was moved into that
22 position.
23      Q.   What were his responsibilities as a
24 portfolio manager?
25      A.   To the extent -- to the short time he

Page 26

1  was in it, it would have been to help -- one, help
2  bring in asset management business and then manage it,
3  but I don't think he was in that position more than a
4  couple months if I -- if I remember the time
5  correctly.
6       Q.  Okay.  Then after -- okay.  After
7  portfolio manager, what was his job title?
8       A.  We called it wealth advisor.
9  Responsibility was business development.
10      Q.  Okay.  And who was the next hire after
11 Andrew Godfrey?
12      A.  He's still with us.  Might have been
13 Travis -- Travis Van Domelen.
14      Q.  Okay.  When was that?
15      A.  Oh, boy.  Honestly -- it might have been
16 late '16.  Might have been early '17.  I just -- I
17 don't remember the year.
18      Q.  What capacity was Mr. Van Domelen?
19 V-a-n-D-o-m-e-l-e-n?
20      A.  That sounds right.
21      Q.  D-o-m-e-l-e-n, Van Domelen?
22      A.  That sounds right, yes.  That sounds
23 right.
24      Q.  And that was late 2016 or early 2017,
25 you believe, but you're not --

Page 27

1       A.  I believe so.  Yeah.
2       Q.  What was he hired to do?
3       A.  He was originally hired to -- his
4  original title was investment associate, I think, and
5  he was hired to provide day-to-day assistance to the
6  investment clients we had at that time, and also to
7  help provide backup to our private banker when she was
8  unavailable.
9       Q.  Okay.  So investment associate to
10 provide day-to-day assistance to investment accounts
11 and to assist the private banker?
12      A.  Yes.  That pretty well sums it up.
13      Q.  Okay.  So who's the next hire?
14      A.  Let's see.  That's four.  I think we
15 had -- at some point we had some turnover and we
16 hired -- Jeanine left and we hired another private
17 banker.  Then in terms of new positions, let's see,
18 there was Travis.
19      Q.  Who was the private banker when
20 Jeanine --
21      A.  Tim Hassal, H-a-s-s-a-l, I think.  I'm
22 pretty sure.
23      Q.  Okay.  When did Jeanine -- when did
24 Jeanine Moore leave and when did Tim Hassal start?
25      A.  Jeanine left, I want to say, sometime in

Page 28

1  '17.  I think it might have been around summer or fall
2  and Tim started maybe September or October of '17.  I
3  don't -- those dates seem about right, but I could be
4  off.
5       Q.  Okay.  So Tim Hassal started October of
6  2017?
7       A.  September or October, sometime in the
8  fall, I believe.
9       Q.  Okay.  And he took over the private
10 banker job, the lender job?
11      A.  Yes.
12      Q.  Okay.  And who was your next hire?
13      A.  Let's see.  Tim.  Let's see.  So next
14 hire was -- let's see.  It might have been -- I'm
15 trying to remember the order.  There were two more and
16 I'm trying to remember the order.
17      Q.  Okay.
18      A.  Let's see.  Justin joined in June of
19 '20 -- I'm honestly trying -- we hired two more people
20 in '19 -- in I want to say '19 and '20, and I'm just
21 trying to remember what order they were hired in.  I
22 believe our first hire was Stevens Loomis.
23      Q.  Can you spell that, please?
24      A.  Stevens, like Stevens Chevrolet.
25 Loomis, L-o-o-m-i-s.

Page 29

1       Q.  Okay.  And when do you believe Steven
2  (sic) Loomis was hired?
3       A.  Oh, boy.  Sometime in -- sometime in
4  2019, I believe.  '19, I believe, yeah.
5       Q.  Okay.  Do you know when, like January --
6       A.  Oh, boy.  Boy, I want to say it was
7  probably late summer.
8       Q.  Okay.  What were his responsibilities?
9       A.  He was a relationship banker.  Oh, no, I
10 forget.  There was a hire in between.  In April of --
11 it was '18 or '19.  I believe it was April of '19, we
12 hired Steve Seyffert, S-e-y-f-f-e-r-t.
13      Q.  I'm sorry.  Spell that again for me,
14 please.
15      A.  S-e-y-f-f-e-r-t.
16      Q.  Okay.
17      A.  As a relationship banker.  And then
18 Stevens Loomis came later as a relationship banker
19 level one, a lower level of relationship banker, and
20 then in June of '20 -- June of '20, Justin Klein,
21 K-l-e-i-n, as portfolio manager.
22      Q.  Okay.  Was Justin Klein the first
23 portfolio manager you hired?
24      A.  Yes.
25      Q.  Okay.  When did First Western Trust Bank

Charles Bantis
March 03, 2022

| Page 30 | Page 32 |
|---|---|
| 1  begin doing business? | 1      A.   Okay.  Probably would have been Doug |
| 2      A.   As a company? | 2  Barker out of one of the Denver offices. |
| 3      Q.   In Aspen, yes. | 3      Q.   (BY MR. PODOLL) Okay.  And when did |
| 4      A.   Oh, in Aspen, 2015, as I said. | 4  Mr. Barker start making investment decisions for |
| 5      Q.   Okay.  Do you know when in 2016 (sic)? | 5  fiduciary accounts under administration in the Aspen |
| 6      A.   I'm sorry. | 6  office? |
| 7      Q.   Do you know when in 2016? | 7      A.   '16 or '17.  I think that's when he |
| 8      A.   Maybe I misunderstood your question. | 8  started. |
| 9      Q.   When did -- when did First Western Trust | 9      Q.   Okay.  And for how many fiduciary |
| 10 Bank in Aspen first start to transact business? | 10 accounts in the Aspen office did Mr. Barker make |
| 11     A.   In 2015. | 11 investment decisions? |
| 12     Q.   Okay.  And in 2015, did First Western | 12     A.   A few.  I don't remember the number, the |
| 13 Trust Bank in Aspen administer any fiduciary accounts? | 13 exact number. |
| 14     A.   No, not to my recollection. | 14     Q.   More than five? |
| 15     Q.   When did First Western Trust Bank in | 15     A.   Not initially, no. |
| 16 Aspen first administer fiduciary accounts? | 16     Q.   Okay.  How about in 2018, was Mr. Barker |
| 17     A.   I think we brought our first account | 17 still making the investment decisions for fiduciary |
| 18 over from -- well, the first fiduciary account was | 18 accounts in the Aspen office? |
| 19 probably in 2016. | 19     A.   I believe so. |
| 20     Q.   Okay.  And who was responsible for | 20     Q.   Okay.  Did you have anything to do with |
| 21 investments in that fiduciary account in 2016? | 21 the investment decisions? |
| 22     A.   We worked with the bond managers who | 22     A.   No. |
| 23 were part of the company at the time.  They support -- | 23     Q.   Okay.  Did Mr. Godfrey have anything to |
| 24 they supported that particular client. | 24 do with the investment decisions? |
| 25     Q.   And who were the bond managers that | 25     A.   Not to my knowledge. |
| Page 31 | Page 33 |
| 1  supported that client? | 1      Q.   When did you first meet Mr. Barker -- or |
| 2      A.   Barry -- and all of a sudden, I'm | 2  let me rephrase that.  I don't want another foundation |
| 3  forgetting Barry's last name.  They were in our Los | 3  objection. |
| 4  Angeles bond -- they were in our Los Angeles | 4           Have you -- have you met Mr. Barker? |
| 5  investment office. | 5      A.   I'm sorry, I couldn't hear the question. |
| 6      Q.   Okay.  Who made investment decisions -- | 6  I'm sorry. |
| 7  okay.  After this -- the first time you brought over | 7      Q.   Yes.  Have you met Mr. Barker? |
| 8  this account, around 2016, were investment decisions | 8      A.   Prior to him coming to Aspen? |
| 9  made by a bond manager named Barry in the Los Angeles | 9      Q.   Well, the first question is did you ever |
| 10 office for fiduciary accounts? | 10 meet him? |
| 11          MR. STERN:  Objection, foundation. | 11     A.   Yes, I did. |
| 12     Q.   (BY MR. PODOLL) You can answer. | 12     Q.   And when did you first meet him? |
| 13          THE DEPONENT:  Am I okay to answer? | 13     A.   Probably in 2016 or '17.  I don't recall |
| 14          MR. STERN:  Yeah, you can go ahead and | 14 an exact date. |
| 15 answer. | 15     Q.   What were the circumstances?  Did he |
| 16     A.   For this particular account, it was | 16 just come up and visit the Aspen office? |
| 17 Barry in Los Angeles, yes. | 17     A.   I may have talked to him on the phone |
| 18     Q.   (BY MR. PODOLL)  Okay.  In regard to | 18 first, gotten to know him a little bit and then he |
| 19 other fiduciary accounts in 2016, who made investment | 19 would have come up to the office, yes. |
| 20 decisions for assets under administration? | 20     Q.   Okay.  How many occasions was -- has -- |
| 21     A.   To the extent -- | 21 well, let me make sure I'm straight on this.  Is it |
| 22          MR. STERN:  Objection to the form. | 22 true Mr. Barker does not work out of the Aspen office |
| 23     A.   Sorry. | 23 of First Western Trust Bank? |
| 24          MR. STERN:  Sorry, Charlie.  You can go | 24     A.   That is correct. |
| 25 ahead and answer. | 25     Q.   Is it true that he's never worked out of |

Charles Bantis
March 03, 2022

Page 86

1    A.   You know, maybe mid-2000's.  Again, I
2  don't -- I don't remember the year we made the loan,
3  but this was probably in the following couple, three
4  years after the loan had been made and then the house
5  completed.
6    Q.   Any other business dealings with Aaron
7  Fleck?
8    A.   None that I recall specifically until he
9  called one day looking for a bridge loan to buy their
10 new place.
11   Q.   Okay.  So you don't recall anything
12 between the mid-2000's and 2018?
13   A.   Nothing specific, no.
14   Q.   Okay.  And by 2018, you were already
15 employed by First Western Trust Bank, correct?
16   A.   Yes.
17   **Q.   Okay.  So tell me about the approach**
18 **that Aaron Fleck made to you about making a bridge**
19 **loan to him in 2018?**
20   **A.   As I recall, he explained they were**
21 **downsizing the house, they no longer needed a place**
22 **that big.  They had found a smaller, new -- new**
23 **construction duplex, I think.  It was a duplex.  And**
24 **he didn't -- I don't remember if the house was**
25 **actually under contract or not at that point.  But he**

Page 87

1  wanted to borrow against -- you know, use the existing
2  house as collateral, buy the new one and pay that loan
3  off when the house sold.
4    **Q.   Okay.  So he used the bridge loan to buy**
5  **a new residence?**
6    **A.   Yes.**
7    **Q.   Okay.  And how much was the bridge loan?**
8    **A.   It was a few million dollars, but I**
9  **don't recall the exact amount.**
10   Q.   Okay.  And do you recall that -- was the
11 bridge loan paid when Mr. Fleck's house was sold?
12   A.   I'm sorry, there was a noise.  There was
13 a noise.  I didn't hear the question.
14   Q.   Was the bridge loan paid when
15 Mr. Fleck's residence was sold?
16   A.   Yes.
17   Q.   Okay.  And the residence -- or proceeds
18 of the sale were used to collateralize the bridge
19 loan?
20   A.   No.  The bridge loan was
21 collateralized -- as I recall, collateralized by the
22 house that was for sale and when that house sold, the
23 loan was paid off as part of the closing.
24   Q.   Okay.
25   A.   As I recall.

Page 88

1    Q.   Okay.  And how -- how much was the --
2  Mr. Fleck's house that he pledged this collateral for
3  the bridge loan, what was that worth in 2018?
4    A.   Whatever the sales price was, which I
5  don't immediately recall.
6    Q.   What was the sales price?
7    A.   I don't --  I don't recall the exact
8  sales price.
9    Q.   Was it in the 19-million-dollar range?
10   A.   That's vaguely familiar, but, again, I
11 don't recall the exact number.
12   Q.   Okay.  Do you recall if there were any
13 encumbrances against the house?
14   A.   I don't -- I don't recall.  I don't
15 recall any -- any, but, again, that's -- I'd have to
16 go back and look, but I don't recall any.
17   Q.   Okay.  And when in 2018 was your bridge
18 loan made?
19   A.   Pretty early.  Early in the year.
20 Possibly January.
21   Q.   Okay.  And when did the house sell?
22   A.   Springtime, if I remember right.  April
23 or May, maybe.
24   Q.   So the loan was for approximately in the
25 four- or five-month period?

Page 89

1    A.   That sounds right.  That sounds right.
2    Q.   Is it fair to say, Mr. Bantis, you were
3  aware at the time that Mr. Fleck had a significant
4  capital gain from the sale of his house?
5    A.   No, not really.
6    Q.   He never discussed that with you?
7    A.   Not that I recall.
8    Q.   But you knew that he sold his house and
9  bought a smaller property, correct?
10   A.   Yes.
11   Q.   Okay.  Did you ever make any inquiry of
12 him in regard -- at any time in regard to whether that
13 generated a capital gain?
14   A.   Not that I recall.
15   Q.   Okay.  At the time when the house was
16 sold in May of 2018, is it fair to say that you were
17 aware of the sale price and you just don't recall it
18 now?
19   A.   Oh, we were then, yes.  I just don't
20 remember what it is now.
21   Q.   You were aware of it then, but you don't
22 remember it now, correct?  Is that right?
23   A.   That's correct.
24   Q.   All right.  And what was -- how did the
25 bridge loan relate to Mr. Fleck exploring the