**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01073-CMA-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees,
    Aaron H. Fleck and Barbara G. Fleck,

et. al.,

v.

FIRST WESTERN TRUST BANK,
et. al.

      Defendants.

---

**DECLARATION OF JOHN SAWYER IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

---

I, John Sawyer, state:

1.     I am the Chief Investment Officer at First Western Trust Bank (FWTB). I oversee, supervise, and train FWTB's portfolio managers. I also am the Chair of FWTB's Investment Policy Committee. Through that role, I oversee and approve of all investment funds and strategies available to FWTB's portfolio managers.

2.     I am familiar with the allegations of Aaron and Barbara Fleck in this case. I have reviewed their Amended Complaint and other pleadings. I also have reviewed FWTB's records for the Flecks, including account statements, trading reports, fee schedules, and agreements. The testimony in this declaration is based on my personal knowledge.

3.     FWTB is a Colorado state chartered commercial bank with full trust powers that provides wealth management and other banking services to its clients.

4.     From May 2018 to May 2019, FWTB provided the Flecks with portfolio management services, meaning FWTB invested the Flecks' funds in securities pursuant to an Investment Policy Statement jointly prepared by the Flecks and FWTB.

**Ex. 5**

5.     On February 9, 2018, I met with Aaron Fleck, his daughter (Katherine Peisach), and his son-in-law (Harry Peisach) in Aspen, Colorado to discuss FWTB's portfolio management services.   Doug Barker who was the Flecks' FWTB portfolio manager also attended the meeting, as did Andy Godfrey (an FWTB Wealth Advisor) and Travis Van Domelen (an FWTB Relationship Management Associate).

6.     During the February 9, 2018 meeting, Mr. Fleck explained that he was looking for an institution to invest his assets and provide yearly distributions to support his wife Barbara Fleck after his death.   I walked Mr. Fleck and Katherine and Harry Peisach through FWTB's investment approach and strategy.   I recall discussing in depth that FWTB's approach focused on diversification and minimizing volatility, which was more conservative than the investment approach Mr. Fleck had used throughout his career.   Mr. Fleck's investment approach had been to concentrate funds in a handful of securities, which entails heightened risk and volatility but also potentially higher returns. Katherine Peisach expressed support for FWTB's diversified investment approach, and recounted how, at times during her childhood, she had to cancel horse riding lessons because of the volatility inherent in her father's undiversified investment approach which sometimes led to large losses.

7.     I also recall that we explained to Aaron Fleck during the February 9, 2018 meeting that Doug Barker (who was present at the meeting) would be his and Barbara Fleck's portfolio manager, and that Mr. Barker could select from various investment strategies and funds that were approved by the Investment Policy Committee for use by FWTB's portfolio managers.

8.    After the February 7, 2018 meeting, FWTB prepared an Investment Policy Statement based on the strategies we discussed with Mr. Fleck. Both Mr. Fleck and his wife Mrs. Fleck approved and signed the Investment Policy Statement in May 2018. FWTB then invested the Flecks' funds pursuant to that Investment Policy Statement until May 2019 when FWTB transferred the Flecks' securities and cash to Citigroup at Mr. Fleck's direction.

9.    I understand that the Flecks allege that FWTB overcharged them by billing undisclosed fees and making unnecessary trades in their account to increase fees. These allegations are untrue.

a.    The Flecks agreed to all fees they were charged in the Fee Schedule Agreement and Investment Custody and Services Agreement that they signed on May 8, 2018. Those agreements authorized a portfolio management fee based on a percentage of assets under management, as well as fees for investment funds including funds affiliated with FWTB.

b.    In total, FWTB charged Aaron Fleck's trust fees of 27,608.02, which are listed in Exhibit A to my declaration. All these fees were disclosed and authorized by the contracts.

c.    In total, FWTB charged Barbara Fleck's trust fees of $27,309.68, which are listed in Exhibit B to my declaration. All these fees were disclosed and authorized by the contracts.

d.    There were not unnecessary transactions in the Flecks' accounts. All changes in securities were made at the Flecks' request or to rebalance the portfolio in accordance with the Investment Policy Statement.

- 3 -

e.     The Flecks' allegation about unnecessary transactions does not make sense because FWTB does not charge clients a fee or commission for transactions, and thus does not benefit from trading activity or turnover. Clients are charged a nominal commission of approximately 3 to 5 cents per share for trades in individual stocks, 100% of which is paid to the broker that executes the trade and no part of which is kept by FWTB. Clients are not charged any commission for trades in equity or fixed income mutual funds, which comprised a large portion of the Flecks' portfolio.

f.     In total, Aaron Fleck's trust was charged $1,055.60 in commissions, which are listed in Exhibit C to my declaration. All of these commissions went to the executing broker. None were kept by FWTB.

g.     In total, Barbara Fleck's trust was charged $1,735.08 in commissions, which are listed on Exhibit D to my declaration. All of these commissions went to the executing broker. None were kept by FWTB.

10.     I understand that Aaron Fleck claims he was told that FWTB has "analysts." That is a true statement. FWTB does have many analysts and did in 2018 (when the Flecks provided funds to FWTB to invest), including David Stern, Sydney Young, Brandon Teamer, Karen Post, and, as members of FWTB's Investment Policy Committee (IPC), myself, Brandon Humphryes, Debbie Silversmith, and Warren Olsen.

a.     David Stern is the Director of Investment Research at FWTB. He holds the Chartered Financial Analyst (CFA) designation. He oversees a team that includes two research analysts that select the equity and fixed income funds approved by the IPC for FWTB's portfolio managers to invest in using client funds.

b. Sydney Young was a research analyst on David Stern's team in 2018.

c. Brandon Teamer was a research analyst on David Stern's team in 2018.

d. Karen Post is the Managing Director of US Equities for FWTB. She holds the Chartered Financial Analyst (CFA) designation. She selects the equities used in FWTB's Large Cap Core (LCC) portfolio, which is approved for FWTB's portfolio managers to invest in using client funds.

e. The Investment Policy Committee oversees and provides input to Mr. Stern's fixed income fund selections and reviews Ms. Post's LCC process. The Investment Policy Committee meets once a month to discuss investment strategy and market conditions.

f. I chair the Investment Policy Committee. I hold the Chartered Financial Analyst (CFA) designation.

g. Brandon Humphryes is FWTB's Director of Fixed Income Strategy. Mr. Humphryes holds the Chartered Financial Analyst (CFA) designation and is a voting member of its Investment Policy Committee.

h. Debbie Silversmith is FWTB's Chief Investment Officer Emeritus and is a voting member of its Investment Policy Committee. She holds the Chartered Financial Analyst (CFA) designation.

i. Warren Olsen is FWTB's co-founder, was its first Chief Investment Officer, and is a voting member of its Investment Policy Committee.

11.     I understand that Aaron Fleck claims that he was told that "professional money managers" would be overseeing his portfolio managed by FWTB. That is a true statement. The Flecks' portfolio manager was Doug Barker. In 2018, Mr. Barker had more than twenty years of experience working as a wealth advisor and portfolio manager. Mr. Barker had an MBA from Pepperdine Business School and was credentialed as a Certified Financial Planner and an Accredited Investment Fiduciary. He was certainly a "professional money manager." Mr. Barker also received input and oversight from the team of research analysts and investment advisors described in the paragraph above who also are "professional money managers."

12.     I understand that the Flecks claim that FWTB kept $800,000 of their funds or made an $800,000 distribution to them that never received. This is not true. In May 2019, all funds and securities in the Flecks' accounts were transferred to Citigroup, net of any unpaid fees owed by the Flecks to FWTB. None of the Flecks' assets were kept by FWTB and none were transferred to the Flecks directly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 15, 2023

John Sawyer

## EXHIBIT A TO SAWYER DECLARATION

First Western Trust Bank
TRANSACTION SUMMARY
The Aaron H. Fleck Revocable Trust
  612671024
From 01-01-2018 To 08-09-2019

| Trade Date | Quantity | Security | Unit Cost | Total Cost | | |
|---|---|---|---|---|---|---|
| ---------- | ---------- | -------------------------------------- | ------- | --------------- | | |
| | | | | | | |
| | | **DIVIDENDS** | | | | |
| | | --------- | | | | |
| 12/21/2018 | | ANHEUSER BUSCH INBEV SPONSORED ADR | $ | 76.33 | $ | 32.71  foreign withholding tax |
| | | | | | | |
| | | **EXPENSES** | | | | |
| | | -------- | | | | |
| 7/20/2018 | | MANAGEMENT FEE | $ | 173.73 | | Q2 2018 Investment Management Fee (LCC) |
| 7/20/2018 | | MANAGEMENT FEE | $ | 1,494.55 | | Quarterly Portfolio Fee 6/30/2018 (50% discount) |
| 10/12/2018 | | MANAGEMENT FEE | $ | 496.23 | | Q3 2018 Investment Management Fee (LCC) |
| 10/12/2018 | | MANAGEMENT FEE | $ | 3,547.29 | | Quarterly Portfolio Fee 9/30/2018 (50% discount) |
| 11/15/2018 | | MISCELLANEOUS FEE | $ | 0.43 | | foreign exchange fee (on ACN dividend - no wothholding) |
| 12/21/2018 | | MISCELLANEOUS FEE | $ | 10.90 | | foreign exchange fee (on BUD dividend) |
| | | | $ | 5,723.13 | $ 5,755.84 | |
| | | | | | | |
| 1/18/2019 | | MANAGEMENT FEE | $ | 6,931.78 | | Quarterly Portfolio Fee 12/31/2018 |
| 1/18/2019 | | MANAGEMENT FEE | $ | 462.24 | | Q4 2018 Investment Management Fee (LCC) |
| 4/19/2019 | | MANAGEMENT FEE | $ | 6,873.79 | | Quarterly Portfolio Fee 3/31/2019 |
| 5/9/2019 | | MANAGEMENT FEE | $ | 1,494.56 | | Quarterly Portfolio Fee 6/30/2018 (50% discount) |
| 5/9/2019 | | MANAGEMENT FEE | $ | 3,547.30 | | Quarterly Portfolio Fee 9/30/2018 (50% discount) |
| 5/9/2019 | | MANAGEMENT FEE | $ | 2,575.22 | | Quarterly Portfolio Fee 6/30/2019 |
| | | | --------------- | | | |
| TOTAL | | | $ | 27,608.02 | | |
| | | | =============== | | | |

## EXHIBIT B TO SAWYER DECLARATION

DIVIDENDS
---------

| | | | | |
|---|---|---|---|---|
| 12/21/2018 | ANHEUSER BUSCH INBEV SPONSORED ADR | $ 76.33 | $ 32.71 | foreign withholding tax |

EXPENSES
--------

| | | | | |
|---|---|---|---|---|
| 7/20/2018 | MANAGEMENT FEE | $ 173.73 | Q2 2018 Investment Management Fee (LCC) | |
| 7/20/2018 | MANAGEMENT FEE | $ 1,486.69 | Quarterly Portfolio Fee 6/30/2018 (50% discount) | |
| 10/12/2018 | MANAGEMENT FEE | $ 496.23 | Q3 2018 Investment Management Fee (LCC) | |
| 10/12/2018 | MANAGEMENT FEE | $ 3,516.81 | Quarterly Portfolio Fee 9/30/2018 (50% discount) | |
| 11/15/2018 | MISCELLANEOUS FEE | $ 0.43 | | foreign exchange fee (on ACN dividend - no wothholding) |
| 12/21/2018 | MISCELLANEOUS FEE | $ 10.90 | | foreign exchange fee (on BUD dividend) |
| | | $ 5,684.79 | $ 5,717.50 | |
| 1/18/2019 | MANAGEMENT FEE | $ 6,848.87 | Quarterly Portfolio Fee 12/31/2018 | |
| 1/18/2019 | MANAGEMENT FEE | $ 462.24 | Q4 2018 Investment Management Fee (LCC) | |
| 4/19/2019 | MANAGEMENT FEE | $ 6,776.84 | Quarterly Portfolio Fee 3/31/2019 | |
| 5/9/2019 | MANAGEMENT FEE | $ 1,486.69 | Quarterly Portfolio Fee 6/30/2018 (50% discount) | |
| 5/9/2019 | MANAGEMENT FEE | $ 3,516.81 | Quarterly Portfolio Fee 9/30/2018 (50% discount) | |
| 5/9/2019 | MANAGEMENT FEE | $ 2,533.44 | Quarterly Portfolio Fee 6/30/2019 | |

| | | | |
|---|---|---|---|
| TOTAL | | $ 27,309.68 | |

**EXHIBIT C TO SAWYER DECLARATION**

First Western Trust Bank
## Commission by Broker
### *The Aaron H. Fleck Revocable Trust (Closed)*
### *612671024*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| **62513** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| sl | 76118Y104 | RESIDEO TECHNOLOGIES INC COM | 11-01-18 | 11-05-18 | 12 | 267.84 | 0.01 | | 0.12 |
| sl | 02079K305 | ALPHABET INC. CLASS A | 02-06-19 | 02-08-19 | 5 | 5,612.13 | 0.25 | | 0.10 |
| sl | 02079K305 | ALPHABET INC. CLASS A | 02-06-19 | 02-08-19 | 5 | 5,612.12 | 0.25 | | 0.00 |
| sl | 806857108 | SCHLUMBERGER LTD COM | 02-06-19 | 02-08-19 | 166 | 7,474.89 | 0.34 | | 1.90 |
| sl | 806857108 | SCHLUMBERGER LTD COM | 02-06-19 | 02-08-19 | 24 | 1,080.71 | 0.05 | | 0.00 |
| sl | 46625H100 | J P MORGAN CHASE & CO COM | 02-08-19 | 02-12-19 | 52 | 5,252.98 | 0.24 | | 1.01 |
| sl | 46625H100 | J P MORGAN CHASE & CO COM | 02-08-19 | 02-12-19 | 49 | 4,949.92 | 0.22 | | 0.00 |
| | | | | | | | | | 3.13 |
| | | | | | | 30,250.59 | 1.36 | | |
| | | | | | | | 1.36 | | 3.13 |
| | | | | | | **30,250.59** | | | |
| | | | | | | | | | |
| **brus00443** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| sl | g1151c101 | ACCENTURE PLC F CLASS A | 02-06-19 | 02-08-19 | 37 | 5,812.63 | 0.26 | | 0.37 |
| sl | 002824100 | ABBOTT LABORATORIES | 02-06-19 | 02-08-19 | 183 | 13,422.89 | 0.60 | | 1.83 |
| sl | 03027X100 | AMERICAN TOWER CORP REIT | 02-06-19 | 02-08-19 | 84 | 14,305.02 | 0.64 | | 0.84 |
| sl | 03524A108 | ANHEUSER BUSCH INBEV SPONSORED ADR | 02-06-19 | 02-08-19 | 120 | 9,417.49 | 0.42 | | 1.20 |
| sl | 09247X101 | BLACKROCK INC | 02-06-19 | 02-08-19 | 21 | 8,736.96 | 0.39 | | 0.21 |
| sl | 097023105 | BOEING CO COM | 02-06-19 | 02-08-19 | 16 | 6,572.55 | 0.29 | | 0.16 |
| sl | 126650100 | CVS HEALTH CORPORATION | 02-06-19 | 02-08-19 | 173 | 11,400.57 | 0.51 | | 1.73 |
| sl | 151020104 | CELGENE CORP COM | 02-06-19 | 02-08-19 | 145 | 12,752.60 | 0.57 | | 1.45 |
| sl | 235851102 | DANAHER CORP | 02-06-19 | 02-08-19 | 112 | 12,250.41 | 0.55 | | 1.12 |
| sl | 256677105 | DOLLAR GEN CORP NEW COM | 02-06-19 | 02-08-19 | 60 | 6,995.31 | 0.31 | | 0.60 |
| sl | 278642103 | EBAY INC COM | 02-06-19 | 02-08-19 | 300 | 10,680.30 | 0.48 | | 3.00 |
| sl | 278865100 | ECOLAB INC | 02-06-19 | 02-08-19 | 79 | 12,537.94 | 0.56 | | 0.79 |
| sl | 33616c100 | FIRST REPUBLIC BANK | 02-06-19 | 02-08-19 | 114 | 11,341.72 | 0.51 | | 1.14 |
| sl | 34959J108 | FORTIVE CORPORATION | 02-06-19 | 02-08-19 | 151 | 11,321.83 | 0.51 | | 1.51 |
| sl | 375558103 | GILEAD SCIENCES INC COM | 02-06-19 | 02-08-19 | 169 | 11,632.12 | 0.52 | | 1.69 |

1

FWTB_0003963

First Western Trust Bank
## Commission by Broker
### *The Aaron H. Fleck Revocable Trust (Closed)*
### *612671024*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| sl | 406216101 | HALLIBURTON CO COM | 02-06-19 | 02-08-19 | 114 | 3,654.80 | 0.16 | | 1.14 |
| sl | 437076102 | HOME DEPOT INC COM | 02-06-19 | 02-08-19 | 61 | 11,262.28 | 0.51 | | 0.61 |
| sl | 438516106 | HONEYWELL INTL INC | 02-06-19 | 02-08-19 | 76 | 11,312.67 | 0.51 | | 0.76 |
| sl | 45866f104 | INTERCONTINENTAL EXC | 02-06-19 | 02-08-19 | 80 | 6,170.33 | 0.28 | | 0.80 |
| sl | 461202103 | INTUIT INC | 02-06-19 | 02-08-19 | 29 | 6,505.78 | 0.29 | | 0.29 |
| sl | 518439104 | ESTEE LAUDERCO INC CLASS A | 02-06-19 | 02-08-19 | 76 | 11,419.62 | 0.51 | | 0.76 |
| sl | 580135101 | MC DONALDS CORP | 02-06-19 | 02-08-19 | 70 | 12,355.54 | 0.55 | | 0.70 |
| sl | 594918104 | MICROSOFT CORP COM | 02-06-19 | 02-08-19 | 116 | 12,307.80 | 0.55 | | 1.16 |
| sl | 654106103 | NIKE INC CLASS B | 02-06-19 | 02-08-19 | 158 | 13,025.37 | 0.58 | | 1.58 |
| sl | 68389x105 | ORACLE CORPORATION | 02-06-19 | 02-08-19 | 243 | 12,446.32 | 0.56 | | 2.43 |
| sl | 70450Y103 | PAYPAL HLDGS INC COM | 02-06-19 | 02-08-19 | 70 | 6,436.42 | 0.29 | | 0.70 |
| sl | 713448108 | PEPSICO INCORPORATED | 02-06-19 | 02-08-19 | 114 | 12,873.85 | 0.58 | | 1.14 |
| sl | 755111507 | RAYTHEON CO COM NEW | 02-06-19 | 02-08-19 | 27 | 4,723.59 | 0.21 | | 0.27 |
| sl | 776696106 | ROPER TECHNOLOGIES | 02-06-19 | 02-08-19 | 41 | 12,261.75 | 0.55 | | 0.41 |
| sl | 78409V104 | S&P GLOBAL INC COM | 02-06-19 | 02-08-19 | 28 | 5,408.69 | 0.24 | | 0.28 |
| sl | 808513105 | SCHWAB CHARLES CORP NEW COM | 02-06-19 | 02-08-19 | 199 | 9,155.89 | 0.41 | | 1.99 |
| sl | 863667101 | STRYKER CORP | 02-06-19 | 02-08-19 | 66 | 11,915.49 | 0.53 | | 0.66 |
| sl | 872540109 | TJX COMPANIES INC | 02-06-19 | 02-08-19 | 258 | 12,567.04 | 0.56 | | 2.58 |
| sl | 882508104 | TEXAS INSTRUMENTS | 02-06-19 | 02-08-19 | 102 | 10,844.50 | 0.49 | | 1.02 |
| sl | 883556102 | THERMO FISHER SCNTFC | 02-06-19 | 02-08-19 | 53 | 13,052.67 | 0.59 | | 0.53 |
| sl | 92826c839 | VISA INC CLASS A | 02-06-19 | 02-08-19 | 87 | 12,290.34 | 0.55 | | 0.87 |
| | | | | | | | | | 38.32 |
| | | | | | | 371,171.08 | 16.65 | | |
| | | **EXCHANGED TRADED FUNDS** | | | | | | | |
| by | 46625H365 | JPMORGAN CHASE & CO ALERIAN ML ETN | 12-20-18 | 12-24-18 | 4,955 | 112,131.65 | 5.03 | | 49.55 |
| | | | | | | | | | 49.55 |
| | | | | | | 112,131.65 | 5.03 | | |
| | | | | | | | 21.68 | | 87.87 |
| | | | | | | **483,302.73** | | | |
| | **brus00793** | | | | | | | | |
| | COMMON STOCK | | | | | | | | |
| by | g1151c101 | ACCENTURE PLC F CLASS A | 05-29-18 | 05-31-18 | 37 | 5,668.03 | 0.25 | | 1.85 |
| by | 002824100 | ABBOTT LABORATORIES | 05-29-18 | 05-31-18 | 183 | 11,183.13 | 0.50 | | 9.15 |

2

First Western Trust Bank
# Commission by Broker
### *The Aaron H. Fleck Revocable Trust (Closed)*
### *612671024*
From 05-01-18 To 08-09-19

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| by | 02079K305 | ALPHABET INC. CLASS A | 05-29-18 | 05-31-18 | 5 | 5,326.85 | 0.24 | | 0.25 |
| by | 03027X100 | AMERICAN TOWER CORP REIT | 05-29-18 | 05-31-18 | 84 | 11,417.28 | 0.51 | | 4.20 |
| by | 03524A108 | ANHEUSER BUSCH INBEV SPONSORED ADR | 05-29-18 | 05-31-18 | 120 | 11,052.00 | 0.50 | | 6.00 |
| by | 09247X101 | BLACKROCK INC | 05-29-18 | 05-31-18 | 21 | 10,944.15 | 0.49 | | 1.05 |
| by | 097023105 | BOEING CO COM | 05-29-18 | 05-31-18 | 16 | 5,627.52 | 0.25 | | 0.80 |
| by | 126650100 | CVS HEALTH CORPORATION | 05-29-18 | 05-31-18 | 173 | 11,196.56 | 0.50 | | 8.65 |
| by | 151020104 | CELGENE CORP COM | 05-29-18 | 05-31-18 | 145 | 11,252.00 | 0.50 | | 7.25 |
| by | 235851102 | DANAHER CORP | 05-29-18 | 05-31-18 | 112 | 11,198.88 | 0.50 | | 5.60 |
| by | 256677105 | DOLLAR GEN CORP NEW COM | 05-29-18 | 05-31-18 | 60 | 5,758.20 | 0.26 | | 3.00 |
| by | 278642103 | EBAY INC COM | 05-29-18 | 05-31-18 | 300 | 11,268.00 | 0.51 | | 15.00 |
| by | 278865100 | ECOLAB INC | 05-29-18 | 05-31-18 | 79 | 11,202.20 | 0.50 | | 3.95 |
| by | 33616c100 | FIRST REPUBLIC BANK | 05-29-18 | 05-31-18 | 114 | 11,172.00 | 0.50 | | 5.70 |
| by | 34959J108 | FORTIVE CORPORATION | 05-29-18 | 05-31-18 | 151 | 11,142.29 | 0.50 | | 7.55 |
| by | 375558103 | GILEAD SCIENCES INC COM | 05-29-18 | 05-31-18 | 169 | 11,363.66 | 0.51 | | 8.45 |
| by | 406216101 | HALLIBURTON CO COM | 05-29-18 | 05-31-18 | 114 | 5,654.40 | 0.25 | | 5.70 |
| by | 437076102 | HOME DEPOT INC COM | 05-29-18 | 05-31-18 | 61 | 11,289.27 | 0.51 | | 3.05 |
| by | 438516106 | HONEYWELL INTL INC | 05-29-18 | 05-31-18 | 76 | 11,228.74 | 0.50 | | 3.80 |
| by | 45866f104 | INTERCONTINENTAL EXC | 05-29-18 | 05-31-18 | 80 | 5,564.00 | 0.25 | | 4.00 |
| by | 461202103 | INTUIT INC | 05-29-18 | 05-31-18 | 29 | 5,700.82 | 0.26 | | 1.45 |
| by | 46625H100 | J P MORGAN CHASE & CO COM | 05-29-18 | 05-31-18 | 52 | 5,477.55 | 0.25 | | 2.60 |
| by | 518439104 | ESTEE LAUDERCO INC CLASS A | 05-29-18 | 05-31-18 | 76 | 11,401.27 | 0.51 | | 3.80 |
| by | 580135101 | MC DONALDS CORP | 05-29-18 | 05-31-18 | 70 | 11,241.79 | 0.50 | | 3.50 |
| by | 594918104 | MICROSOFT CORP COM | 05-29-18 | 05-31-18 | 116 | 11,330.88 | 0.51 | | 5.80 |
| by | 61166W101 | MONSANTO CO NEW COM | 05-29-18 | 05-31-18 | 45 | 5,734.80 | 0.26 | | 2.25 |
| by | 654106103 | NIKE INC CLASS B | 05-29-18 | 05-31-18 | 158 | 11,187.98 | 0.50 | | 7.90 |
| by | 68389x105 | ORACLE CORPORATION | 05-29-18 | 05-31-18 | 243 | 11,218.94 | 0.50 | | 12.15 |
| by | 70450Y103 | PAYPAL HLDGS INC COM | 05-29-18 | 05-31-18 | 70 | 5,633.60 | 0.25 | | 3.50 |
| by | 713448108 | PEPSICO INCORPORATED | 05-29-18 | 05-31-18 | 114 | 11,503.74 | 0.52 | | 5.70 |
| by | 755111507 | RAYTHEON CO COM NEW | 05-29-18 | 05-31-18 | 27 | 5,627.34 | 0.25 | | 1.35 |
| by | 776696106 | ROPER TECHNOLOGIES | 05-29-18 | 05-31-18 | 41 | 11,223.34 | 0.50 | | 2.05 |
| by | 78409V104 | S&P GLOBAL INC COM | 05-29-18 | 05-31-18 | 28 | 5,514.04 | 0.25 | | 1.40 |
| by | 806857108 | SCHLUMBERGER LTD COM | 05-29-18 | 05-31-18 | 166 | 11,237.45 | 0.50 | | 8.30 |
| by | 808513105 | SCHWAB CHARLES CORP NEW COM | 05-29-18 | 05-31-18 | 199 | 10,943.01 | 0.49 | | 9.95 |
| by | 857477103 | STATE STREET CORP COM | 05-29-18 | 05-31-18 | 113 | 10,679.63 | 0.48 | | 5.65 |

3

FWTB_0003965

First Western Trust Bank
# Commission by Broker
### *The Aaron H. Fleck Revocable Trust (Closed)*
### *612671024*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| by | 863667101 | STRYKER CORP | 05-29-18 | 05-31-18 | 66 | 11,361.55 | 0.51 | | 3.30 |
| by | 872540109 | TJX COMPANIES INC | 05-29-18 | 05-31-18 | 129 | 11,372.64 | 0.51 | | 6.45 |
| by | 882508104 | TEXAS INSTRUMENTS | 05-29-18 | 05-31-18 | 102 | 11,289.92 | 0.51 | | 5.10 |
| by | 883556102 | THERMO FISHER SCNTFC | 05-29-18 | 05-31-18 | 53 | 11,036.45 | 0.50 | | 2.65 |
| by | 92826c839 | VISA INC CLASS A | 05-29-18 | 05-31-18 | 87 | 11,286.51 | 0.51 | | 4.35 |
| by | 02079K305 | ALPHABET INC. CLASS A | 06-04-18 | 06-06-18 | 5 | 5,765.35 | 0.26 | | 0.25 |
| sl | 366505105 | GARRETT MOTION INC COM | 10-08-18 | 10-10-18 | 7 | 116.16 | 0.01 | | 0.35 |
| | | | | | | | | | 204.80 |
| | | | | | | 398,393.92 | 17.87 | | |
| | | EXCHANGED TRADED FUNDS | | | | | | | |
| by | 464287614 | ISHARES RUSSELL 1000 GROWTH ETF | 05-29-18 | 05-31-18 | 840 | 118,708.89 | 5.33 | | 42.00 |
| by | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 05-29-18 | 05-31-18 | 1,190 | 239,401.23 | 10.74 | | 59.50 |
| by | 921943858 | VANGUARD FTSE DEVELOPED MARKETS ETF | 05-29-18 | 05-31-18 | 7,160 | 313,178.40 | 14.05 | | 358.00 |
| | | | | | | | | | 459.50 |
| | | | | | | 671,288.52 | 30.11 | | |
| | | | | | | | 47.99 | | 664.30 |
| | | | | | | **1,069,682.44** | | | |
| | | **Misc Broker** | | | | | | | |
| | | COMMON STOCK | | | | | | | |
| sl | 366505105 | GARRETT MOTION INC COM | 10-26-18 | 10-26-18 | 1 | 8.84 | 0.00 | | 0.00 |
| sl | 76118Y104 | RESIDEO TECHNOLOGIES INC COM | 11-13-18 | 11-13-18 | 1 | 15.08 | 0.00 | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | 23.92 | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| | | | | | | **23.92** | | | |
| | | **Sanford Bernstein** | | | | | | | |
| | | COMMON STOCK | | | | | | | |
| sl | 61166W101 | MONSANTO CO NEW COM | 06-04-18 | 06-06-18 | 45 | 5,751.84 | 0.26 | | 2.25 |
| by | 806857108 | SCHLUMBERGER LTD COM | 10-10-18 | 10-12-18 | 24 | 1,468.37 | 0.07 | | 1.20 |

4

First Western Trust Bank
## Commission by Broker
### *The Aaron H. Fleck Revocable Trust (Closed)*
### *612671024*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| by | 46625H100 | J P MORGAN CHASE & CO COM | 10-25-18 | 10-29-18 | 49 | 5,160.34 | 0.23 | | 2.45 |
| sl | 857477103 | STATE STREET CORP COM | 10-25-18 | 10-29-18 | 113 | 7,697.84 | 0.35 | | 5.65 |
| | | | | | | | | | 11.55 |
| | | | | | | 20,078.39 | 0.90 | | |
| EXCHANGED TRADED FUNDS | | | | | | | | | |
| sl | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 08-17-18 | 08-21-18 | 710 | 149,873.66 | 6.72 | | 35.50 |
| sl | 921943858 | VANGUARD FTSE DEVELOPED MARKETS ETF | 08-17-18 | 08-21-18 | 2,320 | 98,258.84 | 4.41 | | 116.00 |
| by | 464287473 | ISHARES RUSSELL MID-CAP VALUE ETF | 11-23-18 | 11-27-18 | 560 | 46,912.15 | 2.10 | | 28.00 |
| sl | 464287614 | ISHARES RUSSELL 1000 GROWTH ETF | 11-23-18 | 11-27-18 | 840 | 113,886.81 | 5.11 | | 42.00 |
| sl | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 11-23-18 | 11-27-18 | 480 | 88,576.51 | 3.97 | | 24.00 |
| by | 464287655 | ISHARES RUSSELL 2000 ETF | 11-26-18 | 11-28-18 | 790 | 118,391.06 | 5.31 | | 39.50 |
| sl | 464287655 | ISHARES RUSSELL 2000 ETF | 12-20-18 | 12-24-18 | 75 | 9,904.75 | 0.44 | | 3.75 |
| | | | | | | | | | 288.75 |
| | | | | | | 625,803.78 | 28.07 | | |
| | | | | | | | 28.97 | | 300.30 |
| | | | | | | 645,882.17 | | | |
| | | | **GRAND TOTAL** | | | 2,229,141.85 | 100.00 | | 1,055.60 |

CONFIDENTIAL

FWTB_0003967

**EXHIBIT D TO SAWYER DECLARATION**

First Western Trust Bank
# Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### 612671016
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| **62513** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| sl | 76118Y104 | RESIDEO TECHNOLOGIES INC COM | 11-01-18 | 11-05-18 | 12 | 267.84 | 0.01 | | 0.12 |
| sl | 02079K305 | ALPHABET INC. CLASS A | 02-06-19 | 02-08-19 | 5 | 5,612.13 | 0.18 | | 0.10 |
| sl | 02079K305 | ALPHABET INC. CLASS A | 02-06-19 | 02-08-19 | 5 | 5,612.12 | 0.18 | | 0.00 |
| sl | 46625H100 | J P MORGAN CHASE & CO COM | 02-06-19 | 02-08-19 | 52 | 5,392.85 | 0.17 | | 1.01 |
| sl | 46625H100 | J P MORGAN CHASE & CO COM | 02-06-19 | 02-08-19 | 49 | 5,081.72 | 0.16 | | 0.00 |
| sl | 806857108 | SCHLUMBERGER LTD COM | 02-06-19 | 02-08-19 | 166 | 7,474.89 | 0.24 | | 1.90 |
| sl | 806857108 | SCHLUMBERGER LTD COM | 02-06-19 | 02-08-19 | 24 | 1,080.71 | 0.03 | | 0.00 |
| | | | | | | | | | 3.13 |
| | | | | | | 30,522.26 | 0.99 | | |
| | EXCHANGED TRADED FUNDS | | | | | | | | |
| sl | 922908363 | VANGUARD INDEX FDS S&P 500 ETF SHS NEW | 02-06-19 | 02-08-19 | 475 | 119,014.45 | 3.85 | | 5.44 |
| sl | 922908363 | VANGUARD INDEX FDS S&P 500 ETF SHS NEW | 02-06-19 | 02-08-19 | 69 | 17,288.41 | 0.56 | | 0.00 |
| by | 46625H365 | JPMORGAN CHASE & CO ALERIAN ML ETN | 03-01-19 | 03-05-19 | 215 | 5,323.31 | 0.17 | | 2.15 |
| | | | | | | | | | 7.59 |
| | | | | | | 141,626.17 | 4.58 | | 10.72 |
| | | | | | | | 5.57 | | |
| | | | | | | **172,148.43** | | | |
| | | | | | | | | | |
| **brus00443** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| sl | g1151c101 | ACCENTURE PLC F CLASS A | 02-06-19 | 02-08-19 | 37 | 5,812.63 | 0.19 | | 0.37 |
| sl | 002824100 | ABBOTT LABORATORIES | 02-06-19 | 02-08-19 | 183 | 13,422.89 | 0.43 | | 1.83 |
| sl | 03027X100 | AMERICAN TOWER CORP REIT | 02-06-19 | 02-08-19 | 84 | 14,305.02 | 0.46 | | 0.84 |
| sl | 03524A108 | ANHEUSER BUSCH INBEV SPONSORED ADR | 02-06-19 | 02-08-19 | 120 | 9,417.49 | 0.30 | | 1.20 |
| sl | 09247X101 | BLACKROCK INC | 02-06-19 | 02-08-19 | 21 | 8,736.96 | 0.28 | | 0.21 |
| sl | 097023105 | BOEING CO COM | 02-06-19 | 02-08-19 | 16 | 6,572.55 | 0.21 | | 0.16 |

1

CONFIDENTIAL

First Western Trust Bank
## Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### *612671016*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| sl | 126650100 | CVS HEALTH CORPORATION | 02-06-19 | 02-08-19 | 173 | 11,400.57 | 0.37 | | 1.73 |
| sl | 151020104 | CELGENE CORP COM | 02-06-19 | 02-08-19 | 145 | 12,752.60 | 0.41 | | 1.45 |
| sl | 235851102 | DANAHER CORP | 02-06-19 | 02-08-19 | 112 | 12,250.41 | 0.40 | | 1.12 |
| sl | 256677105 | DOLLAR GEN CORP NEW COM | 02-06-19 | 02-08-19 | 59 | 6,878.72 | 0.22 | | 0.59 |
| sl | 278642103 | EBAY INC COM | 02-06-19 | 02-08-19 | 300 | 10,680.30 | 0.35 | | 3.00 |
| sl | 278865100 | ECOLAB INC | 02-06-19 | 02-08-19 | 79 | 12,537.94 | 0.41 | | 0.79 |
| sl | 33616c100 | FIRST REPUBLIC BANK | 02-06-19 | 02-08-19 | 114 | 11,341.72 | 0.37 | | 1.14 |
| sl | 34959J108 | FORTIVE CORPORATION | 02-06-19 | 02-08-19 | 151 | 11,321.83 | 0.37 | | 1.51 |
| sl | 375558103 | GILEAD SCIENCES INC COM | 02-06-19 | 02-08-19 | 169 | 11,632.12 | 0.38 | | 1.69 |
| sl | 406216101 | HALLIBURTON CO COM | 02-06-19 | 02-08-19 | 114 | 3,654.80 | 0.12 | | 1.14 |
| sl | 437076102 | HOME DEPOT INC COM | 02-06-19 | 02-08-19 | 61 | 11,262.28 | 0.36 | | 0.61 |
| sl | 438516106 | HONEYWELL INTL INC | 02-06-19 | 02-08-19 | 76 | 11,312.67 | 0.37 | | 0.76 |
| sl | 45866f104 | INTERCONTINENTAL EXC | 02-06-19 | 02-08-19 | 80 | 6,170.33 | 0.20 | | 0.80 |
| sl | 461202103 | INTUIT INC | 02-06-19 | 02-08-19 | 29 | 6,505.78 | 0.21 | | 0.29 |
| sl | 518439104 | ESTEE LAUDERCO INC CLASS A | 02-06-19 | 02-08-19 | 76 | 11,419.62 | 0.37 | | 0.76 |
| sl | 580135101 | MC DONALDS CORP | 02-06-19 | 02-08-19 | 70 | 12,355.54 | 0.40 | | 0.70 |
| sl | 594918104 | MICROSOFT CORP COM | 02-06-19 | 02-08-19 | 116 | 12,307.80 | 0.40 | | 1.16 |
| sl | 654106103 | NIKE INC CLASS B | 02-06-19 | 02-08-19 | 158 | 13,025.37 | 0.42 | | 1.58 |
| sl | 68389x105 | ORACLE CORPORATION | 02-06-19 | 02-08-19 | 243 | 12,446.32 | 0.40 | | 2.43 |
| sl | 70450Y103 | PAYPAL HLDGS INC COM | 02-06-19 | 02-08-19 | 70 | 6,436.42 | 0.21 | | 0.70 |
| sl | 713448108 | PEPSICO INCORPORATED | 02-06-19 | 02-08-19 | 114 | 12,873.85 | 0.42 | | 1.14 |
| sl | 755111507 | RAYTHEON CO COM NEW | 02-06-19 | 02-08-19 | 27 | 4,723.59 | 0.15 | | 0.27 |
| sl | 776696106 | ROPER TECHNOLOGIES | 02-06-19 | 02-08-19 | 41 | 12,261.75 | 0.40 | | 0.41 |
| sl | 78409V104 | S&P GLOBAL INC COM | 02-06-19 | 02-08-19 | 28 | 5,408.69 | 0.17 | | 0.28 |
| sl | 808513105 | SCHWAB CHARLES CORP NEW COM | 02-06-19 | 02-08-19 | 199 | 9,155.89 | 0.30 | | 1.99 |
| sl | 863667101 | STRYKER CORP | 02-06-19 | 02-08-19 | 66 | 11,915.49 | 0.39 | | 0.66 |
| sl | 872540109 | TJX COMPANIES INC | 02-06-19 | 02-08-19 | 258 | 12,567.04 | 0.41 | | 2.58 |
| sl | 882508104 | TEXAS INSTRUMENTS | 02-06-19 | 02-08-19 | 102 | 10,844.50 | 0.35 | | 1.02 |
| sl | 883556102 | THERMO FISHER SCNTFC | 02-06-19 | 02-08-19 | 53 | 13,052.67 | 0.42 | | 0.53 |
| sl | 92826c839 | VISA INC CLASS A | 02-06-19 | 02-08-19 | 87 | 12,290.34 | 0.40 | | 0.87 |
| | | | | | | | | | 38.31 |
| | | | | | | 371,054.49 | 12.00 | | |
| | | | | | | | 12.00 | | 38.31 |
| | | | | | | **371,054.49** | | | |

2

CONFIDENTIAL

First Western Trust Bank
# Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### *612671016*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| **brus00793** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| by | g1151c101 | ACCENTURE PLC F CLASS A | 05-29-18 | 05-31-18 | 37 | 5,668.03 | 0.18 | | 1.85 |
| by | 002824100 | ABBOTT LABORATORIES | 05-29-18 | 05-31-18 | 183 | 11,183.13 | 0.36 | | 9.15 |
| by | 02079K305 | ALPHABET INC. CLASS A | 05-29-18 | 05-31-18 | 5 | 5,326.85 | 0.17 | | 0.25 |
| by | 03027X100 | AMERICAN TOWER CORP REIT | 05-29-18 | 05-31-18 | 84 | 11,417.28 | 0.37 | | 4.20 |
| by | 03524A108 | ANHEUSER BUSCH INBEV SPONSORED ADR | 05-29-18 | 05-31-18 | 120 | 11,052.00 | 0.36 | | 6.00 |
| by | 09247X101 | BLACKROCK INC | 05-29-18 | 05-31-18 | 21 | 10,944.15 | 0.35 | | 1.05 |
| by | 097023105 | BOEING CO COM | 05-29-18 | 05-31-18 | 16 | 5,627.52 | 0.18 | | 0.80 |
| by | 126650100 | CVS HEALTH CORPORATION | 05-29-18 | 05-31-18 | 173 | 11,196.56 | 0.36 | | 8.65 |
| by | 151020104 | CELGENE CORP COM | 05-29-18 | 05-31-18 | 145 | 11,252.00 | 0.36 | | 7.25 |
| by | 235851102 | DANAHER CORP | 05-29-18 | 05-31-18 | 112 | 11,198.88 | 0.36 | | 5.60 |
| by | 256677105 | DOLLAR GEN CORP NEW COM | 05-29-18 | 05-31-18 | 59 | 5,662.23 | 0.18 | | 2.95 |
| by | 278642103 | EBAY INC COM | 05-29-18 | 05-31-18 | 300 | 11,268.00 | 0.36 | | 15.00 |
| by | 278865100 | ECOLAB INC | 05-29-18 | 05-31-18 | 79 | 11,202.20 | 0.36 | | 3.95 |
| by | 33616c100 | FIRST REPUBLIC BANK | 05-29-18 | 05-31-18 | 114 | 11,172.00 | 0.36 | | 5.70 |
| by | 34959J108 | FORTIVE CORPORATION | 05-29-18 | 05-31-18 | 151 | 11,142.29 | 0.36 | | 7.55 |
| by | 375558103 | GILEAD SCIENCES INC COM | 05-29-18 | 05-31-18 | 169 | 11,363.66 | 0.37 | | 8.45 |
| by | 406216101 | HALLIBURTON CO COM | 05-29-18 | 05-31-18 | 114 | 5,654.40 | 0.18 | | 5.70 |
| by | 437076102 | HOME DEPOT INC COM | 05-29-18 | 05-31-18 | 61 | 11,289.27 | 0.37 | | 3.05 |
| by | 438516106 | HONEYWELL INTL INC | 05-29-18 | 05-31-18 | 76 | 11,228.74 | 0.36 | | 3.80 |
| by | 45866f104 | INTERCONTINENTAL EXC | 05-29-18 | 05-31-18 | 80 | 5,564.00 | 0.18 | | 4.00 |
| by | 461202103 | INTUIT INC | 05-29-18 | 05-31-18 | 29 | 5,700.82 | 0.18 | | 1.45 |
| by | 46625H100 | J P MORGAN CHASE & CO COM | 05-29-18 | 05-31-18 | 52 | 5,477.56 | 0.18 | | 2.60 |
| by | 518439104 | ESTEE LAUDERCO INC CLASS A | 05-29-18 | 05-31-18 | 76 | 11,401.27 | 0.37 | | 3.80 |
| by | 580135101 | MC DONALDS CORP | 05-29-18 | 05-31-18 | 70 | 11,241.80 | 0.36 | | 3.50 |
| by | 594918104 | MICROSOFT CORP COM | 05-29-18 | 05-31-18 | 116 | 11,330.88 | 0.37 | | 5.80 |
| by | 61166W101 | MONSANTO CO NEW COM | 05-29-18 | 05-31-18 | 45 | 5,734.80 | 0.19 | | 2.25 |
| by | 654106103 | NIKE INC CLASS B | 05-29-18 | 05-31-18 | 158 | 11,187.98 | 0.36 | | 7.90 |
| by | 68389x105 | ORACLE CORPORATION | 05-29-18 | 05-31-18 | 243 | 11,218.95 | 0.36 | | 12.15 |
| by | 70450Y103 | PAYPAL HLDGS INC COM | 05-29-18 | 05-31-18 | 70 | 5,633.60 | 0.18 | | 3.50 |
| by | 713448108 | PEPSICO INCORPORATED | 05-29-18 | 05-31-18 | 114 | 11,503.74 | 0.37 | | 5.70 |
| by | 755111507 | RAYTHEON CO COM NEW | 05-29-18 | 05-31-18 | 27 | 5,627.34 | 0.18 | | 1.35 |
| by | 776696106 | ROPER TECHNOLOGIES | 05-29-18 | 05-31-18 | 41 | 11,223.34 | 0.36 | | 2.05 |

3

CONFIDENTIAL

First Western Trust Bank
## Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### *612671016*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| by | 78409V104 | S&P GLOBAL INC COM | 05-29-18 | 05-31-18 | 28 | 5,514.04 | 0.18 | | 1.40 |
| by | 806857108 | SCHLUMBERGER LTD COM | 05-29-18 | 05-31-18 | 166 | 11,237.46 | 0.36 | | 8.30 |
| by | 808513105 | SCHWAB CHARLES CORP NEW COM | 05-29-18 | 05-31-18 | 199 | 10,943.01 | 0.35 | | 9.95 |
| by | 857477103 | STATE STREET CORP COM | 05-29-18 | 05-31-18 | 113 | 10,679.63 | 0.35 | | 5.65 |
| by | 863667101 | STRYKER CORP | 05-29-18 | 05-31-18 | 66 | 11,361.56 | 0.37 | | 3.30 |
| by | 872540109 | TJX COMPANIES INC | 05-29-18 | 05-31-18 | 129 | 11,372.64 | 0.37 | | 6.45 |
| by | 882508104 | TEXAS INSTRUMENTS | 05-29-18 | 05-31-18 | 102 | 11,289.92 | 0.37 | | 5.10 |
| by | 883556102 | THERMO FISHER SCNTFC | 05-29-18 | 05-31-18 | 53 | 11,036.46 | 0.36 | | 2.65 |
| by | 92826c839 | VISA INC CLASS A | 05-29-18 | 05-31-18 | 87 | 11,286.51 | 0.37 | | 4.35 |
| by | 02079K305 | ALPHABET INC. CLASS A | 06-04-18 | 06-06-18 | 5 | 5,765.35 | 0.19 | | 0.25 |
| sl | 366505105 | GARRETT MOTION INC COM | 10-08-18 | 10-10-18 | 7 | 116.16 | 0.00 | | 0.35 |
| | | | | | | | | | 204.75 |
| | | | | | | 398,298.01 | 12.88 | | |
| | EXCHANGED TRADED FUNDS | | | | | | | | |
| by | 464287614 | ISHARES RUSSELL 1000 GROWTH ETF | 05-25-18 | 05-30-18 | 1,401 | 200,053.83 | 6.47 | | 70.05 |
| by | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 05-25-18 | 05-30-18 | 1,190 | 239,995.51 | 7.76 | | 59.50 |
| by | 921943858 | VANGUARD FTSE DEVELOPED MARKETS ETF | 05-25-18 | 05-30-18 | 12,464 | 557,347.70 | 18.03 | | 623.20 |
| | | | | | | | | | 752.75 |
| | | | | | | 997,397.04 | 32.26 | | 957.50 |
| | | | | | | | 45.14 | | |
| | | | | | | **1,395,695.05** | | | |
| | **Misc Broker** | | | | | | | | |
| | COMMON STOCK | | | | | | | | |
| sl | 366505105 | GARRETT MOTION INC COM | 10-26-18 | 10-26-18 | 1 | 8.84 | 0.00 | | 0.00 |
| sl | 76118Y104 | RESIDEO TECHNOLOGIES INC COM | 11-13-18 | 11-13-18 | 1 | 15.08 | 0.00 | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | 23.92 | 0.00 | | |
| | | | | | | | 0.00 | | 0.00 |
| | | | | | | **23.92** | | | |

CONFIDENTIAL

FWTB_0005560

First Western Trust Bank
## Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### *612671016*
From 05-01-18 To 08-09-19

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| **Sanford Bernstein** | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| sl | 61166W101 | MONSANTO CO NEW COM | 06-04-18 | 06-06-18 | 45 | 5,751.84 | 0.19 | | 2.25 |
| by | 806857108 | SCHLUMBERGER LTD COM | 10-10-18 | 10-12-18 | 24 | 1,468.37 | 0.05 | | 1.20 |
| by | 46625H100 | J P MORGAN CHASE & CO COM | 10-25-18 | 10-29-18 | 49 | 5,160.34 | 0.17 | | 2.45 |
| sl | 857477103 | STATE STREET CORP COM | 10-25-18 | 10-29-18 | 113 | 7,697.84 | 0.25 | | 5.65 |
| | | | | | | | | | 11.55 |
| | | | | | | 20,078.39 | 0.65 | | |
| EXCHANGED TRADED FUNDS | | | | | | | | | |
| sl | 464287614 | ISHARES RUSSELL 1000 GROWTH ETF | 08-17-18 | 08-21-18 | 335 | 50,507.29 | 1.63 | | 16.75 |
| sl | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 08-17-18 | 08-21-18 | 430 | 90,768.55 | 2.94 | | 21.50 |
| sl | 921943858 | VANGUARD FTSE DEVELOPED MARKETS ETF | 08-17-18 | 08-21-18 | 4,795 | 203,082.38 | 6.57 | | 239.75 |
| by | 464287655 | ISHARES RUSSELL 2000 ETF | 11-23-18 | 11-27-18 | 1,575 | 234,285.35 | 7.58 | | 78.75 |
| by | 922908363 | VANGUARD INDEX FDS S&P 500 ETF SHS NEW | 11-23-18 | 11-27-18 | 475 | 115,213.01 | 3.73 | | 23.75 |
| sl | 464287614 | ISHARES RUSSELL 1000 GROWTH ETF | 11-23-18 | 11-27-18 | 1,066 | 144,527.79 | 4.67 | | 53.30 |
| sl | 464287648 | ISHARES RUSSELL 2000 GROWTH ETF | 11-23-18 | 11-27-18 | 760 | 140,246.14 | 4.54 | | 38.00 |
| by | 46625H365 | JPMORGAN CHASE & CO ALERIAN ML ETN | 11-26-18 | 11-28-18 | 4,665 | 116,093.19 | 3.75 | | 233.25 |
| by | 922908363 | VANGUARD INDEX FDS S&P 500 ETF SHS NEW | 12-20-18 | 12-24-18 | 69 | 15,631.95 | 0.51 | | 3.45 |
| sl | 464287655 | ISHARES RUSSELL 2000 ETF | 12-20-18 | 12-24-18 | 170 | 22,450.78 | 0.73 | | 8.50 |
| | | | | | | | | | 717.00 |
| | | | | | | 1,132,806.43 | 36.64 | | |
| | | | | | | | 37.29 | | 728.55 |
| | | | | | | **1,152,884.82** | | | |

CONFIDENTIAL

FWTB_0005561

First Western Trust Bank
## Commission by Broker
### *The Barbara G. Fleck Revocable Trust(Closed)*
### *612671016*
*From 05-01-18 To 08-09-19*

| Tran Code | Cusip | Security | Trade Date | Settle Date | Quantity | Trade Amount | Percent Assets Sum | Call Date One | Commission |
|---|---|---|---|---|---|---|---|---|---|
| | | **GRAND TOTAL** | | | | **3,091,806.71** | **100.00** | | 1,735.08 |

6

CONFIDENTIAL