

# FIRSTwestern
## TRUST

## Investment Policy Statement

for

Aaron & Barbara Fleck

2/27/2018

*Prepared by:* Travis Van Domelen

*Portfolio Manager/Investment Manager*
First Western Trust
201 N. Mill Street, Suite 202
Aspen, CO 81611

Ex. 7

## Investment Policy Statement

### OVERVIEW

The purpose of this Investment Policy Statement (IPS) is to put forth a plan, developed jointly by First Western and you, for the management of your investment assets. First Western will use this IPS in managing, monitoring and evaluating your investment assets. This IPS reflects the information you have provided about your present and future financial circumstances and your attitude, expectations, and objectives in the investment of your assets. It is provided to document the long-term adherence to an agreed upon investment program that will include various asset classes, styles, and acceptable ranges. In total, it is designed with the goal of producing a sufficient level of overall diversification and total investment return over the long-term while controlling the overall risk of the portfolio. It is important that you and First Western review the provisions of this IPS on a regular basis because your personal circumstances may change over time.

### EXECUTIVE SUMMARY

| | |
|---|---|
| Type of Account: | $8,000,000 – Revocable Trust |
| All future accounts or contributions will be invested as part of the global asset allocation detailed in Section IV unless specifically documented otherwise. | |
| Total Investment Assets: | $8,000,000 |
| Investment Time Horizon: | 10+ years |
| Long-Term Inflation Assumption: | 3% |
| Federal Tax Rate: | 39.6% |
| State Tax Rate: | 5% |
| LT Capital Gains Rate: | 20%/23.8%* |
| Portfolio Contributions: | None currently anticipated. |
| Cash Flow Objective: | $500,000 per year |
| Minimum Liquidity Requirement | None currently anticipated. |
| Risk Tolerance: | Stable growth and low level of income; steady growth is expected |
| See Section III for more detail on risk tolerance and capacity | |
| LT Strategic Portfolio Allocation | Moderate |
| Expected LT Return Target | 6.48% |

---

* Clients with an AGI above $250,000 filing jointly or $200,000 filing as individuals will be subject to the 3.8% Medicare surtax in addition to the long-term capital gains rate. See Section VI for a broader return discussion.

V 4.1.15

## Investment Policy Statement

### I. OBJECTIVES

Listed below are the main objectives of the investment program. These objectives have been developed with you considering a number of factors including your financial resources, financial goals, current assets, asset allocation, personal risk capacity, and time horizon.

- W Develop an investment strategy based on your needs and objectives
- W Maintain diversification of investment assets
- W Seek to achieve financial goals
- W Minimize potential tax liabilities
- W Monitor and revise the portfolio, periodically as required

### II. TIME HORIZON

Your investment portfolio is based on an investment time horizon of 10 + years. As a result, interim short-term investment fluctuations should be viewed with appropriate perspective. The strategic asset allocation has been developed as a long-term strategy for the management of your investment assets.

### III. RISK TOLERANCE

Your ability to tolerate the uncertainties, complexities, and volatility inherent in the financial markets has been considered in the development of your IPS. The two main factors considered are your personal and economic risk capacity.

Your stated personal risk capacity is Moderate. You seek relatively stable growth in value of the investable assets supplemented by a low level of income. You have a higher tolerance for risk and/or a longer time then a conservative objective. The main objective is to provide steady growth while limiting fluctuations to less than those of the overall stock market.

Your economic risk capacity is determined by the following factors which suggest your ability to accept investment risk and meet your long-term financial goals: (1) Your time horizon; (2) Your present financial condition; (3) Your future financial goals; (4) Your discretionary income and its variability; (5) Your portfolio contributions and liquidity requirements (6) Your employment of other risk mitigation strategies, along with several other factors. A review of these factors indicates an economic risk capacity that is consistent with your stated personal risk capacity of Moderate/Average.

3

V 4.1.16

## Investment Policy Statement

### IV.  TARGET ASSET ALLOCATION

Your target strategic asset allocation has been constructed based upon your current financial resources, anticipated additions to your investment portfolio, if any, financial goals and objectives, time horizon, and risk tolerance. The portfolio balances risk and reward and attempts to achieve the stated objectives of the investment program. Implementation is further influenced by your income tax status as well as any restrictions you direct to be placed on your portfolio, if any, such as holding a specific security that may have been transferred to FWT or purchased at your request.  See Portfolio Restrictions below.

**Alternatives and Real Assets.**  Alternative investments and real assets may be used to enhance your portfolio's risk adjusted returns. Alternatives include but are not be limited to Absolute Return*, Private Equity, and other opportunistic investments. Real Assets may also be included such as REITs, Commodities, and MLPs. On occasion, when fundamentals and valuations are compelling, First Western's Investment Policy Committee may approve additional Alternative or Real Asset investments for inclusion on First Western's investment platform. These additional investments may be included in your portfolio if it is determined they have the potential to improve your portfolio's risk adjusted returns.  Additionally, it is understood that these investments would only be used if they did not fundamentally alter the risk profile of your portfolio as described in Section III.

Alternative investments are typically structured as limited partnerships or limited liability companies which are not traded on a public exchange. Due to the lack of a public market, these securities may be illiquid for a substantial period of time after initial investment and may require advance notice of redemption.  Common features of limited partnerships may include 1) extended lock-up periods which, in the case of a typical private equity investment, can be as long as 10 years, 2) incentive fees, and 3) a K-1 tax form. Note that K-1s may not be available until as late as the month of May, necessitating an investor to file for a tax filing extension. Always refer to an investment's specific offering documents for full details.  Such investments will generally not comprise in excess of 10% of your portfolio.

**Portfolio Restrictions.**  You acknowledge that any restrictions that you may place on securities that must be held or may not be held in your account and/or any restrictions on the buying or selling of securities may affect the performance of the account and may create variations from a similarly managed account with no restrictions. You also acknowledge that these variations could result in positive or negative performance differences for the account as compared to the performance composite of your investment program.

You have the following portfolio restrictions:

## Investment Policy Statement

### V. ASSET CLASS HOLDING RANGES

Your strategic asset allocation was developed subject to certain holding limitations. Holding ranges have been developed to place limitations on the minimum and maximum percentage investment in each asset class yet, at the same time, to allow for tactical weighting shifts in your strategic asset allocation.

**Holding Limits and Ranges:** *Moderate*

| Asset Class | Min % | Target% | Max % |
|---|---|---|---|
| US Large Cap Equities | 0% | 13% | 28% |
| US Mid Cap Equities | 0% | 4% | 14% |
| US Small Cap Equities | 0% | 6% | 16% |
| International Equities | 2% | 12% | 22% |
| Emerging Markets | 0% | 3% | 13% |
| High Yield Bonds | 0% | 4% | 14% |
| Fixed Income | 39% | 49% | 59% |
| Alternatives | 0% | 8% | 18% |
| Cash and Equivalents | 0% | 1% | 20% |

### VI. REBALANCING

The percentage weighting of each asset class within the investment portfolio will vary within the strategic ranges outlined in Section V based on a variety of factors including First Western's view of the market environment. Rebalancing is generally performed due to significant market fluctuations or the addition or deletion of portfolio assets. The percentage weighting within each asset class may vary occasionally due to market conditions without the occurrence of rebalancing. When rebalancing is required, dividends and interest and net cash inflows will be used to meet the strategic asset allocation targets. If cash flow is not sufficient to meet the target allocation for an asset class, we will decide whether to effect transactions in order to rebalance the asset allocation. The timing of rebalancing may be influenced by tax and liquidity issues as well as other factors.

### VII. EXPECTED RETURN RANGE

The potential rate of return on your portfolio over various time periods is shown below. The returns are based on the historic, long-term total return for each asset class, and then adjusted to incorporate First Western's capital market assumptions by taking into account various factors including the economic environment and valuations. Actual performance will vary from these assumed rates and there is no guarantee that this return objective will be achieved either in any single year or over longer time periods. The portfolio return will also be reduced by the deduction of advisory and money management fees and taxes.

5

V 4 1.16

FWTB_0000441

## Investment Policy Statement

|  | Year 1 | Year 3 | Year 5 | Year 10 | Year 20 |
|---|---|---|---|---|---|
| 95th Percentile | 20.4 | 13.9 | 12.1 | 10.2 | 9.0 |
| Expected Value | 5.6 | 5.9 | 5.9 | 6.0 | 5.9 |
| 5th Percentile | -5.7 | -1.2 | 0.3 | 2.0 | 3.2 |

Mathematically calculated returns in the above table are based on historic asset class returns combined with First Western's capital market assumptions. The table gives a normal range of expected portfolio returns over various time periods. The "potential return" number is an approximate midpoint of the wider range of expected returns for a given time period. Because of the volatility of market returns, a portfolio's actual return may vary quite significantly from that single point number. Over longer periods of time the volatility of a portfolio declines and the range of expected returns narrows.

Based on historical returns and First Western's 10-year capital market assumptions the nominal, 10-year expected annual return of your portfolio, net of fees but before any applicable taxes, is approximately 6.48%. Your actual experience may vary widely from this single-point potential return as indicated by the 10-year range in the above table.

### VIII. REVIEW AND REPORTING

On a no less than quarterly basis, you will receive a custodial statement detailing your portfolio holdings. Performance is calculated quarterly on both an absolute and relative basis as compared to appropriate benchmark indices. First Western will review your investment program with you periodically to determine the continued feasibility of achieving your investment objectives and the appropriateness of this IPS for achieving those objectives.

### IX. SELECTION CRITERIA

Securities and/or investment sub-advisors used to implement the investment portfolio and the period taken to fully invest the portfolio to reach the target allocation, shall be subject to selection criteria and discretion of First Western Trust. The securities and investment sub-advisors will be monitored for adherence to your IPS.

### XI. PERIODIC UPDATE

It is not expected that this Investment Policy Statement will change frequently. In particular, short-term changes in the financial markets should not require adjustments to this IPS. This IPS, however, should be updated upon a material change in your financial situation.

## Investment Policy Statement

_____Barbara Fleck_____  _____5/8/18_____
Client Signature                    Date

_____Aaron Fleck_____  _____5/8/18_____
Client Signature                    Date

_____[signature]_____  _____5/9/18_____
First Western – Authorized Signature     Date

V 4.1.16

7

FWTB_0000443