

# FIRSTwestern
## TRUST

## Fee Schedule Agreement

Client/Relationship Last Name *(applicable for single or multiple account relationships):* Fleck

**APPLICABLE ACCOUNTS:**

| Acct# | Acct Title The Aaron H. Fleck Revocable Trust | Acct# | Acct Title |
|---|---|---|---|
| | | Acct# | Acct Title |
| Acct# | Acct Title The Barbara G. Fleck Revocable Trust | Acct# | Acct Title |
| | | Acct# | Acct Title |

### ANNUAL FEE SCHEDULE

*Fees are paid quarterly, in arrears and directly from each account.*

| MARKET VALUE | ANNUAL PERCENTAGE FEE |
|---|---|
| First $1,000,000 | 1.25% |
| Next $1,000,000 | 0.90% |
| Next $3,000,000 | 0.65% |
| Next $2,500,000 | 0.50% |
| Next $2,500,000 | 0.40% |
| Next $10,000,000 | 0.30% |
| Next $10,000,000 | 0.25% |
| Above $30,000,000 | Negotiable |

**Additional Information**

- A 0.25% fee (one quarter of one percent), in addition to the portfolio fee, will be charged on all trust accounts where First Western is Trustee, based as a percentage of total trust assets.

- First Western Trust Bank ("FWTB") may direct client funds to be invested in shares or similar ownership interests of mutual funds, privately offered investment funds, managed accounts or other investment funds that are managed by an affiliate of FWTB. In such cases, the affiliate will charge an asset management fee within the investment fund or to the account in the case of a separate account. The asset management fee is separate from the Portfolio Fee charged directly by FWTB.

- Management fees for affiliated company products and third party sub-advisors are outlined in Exhibit A to the Investment Services and Custody Agreement ("Client Agreement") or are accessible through FWTB's website with your secure login at www.myfw.com, "iwealth Trust and Investment Management".

**SUPPLEMENTAL FEE INFORMATION:**

A 50% discount will be applied to the Standard Schedule as long as the employee is employed by FW. At the time the employee is no longer employed by FWTB, the full standard schedule above will apply and the discount will be removed.

_Barbara Fleck_  _5/8/18_
Client Signature   Date

_Aaron Fleck_  _5/8/18_
Client Signature   Date

Revised 6.30.16                                Employee | Ma[r]

**Ex. 9**

FWTB_0000426