

FIRST Western
TRUST

# *New Account Information Form*

*Trusts, Estates, Guardianships, Conservatorships, Profit Sharing, Defined Benefit, Pooled 401(k)*

***Instructions:*** The *New Account Information Form* must be completed when establishing an account with First Western Trust Bank. This form is to be completed in addition to the *FWTB Investment Services & Custody Agreement* or the *FWTB Non-Discretionary Investment Services & Custody Agreement.*

*Step 1* – Complete Part I and only the section (A – C) that corresponds to the type of account you are establishing at First Western Trust Bank. All fields within each section are required unless specified otherwise.

*Step 2* – Review and complete Part II.

## *Part I – Type of Account*

☒ Trust
- ☒ Revocable Living Trust (Trustor, Trustee & Current Beneficiaries are all the same)
- ☐ Other Revocable Living Trust
- ☐ Irrevocable Living Trust
- ☐ Irrevocable Life Insurance Trust (ILIT)
- ☐ Charitable Trust
- ☐ Testamentary Trust
- ☐ Other Trust ____________

☐ Estate

☐ Guardianship

☐ Conservatorship

☐ Profit Sharing / Defined Benefit Plan

☐ Pooled 401(k)

## *A. Trust / Profit Sharing Plan / Defined Benefit Plan / Pooled 401(k)*

| Trust Title / Plan Title | | | | Under Agreement Dated / Plan Date (mm/dd/yyyy) | |
|---|---|---|---|---|---|
| The Barbara G. Fleck Revocable Trust | | | | 05/26/2017 | |
| Trustee Name: Aaron H. Fleck | | | | | |
| Trustee Legal Address: 1481 Sierra Vista Drive | | City: Aspen | | State: CO | Zip Code: 81611 |
| Daytime Phone | Evening Phone | | Trustee Social Security Number | | Trustee Date of Birth |
| Trustee Mailing Address (If different than above) | Apt. or P.O. Box # | City | | State | Zip Code |
| Tax Identification Number (for the account i.e Trust, Partnership, etc) | | | | | |

| Trustee Name | | | | | |
|---|---|---|---|---|---|
| Barbara G. Fleck | | | | | |
| Trustee Legal Address: 1481 Sierra Vista Drive | | City: Aspen | | State: CO | Zip Code: 81611 |
| Daytime Phone | Evening Phone | | Trustee Social Security Number | | Trustee Date of Birth |
| Trustee Mailing Address (If different than above) | Apt. or P.O. Box # | City | | State | Zip Code |



Ex. 10



FIRSTwestern TRUST

| Trustee Name | | | | | | |
|---|---|---|---|---|---|---|
| Trustee Legal Address | | City | | | State | Zip Code |
| Daytime Phone | Evening Phone | **Trustee Social Security Number** | | **Trustee Date of Birth** | | |
| Trustee Mailing Address (If different than above) | | Apt. or P.O. Box # | City | | State | Zip Code |

*Note: Supporting documentation identifying the trust, profit sharing plan, defined benefit plan or pooled 401(k) is required. Please attach the following documentation to the New Account Information Form. You are required to notify First Western Trust Bank of any changes immediately.*

☒ Trust – Trust Document ☐ PSP / DBP – Plan Document ☐ Pooled 401(k) – Retirement Plan Document

## *B. Estates*

| Decedent's Full Name | | | | | | |
|---|---|---|---|---|---|---|
| Executor (Full Name, Appointed by the Court) | | | | | **Executor Date of Birth** | |
| Mailing Address | | Apt. or P.O. Box # | City | State | Zip Code | |
| Residence Address (if different from mailing) | | Apt. or P.O. Box # | City | State | Zip Code | |
| Work Phone | Home Phone | **Executor Social Security Number** | **Estate Tax Identification Number** | | | |

***Required Documents:*** ***Letters of Testamentary or Letters of Administration****, certified as currently valid by the court clerk within the past 60 days and bearing the clerk's original signature and seal.*

☐ Estate – Letters of Testamentary or Letters of Administration

## *C. Guardianships and Conservatorships*

| Guardian or Conservator's Last Name | | Guardian or Conservator's First Name & Middle Initial | | Title ☐ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. | |
|---|---|---|---|---|---|
| Conservatee's Last Name | | Conservatee's First Name & Middle Initial | | | |
| Conservator's Mailing Address | Apt. or P.O. Box # | City | | State | Zip Code |
| Conservator's Residence Address (if different from Mailing) | Apt. or P.O. Box # | City | | State | Zip Code |
| Work Phone | Conservatee's Date of Birth | | Conservatee's Social Security Number | | |
| Guardian or Conservator's Social Security Number | Guardian or Conservator's Date of Birth | | | | |

*Note: A copy of the court appointment of guardian conservator must be attached to the New Account Information Form.*

☐ Guardianship / Conservatorship – Court Appointment




*Part II – Additional Information*

*1. Citizenship Information*

Please check one of the following declarations:

☐ I, the Account Owner or Authorized Individual, hereby certify that each Account Owner is a U.S. citizen or entity.

☐ I, the Account Owner, am a U.S. Resident Alien as defined by the Internal Revenue Service (IRS). I agree to notify First Western Trust Bank if my resident status changes.

*2. Trade Confirmations*

I/We, the undersigned, waive the right to receive paper trade confirmations and understand that transaction information will appear in the periodic statements and online through the iWealth Trust & Investment Management site at www.myfw.com

*3. Proxy Voting*

I/We the undersigned agree that proxies of securities held in the Account will be forwarded to, and voted by First Western Trust Bank or their Designee and that a copy of the proxy voting policy and procedures will be provided to me upon request.

*4. Prospectus Delivery*

I/We, the undersigned, elect not to receive prospectuses and understand that First Western Trust Bank, who has investment discretion, will have access to prospectuses.

*5. Periodic Statements & Performance Reports*

I/We, the undersigned Account Owner(s), elect to receive my (our) periodic statements via electronic delivery. I/We understand periodic statements are accessible, and may be printed online, via the iWealth Trust & Investment Management site at www.myfw.com

Additional individual(s)/entitie(s) listed below should be granted online access to iWealth Trust & Investment Management to obtain copies of periodic statements for my account. I/We understand these additional parties will have inquiry only access to view positions/transactions within my account in addition to periodic statements:

| Last Name | | First Name & Middle Initial | | Title |
|---|---|---|---|---|
| Fleck | | Aaron H. | | ☐ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. |
| Firm Name (if applicable) | | | | |
| Mailing Address | Apt. or P.O. Box # | City | State | Zip Code |
| 1481 Sierra Vista Drive | | Aspen | CO | 81611 |
| Email Address | | | | |

| Last Name | | First Name & Middle Initial | | Title |
|---|---|---|---|---|
| | | | | ☐ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. |
| Firm Name | | | | |
| Mailing Address | Apt. or P.O. Box # | City | State | Zip Code |
| | | | | |
| Email Address | | | | |



FIRST Western TRUST

***Paper Statements***: I/We, the undersigned Account Owner(s), elect to receive my (our) periodic statements via paper delivery. I/We understand periodic statements are accessible, and may be printed online, via the iWealth Trust & Investment Management site at www.myfw.com, but are foregoing online access at this time.

(Account Owner) (Account Owner) (Account Owner)

## *6. Initial Funding*

Please check all that apply:

☒ I, the undersigned Account Owner, am initially funding my First Western Trust Bank account via check or wire.

a) Attached is a check(s) for the following amount(s)............................................ Check No. ________ $________
*(Please make checks payable to FWTB F/A/O (your account title)...* Check No. ________ $________

b) If you will be initially funding via wire, please send the wire to:

**BMO Harris Bank N.A**
**11270 West Park Place**
**Milwaukee, WI 53224**
**ABA 071000288**
**DDA Account #: 22-98-0210**
**F/C (ENTER ACCOUNT NAME AND NUMBER HERE)**

Amount to be wired.......................................................................................................$________
Date wire delivery is expected to occur..................................................................................________
Name of delivering institution..........................................................................................________
*NOTE*: Wire will be directed into Principal unless specified otherwise.

☐ I, the undersigned Account Owner, am initially funding my First Western Trust Bank account via Account Transfer from another institution (a copy of the *Customer Account Transfer Form* must be completed.)

The Account Owner understands that any cash received by First Western Trust Bank will be automatically invested in a Money Market Fund selected by First Western Trust Bank.

## *7. US Patriot Act*

IMPORTANT NOTICE: To help the government fight terrorism funding and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or entity opening an account. What this means for you: When you open an account, we will ask for your name, address, date of birth (individual) and other information that will allow us to identify you and/or your organization. We may also ask for a copy of your driver's license or other identifying documents. This verification applies to both new accounts and as changes are made to existing accounts. Please review the First Western Privacy Policy Statement regarding the protection of your information.

{THIS SPACE INTENTIONALLY LEFT BLANK}




## 8. *Request for Taxpayer Identification Number and Certification – W-9 Substitute*

☐ I, the undersigned Account Owner, am completing the requested W-9 *Substitute* information below as a **U.S. Resident Alien**. I do not have and am not eligible to receive a social security number (SSN) and, therefore, am providing my IRS individual taxpayer identification number (ITIN).

Please complete fields (1) and (2) and review the "TIN Certification" declaration below:

| Name (as it corresponds with IRS records) | Business Name (if applicable and different than "Name") |
|---|---|
| Social Security Number - - *or* Employer Identification Number - | |

**TIN Certification: I certify, under penalties of perjury, (1) that the number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) The Internal Revenue Service has notified me that I am no longer subject to backup withholding.** *(If you have been notified by the IRS that you are currently subject to backup withholding, you may disregard item (2) within this declaration.)*

**Authorized Signature:** ______________________ **Authorized Signature:** ______________________

Date: ______________________ Date: ______________________

## 9. *Acknowledgements and Signatures*

I, the undersigned Account Owner, hereby acknowledge that this Account is to be maintained in conjunction with the *FWTB Investment Services & Custody Agreement* or the *FWTB Non-Discretionary Investment Services & Custody Agreement* completed by the Account Owner. I acknowledge that I have received a copy of this *New Account Information Form* for my records.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATION REQUIRED TO AVOID BACKUP WITHHOLDING.

**Client:**

Account Title: The Barbara G. Fleck Revocable Trust

**Authorized Signature:** Barbara Fleck

Print Name: BARBARA FLECK

Date: 5/8/18

**Authorized Signature:** Aaron Fleck

Print Name: AARON FLECK

Date: 5/8/18

**First Western Authorized Signature:**

By: [signature]

Print Name: Charles Bantis

Title: [illegible]

Date: 5/9/18

Address: First Western Trust Bank
1900 16th Street, Suite 1200
Denver, CO 80202

FIRST WESTERN
TRUST

## 8. *Request for Taxpayer Identification Number and Certification – W-9 Substitute*

☐ I, the undersigned Account Owner, am completing the requested *W-9 Substitute* information below as a **U.S. Resident Alien.** I do not have and am not eligible to receive a social security number (SSN) and, therefore, am providing my IRS individual taxpayer identification number (ITIN).

Please complete fields (1) and (2) and review the "TIN Certification" declaration below.

| Name (as it corresponds with IRS records): | | Business Name (if applicable and different than "Name"): |
|---|---|---|
| Social Security Number: | Employer Identification Number: | |
| - - or | - | |

**TIN Certification: I certify, under penalties of perjury, (1) that the number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) The Internal Revenue Service has notified me that I am no longer subject to backup withholding.** *(If you have been notified by the IRS that you are currently subject to backup withholding, you may disregard item (2) within this declaration.)*

Authorized Signature: ______________ Authorized Signature: ______________

Date: ______________ Date: ______________

## 9. *Acknowledgements and Signatures*

I, the undersigned Account Owner, hereby acknowledge that this Account is to be maintained in conjunction with the *FWTB Investment Services & Custody Agreement* or the *FWTB Non-Discretionary Investment Services & Custody Agreement* completed by the Account Owner. I acknowledge that I have received a copy of this *New Account Information Form* for my records.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATION REQUIRED TO AVOID BACKUP WITHHOLDING.

**Client:**

Account Title: The Aaron H. Fleck Revocable Trust

Authorized Signature: [signature]

Print Name: Barbara Fleck

Date: 5/8/18

Authorized Signature: [signature]

Print Name: Aaron Fleck

Date: 5/8/18

**First Western Authorized Signature:**

By: [signature]

Print Name: [illegible]

Title: [illegible]

Date: [illegible]

Address: First Western Trust Bank
1900 16th Street, Suite 1200
Denver, CO 80202