BARBARA FLECK  
FLECK REVOCABLE TRUST vs FIRST WESTERN  
March 08, 2022  
1–4

### Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLORADO
 3
 4   THE AARON H. FLECK REVOCABLE TRUST,
     through its Trustees, Aaron H. Fleck
 5   and Barbara G. Fleck, THE BARBARA G.
     FLECK REVOCABLE TRUST, through its
 6   Trustees, Aaron H. Fleck and Barbara G.
     Fleck, AARON FLECK, and BARBARA G. FLECK,
 7   on behalf of themselves and all others
     similarly situated,
 8
           Plaintiffs,
 9
     v.                Civil Action No. 21-cv-01073-CMA-GPG
10
     FIRST WESTERN TRUST BANK,
11   CHARLES BANTIS,
     and ANDREW GODFREY,
12
           Defendants.
13   _____
14              VIDEOTAPED DEPOSITION
15                       OF
16               BARBARA G. FLECK
17
18               MARCH 8, 2022
                   9:01 A.M.
19               ASPEN, COLORADO
20
21
22
23
24
         Jennifer R. Cormican, NVRA CVR No. 7645,
25   Notary Public in and for the State of Colorado
```

### Page 2

```
 1                 APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF(S):
 4       LAURA J. KNOPP, ESQUIRE
         PODOLL & PODOLL, P.C.
 5       5619 DTC PARKWAY, SUITE 1100
         GREENWOOD VILLAGE, COLORADO 80111
 6       303-861-4000
         LAURA@PODOLL.NET
 7
 8
 9   ON BEHALF OF THE DEFENDANT(S):
10       ADAM B. STERN, ESQUIRE
         BRYAN CAVE LEIGHTON PAISNER, LLP
11       1700 LINCOLN STREET, SUITE 4100
         DENVER, COLORADO 80203
12       303-861-7000
         ADAM.STERN@BCLPLAW.COM
13
14
15   ALSO APPEARING:
16       RICHARD PODOLL, CO-COUNSEL WITH MS. KNOPP
17       AARON FLECK, SPOUSE OF DEPONENT
18       VIDEOGRAPHER, JOSHUA OSHIMA
19    **All parties appearing via Zoom videoconference**
20
21
22
23
24
25
```

### Page 3

```
 1                    INDEX
 2   EXAMINATION
 3       By Mr. Stern......................................5
 4   EXHIBITS
 5       (Referenced from a previous deposition.)
 6       No. 6; Investment Policy Statement Bates FWTB
             437-443......................................13
 7
         No. 7; Investment Services and Custody Agreement
 8           Bates FWTB 414-419...........................14
 9       No. 9; Fee Schedule Agreement Bates FWTB
             426..........................................16
10
         No. 18; Plaintiff's Objections and Responses to
11           Defendants' First Set of Requests for
             Production & Interrogatories to Plaintiffs..17
12
         No. 19; Plaintiff's Objections and Responses to
13           Defendants' Second Set of Requests for
             Production & Interrogatories to Plaintiffs..18
14
     DEPOSITION CONCLUDED................................20
15
     REPORTER'S CERTIFICATE..............................21
16
     ERRATA SHEET........................................22
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1             PROCEEDINGS
 2       (On the record 9:01 a.m.)
 3       VIDEOGRAPHER:  We are now on the
 4   record.  The time is 9:01 a.m. on Tuesday,
 5   March 8, 2022.  This begins at the
 6   videoconference deposition of Barbara Fleck
 7   taken in the matter of Aaron H. Fleck
 8   Revocable Trust, Barbara G. Fleck Revocable
 9   Trust, Aaron Fleck and Barbara Fleck versus
10   First Western Trust Bank, Charles Bantis and
11   Andrew Godfrey, filed in the US District
12   Court for the District of Colorado, case
13   number of which is 21-CV-01073-CMA-GPG.
14       My name is Joshua Oshima, I'm your
15   remote videographer today.  The court
16   reporter is Jennifer Cormican.  We are
17   representing Esquire Deposition Solutions.
18   As a courtesy, everyone who is not speaking,
19   please mute your audio and please remember
20   to unmute when you are ready to speak.  Will
21   everyone ready present please identify
22   themselves and state who you represent,
23   after which the court reporter will swear in
24   the witness.
25       MS. KNOPP:  Laura Knopp on behalf of
```



800.211.DE...  
EsquireSol...  
**Ex. 11**

Page 9
1   A   Not really. I haven't been that involved.
2   Q   Okay. Did you approve this lawsuit before
3   it was filed?
4   A   I haven't been involved so I can't say. I
5   don't think that I was.
6   Q   Okay. Can you explain to me what defenses
7   First Western has asserted in this lawsuit?
8   A   No.
9   Q   What is the Barbara G. Fleck Revocable
10  Trust?
11  A   I don't -- I can't even explain that to you.
12  Q   Have you ever been a trustee of the Barbara
13  G. Fleck Revocable Trust?
14  A   I don't know that.
15  Q   What is the Aaron H. Fleck Revocable Trust?
16  A   I don't know.
17  Q   Have you ever been a trustee of the Aaron H.
18  Fleck Revocable Trust?
19  A   I don't know.
20  Q   Do you believe that First Western Trust Bank
21  did anything wrong to you?
22  A   I don't -- I'm not sure. I don't know.
23  It's up to my husband.
24  Q   Okay. Do you believe that Andy Godfrey or
25  Charles Bantis did anything wrong to you?

Page 10
1   A   Again, it's up to my husband.
2   Q   Okay. Did you review the complaint in this
3   lawsuit before it was filed?
4   A   No.
5   Q   Okay. Are you aware of whether you have
6   provided a power of attorney to anyone to act on your
7   behalf?
8   A   No, I'm not aware.
9   Q   Okay. Do you recall any meetings between
10  you and First Western Trust Bank?
11  A   No.
12  Q   Do you recall any meetings between you and
13  Andy Godfrey?
14  A   No.
15  Q   Do you recall between you and Doug Barker?
16  A   No.
17  Q   Do you recall any meetings between you and
18  Charles Bantis?
19  A   No.
20  Q   Do you know whether you paid any taxes in
21  2018?
22  A   No.
23  Q   Do you know whether you paid any taxes in
24  2019?
25  A   No.

Page 11
1   Q   Do you know whether you paid any taxes in
2   2020?
3   A   No.
4   Q   Do you claim that you have ever been misled
5   by First Western Trust Bank?
6   A   No.
7   Q   Do you claim that you have ever been misled
8   by Andy Godfrey or Charles Bantis?
9   A   No.
10  Q   Okay. Are you seeking to have this lawsuit
11  be a class action lawsuit?
12  A   I don't know.
13  Q   Are you seeking to serve as a class
14  representative in this lawsuit?
15  A   I don't think so.
16  Q   Other than attending today's deposition,
17  have you done anything to participate in this lawsuit?
18  A   No. I don't get involved with my husband's
19  affairs.
20  Q   Do you understand what it means to be a
21  class representative in a class action lawsuit?
22  A   No.
23  Q   Are you willing to be a class representative
24  in this lawsuit if it is approved to be a class
25  action?

Page 12
1   A   I don't know, but I don't think so.
2   Q   Okay.
3   A   Yes. I guess, yes.
4   Q   Did your husband Aaron Fleck just tell you
5   to say yes?
6   A   No.
7   Q   Then why did you change your answer?
8   A   Because it didn't sound very good.
9   Q   What do you -- if you are a class
10  representative in this lawsuit, what do you plan to do
11  to protect the interests of absent class members?
12  A   Would you repeat that? I don't think I'm
13  going to have an answer, but repeat it, please.
14  Q   Yes. If you end up being a class
15  representative in this lawsuit, what do you plan to do
16  to protect the interests of absent class members?
17  A   I have no idea.
18  Q   Do you believe that you're capable of
19  providing testimony at a trial in this lawsuit in
20  support of your claims?
21  A   Say that again, please.
22  Q   Do you believe that you're capable of
23  providing testimony in this lawsuit in support of your
24  claims?
25  A   It's -- in certain questions that I know the

