## Citi Private Bank

citi®

**ACCOUNT TRANSFER FORM**

### I. Receiving Firm Information

RECEIVING FIRM CLEARING NUMBER: **0443**

ACCOUNT NUMBER: _____

SOCIAL SECURITY
NUMBER: _____ or TAXPAYER IDENTIFICATION NUMBER: _____

SECONDARY SOCIAL
SECURITY NUMBER: _____ or TAXPAYER IDENTIFICATION NUMBER: _____

ACCOUNT TYPE (Enter The Two Character Code): **TR**

Nonretirement: SN—(Single)   JT—(Joint)   TR—(Trust)   CT—(Cotrustee)   CO—(Corporate)   CU—(Custodian)
ES—(Estate)   BC—(Bank Custody)   AG—(Agency)

Retirement: IR—(Traditional IRA)   RI—(Roth IRA)   DR—(Direct Rollover)   BI—(Beneficiary)   BR—(Beneficiary Roth IRA)
4K—(401k)   EI—(Education Savings Account)   SI—(SIMPLE IRA)   QP—(Qualified Plan)   4B—(403b)
7B—(457 Plan)   HS—(Health Savings Account)   5P—(529 Plan)

Other: _____   OT—(Other)

### II. Delivering Account Information

CLEARING NUMBER: 5469   (handwritten)

ACCOUNT NUMBER: _____

FIRM NAME: _____

ACCOUNT TITLE: (As it appears on your statement)

The Aaron H. Fleck Revocable Trust

**DELIVERING FIRM CONTACT INFORMATION (MANDATORY WHEN CLEARING NUMBER IS NOT PROVIDED):**

CONTACT NAME: _____

FIRM ADDRESS: (No P.O. Box) _____

CITY: _____   STATE: _____   ZIP: _____

TELEPHONE NUMBER: _____

NOTE: A complete copy of your most recent brokerage account statement is necessary to process this form.

### III. Transfer Type (Choose Only One)

**A. ACCOUNT TRANSFER**

[✓] FULL (Check one below)
   [✓] TRANSFER ALL ASSETS IN KIND (Skip to Section VI)
   [ ] LIQUIDATE ALL ASSETS LISTED IN SECTION IV
   (Liquidations are not for brokerage accounts)
   [ ] TRANSFER ALL ASSETS IN KIND EXCEPT FOR THE ASSETS
   LISTED IN SECTION IV, WHICH REQUIRE LIQUIDATION
[ ] PARTIAL (Complete Section IV)

**B. DRS/DRIP**

[ ] FULL (Check one below)
   [ ] SELL FRACTIONS AND CLOSE ACCOUNT
   [ ] TRANSFER ALL FULL SHARES ONLY
[ ] PARTIAL (List assets in Section IV)

NOTE: For transfer agents, electronically send positions or issue
a certificate for whole shares and redeem fractional shares.

**C. DIRECT MUTUAL FUND**

[ ] TRANSFER MUTUAL FUNDS FROM THE ACCOUNT HELD DIRECTLY AT THE
FUND COMPANY (See list in Section IV for exact instructions)
NOTE: ONLY ONE FUND FAMILY PER FORM.

**D. BANK RETIREMENT PLAN ACCOUNTS** (Select only one)

[ ] LIQUIDATE IMMEDIATELY AND TRANSFER CASH  I AM AWARE OF AND
ACKNOWLEDGE ANY PENALTY I WILL INCUR FROM AN EARLY
WITHDRAWAL.

[ ] LIQUIDATE AT MATURITY AND TRANSFER CASH
SPECIFY MATURITY DATE: _____
(submit two to three weeks before maturity date).
NOTE: Liquidations involving bank CDs, checking accounts, or savings
accounts can only be processed from retirement accounts.

---

| INVESTMENT PRODUCTS: NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE |
|---|

Citi Private Bank is a business of Citigroup Inc. ("Citigroup"), which provides its clients access to a broad array of products and services available through bank and non-bank affiliates of Citigroup. Not all products and services are provided by all affiliates or are available at all locations. In the U.S., brokerage products and services are provided by Citigroup Global Markets Inc. ("CGMI"), member SIPC. Accounts carried by Pershing LLC, member FINRA, NYSE, SIPC. CGMI and Citibank, N.A are affiliated companies under the common control of Citigroup. Outside the U.S., brokerage products and services are provided by other Citigroup affiliates. Investment Management services (including portfolio management) are available through CGMI, N.A. and other affiliated advisory businesses. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates. Pershing LLC serves as Custodian of Individual Retirement Custodial Account Plan(s) applicable to Traditional, Roth, SEP and SIMPLE IRAs. Pershing LLC is the plan document sponsor of the Pershing Basic Plan document qualified plans. Pershing LLC serves as Custodian of the 403(b)(7) Custodial Account Agreement.

848945   0600-CPB (9/2011) Page 2 of 4


TFRR

**Ex. 12**

1000446730/10900000671832

## IV.  Partial Transfers, Direct Mutual Funds, And Liquidations

| QUANTITY | ASSET DESCRIPTION | CUSIP*/SYMBOL | FUND ACCOUNT NUMBER | TRANSFER INSTRUCTIONS¹ | DIVIDEND OPTIONS² | CAPITAL GAIN OPTION² | ESTIMATED $ VALUE |
|---|---|---|---|---|---|---|---|
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |
| | | | | ☐ Transfer In Kind  ☐ Liquidate | ☐ Cash  ☐ Reinvest | ☐ Cash  ☐ Reinvest | |

¹ If you have requested a liquidation, your market price is not guaranteed. You will receive the current market price after your transfer request is received, reviewed, and determined to be in good order by the delivering firm. Clearing Firm is not responsible for market fluctuations or delays in the review process. DRS items cannot be liquidated.

² If this is a mutual fund transfer and there is no dividend or capital gain option checked in the section above, Clearing Firm will process this request as reinvest.

**(For office use only: All transfers must be added to Clearing Firm's transfer systems)**

## V.  Retirement Plan Restrictions And Certifications

- **Age 70½ restrictions:** If you are at least the age of 70½ this year and you are rolling over assets from a qualified plan or 403(b) account, you must take your required minimum distribution (RMD) from your qualified plan or 403(b) account before rolling over your assets.
- **Rollover Certification of Employee:** I understand the rules and conditions and I have met the requirements for making a rollover. Due to the important tax consequences of rolling over funds or property, I have been advised to see a tax professional. All information provided by me is true and correct and may be relied on by CGMI and the Clearing Firm. I assume full responsibility for this rollover transaction and will not hold either CGMI or the Clearing Firm liable for any adverse consequences that may result. I hereby irrevocably designate this contribution in funds or other property as a rollover contribution.

**To the Prior Trustee:**

☐ Clearing Firm accepts appointment as successor custodian.

☐ Please be advised that _____ does hereby accept appointment as successor custodian.
(Insert firm name)

**SUCCESSOR CUSTODIAN'S SIGNATURE:**                                              **DATE:**

## VI.  Participant Signature and Certification

**To the Delivering Firm Named Above:** If this account is a qualified retirement account, I have amended the applicable plan so that it names as successor custodian the trustee listed above. Unless otherwise indicated in the instruction above, please transfer all assets in my account to the Clearing Firm without penalties, such assets may be transferred within the time frames required by FINRA or other designated examining authority. Unless otherwise indicated in the instructions above, I authorize you to liquidate any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting credit balance to the successor custodian. I authorize you to deduct any outstanding fees due to you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due to you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other instruments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor custodian to transfer them in its name for the purpose of the sale, when, and as directed to me. I understand that upon receiving a copy of this transfer information, you will cancel all open orders for my account on your books. I affirm that I have destroyed or returned to you credit/debit cards and/or unused checks issued to me in connection with my brokerage account. I understand that you will contact me with respect to the disposition of any assets in my brokerage account that are nontransferable.

**CLIENT'S SIGNATURE:** *Alison Aidukonis*        **DATE:** 2/12/19

**JOINT CLIENT'S SIGNATURE:** *Barbara Weed*        **DATE:** 2/21/19

Please attach your most recent brokerage account statement to process this account transfer.

**INVESTMENT PROFESSIONAL'S NAME:** _____

**INVESTMENT PROFESSIONAL'S PHONE NUMBER:** _____

**SIGNATURE GUARANTEED BY:**

CUSIP® belongs to its respective owner.

848945   0600-CPB (9/2011) Page 3 of 4

CONFIDENTIAL