### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-GPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees,
    Aaron H. Fleck and Barbara G. Fleck,
THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees,
    Aaron H. Fleck and Barbara G. Fleck,
AARON FLECK, and
BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

    Defendants.

---

### DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS

---

Defendants First Western Trust Bank, Charles Bantis, and Andrew Godfrey (collectively, "Defendants") respond as follows to Plaintiffs' First Set of Interrogatories and Requests for Production, dated November 12, 2021 (the "Requests").

### GENERAL OBJECTIONS

Defendants assert the following general objections, which are incorporated into each of Defendants' specific responses below:

1.    Defendants object to the Requests to the extent that they seek documents or information protected from disclosure by the attorney-client privilege, the work-product doctrine, the joint defense or common interest privilege, or any other applicable privilege. Defendants specifically reserve the right to demand the return or destruction of any

**Ex. 13**

- Charles Bantis, Market President for Aspen.  Mr. Bantis has no licenses or certificates.

- Andrew Godfrey, Wealth Advisor and Client Strategist.  Mr. Godfrey has no licenses or certificates.

- Douglas Barker, Portfolio Manager.  Mr. Barker has the following licenses or certificates: Certified Financial Planner and Accredited Investment Fiduciary.

- Travis Van Domelen, Assistant Portfolio Manager.  Mr. Van Domelen has the following licenses or certificates: Certified Financial Planner.

- John Sawyer, Chief Investment Officer.  Mr. Sawyer has the following licenses or certifications: Chartered Financial Analyst.

9.    Identify any changes or amendments to FWTB's policies and procedures that resulted, at least in part, due to FWTB's management of the Trusts.

Response to Interrogatory No. 9:  None.

10.    Identify any occasions where the Flecks either individually or together met with employees of FWTB from 2018 to 2019. For each meeting specify who was in attendance and the topics discussed, and instructions that were given.

Response to Interrogatory No. 10:  Defendants object to this request as seeking information that is not relevant to the parties' claims and defenses insofar as it seeks information relating to services performed by FWTB for the Flecks other than management of the Trusts' investment accounts.  Defendants object to this request as unduly burdensome and not proportional to the needs of the case because it seeks a description of "all" occasions, without any limitation targeted at the parties' claims and defenses.

Subject to their objections, Defendants state that Aaron Fleck often came into FWTB's Aspen office without setting a meeting, and FWTB and its representatives

routinely discussed with Mr. Fleck the Trusts' investment accounts and other business. Defendants also communicated with Plaintiffs by telephone, email, and mail.  In addition, and based on a reasonable investigation, Defendants identify the following specific meetings, which are not necessarily all encompassing:

- February 9, 2018.  John Sawyer, Travis Van Domelen, Andy Godfrey, and Doug Barker met with Aaron Fleck, Aaron's daughter Katherine Peisach, and Katherine's husband Harry Peisach to discuss potentially investing funds on Mr. Fleck and Barbara Fleck's behalf using FWTB's conservative investment model.

- November 6, 2018. Charlie Bantis, Doug Barker (by phone), Andy Godfrey, and Travis Van Domelen met with Aaron Fleck in FWTB's Aspen office.  Topics discussed included investment performance, market conditions, and investment strategy.

- December 2018.  Aaron Fleck came into FWTB's Aspen office on several occasions and had discussions with Andy Godfrey, Travis Van Domelen, and Charles Bantis.  Mr. Fleck was told that FWTB had taken approximately $140,000 in capital losses in the Trusts' accounts.  Mr. Fleck did not ask FWTB to take additional losses.  Mr. Fleck discussed that he thought his assistant (Kim Baillargeon) was stealing from him and asked for detailed information about his checking account.

- January 2019.  Aaron Fleck came into FWTB's Aspen office and had discussions with Andy Godfrey, Travis Van Domelen and possibly Charles Bantis.  Mr. Fleck brought up for the first time that he wished FWTB had taken additional capital losses in 2018.

- January 14, 2019.  Andy Godfrey met with the Flecks at their house.  The topics discussed included the fact that the Flecks were spending too much money, and it was unsustainable, that the Flecks wanted to sue the developer of their house, and FWTB's bills and trustee services.

- February 6, 2019. Charlie Bantis, Doug Barker, Andy Godfrey, and Travis Van Domelen met with Aaron Fleck at FWTB's Aspen office.  At the meeting, Mr. Fleck stated he wanted to move his investments to another bank.  He also stated that FWTB should have known the he wanted it to take additional capital losses for his accounts in 2018.

- March 18, 2019. Andrew Godfrey and Charlie Bantis met with Aaron Fleck at FWTB's Aspen office.  At the meeting, Mr. Fleck claimed that FWTB ignored his request to take all losses in 2018.  Mr. Godfrey stated that Mr. Fleck never gave FWTB explicit instructions to take all losses.  In response, Mr. Fleck stated "it was implied" and you "should have known to do so."  Elise Cohen walked Mr. Fleck to his car after the meeting, and Mr. Fleck did not recognize her, even though they have known each other for twenty years.

- April 12, 2019.  Andrew Godfrey met with Aaron Fleck.  Mr. Fleck stated he was moving his investment accounts to Citibank.  After offering to settle for $100,000, Mr. Fleck threatened to sue FWTB for hundreds of millions of dollars.  Mr. Fleck stated that he had "quarterbacked" ten class action lawsuits in his lifetime, and countless other smaller suits.

- April 15, 2019.  Aaron Fleck met with Charlie Bantis at FWTB's office in Aspen.  Mr. Fleck discussed a potential lawsuit against FWTB, his former lawsuit against the "Pirate of Prague," that he still wanted FWTB to serve as a co-trustee of his estate, and discord in his family.

- May 17, 2019.   Aaron Fleck and Charlie Bantis had a conversation by telephone.   Mr. Fleck stated he was selling his apartment in Aspen for approximately $3 million, and he could use the tax losses from the Trusts' accounts to offset his gains in that apartment.  Mr. Fleck also stated he did not want to sue FWTB.

- May 20, 2019.   Aaron Fleck and Charlie Bantis had a conversation by telephone.  They discussed a potential settlement.  Mr. Fleck rejected an offer for fee credits, and stated he would be suing FWTB for millions of dollars.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.     Produce all statements, Documents, and Communications detailing the portfolio holdings of the Trusts sent from You to Plaintiffs pursuant to the Investment Policy Statement.

Response to Request for Production No. 1:  Defendants object to this request as unduly burdensome and not proportional to the needs of the case to the extent it requires production of all Documents and Communications, even duplicative ones and ones that can only be located based on an unreasonably burdensome search.

documents that are not relevant to the parties' claims and defenses, and as being unduly burdensome and not proportional to the needs of the case.

Subject to their objections, as described above, Defendants have conducted a reasonable search for documents responsive to Plaintiffs' Requests for Production, and have produced the non-privileged documents identified based on that search.

Respectfully submitted this 13th day of December, 2021.

*/s/ Adam B. Stern*
BRYAN CAVE LEIGHTON PAISNER LLP
Timothy R. Beyer
Adam B. Stern
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

*Attorneys for Defendants First Western Trust Bank, Charles Bantis, and Andrew Godfrey*

## VERIFICATION OF FIRST WESTERN TRUST BANK

I, John Sawyer, declare that I have read the foregoing answers of Defendants to Plaintiffs' First Set of Interrogatories and know their contents. I am the Chief Investment Officer of First Western Trust Bank and am authorized to make this verification on its behalf.  To the best of my knowledge, Defendants' answers to Plaintiffs' First Set of Interrogatories are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13ᵀᴴ day of December, 2021

John Sawyer, Chief Investment Officer
First Western Trust Bank

## VERIFICATION OF CHARLES BANTIS

I, Charlie Bantis, declare that I have read the foregoing answers of Defendants to Plaintiffs' First Set of Interrogatories and know their contents. To the best of my knowledge, Defendants' answers to Plaintiffs' First Set of Interrogatories are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _13_ day of December, 2021

Charles Bantis

## VERIFICATION OF ANDREW GODFREY

I, Andrew Godfrey, declare that I have read the foregoing answers of Defendants to Plaintiffs' First Set of Interrogatories and know their contents. To the best of my knowledge, Defendants' answers to Plaintiffs' First Set of Interrogatories are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _13_ day of December, 2021.

Andrew Godfrey

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2021, a true and correct copy of the foregoing **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS** was served by email to counsel of record as follows:

PODOLL & PODOLL, P.C.
Richard B. Podoll
Robert A. Kitsmiller
Jacqueline E. Hill
Laura Knopp
rich@podoll.net
bob@podoll.net
jacqui@podoll.net
Laura@podoll.net

*Attorneys for Plaintiffs*

*s/ Adam B. Stern*
Adam B. Stern