**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number: 21-cv-01073-CMA-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,
THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,
AARON FLECK, and BARBARA G. FLECK,

    Plaintiffs,

v.

FIRST WESTERN TRUST BANK
CHARLES BANTIS, and
ANDREW GODFREY

    Defendants.

---

**DEFENDANTS' MOTION TO EXTEND DEADLINES FOR REBUTTAL TO PLAINTIFFS' DAMAGES EXPERT REPORT AND FOR DEPOSITIONS OF DAMAGES EXPERTS**

---

Defendants First Western Trust Bank, Charlie Bantis, and Andrew Godfrey move for a fourteen-day extension to their deadline to disclose a rebuttal expert report responding to the May 15, 2023 expert report of Lari Masten and for depositions of damages experts.

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for Defendants repeatedly attempted to confer with counsel for Plaintiffs about this motion, including by email on May 19, 23, and 26, 2023 and by voicemail on May 26, 2023. Plaintiffs did not respond to any of Defendants' four conferral attempts.

2. On March 22, 2023, the Court granted Plaintiffs leave to disclose a

damages expert report by May 1, 2023. Dkt. No. 80. The Court gave Defendants until June 1, 2023 to disclose a rebuttal expert report, and gave the parties until July 1, 2023 to depose each other's damages experts. *Id.*

3. On May 2, 2023, the Court extended Plaintiffs' deadline until May 15, 2023 to disclose its damages expert report. Dkt. No. 85. The Court did not change Defendants' deadline to disclose a rebuttal expert report or the deadline for depositions of damages experts. *Id.*

4. On May 15, 2023, Plaintiffs disclosed a damages expert report authored by Lari Masten.

5. Defendants request that the Court extend their deadline to disclose a rebuttal report and for depositions of damages experts by fourteen days. There is good cause for a fourteen-day extension to keep the deadlines proportionate to the deadlines set in the Court's March 22, 2023 order, and because additional time is needed for Defendants to complete a damages rebuttal report and to depose Ms. Masten.

6. The extension will not prejudice any party. There is no trial date set in this matter. Moreover, the extension sought is equivalent to the extension already granted to Plaintiffs on May 2, 2023.

7. Defendants have not previously requested an extension to their deadline to disclose a rebuttal damages expert report or depose Plaintiffs' damages expert.

8. Defendants will provide a copy of this motion to their clients pursuant to D.C.Colo.LCivR 6.1.

9. Accordingly, Defendants respectfully request that the Court extend their

- 3 -

deadline to disclose a damages rebuttal report to June 15, 2023 and to depose Plaintiffs' damages expert until July 15, 2023.

Dated: May 26, 2023

/s/ Adam B. Stern
BRYAN CAVE LEIGHTON PAISNER LLP
Timothy R. Beyer
Adam B. Stern
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

Attorneys for Defendants First Western Bank, Charles Bantis, and Andrew Godfrey

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of May, 2023 a true and correct copy of **DEFENDANTS' MOTION TO EXTEND DEADLINES FOR REBUTTAL TO PLAINTIFFS' DAMAGES EXPERT REPORT AND FOR DEPOSITIONS OF DAMAGES EXPERTS** was filed and served using the CM/ECF system, on the following:

PODOLL & PODOLL, P.C.
Richard B. Podoll
rich@podoll.net
Robert Kitsmiller
bob@podoll.net
Jacqueline E. Hill
jacqui@podoll.net

*Attorney for Plaintiffs*

                                          */s/ Adam B. Stern*
                                          Adam B. Stern