**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01073-CMA-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees,
Aaron H. Fleck and Barbara G. Fleck,
THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees,
Aaron H. Fleck and Barbara G. Fleck,
AARON FLECK, and BARBARA G. FLECK

    Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

    Defendants.

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES FOR REBUTTAL TO PLAINTIFFS' DAMAGES EXPERT REPORT AND FOR DEPOSITIONS OF DAMAGES EXPERTS**

IT IS HEREBY ORDERED that Defendants motion' for a fourteen-day extension to their deadline to disclose a rebuttal expert report responding to the May 15, 2023 expert report of Lari Masten and for depositions of damages experts is granted.  The deadline for Defendants to disclose a rebuttal exert report to the May 15, 2023 expert report of Lari Masten is June 15, 2023.  The deadline for the parties depose damages experts is July 15, 2023.

- 2 -

SO ORDERED, this _____ day of _____, 2023.

                                                                             BY THE COURT:

                                                          _____.
                                                          United States Magistrate Judge