IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST,
THE BARBARA G. FLECK REVOCABLE TRUST,
AARON H. FLECK, and
BARBARA G. FLECK,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      It is hereby ORDERED that Defendants' Motion to Extend Deadlines for Rebuttal to Plaintiffs' Damages Expert Report and for Deposition of Damages Experts (Dkt. #87) is GRANTED. Defendants' deadline to disclose a damages rebuttal report is extended to June 15, 2023 and to depose Plaintiffs' damages expert to July 15, 2023.

Date: May 30, 2023