IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-GPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

**UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., hereby move for a two-week extension of time to respond to Defendants' Motion for Partial Summary Judgment pursuant to D.C.COLO.LCivR 6.1 and CMA Civ. Practice Standard 6.1 as follows:

**CERTIFICATE OF CONFERRAL**

Undersigned counsel has conferred with counsel for Defendants' who indicate that they have no objection to Plaintiffs' request for a two-week extension to respond to Defendants' Motion for Partial Summary Judgment.

1

## ARGUMENT

1. Defendants filed their Motion for Partial Summary Judgment on May 15, 2023 (Dkt. No. 86).

2. The deadline for Plaintiffs to file their Response to Defendants' Motion for Partial Summary Judgment is June 5, 2023.

3. Counsel for Plaintiffs are involved in extensive briefing and trial preparation for an expedited preferential trial in the matter of Wanda Bertoia, et al and Brett Payton, et al, in Denver District Court Case No. 2019CV33523 *(captioned Wanda Bertoia, et al., v. Brett Payton, et al.)* which is set to commence on June 20, 2023, and conclude on June 30, 2023.

4. Additionally, counsel for Plaintiffs will be involved in depositions scheduled for every day next week in the referenced case.

5. There have been no other extensions of the deadline to file the Response to Defendants' Motion for Partial Summary Judgment.

6. Undersigned counsel for Plaintiffs conferred with counsel for Defendants who indicated the extension is unopposed.

7. Defendants will not be prejudiced by the brief extension and the extension will not affect the scheduling of the case.

8. Pursuant to and CMA Civ. Practice Standard 7.1, a proposed order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request an additional two weeks, through and including June 19, 2023, to respond to Defendants' Motion for Partial Summary Judgment.

Dated: June 2, 2023

PODOLL & PODOLL, PC

By: *s/ Richard B. Podoll, Esq.*
Richard B. Podoll, #8775
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood Village, CO 80111
Tel: 303 861-4000
Fax: 303-861-4001
Email: rich@podoll.net
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

I hereby certify that on June 2, 2023, a true and correct copy of the foregoing was served via email on Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

By: *s/Christa K. Lundquist*
Christa K. Lundquist