IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

**PROPOSED ORDER: UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

THIS MATTER, having come before the Court upon Plaintiffs' Motion to extend the deadline to file their Response to Defendants' Motion for Partial Summary Judgment from June 5, 2023, to June 19, 2023, and the Court, having reviewed the Motion, the file in this matter, and being sufficiently advised in the premises, HEREBY GRANTS, the Motion.

IT IS THEREFORE ORDERED that Plaintiffs have through and including June 19, 2023, to file their Response to Defendants' Motion for Partial Summary Judgment.

DONE AND SIGNED this _____ day of June, 2023.

BY THE COURT:

_____
DISTRICT COURT JUDGE