IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-GPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., hereby move for a final one-week extension of time to respond to Defendants' Motion for Partial Summary Judgment pursuant to D.C.COLO.LCivR 6.1 and CMA Civ. Practice Standard 6.1 as follows:

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Defendants who oppose the relief requested.

1. Defendants filed their Motion for Partial Summary Judgment on May 15, 2023 (Dkt. No. 86).

2. The deadline for Plaintiffs to file their Response to Defendants' Motion for Partial Summary Judgment was June 5, 2023.

3. Counsel for Plaintiffs were involved in extensive briefing and trial preparation for an expedited preferential trial in the matter of Wanda Bertoia, et al and Brett Payton, et al, in Denver District Court Case No. 2019CV33523 *(captioned Wanda Bertoia, et al., v. Brett Payton, et al.)* which was to commence on June 20, 2023, and conclude on June 30, 2023.

4. In deference to the trial schedule of Plaintiffs' counsel, the Court granted a two-week extension until June 19, 2023. That motion was unopposed.

5. Trial preparation was everything it promised to be, and Plaintiffs' counsel is presently in the middle of a two week jury trial.

6. Plaintiffs' counsel attempted to coordinate the response due in this matter on June 19, but has been unable to complete the response.

7. Plaintiffs' counsel also did not advise the Court of their inability to complete the response as required on June 19, 2023.

8. Plaintiffs' have substantially completed their response and will file it tomorrow, June 26, 2023.

9. Defendants will not be prejudiced by the brief extension and the extension will not affect the scheduling of the case.

10. Pursuant to CMA Civ. Practice Standard 7.1, a proposed order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request an additional one week, through and including June 26, 2023, to respond to Defendants' Motion for Partial Summary Judgment.

Dated: June 25, 2023

PODOLL & PODOLL, PC

By: *s/ Richard B. Podoll, Esq.*
Richard B. Podoll, #8775
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood Village, CO 80111
Tel: 303 861-4000
Fax: 303-861-4001
Email: rich@podoll.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2023, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

I hereby certify that on June 25, 2023, a true and correct copy of the foregoing was served via email on Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

By: *s/Christa K. Lundquist*
Christa K. Lundquist

3