**EXHIBIT B**

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

**Pg: 22 Ln: 24 - Pg: 23 Ln: 21**

**Annotation:**

```
22:24   Q.   (BY MR. PODOLL)  Okay.  And what was the
   25   relationship between First Western Capital Management
23: 1   and the accounts -- fiduciary accounts that First
    2   Western Trust Bank was administering?
    3              MR. STERN:  Objection, beyond the scope
    4   of the topics.
    5        A.   So I would say there were two primary
    6   relationships:  ==So First Western Capital Management==
    7   ==managed the funds in the First Western Funds Trust,==
    8   ==which were used in client allocations within the bank==.
    9        Q.   (BY MR. PODOLL)  Okay.
   10        A.   One -- one capacity or relationship.  In
   11   addition to that, for accounts that were -- where it
   12   made sense and had a reasonable size, we utilized,
   13   within the bank, First Western Capital Management to
   14   run what we call separately managed accounts, so those
   15   would be client accounts that owned individual
   16   securities and not the funds.  First Western Capital
   17   Management acted as a subadvisor to the bank for those
   18   client accounts, those subaccounts.
   19        Q.   Okay.  And was -- were the Flecks'
   20   accounts within that group of subaccounts?
   21        A.   They were not.
```

**Pg: 25 Ln: 19 - Pg: 26 Ln: 8**

**EXHIBIT B**

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

**Annotation:**

```
25:19   BY MR. PODOLL)  Okay.  And this applied
   20   to all of the mutual funds that were managed by First
   21   Western Capital Management?
   22          A.   That's correct.  There were only three.
   23          Q.   And First Western Funds Trust was one?
   24               MR. STERN:  Objection, beyond the scope.
   25          A.   No.  First Western Funds Trust was the
26: 1   trust which held the three funds.
    2          Q.   (BY MR. PODOLL)  Got it.  Which were the
    3   three funds?
    4               MR. STERN:  Objection, beyond the scope
    5   of the topics.
    6          A.   There's the First Western Short
    7   Duration, First Western Core Fixed Income, First
    8   Western High Yield.
```

**Pg: 28 Ln: 11 - 20**

**Annotation:**

```
28:11   Q.   Okay.  How would you describe it?
   12   That's more important than how I would describe it.
   13          A.   Yeah.  So I had oversight responsibility
   14   for the trust and investment management activity
   15   across the offices within the bank.
   16          Q.   Okay.  So maybe we can get at it this
   17   way:  In 2018, how many offices across the bank were
   18   engaged in portfolio management or investment of trust
   19   funds?
   20          A.   Approximately ten.
```

**EXHIBIT B**

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

**Pg: 30 Ln: 18 - Pg: 31 Ln: 3**

Annotation:

```
30:18   Q.   Any assistance provided by the Aspen's
   19   office was tangential to the portfolio management of
   20   the Flecks' account by the Denver Tech Center office;
   21   is that correct?
   22          A.   I think in a -- in a technical context
   23   of portfolio management, which I think is what you're
   24   asking me, the decision -- the discretion that the
   25   portfolio manager had to make trades and ensure the
31: 1   allocation of the account was properly managed, that
    2   was done outside of the Aspen office by a portfolio
    3   manager in the Tech Center.
```

**Pg: 31 Ln: 23 - Pg: 32 Ln: 4**

Annotation:

```
31:23   Q.   Okay.  But as far as a hands-on
   24   investment, the moneys in the Flecks' accounts, that
   25   was handled by the Denver Tech Center office, correct?
32: 1          A.   That portfolio manager had discretion
    2   over the Flecks' account, that's correct.
    3          Q.   And this would be Doug Barker, correct?
    4          A.   That is correct.
```

**Pg: 33 Ln: 25 - Pg: 34 Ln: 9**

Annotation:

**EXHIBIT B**

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

```
33:25   Q.   Okay.  And these were fiduciary
34: 1   accounts, correct?
    2        A.   That is correct.
    3        Q.   Okay.  And from May of 2018 through the
    4   end of 2018, on how many occasions did you -- did you
    5   meet with the Flecks?  I'm talking about May of 2018
    6   to December of 2018.
    7        A.   Me personally meet with them?
    8        Q.   Yes.
    9        A.   I don't believe I did.
```

**Pg: 34 Ln: 10 - 20**

**Annotation:**

```
34:10   Q.   Okay.  How many times did you review the
   11   Flecks' accounts between May of 2018 and December of
   12   2018?
   13        A.   I would say approximately monthly.
   14        Q.   Okay.  And what exactly did you do?
   15        A.   Look at the performance report.
   16        Q.   Where -- where -- which office do you
   17   work out of, Mr. Sawyer?
   18        A.   The downtown Denver office, 1600 -- or
   19   1900 -- wait, is it 1600?  1900 -- 1900.  I'm sorry,
   20   Rich.  Downtown.  I'll get you the address.
```

**Pg: 35 Ln: 4 - 15**

**Annotation:**

```
35: 4   Q.   So, basically, when you say "manage the
```

**EXHIBIT B**

*Fleck v. First Western Trust Bank*
*March 9, 2022, Deposition of John E. Sawyer*

```
 5    account" -- or you, you know, looked at the accounts,
 6    what did you do?  Did you pull them up on a computer
 7    screen in the Denver office?  Did you go to the Tech
 8    Center and meet with Mr. Barker?  What was your
 9    methodology?
10         A.   Just pull it up on my PC.
11         Q.   Okay.  About once a month.  And
12    what type of review did you do?  What were you looking
13    for?
14         A.   Generally, when I would do that, I would
15    just look at the allocation and the performance.
```

**Pg: 35 Ln: 16 - 19**

**Annotation:**

```
35:16    Q.   Okay.  And about how long would a review
   17    like that take you to look at the allocation and the
   18    performance?
   19         A.   Ten to 15 minutes.
```

**Pg: 38 Ln: 7 - 19**

**Annotation:**

```
38: 7    And when Mr. Barker met with you, what
    8    was -- can you tell me basically what was the purpose
    9    and the scope of those meetings?
   10         A.   General conversations on what was going
   11    on within his activities at work, how clients'
   12    accounts were performing, how client meetings were
   13    going, any new business opportunities that he might be
```

**EXHIBIT B**

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

```
14    working on, any -- any issues that he was coming
15    across that I could help resolve for him, just general
16    kind of managerial support.
17                 But he did not report to me, just to be
18    clear.  I don't want to misconstrue that by using
19    "managerial support."
```

**Pg: 38 Ln: 20 - Pg: 39 Ln: 9**

**Annotation:**

```
38:20    Q.   Okay.  Who did he report to?
   21    A.   Tim Stack.  He's our market president
   22    for the Tech Center office.
   23    Q.   Okay.  Did Mr. Stack report to you?
   24    A.   No.
   25    Q.   Who did he report to?
39: 1    A.   At that time, Josh Wilson, regional
    2    president for the bank.
    3    Q.   Did he report to you?
    4    A.   No.  He reports to the CEO.
    5    Q.   Okay.  And who is the CEO?
    6    A.   Scott Wylie.
    7    Q.   Okay.  And did you report to the CEO as
    8    well?
    9    A.   I do, and I did, yes.
```

**Pg: 39 Ln: 16 - 18**

**Annotation:**

```
39:16    I have supervisory responsibility for the
```

# EXHIBIT B

*Fleck v. First Western Trust Bank*
**March 9, 2022, Deposition of John E. Sawyer**

```
17   activities within the scope of my role, but they do
18   not report to me, those individuals.
```

**Pg: 40 Ln: 7 - 12**

**Annotation:**

```
40:  7   Q.   Okay.  Did you -- did you -- on how many
      8   occasions do you recall discussing the Flecks' account
      9   during the meeting with Mr. Barker between May of 2018
     10   and December of 2018?
     11          A.   Offhand, I don't have a recollection of
     12   those specific conversations.
```