**Plaintiffs' Preliminary Exhibit List**
**1:21-cv-01073-CMA-NRN; Aaron H. Fleck Revocable Trust, et al. v. First Western Trust Bank et al.**
List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissiblity**

| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
|---|---|---|---|---|---|
| 501 | Account Acceptance Initial Review -- FWTB_0000444 | | | | |
| 502 | Account Acceptance Initial Review --FWTB_0000447 | | | | |
| 503 | Account security tax detail -- FWTB_0000642 | | | | |
| 504 | Account security tax detail -- FWTB_0000643 | | | | |
| 505 | Commission by Broker -- FWTB_0003963 | | | | |
| 506 | Commission by Broker -- FWTB_0005557 | | | | |
| 507 | Defts' Responses & Objections to Ptfs' 1st Set of Discovery Requests | | | | |
| 508 | E-mail 01-16-19 -- FWTB_0003166 | | | | |
| 509 | E-mail 02-05-18 -- FWTB_0007789 | | | | |
| 510 | E-mail 02-05-18 -- FWTB_0007790 | | | | |
| 511 | E-mail 02-08-18 -- FWTB_0007779 | | | | |
| 512 | E-mail 02-08-18 -- FWTB_0007787 | | | | |
| 513 | E-mail 02-09-18 -- FWTB_0007770 | | | | |
| 514 | E-mail 02-09-18 -- FWTB_0007783 | | | | |
| 515 | E-mail 03-13-20 -- FWTB_0007948 | | | | |
| 516 | E-mail 03-15-18 -- FWTB_0007793 | | | | |
| 517 | E-mail 03-15-18 -- FWTB_0007807 | | | | |
| 518 | E-mail 03-18-19 -- FWTB_0002125 | | | | |
| 519 | E-mail 03-19-18 -- FWTB_0007769 | | | | |
| 520 | E-mail 03-19-19 -- FWTB_0002581 | | | | |
| 521 | E-mail 03-19-19 -- FWTB_0002584 | | | | |
| 522 | E-mail 03-22-18 -- FWTB_0007775 | | | | |
| 523 | E-mail 04-13-18 -- FWTB_0007796 | | | | |
| 524 | E-mail 04-15-19 -- FWTB_0000555 | | | | |
| 525 | E-mail 04-15-19 -- FWTB_0001099 | | | | |
| 526 | E-mail 04-15-19 -- FWTB_0002437 | | | | |
| 527 | E-mail 04-15-19 -- FWTB_0003029 | | | | |
| 528 | E-mail 04-18-18 -- FWTB_0007767 | | | | |
| 529 | E-mail 05-01-19 -- FWTB_0000773 | | | | |
| 530 | E-mail 05-01-19 -- FWTB_0002382 | | | | |
| 531 | E-mail 05-03-19 -- FWTB_0001749 | | | | |
| 532 | E-mail 05-03-19 -- FWTB_0002652 | | | | |
| 533 | E-mail 05-03-19 -- FWTB_0007810 | | | | |
| 534 | E-mail 05-09-19 -- FWTB_0002699 | | | | |
| 535 | E-mail 05-15-19 -- Depo EX 0015 | | | | |
| 536 | E-mail 05-15-19 -- Depo EX 0015 | | | | |
| 537 | E-mail 05-15-19 -- FWTB_0000772 | | | | |
| 538 | E-mail 05-20-19 -- FWTB_0007733 | | | | |
| 539 | E-mail 05-20-19 -- FWTB_0007748 | | | | |
| 540 | E-mail 05-21-19 -- FWTB_0002167 | | | | |
| 541 | E-mail 05-21-19 -- FWTB_0007753 | | | | |
| 542 | E-mail 05-22-18 -- FWTB_0002642 | | | | |
| 543 | E-mail 06-26-19 -- FWTB_0001100 | | | | |
| 544 | E-mail 06-26-19 -- FWTB_0002983 | | | | |
| 545 | E-mail 06-26-19 -- FWTB_0002986 | | | | |
| 546 | E-mail 07-11-20 -- FWTB_0008358 | | | | |
| 547 | E-mail 08-13-19 -- FWTB_0002423 | | | | |
| 548 | E-mail 08-13-19 -- FWTB_0003165 | | | | |
| 549 | E-mail 08-24-20 -- FWTB_0007984 | | | | |
| 550 | E-mail 09-28-20 -- FWTB_0008328 | | | | |
| 551 | E-mail 10-17-18 -- FWTB_0007818 | | | | |
| 552 | E-mail 11-01-18 -- FWTB_0007917 | | | | |
| 553 | E-mail 11-01-19 -- FWTB_0007992 | | | | |
| 554 | E-mail 11-09-17 -- FWTB_0000664 | | | | |

**Plaintiffs' Preliminary Exhibit List**
**1:21-cv-01073-CMA-NRN; Aaron H. Fleck Revocable Trust, et al. v. First Western Trust Bank et al.**
List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissiblity**

| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
|---|---|---|---|---|---|
| 555 | E-mail 11-15-18 -- FWTB_0007934 | | | | |
| 556 | E-mail 11-28-18 -- FWTB_0007945 | | | | |
| 557 | E-mail 11-29-18 -- FWTB_0000545 | | | | |
| 558 | E-mail 12-11-18 -- FWTB_0008343 | | | | |
| 559 | Fee Schedule Agreement -- FWTB_0000426 | | | | |
| 560 | Fleck 2018 year end gainloss reconcilliation -- FWTB_0002126 | | | | |
| 561 | Investment Management and Banking Discussion -- FWTB_0008115 | | | | |
| 562 | Investment Services and Custody Agreement -- FWTB_0000414 | | | | |
| 563 | Investment Services and Custody Agreement -- FWTB_0000420 | | | | |
| 564 | IPS -- FWTB_0000437 | | | | |
| 565 | New Account Information Form -- FWTB_0000427 | | | | |
| 566 | New Account Information Form -- FWTB_0000432 | | | | |
| 567 | Notes 04-15-19 -- FWTB_0000460 | | | | |
| 568 | Notes 04-15-19 -- FWTB_0000947 | | | | |
| 569 | Notes 05-20-19 -- FWTB_0000461 | | | | |
| 570 | Portfolio Appraisal -- FWTB_0000774 | | | | |
| 571 | Portfolio Appraisal -- FWTB_0001103 | | | | |
| 572 | PURCHASE AND SALE -- FWTB_0000611 | | | | |
| 573 | PURCHASE AND SALE -- FWTB_0000624 | | | | |
| 574 | Quarterly Report -- FWTB_0000941 | | | | |
| 575 | Quarterly Report -- FWTB_0001102 | | | | |
| 576 | Quarterly Report -- FWTB_0001819 | | | | |
| 577 | REALIZED GAINS AND LOSSES -- FWTB_0002658 | | | | |
| 578 | Tax Information Statement -- FWTB_0007440 | | | | |
| 579 | Tax Information Statement -- FWTB_0007468 | | | | |
| 580 | TRANSACTION REPORT -- FWTB_0005570 | | | | |
| 581 | TRANSACTION SUMMARY -- FWTB_0003970 | | | | |
| 582 | Trust and Investment Management Risk Rating -- FWTB_0000450 | | | | |
| 583 | Trust and Investment Management Risk Rating -- FWTB_0000452 | | | | |
| 584 | Trust Statement -- FWTB_0000001 | | | | |
| 585 | Trust Statement -- FWTB_0000010 | | | | |
| 586 | Trust Statement -- FWTB_0000024 | | | | |
| 587 | Trust Statement -- FWTB_0000041 | | | | |
| 588 | Trust Statement -- FWTB_0000055 | | | | |
| 589 | Trust Statement -- FWTB_0000068 | | | | |
| 590 | Trust Statement -- FWTB_0000082 | | | | |
| 591 | Trust Statement -- FWTB_0000085 | | | | |
| 592 | Trust Statement -- FWTB_0000098 | | | | |
| 593 | Trust Statement -- FWTB_0000103 | | | | |
| 594 | Trust Statement -- FWTB_0000112 | | | | |
| 595 | Trust Statement -- FWTB_0000130 | | | | |
| 596 | Trust Statement -- FWTB_0000140 | | | | |
| 597 | Trust Statement -- FWTB_0000155 | | | | |
| 598 | Trust Statement -- FWTB_0000170 | | | | |
| 599 | Trust Statement -- FWTB_0000184 | | | | |
| 600 | Trust Statement -- FWTB_0000193 | | | | |
| 601 | Trust Statement -- FWTB_0000207 | | | | |
| 602 | Trust Statement -- FWTB_0000226 | | | | |
| 603 | Trust Statement -- FWTB_0000240 | | | | |
| 604 | Trust Statement -- FWTB_0000254 | | | | |
| 605 | Trust Statement -- FWTB_0000268 | | | | |
| 606 | Trust Statement -- FWTB_0000271 | | | | |
| 607 | Trust Statement -- FWTB_0000285 | | | | |
| 608 | Trust Statement -- FWTB_0000290 | | | | |

| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
|---|---|---|---|---|---|
| | **Plaintiffs' Preliminary Exhibit List** | | | | |
| | **1:21-cv-01073-CMA-NRN; Aaron H. Fleck Revocable Trust, et al. v. First Western Trust Bank et al.** | | | | |
| | List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissiblity** | | | | |
| 609 | Trust Statement -- FWTB_0000300 | | | | |
| 610 | Trust Statement -- FWTB_0000319 | | | | |
| 611 | Trust Statement -- FWTB_0000330 | | | | |
| 612 | Trust Statement -- FWTB_0000346 | | | | |
| 613 | Trust Statement -- FWTB_0000362 | | | | |
| 614 | Trust Statement -- FWTB_0000645 | | | | |
| 615 | Trust Statement -- FWTB_0000654 | | | | |
| 616 | Trust Statement -- FWTB_0000782 | | | | |
| 617 | Trust Statement -- FWTB_0000785 | | | | |
| 618 | Trust Statement -- FWTB_0001105 | | | | |
| 619 | Trust Statement -- FWTB_0001114 | | | | |
| 620 | Trust Statement -- FWTB_0007496 | | | | |
| 621 | Trust Statement -- FWTB_0007515 | | | | |
| 622 | Unrealized Gains and Losses --FWTB_0002664 | | | | |
| 623 | Wealth Advisory Discussion -- FWTB_0008232 | | | | |