IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## UNOPPOSED MOTION TO EXTEND CUTOFF FOR EXPERT DISCOVERY

Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., move to extend the deadline for supplemental expert disclosures from May 1, 2023 to May 15, 2023, pursuant to F.R.C.P. 6(b), D.C.COLO.LCivR 7.1 and CMA Civ. Practice Standard 6.1 as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiffs make this request after extensive conferral with Counsel for Defendants in order to accommodate the parties scheduling needs. This motion is unopposed.

1

## ARGUMENT

1. Discovery in this matter is complete with the exception of the deposition of Plaintiffs' expert, Lari Masten.

2. Due to scheduling issues, Ms. Masten's deposition had to be rescheduled to August 2, 2023.

3. This scheduling was by agreement of the parties and does not prejudice either party.

4. While the scheduled date is subsequent to the cutoff date for the deposition of Plaintiffs' expert, the parties are in agreement to extend the cutoff date to August 2, 2023, for the *exclusive* purpose of taking the deposition of Ms. Masten.

5. The parties are in agreement that no other discovery deadlines shall be altered as a result of this request.

WHEREFORE, Plaintiffs respectfully request the Court extend the deadline for expert discovery to August 2, 2023, for the exclusive purpose of performing the deposition of Plaintiffs' expert, Lari Masten.

Dated: July 7, 2023

PODOLL & PODOLL, PC

By: *s/ Richard B. Podoll, Esq.*
Richard B. Podoll, #8775
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood Village, CO 80111
Tel: 303 861-4000
Fax: 303-861-4001
Email: rich@podoll.net
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

I hereby certify that on July 7, 2023, a true and correct copy of the foregoing was served via email on Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

By: */s/ Richard B. Podoll*
Richard B. Podoll