IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## PROPOSED ORDER MOTION TO EXTEND CUTOFF FOR EXPERT DISCOVERY

THIS MATTER, having come before the Court upon Plaintiffs' Motion to extend cutoff for expert discovery to August 2, 2023, for the exclusive purpose of the deposition of Plaintiffs' expert, Lari Masten, and the Court, having reviewed the Motion, the file in this matter, and being sufficiently advised in the premises, HEREBY GRANTS, the Motion.

IT IS THEREFORE ORDERED that Plaintiffs have through and including August 2, 2023, to take the deposition of Lari Masten.

DONE AND SIGNED this _____ day of July 2023.

1

BY THE COURT:

_____

DISTRICT COURT JUDGE