IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-01073-CMA-NRN | Date:  July 13, 2023 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| THE AARON H. FLECK REVOCABLE TRUST, THE BARBARA G. FLECK REVOCABLE TRUST, AARON H. FLECK, and BARBARA G. FLECK, | Richard Podoll |
|      Plaintiffs, | |
| v. | |
| FIRST WESTERN TRUST BANK, CHARLES BANTIS, and ANDREW GODFREY, | Adam Stern |
|      Defendants. | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**10:27 a.m.    Court in session.**

Cour calls case. Appearances of Counsel. The proposed Final Pretrial Order is reviewed.

It is ORDERED:    The proposed FINAL PRETRIAL ORDER, with witness lists and exhibit lists, which was tendered to the court, is made an Order of Court.

Immediately following the Final Pretrial Conference, counsel shall confer and one party shall request trial dates by emailing Judge Arguello's Chambers (Arguello_Chambers@cod.uscourts.gov), with a copy to opposing counsel. The email should include the relevant case number and the anticipated length of trial, as well as mutually acceptable proposed trial dates within three to four months of the Final Pretrial Conference.  Failure to comply with this Practice Standard may result in the Court unilaterally setting the trial date.

**10:36 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.