## PLAINTIFFS' PRELIMINARY WITNESS LIST

1:21-cv-01073-CMA-NRN; Aaron H. Fleck Revocable Trust, et al. v. First Western Trust Bank et al.

| Witness Name | Description of Testimony | Time on Direct | Time on Cross |
|---|---|---|---|
| **Will Call Witnesses** | | | |
| 1. Aaron Fleck | Mr. Fleck will testify regarding communications, contracts and agreements with FWTB, representations and omission made by FWTB, tax matters and the claims asserted in this action. | | |
| 2. Charles Bantis | Mr. Bantis is FWTB's Manager for its Aspen branch and will be called to testify about solicitation of the Fleck's business, management of the Flecks' investment accounts and communications with the Flecks | | |
| 3. Andrew Godfrey | Mr. Godfrey was a Wealth Advisor at FWTB and will be called to testify about solicitation of the Fleck's business, management of the Flecks' investment accounts and communications with the Flecks | | |
| **May Call Witnesses** | | | |
| 4. John Sawyer | Mr. Sawyer is FWTB's Chief Investment Officer and may be called to testify about communications with the Flecks, solicitation and management of the Fleck's accounts, bank policies, and supervision and oversight of FWTB's trust officers | | |
| 5. Doug Barker | Mr. Barker may be called to testify regarding management of the Flecks' accounts while he acted as portfolio manager for FWTB, including but not limited to the parties' communications, contracts, account management, and bank policies for tax loss harvesting, | | |
| 6. Leah Sankey | Ms. Sankey may be called to testify regarding management of the Flecks' accounts while she was acting as a Trust Officer for FWTB | | |
| 7. Travis Van Domelen | Mr. Van Domelen may be called to testify regarding his interactions and communications with the Flecks during the course of their relationship with FWTB | | |
| 8. Tim Hassal | Mr. Hassal may be called to testify regarding his interactions and communications with the Flecks during the course of their relationship with | | |

|  | FWTB |  |  |
|---|---|---|---|
| 9. Josh Wilson | Mr. Wilson may be called to testify regarding the Flecks' relationship with FWTB while the Bank managed their accounts, including but not limited to efforts to retain the Flecks' accounts after they grew dissatisfied with the Bank's services |  |  |
| 10. Lene Simnioniw | Ms. Simnioniw may be called to testify regarding the Flecks' relationship with FWTB while the Bank managed their accounts and her role in the governance group at the bank. |  |  |
| 11. Brice Williams, CFA | Mr. Williams may be called to testify regarding FWTB's tax loss harvesting policies and review of the Fleck accounts |  |  |