**DEFENDANTS' WITNESS LIST**
Aaron H. Fleck Revocable Trust, et al. v. First Western Trust, et al.
1:21-cv-01073-CMA-NRN

| Witness Name | Description of Testimony | Time on Direct | Time on Cross |
|---|---|---|---|
| **Will Call Witnesses** | | | |
| 1. John Sawyer | Mr. Sawyer is FWTB's Chief Investment Officer and will be called by Defendants to testify about, among other things, FWTB's management of the Flecks' investment accounts, the parties' contracts, tax loss harvesting, and FWTB's communications with the Flecks. | | |
| 2. Andy Godfrey | Mr. Godfrey was a Wealth Advisor at FWTB and will be called by Defendants to testify about, among other things, FWTB's management of the Flecks' investment accounts and FWTB's communications with the Flecks. | | |
| **May Call Witnesses** | | | |
| 1. Charlie Bantis | Mr. Bantis is FWTB's Manager for its Aspen branch and may be called by Defendants to testify about, among other things, FWTB's management of the Flecks' investment accounts and FWTB's communications with the Flecks. | | |
| 2. Aaron Fleck | Aaron Fleck is one of the Plaintiffs any may be called by Defendants to testify about, among other things, his claims, the parties' contracts, tax loss harvesting, and his communications with FWTB. | | |
| 3. Barbara Fleck | Barbara Fleck is one of the Plaintiffs and may be called by | | |

Ex. B

|   | Defendants to testify about, among other things, her claims, the parties' contracts, and her communications with FWTB. |   |   |
|---|---|---|---|
| 4. Doug Barker | Mr. Barker is a former FWTB Portfolio Manager and may be called by Defendants to testify about, among other things, FWTB's management of the Flecks' investment accounts, the parties' contracts, tax loss harvesting, and FWTB's communications with the Flecks. |   |   |
| 5. Leah Sankey | Ms. Sankey is a former FWTB Trust Officer and may be called by Defendants to testify about, among other things, the Flecks' communications with FWTB and the Flecks' tax loss carryforwards. |   |   |