| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
|---|---|---|---|---|---|
| JOINT EXHIBIT LIST (Defendants' Preliminary List) | | | | | |

| | JOINT EXHIBIT LIST (Defendants' Preliminary List) | | | | |
|---|---|---|---|---|---|
| | 1:21-cv-01073-CMA-NRN; Aaron H. Fleck Revocable Trust, et al. v. First Western Trust Bank et al. | | | | |
| | List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissiblity** | | | | |
| Exhibit | Description | Stipulated | Admitted | Excluded | Notes |
| 1 | 12/01/18 -12/31/18 Interactive Brokers Activity Statement, for Barbara Fleck, Dep Ex 01, FLECK_007538-7542 | | | | |
| 2 | 4/30/18 Fleck Accts Spreadsheet, Dep Ex 02, Fleck_002328 | | | | |
| 3 | 2/3/22 IRS Tax Return Transcript for 2018, Dep Ex 03, FLECK_007522-7537 | | | | |
| 4 | 2018 Tax Return for Aaron and Barbara Fleck, Dep Ex 04, FLECK_007103-7165 | | | | |
| 5 | 12/31/18 Barbara Fleck Trust Statement for 2018,and July 2019, Dep Ex 05, Fleck_001721-1741 | | | | |
| 6 | 2/27/18 Aaron and Barbara Fleck Investment Policy Statement, Dep Ex 06, FWTB_0000437-443 | | | | |
| 7 | 5/9/18 Aaron Fleck Trust Investment Services and Custody Agreement, Dep Ex 07, FWTB0000414-419 | | | | |
| 8 | 5/11/18 Godfrey email to Aaron Fleck sending FWTB Fee Schedule, Dep Ex 08, FWTB_0006891-6892 | | | | |
| 9 | 5/8/18 Fee Schedule Agreement for Trusts, Dep Ex 09, FWTB_0000426 | | | | |
| 10 | 4/30/19 Aaron Fleck Trust Account Statement for April 2019, Dep Ex 10, FWTB_0000184-192 | | | | |
| 11 | 4/30/19 Barbara Fleck Trust Account Statement for April 2019, Dep Ex 11, FWTB_0000001-9 | | | | |
| 12 | December 2018 Stifel Account Statement for Pamela Fleck, Dep Ex 12, Fleck 002814-2821 | | | | |

Ex. D

| | | | | | |
|---|---|---|---|---|---|
| 13 | 2019 Tax Return for Aaron and Barbara Fleck, Dep Ex 13, FLECK_000252-327 | | | | |
| 14 | 12/13/21 Defendants' Responses to First Discovery Requests, Dep Ex 14 | | | | |
| 15 | 5/15/19 Godfrey email to Aaron Fleck sending 4Q18 Report, Dep Ex 15, FWTB0007382-7387 | | | | |
| 16 | 4/16/21 Notice of Removal, Dep Ex 16 | | | | |
| 17 | 5/20/19 Bantis FWTB email re Aaron Fleck timetable and chronology, Dep Ex 17, FWTB_0007733-7753 | | | | |
| 18 | 11/12/21 Plaintiffs' Responses to First RFP's and Rogs, Dep Ex 18 | | | | |
| 19 | 1/27/22 Plaintiffs' Responses to Second RFP's and Rogs, Dep Ex 19 | | | | |
| 20 | 3/2/22 Second Am. Notice of Deposition of FWTB, Dep Ex 20 | | | | |
| 21 | December 2018 Aaron Fleck Trust Statement, Dep Ex 21, FLECK_000003-38 | | | | |
| 22 | May 2018 Barabara Fleck Trust Statement, Dep Ex 21, FWTB_0000112-129 | | | | |
| 23 | May 2018 Aaron Fleck Trust Statement, Dep Ex 23, FWTB_000300-318 | | | | |
| 24 | May 2019 Aaron Fleck Trust Statement, Dep Ex 23, FWTB_000319-329 | | | | |
| 25 | May 2019 Barabara Fleck Trust Statement, Dep Ex 25, FWTB_0000130-139 | | | | |
| 26 | April 2019 Aaron Fleck Trust Statement, Dep Ex 26, FWTB_000184-192 | | | | |
| 27 | 3/24/22 Report of Plaintiffs' Expert Joseph Rulison, Dep Ex 27 | | | | |
| 28 | 1/18/65 Buffet Partnership Letter, Dep Ex 28 | | | | |
| 29 | 2021 IRS Instructions for Schedule D, Dep Ex 29 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | 5/18/19 Parametric Article "Is Tax-Loss Harvesting Right for Your Clients?" Dep Ex 31 | | | | |
| 31 | 2/27/19 Godfrey email to Aaron Fleck sending Portfolio Appraisals and Performance Reports, Dep Ex 32, FWTB_0006618 -6632 | | | | |
| 32 | February 2019 Aaron Fleck Trust Statement, Dep Ex 33, FWTB_000226-239 | | | | |
| 33 | 3/24/22 Report of Defendants' Expert Robert Reidy, Dep Ex 34 | | | | |
| 34 | February 2019 Barbara Fleck Trust Statement, Dep Ex 34, FWTB_0000041-54 | | | | |
| 35 | 4/14/22 Rebuttal Report of Defendants' Expert Robert Reidy, Dep Ex 35 | | | | |
| 36 | 3/23/17 Email Chain re meeting to discuss accounts, MPSJ Ex 2, FWTB_0007232-7233 | | | | |
| 37 | 4/26/17 Barker email to Aaron Fleck re meeting in person, MPSJ Ex 3, Fleck_001611 | | | | |
| 38 | 5/9/18 New Account Information Form, MPSJ Ex 10, FWTB_0000432-436, 3989 | | | | |
| 39 | [illegible date] Citi Account Transfer Forms, MPSJ Ex 12, FWTB_0003974-3975 | | | | |
| 40 | 2018.05 Account Statement Aaron, FWTB_0000300 | | | | |
| 41 | 2018.05 Account Statement Barb FWTB_0000112 | | | | |
| 42 | 2018.06 Account Statement Aaron, FWTB_0000271 | | | | |
| 43 | 2018.06 Account Statement Barb, FWTB_0000085 | | | | |
| 44 | 2018.06.30 Quarterly Performance Report, FWTB_0005167 | | | | |
| 45 | 2018.07 Account Statement Barb, FWTB_0000068 | | | | |
| 46 | 2018.07 Account Statement Barb, FWTB_0000254 | | | | |
| 47 | 2018.08 Account Statement Aaron, FWTB_0000193 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 48 | 2018.08 Account Statement Barb, FWTB_0000010 | | | | |
| 49 | 2018.09 Account Statement Aaron, FWTB_0000362 | | | | |
| 50 | 2018.09 Account Statement Barb, FWTB_0000170 | | | | |
| 51 | 2018.09.30 Quarterly Perfromance Report, FWTB_0005172 | | | | |
| 52 | 2018.10 Account Statement Aaron, FWTB_0000346 | | | | |
| 53 | 2018.10 Account Statement Barb, FWTB_0000155 | | | | |
| 54 | 2018.11 Account Statement Aaron, FWTB_0000330 | | | | |
| 55 | 2018.11 Account Statement Barb, FWTB_0000140 | | | | |
| 56 | 2018.12 Account Statement Aaron, FWTB_0000207 | | | | |
| 57 | 2018.12 Account Statement Barb, FWTB_0000024 | | | | |
| 58 | 2018.12.31 Quarterly Performance Report, FWTB_0005177 | | | | |
| 59 | 2019.01 Account Statement Aaron, FWTB_0000240 | | | | |
| 60 | 2019.01 Account Statement Barb, FWTB_0000055 | | | | |
| 61 | 2019.02 Account Statement Aaron, FWTB_0000226 | | | | |
| 62 | 2019.02 Account Statement Barb, FWTB_0000041 | | | | |
| 63 | 2019.03 Account Statement Aaron, FWTB_0000290 | | | | |
| 64 | 2019.03 Account Statement Barb, FWTB_0000103 | | | | |
| 65 | 2019.03.31 Quarterly Report re | | | | |
| 66 | 2019.04 Account Statement Aaron, FWTB_0000184 | | | | |
| 67 | 2019.04 Account Statement Barb, FWTB_0000001 | | | | |
| 68 | 2019.05 Account Statement Aaron, FWTB_0000319 | | | | |
| 69 | 2019.05 Account Statement Barb, FWTB_0000130 | | | | |
| 70 | 2019.05.06 FWTB gains and losses for Aaron Fleck_000971 | | | | |
| 71 | 2019.05.06 FWTB gains and losses for Barbara Fleck_001101 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 72 | 2019.06 Account Statement Aaron, FWTB_0000285 | | | | |
| 73 | 2019.06 Account Statement Barb, FWTB_0000098 | | | | |
| 74 | 2019.07 Account Statement Aaron, FWTB_0000268 | | | | |
| 75 | 2019.07 Account Statement Barb, FWTB_0000082 | | | | |
| 76 | 2008.12 Deutsche Bank Account Fleck_006639 | | | | |
| 77 | 2017.06.14 Sankey email FWTB_0007263 | | | | |
| 78 | 2018.05.11 Godfrey to Aaron re allocationFWTB_0006891 | | | | |
| 79 | 2018.05.21 Godfrey to Aaron re funds FWTB_0006605 | | | | |
| 80 | 2018-2019 Barbara Trust Transaction Summary FWTB_0011485 | | | | |
| 81 | 2018-2019 Commission Form FWTB_0005557 | | | | |
| 82 | 2018-2019 Spreadsheet of Fleck Accounts FWTB_0011486 | | | | |
| 83 | 2019.01.11 Godfrey email re 115k per month FWTB_0007137 | | | | |
| 84 | 2019.02.06 Quarterly review FWTB_0006273 | | | | |
| 85 | 2019.03.19 Godfrey Email re meeting FWTB_0002591 | | | | |
| 86 | 2019.03.19 QIR, FWTB_0005466 | | | | |
| 87 | 2019.03.29 Barker email re performance FWTB_0007347 | | | | |
| 88 | 2019.04.15 Godfrey to Fleck with statements FWTB_0006756 | | | | |
| 89 | 2019.04.15 meeting summary FWTB_0002437 | | | | |
| 90 | 2019.04.15 Notes, FWTB_0000460 | | | | |
| 91 | 2019.04.15 Summary, FWTB_0000555 | | | | |
| 92 | 2019.04.22 Dreher Capital Loss Analysis FWTB_0002382 | | | | |
| 93 | 2019.05.15 Godfrey to Fleck re 4Q18 FWTB_0007382 | | | | |
| 94 | 2019.05.16 Godfrey to Fleck re acount performance FWTB_0006708 | | | | |

| 95 | 2019.05.20 Notes, FWTB_0000461 | | | | |
|---|---|---|---|---|---|
| 96 | 2019.07.25 Barker to Flecks re reports FWTB_0000610 | | | | |
| 97 | 2019.12.18 Nichols re taking losses Fleck_006631 | | | | |
| 98 | Andrew Godfrey notes, FWTB_0004976 | | | | |
| 99 | June 15 Handwritten Notes FWTB_0005160 | | | | |
| 100 | May 2017 meeting FWTB_0006274 | | | | |