IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## UNOPPOSED MOTION TO RESCHEDULE DEPOSITION OF LARI MASTEN

Comes Now, Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., move to file their Unopposed Motion to Reschedule the Deposition of Lari Masten.

### CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs have conferred with Counsel for Defendants who do not oppose the relief requested herein.

1.  Upon returning from an out-of-town seminar, Ms. Masten was diagnosed with COVID.

1

2. Ms. Masten is too ill to attend her deposition now scheduled for August 2, 2023.

3. The parties have agreed to reschedule the deposition of Lari Masten to August 28, 2023.

4. Accordingly, Plaintiffs request a Court Order permitting the deposition of Lari Masten now scheduled for August 2, 2023, to be continued and rescheduled on August 28, 2023.

WHEREFORE, Plaintiffs respectfully request the deposition of Lari Masten now scheduled for August 2, 2023, to be rescheduled to August 28, 2023.

Respectfully submitted August 1, 2023

PODOLL & PODOLL, PC

By: *s/ Richard B. Podoll, Esq.*
Richard B. Podoll, #8775
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood Village, CO 80111
Tel: 303 861-4000
Fax: 303-861-4001
Email: rich@podoll.net
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

*Attorneys for Defendants*
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

       I hereby certify that on August 1, 2023, a true and correct copy of the foregoing was served via email on Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

       By: */s/ Richard B. Podoll*
       Richard B. Podoll