IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

Defendants.

## PROPOSED ORDER UNOPPOSED MOTION TO RESCHEDULE DEPOSITION OF LARI MASTEN

THIS MATTER, having come before the Court upon Plaintiffs' Unopposed Motion to Reschedule the Deposition of Lari Masten to August 28, 2023, and the Court, having reviewed the Motion, the file in this matter, and being sufficiently advised in the premises, HEREBY GRANTS, the Motion.

IT IS THEREFORE ORDERED that Plaintiffs have through and including August 28, 2023, to take the deposition of Lari Masten.

DONE AND SIGNED this _____ day of August 2023.

BY THE COURT:

_____
DISTRICT COURT JUDGE

1