

In the Matter of

**Plaintiffs**: THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all other similarly situated
v.
**Defendants**: FIRST WESTERN TRUST BANK, CHARLES BANTIS, and ANDREW GODFREY

United States District Court, District of Colorado Civil Action No.: 2021-cv-01073-CAN-CPG

### Expert Opinions Report prepared by
### Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR

Opinions expressed are supported by the underlying data and analyses available to me in the course of preparing this report. I hold these opinions to a reasonable degree of probability.

Should I receive additional information related to the areas of this case where I am providing an opinion, I may supplement my opinions as appropriate based on a review of the information.

Report Date: May 15, 2023

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR
4600 South Syracuse Street, Suite 900
Denver, Colorado 80237
303.229.5517 direct | 303.253.8835 fax

Ex. A



May 15, 2023
Page 2 of 66

Richard B. Podoll, Attorney
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, Colorado 80111

Delivered via Email to: Rich@Podoll.net

Re: In the Matter of:

**Plaintiffs**: THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all other similarly situated
v.
**Defendants**: FIRST WESTERN TRUST BANK, CHARLES BANTIS, and ANDREW GODFREY.

United States District Court, For the District of Colorado: Case No. 2021CV01073-CMA-CPG

Dear Counselor:

On behalf of your clients, the Plaintiffs: Aaron H. Fleck Revocable Trust ("Aaron Fleck Trust"), Barbara G. Fleck Revocable Trust ("Barbara Fleck Trust") (collectively the "Trusts"), and Aaron H. Fleck and Barbara G. Fleck (collectively the "Flecks") you asked me to provide independent forensic accounting and consulting services concerning the above captioned matter.

To this end, I have analyzed the underlying data produced including those related to the

- Breach of Fiduciary Duty,
- Fraudulent Inducement,
- Fraudulent Concealment/Non-Disclosure, and
- Breach of Contract

Opinions expressed are supported by the underlying data and analyses. I hold these opinions to a reasonable degree of probability.

Should I receive additional information related to the areas of this case where I am providing an opinion, I may supplement my opinion as appropriate based on a review of the information. I also reserve any and all rights to review and provide a rebuttal report.

Attached to this report are my qualifications and a listing of the cases that I have testified in for the preceding four years as Appendices B and C. I understand that any work performed as an expert, as well as any other information disclosed to me, may be subject

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR



May 15, 2023
Page 3 of 66

to the rules of discovery as appropriate for expert witnesses.  My opinions and analysis cannot be used for any purpose other than that stated in this report.

This opinion report contains 66 pages, including this transmittal letter.


Respectfully,


MASTEN VALUATION, LLC


Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR
Master of Science in Accounting
Certified Public Accountant
Accredited in Business Valuation
Certified in Financial Forensics
Certified Valuation Analyst
Master Analyst in Financial Forensics
Accredited in Business Appraisal Review



## Table of Contents

1.    Introduction ........................................................................................................ 5
1.1   Procedures Performed ..................................................................................... 5
1.2   Documents Reviewed ....................................................................................... 5

2.    Summary of Opinions ....................................................................................... 6

3.    Analysis and Basis for Conclusions ............................................................... 9
3.1   Summary of Pertinent Material Facts and Background ............................... 9
3.2   Background and Foundation for Analysis .................................................... 12
3.3   Opinion 1 Failure to Follow Instructions: Unharvested Tax-Losses .................... 12
        Basis for Opinion 1 ................................................................................... 13
3.4   Opinion 2 Failure to Follow Instructions: Loss of Tax Shield ............................... 13
        Basis for Opinion 2 ................................................................................... 14
3.5   Opinion 3 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of
January 3, 2019. ...................................................................................................... 14
        Basis for Opinion 3 ................................................................................... 14
3.6   Opinion 4 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of
February 6, 2019. .................................................................................................... 15
        Basis for Opinion 4 ................................................................................... 15
3.7   Opinion 5 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of
May 13, 2019 ........................................................................................................... 16
        Basis for Opinion 5 ................................................................................... 16
3.8   Opinion 6 Shortcoming of Portfolio Performance .................................... 17
        Basis for Opinion 6 ................................................................................... 17
3.9   Opinion 7 Fees Incurred ................................................................................ 21
        Basis for Opinion 7 ................................................................................... 21

Other Matters ......................................................................................................... 22

APPENDIX A: EXPERT REPRESENTATIONS AND CERTIFICATION ........................... 23

APPENDIX B: ANALYST QUALIFICATIONS ....................................................... 24

APPENDIX C: MASTEN TESTIMONY ................................................................ 45

APPENDIX D: SUMMARY OF REPORT INFORMATION AND DATA SOURCES ............ 46

APPENDIX E: SCHEDULES ............................................................................. 48



# 1.    Introduction

1.  This report is based on my ongoing analysis relating to the claims and damages suffered by the Plaintiffs.  My updated certification, qualifications, and listing of recent testimony are provided in **Appendices A**, **B**, and **C** to this report.

2.  The following conclusions and opinions are based on my skills, knowledge, education, experience, and training.  The services provided by Masten Valuation in this report are in conformity with the AICPA published Statement of Standards for Forensic Services No. 1 ("SSFS").  SSFS defines forensic as "used in, or suitable to, courts of law or public debate."  "Forensic accounting services generally involve the application of specialized knowledge and investigative skills by a member to collect, analyze, and evaluate certain evidential matter and to interpret and communicate findings" ("Forensic Services").  The services provided and the analysis summarized herein are founded in Forensic Services.

## 1.1 Procedures Performed

3.  In preparing this report and rendering my opinions, I performed the following procedures:

- Reviewed and analyzed the documents produced in this case, including the underlying investment statements and documentation for the express purpose of rendering opinions regarding the damages claimed by the Plaintiffs.
- Performed independent research.
- Analyzed the available records, financial data, and other relevant information in light of the factual situation and the data provided.
- Summarized my findings, conclusions, and opinions in this report.

## 1.2 Documents Reviewed

4.  I reviewed approximately 100 files spanning 2,000+ pages of documentation produced in this case.[1]  These documents can be summarized as:

- Various court filings including the May 14, 2021, First Amended Complaint;
- The expert reports of Robert Reidy, and Joseph R. Rulison;
- Various Trust Account Statements; and
- Other documents related to this matter.

---

[1] A listing of these documents is presented at Appendix D, attached to this Opinion Report.



# 2.    Summary of Opinions

5.    Based on my analysis as set forth in this report, I have the following opinions.  All terms are defined herein.  For convenience, a summary of my damage opinions including estimated prejudgment interest is presented at Table 1[2] on the following page.

6.    **Opinion 1 Failure to Follow Instructions: Unharvested Tax-Losses** The failure of First Western Trust Bank ("FWTB") to follow instructions resulted in the Plaintiffs being deprived of approximately **$128,284.18** in unharvested tax-losses.

7.    **Opinion 2 Failure to Follow Instructions: Loss of Tax Shield** The estimated foregone tax shield of **$36,471** represents the potential reduction of the Plaintiffs' income taxes had FWTB followed the Plaintiffs' instructions to harvest tax losses in 2018.   The tax shield could have been carried forward in subsequent years to offset tax liabilities on future gains.

8.    **Opinion 3 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of January 3, 2019** FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$105,678.95** (Aaron Fleck Trust $67,459.41 + Barbara Fleck Trust $38,219.54) of equity value as of January 3, 2019.

9.    **Opinion 4 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of February 6, 2019** FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$116,945.99** (Aaron Fleck Trust $74,609.98 + Barbara Fleck Trust $42,336.02) of equity value as of February 6, 2019.

10.   **Opinion 5 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of May 13, 2019** FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$122,781.95** (Aaron Fleck Trust $78,520.59 + Barbara Fleck Trust $44,261.35) of equity value as of May 13, 2019.

11.   **Opinion 6 Shortcoming of Portfolio Performance** The Trust Accounts performed lower than expected, and lower than the overall market returns during the investment period.  The Plaintiffs claim that the lower performance is a result of FWTB's failure to properly manage the investments, including harvesting the losses as directed, which caused the Plaintiffs' investments to earn returns lower than the market indices and the stated expectations set forth by the parties.  This resulted in an additional reduction in value to the Plaintiffs' Trust Accounts Portfolios between **$139,232.44** and **$280,615.56** than if the Trust Account Portfolios had performed as

---

[2] Statutory prejudgment interest of 8% per annum has been estimated based on the damages dollar amounts identified and is calculated through an estimated trial date of November 15, 2023 in accordance with C.R.S. § 5-12-102 - Statutory Interest.  Prejudgment interest is provided for the convenience of the trier of fact and final calculations will be required.



expected based on market indices and the stated expectations at the time the Plaintiffs closed their accounts in May 2019.

12. **Opinion 7** **Fees Incurred** FWTB charged the Plaintiffs **$54,983.12** in fees (Aaron Fleck Trust $27,640.73 + Barbara Fleck Trust $27342.39) from May 8, 2018, through May 2019.



## Table 1: Summary of Damages and Estimated Prejudgment Interest

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Damages Summary**
**Prejudgment Interest Calculated at 8% Compounded Annually to Estimated Date of Trial November 15, 2023**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
|---|---|---|---|---|---|---|---|---|
| Element of Damages | Description | Unharvested Eligible Equity Losses as of 12/3/2018 | Implied Tax Shield Loss | Range of Damages for Portfolio Performance | Date of Damages | Actual Damages Amount | Prejudgment Interest at 8% Compounded Annually[1] | Indicated Damages plus Prejudgment Interest |
| **Failure to Follow Instructions** | | | | | | | | |
| **Opinion 1** | | | | | | | | |
| Unharvested Eligible Equity Losses at 12/3/2018 | Failure to follow directive given by Plaintiffs to harvest eligible equity losses based on Plaintiffs' review of 11/30/2018 Portfolio Statements.  Directive given on 12/2/2018, next business day is 12/3/2018 | $ (128,284.18) | | | 12/3/2018 | | | |
| **Opinion 2** | | | | | | | | |
| Loss of Tax Shield on Unharvested Eligible Equity Losses at 12/3/2018 | Implied Tax Shield Loss on unharvested eligible equity losses at December 3, 2018 | | $ 36,471 | | 12/3/2018 | | | $ 36,471.00 |
| **Opinion 3** | | | | | | | | |
| Lost Equity @ 1/3/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of January 3, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018.  This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 1/3/2019 | $ 105,678.95 | $ 48,073.96 | $ 153,752.90 |
| **Opinion 4** | | | | | | | | |
| Lost Increased Equity @ 2/6/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of February 6, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018.  This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 2/6/2019 | $ 116,945.99 | $ 51,983.17 | $ 168,929.16 |
| **Opinion 5** | | | | | | | | |
| Lost Increased Equity @ 5/13/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of May 13, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018.  This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 5/13/2019 | $ 122,781.95 | $ 51,020.89 | $ 173,802.84 |
| **Portfolio Shortfall & Fees** | | | | | | | | |
| **Opinion 6** | | | | | | | | |
| Shortcomings of Portfolio Performance | The Trust Account portfolios fell short of the expected annual performance. | | AFT $ 37,022.29<br>AFT $ 107,863.02<br>BFT $ 102,210.15<br>BFT $ 172,752.54 | | 5/13/2019 | 139,232.44<br>280,615.56 | 57,856.74<br>116,607.17 | $ 197,089.18<br>$ 397,222.73 |
| **Opinion 7** | | | | | | | | |
| FWTB Fees Charged on Trust Portfolios | Investment Management and Portfolio Fees Charged by First Western Trust Bank to the Trust Accounts between May 2018 and May 2019 | | Aaron H. Fleck Trust Account<br>Barbara G. Fleck Trust Account | | Various [2] | $ 27,640.73<br>$ 27,342.39 | 12,087.22<br>$ 11,958.26 | $ 39,727.95<br>$ 39,300.65 |
| Totals | | | | | | $ 54,983.12 | $ 24,045.48 | $ 79,028.60 |
| **Summary** | | | | | | | | |
| | Total of Opinions  - Lower Range | | | | | $ 353,468.51 | $ 132,923.11 | $ 486,391.62 |
| | Total of Opinions  - Upper Range | | | | | $ 494,851.63 | $ 191,673.54 | $ 686,525.17 |

Footnotes:

[1] Statutory prejudgment interest of 8% per annum has been estimated based on the damages dollar amounts identified and is calculated through an estimated trial date of November 15, 2023 in accordance with C.R.S. § 5-12-102 - Statutory Interest.  Prejudgment interest is provided for the convenience of the trier of fact and final calculations will be required.

[2] See Schedule 6 for the detail supporting the various dates of fees charged to the Trust Accounts and the corresponding prejudgment interest.

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR



# 3.   Analysis and Basis for Conclusions

13.   In preparing this report, I assumed the Plaintiffs' will prevail on any or all of their claims against the Defendants, which include:

- Breach of Fiduciary Duty,
- Fraudulent Inducement,
- Fraudulent Concealment/Non-Disclosure, and
- Breach of Contract

14.   **The Schedules attached at Appendix E to this report and the footnotes therein are an integral part of my analysis and should be reviewed in conjunction with the written basis for each of my opinions to fully understand my methodology and calculations.**

## 3.1 Summary of Pertinent Material Facts and Background

15.   The following is a summary of the relevant facts pertaining to my analysis that I have gathered from interviews, pleadings[3], and various documents provided.

16.   In 2018 Aaron and Barbara Fleck chose FWTB to manage the securities assets in their Revocable Trusts.  Aaron and Barbara were the co-trustees of the Aaron H Fleck Revocable Trust and the Barbara G. Fleck Revocable Trust.

17.   In February 2018, Aaron and Barbara Fleck were presented with an Investment Policy Statement which provided that the Flecks sought an annual rate of return of 6.48%, with annual income of $500,000. The overall investment objective was investment for total return.

18.   FWTB's expert, Robert Reidy, acknowledged that Aaron Fleck had been an investment advisor whose market strategy was to create concentrated equity portfolios to achieve above-market returns. Mr. Reidy further notes that John Sawyer, First Western's Chief Investment Officer testified that selecting equities to achieve above-market returns is not "how we manage" our accounts.

19.   There is nothing in the record to suggest that in their meetings prior to managing the Fleck's $8 million dollar portfolios, FWTB ever communicated that based upon their risk-averse style of investing, the goals of $500,000 income and 6.4% total return were unattainable.

20.   In hiring FWTB to manage their trust assets, the Flecks clearly communicated their goals and in the Investment Policy Statement drafted by FWTB, it agreed to use its skill and expertise to achieve those goals. While both parties knew that severe market fluctuations could on a short-term basis affect performance of the portfolios,

---

[3] Pertinent Material Facts and Background primarily from the First Amended Complaint filed May 14, 2021.

masten valuation

the Flecks reasonably expected that FWTB would invest their trust assets in a manner reasonably calculated to achieve the agreed-upon investment objectives.

21. FWTB's expert Robert Reidy further stated[4] that FWTB maintained its risk-averse investments despite continuing discussions with Mr. Fleck regarding investments designed to achieve greater returns than the market. Mr. Reidy opines that the diversified and risk averse investments were as agreed in the Investment Policy Statement. However, this is not what the Flecks communicated, nor what the Investment Policy Statement provided. The goals of $500,000 in income and 6.4% annual overall portfolio growth were challenging with a conservative, preservation of capital, risk averse approach.

22. On or about March 1, 2018, the Plaintiffs sold a single-family residence at a reported capital gain of $2,928,501 [per Plaintiffs' IRS 2018 Tax Year Transcript].

23. On May 8, 2018, the Plaintiffs executed an Investment Policy Statement with FWTB which included an Investment Services Custody Agreement (collectively the "IPS").

- The IPS gave FWTB authority over The Barbara G. Fleck Revocable Trust Account and The Aaron R. Fleck Revocable Trust Account.   The Executive IPS Summary stated:

|      |                         |                                                    |
|------|-------------------------|----------------------------------------------------|
| i.   | Type of Account         | $8,000,000 Revocable Trust                          |
| ii.  | Total Investment Assets | $8,000,000                                          |
| iii. | Investment Time Horizon | 10+ years                                           |
| iv.  | L.T. Inflation Assumption | 3%                                               |
| v.   | Fed. Tax Rate           | 39.6%                                              |
| vi.  | State Tax Rate          | 5%                                                 |
| vii. | LT Cap Gains Rate       | 20%/23.8%                                           |
| viii.| Cash Flow Objective     | $500,000 per year                                  |
| ix.  | Risk Tolerance          | Stable growth and low level of income; steady growth expected. |
| x.   | LT Portfolio Alloc.     | Moderate                                           |
| xi.  | Expected LT Return      | 6.48%                                              |

24. On May 18, 2018, the Plaintiffs deposited $4 million in the Aaron Fleck Trust, and $4 million in the Barbara Fleck Trust (collectively the "Trust Accounts").   FWTB was given full discretion to invest the assets to achieve income generation and total return. To achieve a total portfolio return of 6.48%, the majority of the portfolio would have to be invested in equities. In the beginning, FWTB did invest approximately 64% in equities, although the investments were conservative, mostly investing in

---

[4] P. 13, paragraph 47, Reidy March 24, 2022 Report.



equity funds and in exchange traded funds. Approximately 9.8% of the portfolio was invested in common stock, and the investments in common stock were cautious and conservative with the great majority of the investments not exceeding one quarter of one percent in any one stock.

25. The fixed income selections were equally conservative, providing a return of roughly 3% over the year in which FWTB managed the assets. 3% of 35% of $8 million is $84,000, which would not meet the $500,000 stated goal in the IPS.

26. In his deposition, Mr. Fleck stated that in late November or early December of 2018 that he met with Charlie Bantis, Andy Godfrey, and others at FWTB, discussing among other issues, Mr. Fleck's continued desire for FWTB to harvest the short-term losses in the Trust Accounts since he had a potential $5 million gain from the sale of his residence.

27. In Mr. Fleck's deposition, he stated he did not recall the exact date in November of the meeting with FWTB. However, upon review of the monthly statements, it is apparent that he was looking at the October 2018 portfolio statements of the Trust Accounts, given the ranges of losses he described in his deposition.  The October 2018 statements would likely not have been issued ON October 31st, so reasonably speaking, Mr. Fleck received these statements in the first few weeks of November. Thanksgiving fell on November 22nd in 2018, the third, full week of the month, so the meeting was likely the last week of November 2018.

28. Given these facts, and Mr. Fleck's references to a level of losses that would have been reflected on the October 2018 statements, the directive to harvest the losses for tax purposes would have been late November 2018.  As such, I have assumed a liquidation date of December 3, 2018, which would have been the likely business date that the sale of assets in the portfolios with losses should have taken place, had FWTB followed Mr. Fleck's directive.

- **Masten Valuation Note:** Tax-loss harvesting is the timely selling of securities at a loss to offset the amount of capital gains tax owed from selling other assets at a gain.[5]  To maximize the tax-loss harvesting, only the securities that have lost value would be sold.  After 30 days, to avoid IRS Wash Sale Rules, the same or similar stock can be repurchased.

- The **Expert Report of Robert Reidy**, March 24, 2022, pages 8-9 explains, "There is even a name for the rise in stock prices in January. It is called the "January effect." Investopedia.com defines it as "the tendency for stock prices to rise in the first month of the year **following a year-end sell-off for tax purposes**." [Emphasis added]

---

[5] Investopedia Tax-Loss Harvesting.

- Tax-loss harvesting i.e. Mr. Reidy's "year-end sell-off for tax purposes" should be done should be done early enough in a given year to take advantage of the following year's "January effect."

29. On Monday, December 3, 2018, FWTB did not harvest the eligible tax losses.

30. In January 2019 FWTB acknowledged the tax losses were not harvested.

31. In February 2019 FWTB realigned the investments in the Trust Accounts by selling individual common stocks and reinvesting in pooled equities.

32. By May 13, 2019, the majority of the Trust Account Portfolio assets were liquidated and transferred to Pershing, LLC.

## 3.2   Background and Foundation for Analysis

33. In general, disputes may arise from a breach of fiduciary duty, breach of contract, fraud, or other incidents that result in one party suffering compensatory, indirect, economic, and other monetary damages allegedly due to the actions or inactions of another party.

34. Every situation is governed by the facts, circumstances, and documentation that are available to support the proposed economic damages calculations. I have outlined the relevant facts of this case and the assumptions on which I am relying in preparing my analysis in order to present relevant and reliable information for the purpose of assisting in the resolution of this matter.

35. I tied the specific information, including the IPS, Trust Account Statements, and other relevant evidence, to the application of my analytical procedures and the resulting calculations of economic damages are included herein.

36. The concept of economic damages is straight-forward, and it is a "but for" concept. Economic damages represent the loss of economic benefit a party would have realized "but for" the actions of another.

37. I have calculated prejudgment interest on applicable opinions for the convenience of the trier of fact, and final calculations will be required.

38. I am not giving opinions as to liability in this matter. Please see **Table 1 or Appendix E, Summary Damages Schedule** of this report for a summary of the economic damages. The following paragraphs present the basis for my opinions.

## 3.3 Opinion 1 Failure to Follow Instructions: Unharvested Tax-Losses

39. The failure of First Western Trust Bank ("FWTB") to follow instructions resulted in the Plaintiffs being deprived of approximately **$128,284.18** in unharvested tax-losses.



### *Basis for Opinion 1*

40. As described in **Section 3.1 Summary of Material Facts and Background**, FWTB failed to harvest the Plaintiffs' tax losses as requested.  The tax losses should have been harvested by December 3, 2018.

41. In November 2018 the following equities were purchased that preclude these equities from being eligible for sale/harvested for tax losses due to IRS Wash Sale[6] tax rules:

- CAUSWAY INT VAL,
- DFA TAX MANAGED US SMALL CAP,
- ISHARES RUSS MIDCAP VAL,
- ISHARES RUSS 2000 ETF, and
- JPMORGAN CHASE & CO ALERIAN ML ETN, and
- OPPENHEIMER DEV MKT,
- VANGUARD INDEX FDS S&P 500 ETF.

42. In addition, Boeing stock had a small unrealized loss as of November 30, 2018, in each account, but based on the December 3, 2018, share price, would have had a slight gain of $166.64.  Since there was no loss to harvest, this stock was excluded from the estimate of unharvested losses analysis since it was no longer suitable for tax-loss harvesting.

43. The background of this matter indicates that the Plaintiffs requested FWTB to harvest tax-losses from the Aaron Fleck Trust and Barbara Fleck Trust prior to Sunday, December 2, 2018.

- The first trading day available for harvesting the tax losses in the month is December 3, 2018.

44. **Schedule 1, 7a,** and **7b** present the analysis and support for the **$128,284.18** of tax losses FWTB failed to harvest on December 3, 2018.

### 3.4 Opinion 2 Failure to Follow Instructions: Loss of Tax Shield

45. The estimated foregone tax shield of **$36,471** represents the potential reduction of the Plaintiffs' income taxes had FWTB followed the Plaintiffs' instructions to harvest tax losses in 2018.   The tax shield could have been carried forward to subsequent years to offset the tax liability on future gains.

---

[6] IRS Pub 550 Wash Sale Rule Summary: A loss cannot be deducted when someone sells or trades stock or securities at a loss and within 30 days before or after the sale they, their your spouse or a corporation they control buys substantially identical stock or securities.



*Basis for Opinion 2*

46. As discussed in Opinion 1, FWTB failed to harvest **$128,284.18** of tax losses in the Trust Accounts as of December 3, 2018.

47. On April 22, 2019, the Plaintiffs' tax preparer, Brittany Dreher, CPA, provided the Plaintiffs with their expected marginal tax rates for not harvesting capital losses in 2018 [Bates FWTB0000773].

48. I have relied upon Ms. Dreher's contemporaneous assessment of the applicable tax rate, as she is the tax preparer for the Plaintiffs, and is in the best position to understand the interrelated nature of other activity on the Plaintiffs' tax returns, both for the year of 2018 and for the subsequent years for carryover purposes at that point in time.

49. **Schedule 2** presents Ms. Dreher's indicated capital gains tax rate of 28.43% that would be applicable.  This schedule also illustrates the determination of the estimated foregone tax shield of **$36,471** caused by FWTB not following instructions to harvest tax losses.

### 3.5 Opinion 3 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of January 3, 2019.

50. FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$105,678.95** (Aaron Fleck Trust $67,459.41 + Barbara Fleck Trust $38,219.54) of equity value as of January 3, 2019.

*Basis for Opinion 3*

51. As discussed in the basis for Opinion 1 and described in **Section 3.1 Summary of Material Facts and Background**, FWTB failed to follow the Plaintiffs' instructions to Harvest Tax Losses in 2018.

52. As discussed in Opinion 1 and illustrated in **Schedule 1**, FWTB should have sold certain equities for a loss on December 3, 2018, totaling **$1,137,393.12** in proceeds (the "Loss Equities").

53. Had FWTB sold the Loss Equities in the Trust Accounts and kept the proceeds available for reinvestment in the same securities after 30 days, the 30 days that the proceeds were held could have yielded interest.  I have estimated that the interest that could have been earned on the Loss Equities amount would be the same yield as the Trust Accounts earned on Cash Equivalents (2.23%) in the month of December 2018.[7]  Over 30 days, a 2.23% yield would earn about **0.1833%** in interest income based on a 365-day year.  The total anticipated **interest earned** over the 30-day period is estimated to be **$2,084.73**.  See **Schedule 3** for details by account.

---

[7] See **Schedule 6a** for a Summary of the Trust Account activity and yields during the relevant periods.



54. The Trust Accounts received dividends on certain stocks in December 2018; these investments were not enrolled in a dividend reinvestment program ("DRIP")[8]. If FWTB had followed the Plaintiffs' instructions to harvest the tax-losses, certain dividends would not have been received and reinvested. To account for these foregone dividends, I subtracted the foregone dividend amounts from the estimated Proceeds from the Loss Equities before calculating the amount available to earn interest and to be reinvested in the Loss Equites after 30 days.

55. See **Schedules 3** and **3a** for a summary of the **dividends forgone** totaling **$10,290.17**.

56. After the 30-day waiting period, the amount available for repurchasing the Loss Equities on January 3, 2019, would have been **$1,129,187.68** which would have resulted in increased number of shares over the shares held and sold on December 3, 2018, for most of the Loss Equities due to the change in share prices. This would have garnered an **increase of $105,678.95** in total value as of January 3, 2019 for the Trust Accounts as illustrated on **Schedule 3**.

### 3.6  Opinion 4 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of February 6, 2019.

57. FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$116,945.99** (Aaron Fleck Trust $74,609.98 + Barbara Fleck Trust $42,336.02) of equity value as of February 6, 2019.

### *Basis for Opinion 4*

58. As discussed in the basis for Opinions 1 and 3 and described in **Section 3.1 Summary of Material Facts and Background**, FWTB failed to follow the Plaintiffs' instructions to Harvest Tax Losses in 2018 which resulted in a loss of account value for the Trusts.

59. **Schedule 3** illustrates the additional shares/account value as of February 6, 2019, had FWTB harvested the tax-losses as the Plaintiffs instructed.

60. In February 2019, FWTB repositioned the Trust Accounts to primarily Fixed Income and Equity Funds. FWTB liquidated stocks and certain investments starting February 6, 2019.[9]

61. As of February 6, 2019, Trust Account Portfolios had experienced the "January Effect" and increased in value (the "January Appreciation"). As of February 6, 2019, had FWTB followed the Plaintiffs' instructions to harvest the tax losses and reinvested on January 3, 2019 the Trust Accounts would have had a higher value of

---

[8] A dividend reinvestment plan (DRIP or DRP) is a plan offered by a company to shareholders that it allows them to automatically reinvest their cash dividends in additional shares of the company on the dividend payment date.

[9] Trust Accounts statements for 02/1/19 – 02/28/19.



**$116,945.99**. See **Schedule 3** for an illustration of the Trust Accounts' increase in value had FWTB followed the Plaintiffs' instructions.

### 3.7 Opinion 5 Failure to Follow Instructions: Point-in-Time Loss of Equity Value as of May 13, 2019

62. FWTB's failure to harvest the Plaintiffs' losses as of December 3, 2018, caused Plaintiffs to lose an estimated **$122,781.95** (Aaron Fleck Trust $78,520.59 + Barbara Fleck Trust $44,261.35) of equity value as of May 13, 2019.

*Basis for Opinion 5*

63. As discussed in the basis for Opinions 1, 3, and 4, and described in **Section 3.1 Summary of Material Facts and Background**, FWTB failed to follow the Plaintiffs' instructions to Harvest Tax Losses in 2018 which resulted in a loss of account value for the Trusts.

64. **Schedule 4** illustrates the additional shares/account value as of May 13, 2019, had FWTB harvested the tax-losses as the Plaintiffs instructed.

65. On February 11, 2019, FWTB realigned the Trust Accounts to increase investments in the Pooled Equity Funds. **Schedule 4a** presents the February 11, 2019 realignment purchases made by FWTB, along with the weighting (proportion) of the realignment purchase.

66. As described in Opinion 3 above, had FWTB followed the Plaintiffs' instructions by harvesting losses in December 2018 and then reinvesting the proceeds in January 2019, there would have been an additional step-increase in value in those January reinvested stocks due to the overall increase between January 3, 2019, and February 8, 2019 ("February Appreciation"). This February Appreciation would have increased the amounts invested on the realignment date (February 8, 2019), thereby increasing the purchasing power in the Trust Account Portfolios at that point.

67. The weighting of the February 11, 2019, Portfolio repurchases[10] was used to prorate the reallocation of the non-retained securities proceeds[11] (_$40,954.44_) that would have been achieved had the harvesting of losses taken place in December 2018. See **Schedule 4** for an illustration of these transactions and the resulting total Point-in-Time appreciation as of February 11, 2019, equaling **$116,945.99**.

68. In April 2019, the Trust Accounts received dividends. Had FWTB followed the Plaintiffs instructions, the additional equity would have earned additional dividends in April 2019.

---

[10] As discussed above, and illustrated in **Schedule 4a**, the Trust Account Portfolio managers sold all positions in common stock on February 8, 2019 and reinvested those proceeds on February 11, 2019 to three Pooled Equity Funds, Parnassus Core Equity Inst., Touchstone Sands Capital Inst., and Clearbridge Small Cap Growth.

[11] The proceeds from the non-retained harvest securities liquidated on February 8, 2019 was _$40,954.44_.

69. The Trust Accounts were closed in May 2019, and the marketable securities were transferred to Pershing, LLC on May 8, 2019.

70. Had FWTB followed the Plaintiffs' instructions to harvest the 2018 tax-losses, the Plaintiffs would have had approximately **$122,781.95** more equity as of May 13, 2019.

### 3.8  Opinion 6 Shortcoming of Portfolio Performance

71. The Trust Accounts performed lower than expected, and lower than the overall market returns during the investment period.  The Plaintiffs claim that the lower performance is a result of FWTB's failure to properly manage the investments, including harvesting the losses as directed, which caused the Plaintiffs' investments to earn returns lower than the market indices and the stated expectations set forth by the parties.  This resulted in an additional reduction in value to the Plaintiffs' Trust Accounts Portfolios between **$139,232.44** and **$280,615.56** than if the Trust Account Portfolios had performed as expected based on market indices and the stated expectations at the time the Plaintiffs closed their accounts in May 2019.

### *Basis for Opinion 6*

72. The Plaintiffs had reasonable expectations regarding the returns that would be achieved on their monies deposited with FWTB for investment based on discussions with FWTB and the FWTB provided IPS that was signed by the parties on May 8, 2018. These discussions, meetings and agreements as memorialized by the IPS set forth reasonable expectations that were achievable in the May 2018- May 2019 investment period, as demonstrated by the S&P 500 actual performance of 5.4% over this same time frame.  Mr. Reidy also believes that the S&P 500[12] is a reasonable benchmark.

73. Paragraph v. (page 5) of the IPS dated 2/27/2018 [noted by FWTB as "Received 5/14/2018"] contains a table for "ASSET CLASS HOLDING RANGES" for the strategic asset allocation policy developed for the Fleck Trusts with a "Moderate" asset allocation.  The table presents minimum, target, and maximum percentages for nine asset classes as follows:

---

[12] Mr. Reidy's March 24, 2022 report references and illustrates examples using the S&P 500 approximately 17 times; he references the S&P 500 6 additional times in his April 14, 2022 report.

**Table 2: IPS Page 5 Holding Limits and Ranges**

| Fleck 02/27/2018 IPS Paragraph v. Table | | | |
|---|---|---|---|
| Holding Limits and Ranges: Moderate | | | |
| Asset Class | Min% | Target% | Max% |
| US Large Cap Equities | 0% | 13% | 28% |
| US Mid Cap Equities | 0% | 4% | 14% |
| US Small Cap Equities | 0% | 6% | 16% |
| International Equities | 2% | 12% | 22% |
| Emerging Markets | 0% | 3% | 13% |
| High Yield Bonds | 0% | 4% | 14% |
| Fixed Income | 39% | 49% | 59% |
| Alternatives | 0% | 8% | 18% |
| Cash and Equivalents | 0% | 1% | 20% |
| | 41% | 100% | 204% |

74.   The Target allocation is:

- 46% Equities, Emerging Markets, and Alternatives,
- 53% Fixed Income, and
- 1% Cash and Equivalents.

  As illustrated at Table 4, the actual average asset allocation for the Trust Account Portfolios between May 2018 and May 2019 was:

- 50.38% Equities,
- 47.22% Fixed Income, and
- 2.04% Cash and Equivalents.

75.   Paragraph vii. (pages 5-6) of the IPS contains a table for "EXPECTED RETURN RANGE" based on the historic long-term total return for each asset class, "adjusted to incorporate First Western's capital market assumptions by taking into account various factors including the economic environment and valuations.   Actual performance will vary from these assumed rates…the portfolio return will also be reduced by the deduction of …fees…"

Table 3: IPS Page 6 Expected Return Range

| | Year 1 | Year 3 | Year 5 | Year 10 | Year 20 |
|---|---|---|---|---|---|
| 95th Percentile | 20.4 | 13.9 | 12.1 | 10.2 | 9.0 |
| Expected Value | 5.6 | 5.9 | 6.0 | 5.9 | 5.9 |
| 5th Percentile | -5.7 | -1.2 | 0.3 | 2.0 | 3.2 |

76.   The IPS continues that, "…calculated returns in the above table are based on historic asset class returns combined with First Western's capital market assumptions.   The table gives a _nominal_ range of expected portfolio returns over



various times.  The 'potential return' number is an approximate midpoint of the wider range of expected returns for a given time period." "Based on historical returns and First Western's 10-year capital market assumptions the _nominal_[13] 10-year expected annual returns of _your_ portfolio, _net of fees_ but before any applicable taxes, is approximately **6.48%**" [emphasis added]. [14]

77.   The statement that the 10-year expected annual nominal returns net of fees implies that the performance of the Fleck's portfolio at the 10-year mark would be higher than the "Expected Value" illustrated in the table of 5.9%, because the 5.9% is based on nominal – _before_ fees, not _after_ fees. The fees associated with the Fleck's accounts were 0.6857%, therefore the stated return expectation of 6.48% net of fees would need to be 7.17% _before_ fees in order to achieve the FWTB stated returns based on historical returns and their own capital market assumptions for the Trust Account Portfolios.

78.   The 7.17% nominal rate falls between the "95th Percentile" of 10.2% and above the "Expected Value" of 5.9%, at approximately the 65th percentile, indicating a performance at approximately 21% higher than the expected value returns in the 10th year.

79.   The Plaintiffs were at the end of Year 1 when they moved their investments from FWTB.  In that year, the FWTB IPS indicates returns with 5.6% as the midpoint.

80.   The table below presents the actual weighting of asset classes and yields from the Fleck Trust Accounts under management by FWTB from May 2018 to May 2019. As can be seen, the Equities average yield was approximately 1.75%.

---

[13] The nominal rate of return is the amount of money generated by an investment before factoring in expenses such as taxes, investment fees, and inflation.

[14] In order to achieve this 6.48% rate of return, net of fees but before applicable taxes, with the given asset allocation to fixed income and cash asset classes of the Trust Account Portfolios (47.22% and 2.4%, respectively as illustrated at Table 4 on the following page), yields, management fees, and the required rate of return in Year 10 on the 50.38% of Equities would have to be 11.17%. This is calculated mathematically by taking the Target Return less weighted return of Fixed Income, less weighted return of Cash, plus the percent for management fees, all divided by the percent of Equities held.



May 15, 2023
Page 20 of 66

### Table 4: Trust Accounts Asset Weighting and Yields

| Account Name | Asset Class | | Avg Balance | Weight of Portfolio | Average Yield | Weighted Yield |
|---|---|---|---|---|---|---|
| Fleck Trust Account Performance 5/18 - 5/19 | | | | | | |
| AHF Trust | Cash and Equivalents | $ | 101,223.32 | 2.53% | 2.04% | |
| BHF Trust | Cash and Equivalents | | 91,293.82 | 2.30% | 2.04% | |
| | Total | | $   192,517.14 | 2.40% | 2.04% | 0.049% |
| AHF Trust | Fixed Income/Pooled Income Funds | $ | 1,866,220.11 | 46.34% | 3.18% | |
| BHF Trust | Fixed Income/Pooled Income Funds | | 1,916,625.82 | 48.17% | 3.12% | |
| | Total | | $ 3,782,845.96 | 47.22% | 3.15% | 1.487% |
| AHF Trust | Equities | $ | 2,061,492.85 | 51.13% | 1.72% | |
| BHF Trust | Equities | | 1,974,830.82 | 49.53% | 1.78% | |
| | Total | | $ 4,036,323.06 | 50.38% | 1.75% | 0.881% |
| | | | | 100.00% | | 2.417% |

81. The rate of expected returns on Portfolio assets has been discussed at length in depositions by the parties and in the parties' corresponding expert reports. The parties and their experts have discussed various expectations for the portfolios, with the two most discussed and illustrated positions for returns being the S&P 500[15], which experienced a 5.40%[16] return during the investment period and the stated 6.48% IPS expected return[17] on the Portfolio assets.

82. Given the performance of the portfolio from May 2018 to May 2019, which was 3.66% before fees and 2.972% percent after paying fees, the Trust Account Portfolios fell well below both the S&P 500 return of 5.4% achieved in the same investment period and the IPS target returns of 5.6% and 6.48%.

83. **Schedule 5** presents the Plaintiffs' equity value transferred to Pershing LLC in May 2019.

- The Plaintiffs received a total of **$8,237,784.44** after FWTB managed the Trust Accounts for approximately one year with a net return of **2.972%**.

- Had the Trust Account Portfolios earned the S&P 500 returns of **5.4%** for the same period, before subtracting management fees, the Plaintiffs would have received **$8,432,000.00** or **$139,232.44** more on the date of transfer.

- Had the Trust Accounts earned the IPS target return of **6.48% after fees**, the Plaintiffs would have received **$8,518,400.00** or **$280,615.56** more.

---

[15] Mr. Reidy's March 24, 2022 report references and illustrates examples using the S&P 500 approximately 17 times and the 6.48% twice.  He references the S&P 500 6 additional times in his April 14, 2022, report, and the 6.48% once.  Mr. Rulison references and discusses a range of expectations from 5-6%, as does Mr. Fleck in his deposition testimony.

[16] At close, 2,712.97 on May 18, 2018 (the opening date of the Portfolios), and 2,859.53 on May 17, 2019 = 5.4%

[17] IPS page 2.



### 3.9 Opinion 7 Fees Incurred

84. FWTB charged the Plaintiffs **<u>$54,983.12</u>** in fees (Aaron Fleck Trust $27,640.73 + Barbara Fleck Trust $27342.39) from May 8, 2018, through May 2019.

   *Basis for Opinion 7*

85. As discussed in the basis for Opinions 1, 2, 3, 4, and 5, and described in **Section 3.1 Summary of Material Facts and Background**, FWTB failed to follow the Plaintiffs' instructions to harvest tax losses in 2018 which resulted in a loss of a tax shield and equity value for the Trust Account Portfolios.

86. From May 8, 2018, through May 9, 2019, FWTB charged the Plaintiffs' **<u>$54,983.12</u>** in fees as summarized in **Schedule 7**.  A summary of all Trust Accounts' activity is provided in **Schedules 7a** and **7b**.



# Other Matters

This report may be used only in connection with the matter defined above and is not intended for, and may not be used for, other purposes or by anyone not directly identified in this matter. It is based solely upon the information received to date, which is believed to be accurate and reliable. To the extent that additional information becomes available, revisions to this report may be appropriate. It is possible that additional relevant information will be identified after the issuance of this report making it appropriate to supplement this report.

I may supplement or modify the opinions upon which I expect to testify, add to the bases and reasons for my opinions and supplement the schedules that I may use at trial, for any of the following reasons: in rebuttal, in response to new information, in response to discovery responses, including depositions and other damages expert opinions.

I may use some or all of the documents referenced or contained in this report as demonstratives at trial. In addition, I may develop additional schedules based on my opinions and analysis to summarize my opinions or illustrate concepts for use during trial. Further, I may comment on and use any of the materials or documents, including that which other experts may provide to rebut any testimony of other experts.

My certification, qualifications, and additional information are included as **Appendices A**, **B**, and **C** in this report. This includes my current resume, a listing of all cases for which I have given sworn testimony in the previous four years, all articles, lectures and presentations that I have authored and published in the previous ten years, a listing of all certifications and designations that I currently maintain, as well as other professional activities that I engage in, including but not limited to continuing education, which support my career as an expert in the area of business valuation, forensic accounting, damage and lost profits determinations, and related financial analysis matters.

My hourly rate is $400 per hour, and staff and analyst rates range from $160 to $225 per hour. Deposition charges are a minimum of eight hours based on my then prevailing hourly rate on a portal-to-portal basis. Professional time expended on this matter is approximately 94 hours to date.



May 15, 2023
Page 23 of 66

## APPENDIX A: EXPERT REPRESENTATIONS AND CERTIFICATION

I certify that, to the best of my knowledge and belief:

1.  The statements of fact contained in this report are true and correct.  However, I have relied, without independent verification, on the accuracy, completeness, and fairness of all financial and other information in this case.

2.  The reported analyses, opinions, and conclusions are limited only by the stated general assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

3.  I did not perform a site visit in the preparation of this report.

4.  I have no present or prospective interest in the matter at hand that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

5.  My compensation is not contingent on any action or event resulting from the analyses, opinions, or conclusions in, or the use of this report.

6.  The National Association of Certified Valuators and Analysts and the American Institute of Certified Public Accountants have a mandatory recertification program.  The designated individual who participated in this assignment is in compliance with their requirements.

7.  My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with The Code of Professional Conduct of the American Institute of Certified Public Accountants and the Professional Standards of the National Association of Certified Valuators and Analysts.

8.  No one other than professional staff working under the direct supervision of the undersigned provided significant assistance to the individual signing this report.


_____

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR
Date: May 15, 2023



May 15, 2023
Page 24 of 66

# APPENDIX B: ANALYST QUALIFICATIONS

I, Lari B. Masten, state the following:

1. I am a Certified Public Accountant in the State of Colorado and the Managing Director of Masten Valuation, LLC.

2. I earned my Master of Science in Accounting degree from Texas Tech University.

3. I have practiced as a Certified Public Accountant in both Texas and Colorado, providing services in the following areas:

   a. Audit and taxation in a variety of industries, including manufacturing and distribution, engineering, real estate development and management, healthcare, retail and food services, and telecommunications.

   b. Beginning in 2000, I have focused my practice primarily on forensic accounting, business valuation, and litigation support services.

4. In addition to my CPA license, I hold five specialty designations in the areas of financial forensics, business valuation, and business appraisal review.  To earn these designations, the following must be accomplished before the designations are granted to an individual: completing relevant coursework, passing examinations, providing proof of experience, and, where applicable, preparation of case study reports graded by the organizations.  Continued and ongoing coursework are also requirements of all six designations.

   a. ABV - Accredited in Business Valuation – issued by the American Institute of Certified Public Accountants

   b. CFF – Certified in Financial Forensics – issued by the American Institute of Certified Public Accountants

   c. CVA - Certified Valuation Analyst – issued by the National Association of Certified Valuators and Analysts

   d. MAFF - Master Analyst in Financial Forensics– issued by the National Association of Certified Valuators and Analysts

   e. ABAR – Accredited in Business Appraisal Review – issued by the Institute of Business Appraisers

5. I speak at conferences, before professional organizations, as well as teach business valuation and financial forensic courses on a regular basis.  I average in excess of 200 hours of live instruction and presentation hours for continuing professional education on an annual basis. Typical attendees are Certified Public Accountants, credentialed business valuation and financial forensic professionals, and attorneys.

6. Attached herein at **Appendix B** is a true and correct copy of my resume, which contains additional information pertaining to my qualifications.

7. Masten Valuation has been retained in this matter by Podoll & Podoll, P.C. to assist as an expert, providing consulting, accounting, valuation and/or litigation support services at their direction.

8. The information and documentation produced in this matter, and the analyses on which I rely in my findings, are of the type and nature that I and other financial forensic and valuation experts normally rely.

9. The materials I reviewed and relied upon in preparing this report can be found at **Appendix D** to this report.





Masten Valuation, LLC
4600 South Syracuse Street, Suite 900
Denver, Colorado 80237

303·229·5517 tel | 303·253·8835 fax
lari@mastenvaluation.com
www.mastenvaluation.com

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR
Masters of Science in Accounting
Certified Public Accountant
Accredited in Business Valuation
Certified in Financial Forensics
Certified Valuation Analyst
Master Analyst in Financial Forensics
Accredited in Business Appraisal Review

Ms. Masten's valuation and practice consulting experience began in the mid-1990s. She is the founder and managing director of Masten Valuation, LLC and National Business Advisors, LLC. These entities offer comprehensive business valuation, forensic accounting, fraud investigation and litigation support services for business transactions, shareholder disputes, damages, lost profits, marital dissolution, financial record reconstruction, financial reporting, and tax compliance. She has performed these services for businesses across the US in a variety of industries including exploration and production of natural resources, manufacturing and distribution processes, restaurants and food service, healthcare and life sciences, personal/professional services, construction, real estate development and management, and agriculture-related service sectors.

Lari has extensive experience in valuation and business consulting and is well respected by her peers throughout the professional valuation community. She earned a Master of Science in Accounting degree from Texas Tech University and is a licensed CPA. She holds the following six specialized designations: Accredited in Business Valuation (ABV) and Certified in Financial Forensics (CFF) through the American Institute of Certified Public Accountants, Certified Valuation Analyst (CVA) and Master Analyst in Financial Forensics (MAFF) from the National Association of Certified Valuators and Analysts, and Accredited in Business Appraisal Review (ABAR) through the Institute of Business Appraisers.

Lari has been qualified as an expert witness in both federal and state district courts and her expert witness testimony has been for cases that have involved business valuation, damages, lost profits, insolvency, loss of business value due to shareholder derivative actions, class actions, environmental remediation, non-performance on distributorship agreements, wrongful conveyance of lease assignments, fraudulent inducement, marital dissolution, and related matters. She has also served as an expert on valuation matters in FRE 702/Daubert challenge hearings, providing testimony on the work performed by other experts as to relevance, reliability, use of sufficient data, use of appropriate methods, and the proper application of valuation models.

She is currently serving as Chairman of the editorial board for The Value Examiner, a contributing member of the editorial boards of the Journal of Business Valuation and Economic Loss Analysis and the Journal of Forensic Accounting Research, a member of the Litigation and Forensics Board for NACVA and is an officer of the Colorado NACVA State Chapter. Ms. Masten is also an adjunct professor at the University of Denver, teaching a masters' level capstone course in the valuation of privately held businesses.

Lari has written numerous articles relevant to her areas of expertise. She has been an invited guest speaker for various organizations and conferences on topics salient to the organization's focus that have covered valuation standards compliance, business valuation fundamentals and advanced topics, litigation, estate planning/wealth retention, marital dissolution, and business valuation case analysis.

masten valuation

Ms. Masten is an instructor for the National Association of Certified Valuators and Analysts (**NACVA**) and the European Association of Certified Valuators and Analysts (**EACVA**) Global Training & Development Teams for the CVA designation; the training is presented throughout the US and in Europe approximately 20 weeks per year. She is also an instructor and development team member for the preparation course that provides the foundation for the Master Analyst in Financial Forensics (**MAFF**) designation. Ms. Masten has received numerous awards over the years, including the NACVA Instructor of Exceptional Distinction honor for each of the past seventeen years (2005 – 2022). In addition, Lari is the recipient of the Institute of Business Appraisers (IBA) 2011 Best Accredited in Business Appraisal Review Report Award as well as the 2015-2016 NACVA Circle of Light Award, which is the highest distinction awarded to NACVA instructors. Of the many hundreds of instructors NACVA has had since 1991, the 2015-2016 Circle of Light Award was only the 18th granted. In 2016 Lari Masten was recognized as one of eighteen Industry Titans: Business Valuation and Financial Forensic Masters by the NACVA.

**MASTEN CREDENTIALS AND EDUCATION**
Master of Science in Accounting (MSA), Texas Tech University
Bachelor of Science, Texas Tech University
Certified Public Accountant (CPA) licensed in Colorado and Texas
Accredited in Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Certified Valuation Analyst (CVA)
Master Analyst in Financial Forensics (MAFF)
Accredited in Business Appraisal Review (ABAR)

These licenses and credentials require ongoing continuing education in business valuation, taxation, financial planning, and other finance and management related areas on a yearly basis, with a minimum of 40 hrs per year required to maintain professional certifications. Ms. Masten averages over 200 hours of continuing education per year, in part to fulfill certification requirements, but in excess of the minimum requirements in order to increase professional expertise knowledge.

**Federal & Colorado Court Rule 26(a)(2)(B) information with respect to Qualification of the Witness:**

**Qualified as an expert witness in Federal and State District courts Testimony:**

○ WILLIAM R. WILLIS, as an individual and derivatively as a Shareholder of W.C. STRIEGEL, INC., a Colorado Corporation, v. Defendants: W.C. STRIEGEL, INC., a Colorado Corporation; LARRY STRIEGEL, an individual; TERI WILCZEK, an individual; DEVEN STRIEGEL, an individual; KRIS ERIK STRIEGEL, an individual; and RANDY STRIEGEL, an individual, Ferguson Schindler Law Firm, P.C. as attorneys for the Plaintiff, 9th District Court, Rio Blanco County, State of Colorado, Judge John Neiley Case No. 2019CV30032, Civil Theft, Special Damages, General Damages, Restitution, Economic Damages, and Consequential Damages. Trial dates November 14 – 23, 2022. Masten testimony dates: November 17, 18, and 22, 2022.

○ Richard Lang v. Defendants and Cross Claimants: Timothy Flaherty, Timothy Kneen, Carl Vertuca, and PdC, LLC, And Third Party Plaintiff: Riviera Country Club S. de R.L. de C.V. ("RCC") v. Cross Claim Defendant: Michael Joseph Roberts, Sr. And Third-Party Defendants: Michael J. Roberts LLC, and Sandstone Ventures LLC, Podoll & Podoll, P.C. as attorneys for the Third-Party Defendants, District Court, City and County of Denver: Case No. 2015CV31828, Judge Marie Avery Moses, Damages from Diminution in Value, Forensic Accounting, and Calculation of Damages – April 22, 2022.

○ James L Parks Elk Creek LLC, et al. v. William H. Wheeler, et al. District Court, Rio Blanco County, Colorado, Case No. 2017CV30015, Jury Trial; Matt Ferguson (The Matthew C Ferguson Law firm) and Timothy Atkinson (Ireland Stapleton) as attorneys for Plaintiff; Kris J Kostolansky (Lewis Roca Rothgerber Christie LLP) for Defendants (Plaintiffs: Breach of Protective Covenants and Fiduciary Duty, Real Estate Developer Assessments/Offsets, Forensic Accounting, Records Reconstruction, Damages – October 12 – 29, 2020).

o   In the Matter of the Estate of William J. Young, IV, District Court, El Paso County, Colorado, Case No. 2012PR0177, Judge Robin Chittum, (Robert Podoll, Attorney), relief from Fraud in a Probate Proceeding, 7/22/19.

o   In Re the Marriage of Noelle Westcott and Wayne Westcott, 21st Judicial District Court, Mesa County, Colorado, Case No.: 16DR30241, Judge Gurley, Courtroom 11, 11/7/2018 - 11/8/2018 (James W. Giese Attorney; for Respondent; business valuation, four companies, oil & gas field services – directional drilling).

o   MINDY GANZE, Plaintiff vs. PEAK 7, LLC, BILL WALLACE, Defendants, District Court of Summit County, State of Colorado Case No.: 2018CV030119, Judge Mark D. Thompson, Chief Judge, 5th Judicial District 8/15/2018.

o   FLORIDEL, LLC, JOHN MCDONNELL JR., RAM K. REDDY, M.D., STEVE RUFF, and EDWARD HOWIE; Claimants, v. DELL TACO LLC and DELL TACO RESTAURANTS, INC.; Respondents; AMERICAN ARBITRATION ASSOCIATION, Orange County (California) Regional Office, Arbitration No. 01-14-0001-9403; DEMAND FOR ARBITRATION AND FOR DAMAGE. 1/4/2016 - 1/8/2016.

o   MARIAN G. KERNER, and RAMONA J. LOPEZ, on behalf of themselves and all others similarly situated; Plaintiffs, vs. CITY AND COUNTY OF DENVER, a municipal corporation; Defendant United States 10th District Court for the District of Colorado related to Civil Action Case No. 11-cv-00256-MSK-KMT. PADILLA & PADILLA, PLLC; Kenneth A. Padilla for Plaintiffs; September 23-24, 2015; Judge Marcia S. Krieger. (Provided Rule 702 Hearing opinions regarding Plaintiffs' and Respondent's Expert Witness Opinions – Class Action Lawsuit).

o   PATRICIA SPITZMILLER, et al., Plaintiffs, vs. BUFFALO BASIN LIMITED PARTNERSHIP, et al., Defendants, District Court, Garfield County, Colorado (Breach of Contract and Unjust Enrichment) related to Case No. 2012cv146. 2014 (Greenberg Traurig; Jeffrey M. Lippa (DEN) & Jonathan Bell (BOS); May 19 – 21, 2014; Judge Daniel Brett Petre).

o   NAYCO MEDICAL, INC., f/k/a BIOPACE, INC.; and GLEN NAYLOR v. BIOTRONIK, INC., Arbitration Service of Portland Oregon, ASP No. 130318 (Breach of Contract, Economic Damages). 2013.

o   GORSUCH, LTD. et al. v. WELLS FARGO NATIONAL BANK ASSOCIATION, American Arbitration Association, Case No.: 77 148 Y 00017 12 SIM, Matt Ferguson and Podoll & Podoll as attorneys for the Plaintiffs (lender liability - damages and lost profits – October 2012).

o   GATEWAY PROPERTIES LLC vs. BLUESTEIN SURGICAL ARTS PC et al) Case: 2007CV648 & 2009CV1075 (Consolidated), Division 5, District Court, Boulder County; Patton Boggs, LLP. Jeffrey Cohen and Christa Rock as attorneys (damages and lost profits of an oral and maxillofacial surgical practice – November 2011).

o   Circle Corporation D/B/A Empire Irrigation v. Inline Plastics, Inc., Weld County District Court Case No. 08CV222, Judge Maes, Podoll & Podoll as attorneys (damages and lost profits related to non-performance on exclusive distributorship agreement – October 2010).

o   Colorado Coffee Bean, LLC, et. al v. Peaberry Coffee, Inc. et. al. Denver District Court Room # 215, Case No. 2006CV004514, Judge William Douglas Robbins Jr., Podoll & Podoll as attorneys, (ten individual franchisee damage models, retail – September 2007).

o   In-re the Marriage of Pearson, District Court Case No. 2004 DR 101 Div: R, Summit County, Colorado, Judge Ruckreigle, Carlson & Carlson as attorneys  (DNR Kennels, services).

o   In-re Twin Landfill Corporation V. The Board of County Commissioners of the County of Summit, District Court Case No. 03-CV-325, Summit County, Colorado, Judge Ruckreigle, Holland & Hart as attorneys - Timothy Rastello  (Damages).

o   Marriage of Buchner, Denver District Court, Case No. 01 DR 1791, Judge Joseph E Meyer III, Courtrooms 15B/21. Leslie Hanson, attorney for Respondent, Jordan M. Fox, attorney for Petitioner (Automotive Counseling & Publishing Company).

o   In-re the Marriage of Mueller, District Court Case No. 2003 DR 93, Div: L, Summit County, Colorado. David Tyler Law Firm, LLC (Corr-Wood Mfg, wholesale and retail).



**Deposition:**

- o Gil Gerstein v. Robins Kaplan, LLP, and Sanders Law Firm, LLC.; Plaintiff's Attorney: Anthony Viorst, Esquire, The Viorst Law Offices, PC; District Court, Arapahoe County, Colorado: Case No. 2020CV31398, Business Valuation (fulfillment services); Legal Malpractice, January 19, 2022.

- o The George Williams Limited Liability Limited Partnership, v. Kathryn Porter and BOKF, NA, a National Association, doing business as Colorado State Bank and Trust, Richard B. Podoll, Attorney: Podoll & Podoll, Denver District Court, City and County of Denver, Colorado: Case No. 19CV3366130020, Division 1, Forensic Accounting, Damages, Breach of Fiduciary Duty, Breach of Contract, and Breach of Covenant of Good Faith and Fair Dealing, December 22, 2021.

- o ANDREW "JACK" SORDONI, individually and if necessary, derivatively as a member of Sooner Mineral Investments, LLC, v. CONNER & WINTERS, LLP, a domestic limited liability partnership, JARED D. GIDDENS, an individual, and J. DILLON CURRAN, an individual; Jared Boyer and Rodney Hunsinger, HB Law Partners, PLLC, as attorneys for Plaintiff; District Court, Oklahoma County, Oklahoma, Case No. CJ-2016-5985, Forensic Accounting, Damages, Diverted Business Opportunities, Malpractice – September 2021.

- o James L Parks Elk Creek LLC, et al. v. William H. Wheeler, et al. District Court, Rio Blanco County, Colorado, Case No. 2017CV30015; Matt Ferguson as attorney (Plaintiffs: Breach of Protective Covenants and Fiduciary Duty, Real Estate Developer Assessments/Offsets, Forensic Accounting, Damages – August 2019).

- o In the Matter of the Estate of William J. Young, IV; District Court, El Paso County, State of Colorado, Case No. 2012PR177; Attorneys for Starlette S. Young, Podoll & Podoll, P.C. (Damages – February 2019).

- o Dos Rios Partners LP, a Texas Limited Partnership, et al. (Plaintiffs) v. Casey Hutto and NBH Capital Finance, a division of NBH Bank, NA (Defendants); District Court, City and County of Denver, Case No. 2016CV31478, (Plaintiffs - Jeffrey Cohen Attorney - May 2018).

- o In Re: Marriage of Heju Jemison, Petitioner and Steven Jemison, Respondent; Case 15DR30149 and JAG Case No. 2015-04425 District Court, City and County of Denver, Colorado; Robinson Waters and O'Dorisio, James B. Lapin attorney (Business Valuation and Asset Tracing – August 2016).

- o Patrician Spitzmiller, et al. v. Buffalo Basin Limited Partnership, et al., Case: 2014cv146 District Court Garfield County; Greenberg Traurig, LLP Jeffrey M. Lippa as attorney (Breach of Contract and Unjust Enrichment - May 2014).

- o GATEWAY PROPERTIES LLC vs. BLUESTEIN SURGICAL ARTS PC et al) Case: 2007CV648 & 2009CV1075 (Consolidated), Division 5, District Court, Boulder County; Patton Boggs, LLP. Jeffrey Cohen and Christa Rock as attorneys (damages and lost profits of an oral and maxillofacial surgical practice – March 2011).

- o Circle Corporation D/B/A Empire Irrigation v. Inline Plastics, Inc., Weld County District Court Case No. 08CV222, Judge Maes, Podoll & Podoll as attorneys (damages and lost profits related to non-performance on exclusive distributorship agreement - July 2010).

- o Amy J. Straily et. al. v. UBS Financial Inc., Case No. 2007cv00884 (U.S.D.C. Colorado) Judge Blackburn, Robert

- o W. Biederman as attorney, (Class Action Tort, Property – Other Fraud – April 2009).

- o Burning Rock Energy, LLC v. Pinnacle Gas Resources, Inc., et al., Civil No. 06C0047J (U.S.D.C. Wyo). Judge Alan Johnson, Hirst & Applegate as attorneys (Diversity – Other Contract, recoverable damages – sale of lease blockage due to wrongful conveyance of lease assignments - 2007).

- o Colorado Coffee Bean, LLC, et. al v. Peaberry Coffee, Inc. et. al. Denver District Court Case No. 06CV4514, Podoll & Podoll as attorneys (Damages – ten franchisees, Retail - 2007)

- o Health Care Management Partners, Ltd., et. al. v. Stephen Briscoe et. al., City and County of Denver District Court, Case No. 05 CV 1889 Courtroom 6 (DC, Colorado), Podoll & Podoll as attorneys (Damages lease default on five tenants – nursing homes; Insolvency – five nursing homes - 2007).



May 15, 2023
Page 29 of 66

**Declarations**

o   Robert R. Wolford v. Andrew A. Mueller and Hockersmith & Mueller, P.C.; Andrew A. Mueller, Jon T. Hoistad and Karp Neu Hanlon, P.C.; District Court, Garfield County, State of Colorado, Case No. 2019CV30020; John Palmeri of Gordon and Rees as attorney, professional malpractice.

o   ONE CLEVELAND FINANCE, LLC v. BR T&C CORPORATE CENTER M, LLC, et al., United States District Court, District of Colorado, Civil Action No. 11-cv-01438-RBJ-KLM (Damages, Breach of Contract - 2012).

**Pending**

o   Old Gringo Boots, Inc. as Plaintiff/Counter-Defendant v. Buster SJE, Inc. D/B/A Spectra Property Services as Defendant/Counter-Plaintiff, Ross A. Vitek, Esq, Brian Brisco, Esq of Vitek Lange PLLC, Attorney for Plaintiff/Counter-Defendant, Tarrant County, Texas Cause No. 048-333206-22, 48th Judicial District, Negligence, Breach of Contract, Quiet Title, Lost Profits and Consequential Damages.

o   THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck; et al. v.  FIRST WESTERN TRUST BANK, CHARLES BANTIS, and ANDREW GODFREY, Richard B. Podoll, Attorney, Podoll & Podoll, P.C., United States District Court, District of Colorado Civil Action No.: 21-cv-01073-CAN-CPG, Breach of Fiduciary Duty, Fraudulent Inducement, Fraudulent Concealment/ Nondisclosure, Breach of Contract.

o   WANDA BERTOIA and WPB HOSPITALITY, LLC v. BRETT PAYTON, et al.; Richard B. Podoll, Attorney, Podoll & Podoll, P.C., District Court, City and County of Denver, State of Colorado, Case No.: 19CV33523, Breach of Contract, Fraud, Omission and Fraudulent Transfer.

o   Dakin Lerner Sloss v. Gabrielle Gatta Sloss; Kim D. Cannon, Attorney for Defendant, Davis & Cannon, LLP; Ninth Judicial District Court, Teton County, Wyoming, Civil No. 18691, Valuation Methodology.

o   IRM Marriage of Shuler Rivetti; James B. Lapin, Attorney, Case No. 2022DR30575, 18th Judicial District, Douglas County, Colorado, Business Valuation.

o   Sheryl Fitzgerald; Charlene Ibanez v. Sno-White Linen & Uniform Rental, Inc.; Charles M. McAllister: Colin Moriarty, Attorney, Underhill Law, P.C., Attorney for Plaintiffs, District Court, El Paso County, Colorado, Case No. 2022CV32049, forensic accounting, economic damages.

o   Plantsnap, Inc. v. Eric Ralls, et al. v. Third Party Plaintiff DEJ Partners, LLC v. Third Party Defendants, Earthsnap, Inc.; Digital Earth Media, Inc.; and Metaversal Knowledge, Inc.; Robert A. Kitsmiller, Attorney, Podoll & Podoll, P.C. Attorney for Third Party Defendants, District Court, San Miguel County, Telluride, Colorado, Division 3, Case Number 2021CV30005 (Colorado Organized Crime Control Act, C.R.S. §18-17-104, Fraudulent Transfer, Fraudulent Inducement, Breach of Contract, Specific Performance).

o   Karlie Walter v. Daniel Walter; Monique Ojeda, Attorney, Jackson & Ojeda, LLC, Attorney for Defendant, District Court for the First Judicial District, State of Wyoming, County of Laramie, Docket No. 2021-DR-1-137, business valuation.

o   RYAN SCHEELER, an individual; AGR GROUP, LLC, a Nebraska Limited Liability Company; AGR INC., a Colorado corporation; and TOTAL UTILITY CONTRACTING OF MINNESOTA, INC., a Minnesota corporation (Plaintiffs) v. CANOPY HOLDINGS, LLC, d/b/a CANOPY HOLDINGS OF COLORADO, LLC, a Virginia Limited Liability Company; MATT HIRSCHBIEL, an individual; CANOPY HOLDINGS OF NEBRASKA, a Nebraska Limited Liability Company, (Defendants) v. TIMOTHY DAY, an individual (Third Party Defendant); Colin E. Moriarty, Attorney, Underhill Law, P.C. Attorney for Plaintiff, United States District Court for the District of Colorado, Civil Action No.: 1:22-cv-02417-DDD-NRN, business valuation.

o   Gil Gerstein, Plaintiff v. Adam Gerstein, Co-Trustee of the Leonard Gerstein and Offra Gielan Gerstein Revocable Trust, dated May 1, 1997, Defendant; Aaron Mohamed, Brereton Law Office as Attorney for Plaintiff, Superior Court of the State of California in and for the County of Santa Cruz, Case No. 21PR00757 (Consolidated with Case No. 21PR00322), Removal of Trustee, and Financial Elder Abuse.

o   Jontra Holdings Pty Ltd, an Australian registered company, Brisbane Angels Nominees Pty Ltd, an Australian registered company, Associated Construction Equipment Pty Ltd, an Australian registered company, Plaintiffs vs. Gas Sensing Technology Corp, a Wyoming corporation (dba "WellDog") Defendant;

Lari B. Masten, MSA, CPA/ABV/CFF, CVA, MAFF, ABAR

Bob Comer, Norton Rose Fulbright as Attorney for Plaintiffs, District Court, Second Judicial District, Laramie Wyoming, Civil Action No. 34112, Breach of Notes.

o   FIRST-CITIZENS BANK & TRUST COMPANY,  a North Carolina Chartered commercial bank v. LEATHEM STEARN, an individual; UTE MESA, LLC, a Colorado limited liability company; and UTE MESA LOT 1, LLC, a Colorado limited liability company, And Plaintiff-Intervenor: STEWART TITLE GUARANTY COMPANY, a Texas corporation, v. Defendants: FIRST-CITIZENS BANK & TRUST COMPANY,  a North Carolina Chartered commercial bank; LEATHEM STEARN, an individual; UTE MESA, LLC, a Colorado limited liability company; and UTE MESA LOT 1, LLC, a Colorado limited liability company. District Court, Pitkin County, State of Colorado: Case No. 2010CV177; Podoll & Podoll, P.C. as attorneys for Defendant Leathem Stearn; Intentional Interference with Contract, Intentional Interference with Prospective Business Advantage, Abuse of Process, Spurious Document Claim – C.R.S. §38-35-109(3), Slander of Title, and Accounting.

o   Richard Lang v. Defendants and Cross Claimants: Timothy Flaherty, Timothy Kneen, Carl Vertuca, and PdC, LLC, And Third Party Plaintiff: Riviera Country Club S. de R.L. de C.V. ("RCC") v. Cross Claim Defendant: Michael Joseph Roberts, Sr. And Third-Party Defendants: Michael J. Roberts LLC, and Sandstone Ventures LLC, Podoll & Podoll, P.C. as attorneys for the Third-Party Defendants, District Court, City and County of Denver: Case No. 2015CV31828, Damages from Diminution in Value.

o   Good Earth Landscaping and Maintenance, LLC v. Rio Crandall (an Individual); Matthew Ferguson and Michelle Schindler, The Matthew C. Ferguson Law Firm P.C. as attorney's for Plaintiff, District Court, Pitkin County, Colorado, Case No. 2018-CV-30021.

o   People v. Cochran, District Court Arapahoe County, Colorado, Case No. 18CR1008.

o   Dala S. Winders v. Sborov et al. Superior Court of the State of California, County of Alameda, Case No. RG18919149.

o   IT Portfolio, Inc., Plaintiff v. NER Data Corporation, NER Data Products, Inc., Stephen F. Oatway, and Atlantic Technology Integrators, LLC, Defendants; District Court, City and County of Denver, Civil Action No.:1:15-cv-00179-WYD-NYW, Rob Podoll, Attorney.

o   VAISALA INC. v. SAMPLE & BAILEY, CERTIFIED PUBLIC ACCOUNTANTS, PC, District Court Larimer County, Colorado (Malpractice) related to Case No. 2012cv568 (Professional Malpractice Damages), 2012.

**Mediation/Cases Settled pre-trial**

o   The George Williams Limited Liability Limited Partnership v. Kathryn Porter and BOKF, NA, a National Association, doing business as Colorado State Bank and Trust, Denver District Court, City and County of Denver, Colorado, Case No. 19CV33661. Settled January 18, 2023.

o   Robert R. Wolford v. Andrew A. Mueller and Hockersmith & Mueller, P.C.; Andrew A. Mueller, Jon T. Hoistad and Karp Neu Hanlon, P.C.; District Court, Garfield County, State of Colorado, Case No. 2019CV30020; John Palmeri of Gordon and Rees as attorney, professional malpractice. Settled January 3, 2023.

o   ANDREW "JACK" SORDONI, individually and if necessary, derivatively as a member of Sooner Mineral Investments, LLC, v. CONNER & WINTERS, LLP, a domestic limited liability partnership, JARED D. GIDDENS, an individual, and J. DILLON CURRAN, an individual; Jared Boyer and Rodney Hunsinger, HB Law Partners, PLLC, as attorneys for Plaintiff; District Court, Oklahoma County, Oklahoma, Case No. CJ-2016-5985, Professional Malpractice.

o   BAMBU FRANCHISING, LLC, a Colorado limited liability company, v. TRUONG TRUNG, individually and d/b/a KUTEA; and ICT, a Colorado limited liability company; Dustin Priebe, Foley & Mansfield, PLLP as Attorney for Plaintiff, District Court, County of Jefferson, State of Colorado, 100 Jefferson County Parkway, Golden, Colorado 80401: Case No. 2021CV031054, Division 4, Breach of Contract, and Misappropriation of Trade Secrets.

masten valuation

o STORY CONSTRUCTION CO, an Iowa corporation, v. JBS USA FOOD COMPANY, a Delaware corporation; Swift Pork Company, a Delaware corporation; Aaron A. Boschee, Achieve Law Group, LLC Attorney for Defendants, District Court, Weld County, Colorado, Case No. 2020-CV-030066.

o NICK LEPETSOS v. FIRST AMERICAN BANCORP, a Colorado Corporation; FIRST AMERICAN STATE BANK, A Colorado State Chartered bank; JOHN ("JAY") R. DAVIDSON, an individual, and DOES I and II, District Court, Arapahoe County, Colorado, Division 21, Case No. 2020-CV-30341.

o Catalyst Marketing LLC v. Amanda Gregory, Denver County District Court, Case No. 2020-CV-32434, Courtroom 275, Thomas Arckey and Todd Johnson Attorneys, Arckey & Associates, LLC.

o Kewei Liu v. Friends Foods, Inc., Yang He, and Chiew Han Chiou, District Court, Eagle County, Colorado, Case No. 2019CV30232; Colin Moriarty of Underhill Law as attorney.

o Jamie S. Dahlgren vs. Eric W. Dahlgren, District Court of Oklahoma County, Case No. FD-2018-1585.

o Whole Hemp Company, LLC (Claimant and Counterclaim Respondent) v. Farooq Ghauri (Respondent and Counterclaim Claimant) JAG Case 16-1585A.

o Cook et al. v. Robl et al., District Court, Arapahoe County Colorado, Case No. 2017CV032417; (Plaintiffs - Joanne P. Underhill and Colin E. Moriarty Attorneys Underhill Law, P.C.).

o In re: The Marriage of Edgar Bruce Bell and Sandra Jo Bell, District Court, Adams County, Colorado, Case Number: 16 DR 30404, Michael J. Grills Attorney; 2017.

o Robert B. Fisher, Carla L. Fisher, Bradley G. Rhodes, and James D. Schwartz, derivatively and on behalf of Tails Holdco, Inc., a Delaware corporation; Robert B. Fisher, individually, Carla L. Fisher, individually, Bradley G. Rhodes, individually, and James D. Schwartz, individually, "Plaintiffs" v. Gail A. Liniger, David L. Liniger, Bruce Benham, RE/MAX Holdings, Inc., a Delaware corporation, and Tails Holdco, Inc., a Delaware corporation, "Defendants" and Tails Holdco, Inc., a Delaware Corporation, "Nominal Defendant"; Denver District Court, Denver County, Colorado, Case No. 2016CV030786; (Defense - Peter J. Korneffel, Jr., Attorney BRYAN CAVE LLP and Darryl Raines, Attorney Morrison Foerster).

o In Re: The Marriage of Heju Jemison, Petitioner and Steven Jemison, Respondent; Case 15DR30149 and JAG Case No. 2015-04425, District Court, City and County of Denver, Colorado; Robinson Waters and O'Dorisio, James B. Lapin, Juli Lapin, Cheryl Smith attorney; 2017.

o Lisa Daniel-Johnson et al. (Plaintiffs) v. Aaron Lessen, MD, HCA HealthOne, LLC d/b/a Swedish Medical Center et al. (Defendants); Case No. 2016CV031577, District Court, City and County of Denver, Colorado; Fennemore Craig, P.C., Laura M. Wassmuth Attorney; 2016.

o Leanne Marie McClain-Rellstab, Plaintiff, vs. Douglas Martin Rellstab, Defendant. In the District Court of the Ninth Judicial District in and for Sublette County, Wyoming: Judge Marvin L. Tyler, Civil Case No. 8368.  2016

o ESTATE of MAX BARBER, opinions related to the valuation of Max Gill and Grill. 2015 & 2016

o In Re: The Marriage of Noni McKinley, Petitioner and Samuel McKinley, Respondent; Case 2015DR30837, Arapahoe County Court, Colorado; Robert Kitsmiller as attorney (Marital Asset Tracing); 2016.

o DANA TATUM; Plaintiff, v. BLAZIER, CHRISTENSEN, BIGELOW & VIRR, PC; Defendant District Court: Travis County, Texas, 261st Judicial District, Cause No. D-1-GN-13-003438, (Breach of Fiduciary Duty) March 2016.

o DIAA YASSIN; Plaintiff, v. MOHAMMAD NSIRAT, individually and NOUR INVESTMENT CORPORATION, a dissolved Tennessee Corporation; Defendants DISTRICT COURT, CITY AND COUNTY OF ARAPAHOE, COLORADO, Arapahoe County Justice Center, (Breach of Fiduciary Duty, Misrepresentation and Concealment, Breach of Contract, Civil Theft, Unjust Enrichment, Conversion, Constructive Trust, Alter Ego, and Misrepresentations under the Colorado/Tennessee Securities Acts.) Case No.: 15 CV 30114. 2015 Settled December 2015.

o Perzow v. MD Insider, Inc., JAY W. CALVERT, an individual, CALVERT ENTERPRISES, INC., a California Corporation, and DOES 1-100; Orange County Superior Court (Fraud and Breach of Fiduciary Duty) Case No.30-2014-00708448-CU-NP-CJC. 2015

- SANDRA BROWN v. RANDOLPH C. ROBINSON, Douglas County, District Court (Economic Damages) related to Case 2013cv643. 2014
- ZEKE COFFEE, INC. AND DARREN SPREEUW, Plaintiffs, vs. PAPPAS-ALSTAD PARTNERSHIP, et al, Defendants Civil Action Case No. 09CV11786 Consolidated with Case No. 13CV32293, District Court, City and County of Denver, Colorado (Malicious Prosecution Claim Damages Calculation). 2013
- ALPHA SLEEP DIAGNOSTIC CENTERS LLC v. MOYE WHITE LLP et al., Denver District Court, Colorado, Civil Action No. 12-cv-3214 (Damages relating to Malpractice). 2013
- In Re the Marriage of LEO J. LACASCIA, Jr. v. PATRICIA A. LACASCIA, District Court, Douglas County Colorado, Case No. 12 DR 155; JAG Case No. 12-1053J. (Business Valuation). 2013
- ONE CLEVELAND FINANCE, LLC v. BR T&C CORPORATE CENTER M, LLC, et al., United States District Court, District of Colorado, Civil Action No. 11-cv-01438-RBJ-KLM (Damages, Breach of Contract). 2013
- QFW HOLDINGS, INC. & DAVID LIDVALL v. FAMILY RESTAURANTS INC., et al., Denver County District Court, Colorado, Civil Action No. 12-cv-990 (Breach of Contract). 2013
- Heartland Bank v. Lee Engbar, et al; District Court, Denver County, Colorado, Case 11-CV-6789; Dec 2012
- Kay Kayser Meyring v. Spicer Ranches, Ltd and Coy Meyring; District Court, Jackson County, Colorado, Case No. 2011CV11; June 2012
- Michael Flynn Agency, Inc. v. Security Financial Planning, Inc. and Guy Simone and Mindy Spoor; District Court, Jefferson County, Colorado, Case No. 11CV4298; May 2012
- In-re marriage of DeJulio, Summit County District Court, Case No. 11DR05, (DeJulio Custom Homes); 2011
- Hooking Family Trust, LLC et.al. v. Frary Counterclaim Plaintiff v. McGrath et.al., Circuit Court, Seventh Judicial Circuit for Volusia County, Florida, Case No. 2010-30514-CICI Division 32 (internet-based marketing and software, shareholder derivative ROI Rocket.Com, LLC); 2011
- In-re Maxine Hopkins, Denver County Probate Court, SOLEM, MACK & STEINHOFF, P.C. as attorneys (Protecto-Wrap Corp, Sale, Eldercare, Retail); 2010
- In-re marriage of Zinanti, Douglas County District Court (Closely held business –Cherry Creek Collision, Inc.); 2010
- Health Care Management Partners, Ltd., et. al. v. Stephen Briscoe et. al., City and County of Denver District Court, Case No. 05 CV 1889, Courtroom 6 (DC, Colorado), Podoll & Podoll as attorneys; 2010
- Burning Rock Energy, LLC v. Pinnacle Gas Resources, Inc., et al., Civil No. 06C0047J (U.S.D.C. Wyo). Judge Johnson, Hirst & Applegate & Philip D. Barber, PC as attorneys.; 2009
- In- re marriage of Williams – The Spa at Beaver Run, LLC, Summit County District Court, CASE NO. 2007 DR 21 Division R, rebuttal expert, Carlson & Carlson as attorneys (Services); 2009
- In-re VanLoan, District Court, Summit County, neutral expert for Carlson & Carlson and DeJong & Associates as attorneys (Excavation)
- Randy Schmudlach v. Ray Zorens, Design Electrical Contractors, Inc., and Centennial Sierra, LLC, Case No. 2005 CV 4567, District Court, Arapahoe, Colorado, Podoll & Podoll as attorneys (Services)
- JBB Land COMPANY and Cheryle L. Land v. Melody Homes, Inc., et al., Case No. 06 CV 333, Adams County District Court, Podoll & Podoll as attorneys (damages/remediation - environmental)
- Laura's Mountain Bakery v. Texaco et al., Denver District Court, Gablehouse & Epel, LLC as attorneys (damages – environmental, retail)
- IRS – Estate of Phillip J. Spano Jr. (eleven closely held business entities)
- IRS – Estate of Edward Gordon (three closely held business entities with five sub-entities)
- IRS – Estate of Katherine W. Schomp (closely held RLLP with sub-entities)

**Statement of Compensation and Fee Schedule**
- ○ FEE RATES are as follows:
  - **a.** CURRENT HOURLY RATES:  $400 per hour for principals engaged for litigation and consulting engagements; $160 to $275 for staff and senior analysts.
  - **b.** ADDITIONAL EXPENSES: We will invoice for additional expenses incurred including personal and real property appraisals relative to the engagement, agreed upon travel, fee-based computer/research & other data, overnight shipping, postage, conference call charges, lodging and miscellaneous expenses at cost.
  - **c.** PAYMENT TERMS:  All fees and expenses billed are due and payable upon receipt of invoice, unless a written extension has been agreed to and provided by us.
  - **d.** Any deposition or testimony is billed at our then prevailing deposition and testimony hourly rate, with a minimum rate equal to eight hours, and will be bill on a portal-to-portal basis.  Any deposition or testimony time in excess of eight hours is billed in four-hour increments. Travel expenses will be added to deposition rates where applicable.

## PROFESSIONAL EXPERIENCE AND COMPETENCE

Provide business valuation, litigation support, business and financial consulting, acquisition analysis, income/loss projections, financial projections, financial and estate planning, commercial damages/contract disputes determinations and forensic accounting services to a diverse clientele.

- Elected Member and Chairman (2022-2023), National Association of Certified Valuators and Analysts (**NACVA**), Litigation and Forensic Board 2020 - 2023
- Elected Member, and Past Chairman, NACVA Education Quality Assurance Board 2010 – present
- Elected Member, and Past Chairman, NACVA Executive Advisory Board 2007 - 2014
- Elected Member, and Past Chairman, NACVA Valuation Credentialing Board 2004 – 2007
- Instructor, International Training & Development Team for European Association of Certified Valuators and Analysts (EACVA)
- Instructor, National Training & Development Team for National Association of Certified Valuators and Analysts (NACVA)
- Instructor, National Training & Development Team leading to the attainment of the NACVA's Master Analyst in Financial Forensics (MAFF) credential
- Member, Appraisal Foundation Business Valuation Resource Panel 2014 - present
- Member, Working Group for Company Specific Risk Premium Guidance White Paper, Appraisal Foundation, January 2020 – present
- Member, ABV Exam Grading Task Force, AICPA, 2008 - 2010
- Officer, Colorado State Chapter of NACVA
- Member, Mentor Support Group, NACVA
- Member, Institute of Business Appraisers (IBA)
- Applicant, American Society of Appraisers (ASA)
- Member, Appraisal Issues Task Force (AITF)
- Member, American Academy of Economic and Financial Experts (AAEFE)
- Member, National Association of Forensic Economics (NAFE)
- Member, American Institute of Certified Professional Accountants (AICPA)
- Editorial Board Chair, *The Value Examiner*
- Contributing Editorial Advisor, *National Litigation Consultants' Review* (NLCR)
- Editorial Board Member, *Journal of Business Valuation and Economic Loss Analysis* (JBVELA)
- Editorial Board Member, *Journal of Forensic Accounting Research* (JFAR)
- Member, Colorado Society of CPAs Federal Tax Forum
- Volunteer, Denver KUSA Channel 9 News Tax Line 9
- Adjunct Professor, Business Valuation University of Denver



**TEACHING EXPERIENCE**

Instructor and development team member, NACVA's National Training and Development Team, which is responsible for teaching the week-long training course required by NACVA in order to obtain NACVA's credential. Other courses taught and developed include Business Valuation Industry Standards and Advanced Topics; 2004 - present.

Instructor and developer of course materials for the Internal Revenue Service (**IRS**), Association of Certified Valuators and Analysts (**ACVA**), and European Association of Certified Valuators and Analysts (**EACVA**), responsible for developing and teaching international business valuation fundamentals, theory and techniques for the week-long training course required by the IRS, ACVA, and EACVA in order to obtain NACVA, ACVA, and EACVA's valuation credentials. These courses have been taught to members of the Internal Revenue Service, Candidates in India, employees of KPMG, EY, Deloitte, and a variety of other international companies such as Baker Tilly, BASF SE, and Luxembourg Investment Solutions, SA covering more than 20 European countries.

Instructor and development team member, Master Analyst in Financial Forensics (**MAFF**) National Training and Development Team for Bankruptcy, Insolvency, and Restructuring Specialty, and Forensic Accounting Academy. The Instructor Team is responsible for developing and teaching the week-long training courses required by NACVA in order to obtain the MAFF credential; 2012 – present.

Instructor and development team member, Certified in Financial Forensics (**CFF**) National Training and Development Team, which is responsible for teaching the week-long training course required by AICPA in order to obtain the AICPA's Certified in Financial Forensics (CFF) credential; 2010 – present.

Adjunct Professor at the University of Denver, responsible for teaching the Masters' level Business Valuation program.

Presents educational seminars and lectures across the country to professional and community interest groups on topics relating to business valuation, litigation support, wealth retention, estate planning, relevant tax topics and other issues germane to target audience.

**PUBLICATIONS AND PAPERS**

- Co-Author, "Empirical Investigation of Alternative Measures of Central Tendency," Accepted to be Published by the American Accounting Association – Journal of Forensic Accounting Research, 2020. 2021 Best Research Paper of the Year Award winner.
- Author, "Business Valuation Considerations – Living with COVID-19," Published by LinkedIn Corporation, March 25, 2020.
- Author, "7 Mistakes to Avoid and Lessons to Learn in Litigation," The Value Examiner, November/December 2015.
- Co-Author, "The Cost of Equity and the Fama-French Three-Factor Model," The Value Examiner, July/August 2014.
- Author, Feature Article, "Fraud and Forensics Goulash," National Litigation Consultants' Review, Vol. 9, Issue 2, August 2009
- Author, BV for the Litigation Practitioner, "Additional Consulting Services for Tough Times," National Litigation Consultants' Review, Vol. 8, Issue 12, May 2009
- Author, Practice Management, "Opinion or Expertise? Types of Expert Testimony," National Litigation Consultants' Review, Vol. 8, Issue 3, August 2008
- Author, BV for the Litigation Practitioner, "Commercial Liability and Captive Insurance: How Does the Choice Affect Value?" National Litigation Consultants' Review, Vol.8, Issue 1, June 2008.
- Author, Practice Management, "Automation is a Must," National Litigation Consultants' Review, Vol.7, Issue 6, November 2007.
- Author, Book Review, "Financial Valuation Applications and Models – 2nd Edition," National Litigation Consultants' Review, March 2007.
- Author, "Non-Productive Does Not Necessarily Mean Non-Operating: a study of business assets," I Solemnly Swear, National Litigation Consultants' Review, January 2007.

- Author, "Intellectual Property Damage Characteristics," <u>National Litigation Consultants' Review</u>, November 2006.
- Author, "Why Net Asset Value Approach May Not Be Appropriate for Valuing Multi-Tiered Entities," <u>Business Valuation Update</u>, October 2006.
- Co-Author, "A Methodology for Valuing Tiered Entities," <u>Journal of Business Valuation and Economic Loss Analysis</u>, September 2006.
- Author, "So You Are an Expert - Do You Do What Experts Do?" <u>National Litigation Consultants' Review</u>, August 2006.
- Co-Author, "Valuation, Economic Damages, and Causative Factors," Business Valuation for the Litigation Consultant column, <u>National Litigation Consultants' Review</u>, June 2006.
- Discussant: "The Use of Hindsight in Commercial Damage Analysis," Tyler J. Bowles, Western Economic Association International Annual Conference; San Diego, CA, June 30, 2006.
- Co-Author & Presenter, "Tiered Entity Valuation Made Easy," Academic Track, NACVA 13th Annual Consultants' Conference, June 2006.
- Author, "Last Minute, Last Chance to Help a Case?" I Solemnly Swear column, <u>National Litigation Consultants' Review</u>, January 2006.
- Author, "The Door Into Catastrophe: Katrina, Insurance, and Business Interruption Claims," Feature Article, <u>National Litigation Consultants' Review</u>, November 2005.
- Author, "The Neutral Expert Balancing Act: Client Service Issues/Fostering Trust," Practice Tips, <u>National Litigation Consultants' Review</u>, August 2005.
- Author and Presenter, "How to Value Control and Minority Interests in Pass Through Entities," CO/WY NACVA, Emerging Issues In Valuation Conference, July 21, 2005
- Author and Presenter, "Report Writing for Marital Dissolution Valuations: Issues, Challenges, and Content," CO/WY NACVA Annual Marital Dissolution Conference, September 22, 2004
- Author, "How To Excel During Cross-Examination: Techniques For Experts That Work," Product Review, National Litigation Consultants' Review, October 2003.
- Author and Presenter, "Valuing Professional Practices for Marital Dissolution in Colorado," CO/WY NACVA annual Marital Dissolution Forum September 2003.
- Author, "Finding the Numbers: Ins and Outs of Extracting What You Need From Financial and Tax Documents," Case Studies in Limited Partnership & Common Tenancy Valuations, July 2003.
- Presenter and Discussant: "Handling Taxes in Wrongful Termination Cases," James D. Rodgers, Eastern Economic Association Annual Conference; NYC, February 2003.
- Discussant: "Business Valuation: The Problem with Capitalization Formula and Weighted Average Cost of Capital (WACC)," Mike Adhikari, Eastern Economic Association Annual Conference; NYC, February 2003.
- Author: "The Importance of Being Effective Educators in the Litigation Arena," National Litigation Consultants' Review, June 2002.

## <u>ORGANIZATIONS AND HONORS</u>

*Awards and Honors:*

**August 2021 American Accounting Association, Forensic Accounting Section, Research Paper Award** for *Empirical Investigation of Alternative Measures of Central Tendency.*

**Instructor of Exceptional Distinction -** 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, and 2022 **National Association of Valuators and Analysts (NACVA).**

**NACVA State Chapter Honoree -** 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2017.

**2016 Industry Titans: Business Valuation and Financial Forensic Masters, NACVA.**

**2014/2015 Circle of Light Award, NACVA, this is the highest honor NACVA bestows upon its Instructors. Masten is the 18th recipient of this award.**

**2011 Best Accredited in Business Appraisal Review Report, Institute of Business Appraisers.**

**Instructor of the Year – 2013/2014, National Association of Valuators and Analysts (NACVA).**

**NACVA Outstanding Member – 2007.**



May 15, 2023
Page 36 of 66

*Organizations:*
Adjunct Professor, School of Accounting, University of Denver 2013 - present
Member & Chairman, National Association of Certified Valuators and Analysts (NACVA) Executive Advisory Board, 2007 – 2010; 2011 – 2014
Chairman, NACVA Education Quality Assurance Board 2010 – 2011, Member 2010 – present.
Chairman and Member, NACVA Valuation Credentialing Board 2004 – 2007
NACVA Annual Conference Planning Committee: Chair - Valuation Track 2007, 2008, 2009; Chair - Healthcare Track 2010, 2011; National Conference Chair for 2014; Member Valuation and Litigation Tracks 2015, 2016 and 2017; National Conference Co-Chair 2019.
Instructor – National Training Team, National Association of Certified Valuators and Analysts 2006 - present
Contributing Editor, National Litigation Consultants' Review
Member, ABV Exam Grading Task Force, AICPA, 2008 – 2010
Editorial Board Member and Chair The Value Examiner; Journal of Business Valuation and Economic Loss Analysis
National Association of Certified Valuators and Analysts – Colorado/Wyoming Chapter Officer & member
American Institute of Certified Public Accountants - member
Colorado Society of Certified Public Accountants – Federal Tax Committee
National Association of Forensic Economics - member
American Academy of Economic and Financial Experts – member
Pilot CPE Tester, MicroMash© CPE Courseware & PPC CPE Courses & GearUP CPE Courses
Class of 2003, 50 for Colorado, statewide leadership program sponsored by University of Colorado Boulder Leeds School of Business
Friends of the Denver School of Arts – Board member and Treasurer
Women's Vision Foundation – member
Women in Leadership Community Outreach Committee – South Metro Denver Chamber of Commerce

## CONTINUING PROFESSIONAL EDUCATION AND SEMINARS
### Presented topic as Lecturer – most recent years

- 23 hrs, CPE, Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VII" - some days have multiple clinics: January 10, 24, 31, February 7, 14, 21, 28, March 7, 14, 24, 28, April 4, 11, 18, 25, 2023.
- 10 hrs CPE, Instructor, "BV Applications and Calculations of the Income, Asset, and Market Approaches," Academy of Certified Valuators and Analysts – India Chapter, Webinar, April 14, 19, 22, 2023.
- 2 hrs CPE, Presenter, "SOAP for BV | Starting off Clean in Business Valuations: Standards of Value, Objectivity, Assumptions, Professional Standards," American College of Business Court Judges, Webinar, April 20, 2023.
- 1 hr CPE, Panelist, Around the Valuation World – Current Issues and Litigation Testimony, NACVA, Webinar, April 17, 2023
- 2 hrs CPE, Guest-Host, "Complex Financial Litigation 2023: #2 Nuts & Bolts of Lost Profits Cases," Financial Poise, Webinar, March 30, 2023.
- 2 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, February 16, 2023.
- 4 hrs CPE, Authoring and Presenting "A Sock & a Sock or a Sock & a Shoe? How Not to be Hidebound in Valuation and Financial Forensics," NACVA, NACVA and the CTI's 2022 Business Valuation and Financial Litigation Conference, Park City, Utah, December 15, 2022.
- 4 hrs CPE, Authoring and Presenting "Building the Clock vs. Telling the Time: Drafting an Effective Litigation Report," NACVA, NACVA and the CTI's 2022 Business Valuation and Financial Litigation Conference, Park City, Utah, December 15, 2022.
- 2 hrs CPE, "Around the Valuation World," NACVA, Morning Show from the NACVA and the CTI's 2022 Business Valuation and Financial Litigation Conference, Park City, Utah, December 15 and 16, 2022.
- 63 hrs, CPE Instructor, IRS Business Valuation Training Center "Application of the Income and Asset Approaches," "Market Approach and Facts to Conclusions," "Case Studies, Applying Principles and Techniques," and "Approaches, Methods and Review"; January 11, 18, 28, February 25, September 26, 28, 29, October 3, 5, 24, December 5, 6, 7, 8, 2022.

- 55 hrs, CPE, Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VII" - some days have multiple clinics: January 4, 11, 18, 25, February 1, 15, 22, March 8, 15, 29, April 5, 12, 26, May 3, 10, 24, June 21, July 1, 5, 12, 19, 26, August 2, 9, 16, 23, 30, September 6, 13, 20, 27, October 4, 11, 18, 25, November 1, 15, 22, 29, December 6, 2022.
- 28 hrs, CPE, Instructor, "BVTC Training Center – "Application of the Income and Asset Approaches," "Market Approach and Facts to Conclusions," "Case Studies, Applying Principles and Techniques," and "Approaches, Methods and Review":  Online, November 30 – December 2, 2022.
- 28 hrs, CPE, Instructor, "BV Fundamentals, Techniques, and Theory"; "Application of the Income & Asset Approach"; and "The Market Approach – with Case Analysis," European Association of Certified Valuators and Analysts (EACVA) International Valuation Training, Frankfurt, Germany, November 7-9, 2022.
- 2 hrs, CPE, Instructor, "Diving into Deals: Gain a Deeper Understanding of SME Transaction Databases and how to use them Effectively" European Association of Certified Valuators and Analysts (EACVA) International Conference, Vienna, Austria November 4, 2022.
- 8 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, February 22, May 17, July 13, September 20, 2022.
- 19 hrs, CPE, Instructor, "BVTC Training Center – "Market Approach and Facts to Conclusions," " Case Studies, Applying Principles and Techniques," and "Approaches, Methods and Review":  Online, August 24-25, 2022.
- 1 hr, CPE, Guest Panelist, "Hardball with Hitchner" (cost of capital, growth rates, issues valuing very small businesses, company specific risk, and Daubert challenges), NACVA and the CTI's 2022 Business Valuation and Financial Litigation Hybrid and Virtual Super Conference, August 19, 2022, Salt Lake City, Utah.
- 2 hrs, CPE, Guest Speaker with Michael Molder and T.J. Liles-Tims, "A Sock & a Sock, or a Shoe & a Shoe? How not to be Hidebound in Financial Forensics", NACVA and the CTI's 2022 Business Valuation and Financial Litigation Hybrid and Virtual Super Conference, August 18, 2022, Salt Lake City, Utah.
- 2 hrs, CPE, Guest Speaker, "Navigating Professional Standards in Financial Forensics Matters", NACVA and the CTI's 2022 Business Valuation and Financial Litigation Hybrid and Virtual Super Conference, August 18, 2022, Salt Lake City, Utah.
- 1 hr, CPE Instructor, Around the Valuation World, "Litigation and Forensic Standards for the Expert Witness", online, June 20, 2022.
- 28 hrs, CPE, Instructor, "BVTC Training Center – "Application of the Income and Asset Approaches," "Market Approach and Facts to Conclusions," "Case Studies, Applying Principles and Techniques," and "Approaches, Methods and Review":  Sandy, UT, June 15-17, 2022.
- 15 hrs, CPE Instructor, "Financial Litigation Clinic: Commercial Damages and Lost Profits", Consultants Training Institute, online, June 6-10, 2022.
- 28 hrs, CPE, Instructor, "BVTC Training Center – "Application of the Income and Asset Approaches," "Market Approach and Facts to Conclusions," "Case Studies, Applying Principles and Techniques," and "Approaches, Methods and Review":  May 18, 19, 20 (Online), 2022.
- 3 hrs, CPE Instructor, Teaching India Group, "Facts to Conclusions," and "M&A".  March 18, 2022.
- 4 hrs, CPE Instructor/Panelist, "Examining Crosshairs of Covid-19 Pandemic: Business Valuation, Financial Forensics, Fraud, and the Courts," American Accounting Association, Forensic Accounting Section, 2022 Research Conference, March 5, 2022.
- 2 hrs CPE, Instructor, "EACVA CVA Exam Preparation," EACVA, January 27, 2022.
- 74 hrs, CPE, Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VII" - some days have multiple clinics: January 5, 12, and 19; February 2, 10, 16, 23; March 2, 9, 16, 23, 30; April 6, 13, 20, 27; May 4, 11, 25; June 1, 8, 15, and 29; July 6, 13, 20, and 27; August 3, 10, and 17, 24, 31; September 7, 14, 21, 22, and 28.; October 5, 12, 19, and 26; November 2, 9, 16, 23, and 30; and December  7, 14, 21, and 28, 2021.
- 60 hrs, CPE, Instructor, The CVA Certification Program: "Application of the Income and Asset Approach" and "The Market Approach: Exploring the Pricing Component," and "Case Analysis;"  The Consultant's Training Institute, September 29-30, and December 13-17 (Ft. Lauderdale, FL), 2021.
- 18 hrs CPE, Instructor, "Industry Standards Update, "National Association of Certified Valuators and Analysts, Webinar, January 19, May 18, June 15, and July 20, August 17, September 21, and October 5 and 26; November 16; and December 14, 2021.

- 50 hrs, CPE Instructor, Internal Revenue Service Business Valuation Training Center "Application of the Income and Asset Approaches," "Market Approach and Facts to Conclusions," " Case Studies, Applying Principles and Techniques," October 12, 14, 18, 21, 25; November 1, 15, and December 7, 8, 9, 10, 2021.
- 45 hrs, CPE, Instructor, "Fundamentals, Techniques and Theory", and "Application of the Income and Asset Approach",  The European Consultant's Training Institute, Frankfurt, Germany, December 6 -10, 2021.
- 4 hrs, CPE Instructor, NACVA State Chapter Meeting "Living with COVID – Part 1: Dealing with COVID Anomalies in our Valuation Reports; Part 2: Dealing with COVID Anomalies in our Practices" October 28, 2021.
- 4.5 hrs, CLE Co-Presenter with TJ Liles-Tims, "Valuing Assets in Divorce and Presentation to the Court," Oklahoma Bar Association Family Law Section CLE, Oklahoma City, OK, October 22, 2021.
- 20 hrs, CPE, Instructor, The CVA Certification Program: "Application of the Income and Asset Approach" and "The Market Approach: Exploring the Pricing Component," and "Case Analysis;"  The Consultant's Training Institute, September 29-30, 2021.
- 1 hr, CPE, Panelist, SE Chapter of Business Appraisers, "Market Forces in Business Growth Measuring Passive Appreciation," September 23, 2021.
- 2 hrs, CPE, Guest Speaker, "Best Practices: Valuing Real Estate Development Companies," NACVA and the CTI's 2021 Business Valuation and Financial Litigation Hybrid Super Conference, June 25, 2021, Park City, Utah.
- 2 hrs, CPE, Guest Panelist, "Hardball with Hitchner", with Roger Grabowski and Jim Hitchner, NACA and the CTI's 2021 Business Valuation and Financial Litigation Hybrid Super Conference, June 25, 2021, Park City, Utah.
- 2 hrs CPE, Instructor, "EACVA Exam Study Best Practices," European Association of Certified Valuators and Analysts, Webinar, April 15, 2021.
- 45 hrs, CPE, Instructor, "Fundamentals, Techniques and Theory", and "Application of the Income and Asset Approach",  The European Consultant's Training Institute, Berlin, Germany, March 3-9, 2021.
- 30 hrs, CPE, The CVA Certification Program: "Income and Asset Approach-Application", The Market Approach", "Case Analysis" and "Afterhours Exam Study Session "and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, February 24-26, 2021.
- 65 hrs, CPE, Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VII" - some days have multiple clinics: January 7, 21 & 28, February 4, 11, 18 & 25, March 3, 10, 17, 24 & 31, April 7, 14, 21 & 28, May 5, 12, 19 & 26, June 2, 9, 23 & 30, July 7, 14 & 21, 28; August 4, 11, 18, 23; September 1, 8, 11, 15, 22, 29; October 6, 13, 27; November 10, 17, 24; and December 1, 8, 15, 22, 29, 2020.
- 2 hrs, CPE, Around the Valuation World Presenter, "Testing, Validating, and Supporting CSRP: Does CSRP create an Illusion of Precision", NACVA, December 14, 2020.
- 18 hrs, CPE, the CVA Certification Program: "Income and Asset Approach – Application", "Special Purpose Valuations", and "Facts to Conclusions", The Consultant's Training Institute, December 9 and 11, 2020.
- 4 hrs CPE, Speaker, "Testing, Validating, and Supporting Company Specific Risk – Do we have a Philosopher's Stone?", NACVA and CTI's 2020 Financial Valuation Virtual Super Conferences, November 19 and December 10, 2020.
- 2 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, December 1, 2020.
- 10 hrs, CPE, the CVA Certification Program: "Income and Asset Approach – Application", The Consultant's Training Institute, November 18, 2020.
- 15 hrs CPE, Instructor, "Commercial Damages and Lost Profits Workshop," The Consultant's Training Institute, November 2 – 6, 2020. Course creator and instructor.
- 2 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, September 15, 2020.
- 10 hrs, CPE, the CVA Certification Program: "Income and Asset Approach – Application", The Consultant's Training Institute, August 26, 2020.
- 20 hrs, CPE, The CVA Certification Program: "Income and Asset Approach-Application", The Market Approach", "Case Analysis "Afterhours Exam Study Session "and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, August 12-14, 2020.

- 2 hrs CPE, Interview, "Practice Developer INSIDER" webinar series, Interview conducted by Rod Burkert, August 14, 2020.
- 2 hrs CPE, Speaker, "Testing, Validating, and Supporting Company Specific Risk – Do We Have a Philosopher's Stone?", NACVA and the CTI's 2020 Business Valuation and Financial Litigation Virtual Super Conference, June 18, 2020 and August 6, 2020.
- 2 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, August 5, 2020.
- 34 hrs, CPE, The CVA Certification Program: "The Market Approach", "Case Analysis", "Special Purpose Valuations" "Afterhours Exam Study Session "and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, July 27-30, 2020.
- 2 hrs, CPE, Panelist, "COVID-19's Impact to the Global Economy and Market Sectors," A worldwide virtual panel, July 22, 2020.
- 2 hrs CPE, Instructor, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, June 17, 2020.
- 2 hrs CPE, Instructor,  "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, June 2, 2020
- 2 hrs CPE, "COVID-19 Impacts to Business Valuation and Forensic Accounting – Considerations Affecting Various Valuation Purposes, Industry Sectors, and Assumptions," Panelist, NACVA/CTI, April 29, 2020.
- 2 hrs CPE, "COVID-19 Impacts to Business Valuation and Forensic Accounting – Ex-Ante, Ex-Post and Defending Conclusions of Value in Court," Panelist, NACVA/CTI, April 27, 2020.
- 2 hrs CPE, "COVID-19 BV and Forensic Accounting Considerations – Forecasting, Cash Flows, and Risk-How Do We Estimate These in the Midst of COVID-19?," NACVA/CTI, April 22, 2020.
- 2 hrs CPE, "COVID-19 Impacts to Business Valuation and Forensic Accounting," Panelist, NACVA/CTI, April 20, 2020.
- 2 hrs, CPE Speaker, "COVID-19 Impacts to Business Valuation and Forensic Accounting", NACVA/CTI, April 15, 2020.
- 2 hrs, CPE, Speaker, "Virtual Town Hall Impact of Covid-19 to Global Business Valuation and Appraisal", hosted by American Society of Appraisers, April 8, 2020.
- 20 hrs, CPE, The CVA Certification Program: "The Market Approach", "Case Analysis", "Special Purpose Valuations" "Afterhours Exam Study Session "and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, March 26-27, 2020.
- 8 hrs, CPE, "MAFF Foundations of Financial Forensics Certification Workshop," Online Learning,  National Association of Certified Valuators and Analysts, March 23, 2020.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, January 17, 2020.
- 1 hr, "Tired of Taxes", Consultant's Training Institute, YouTube Live, January 8, 2020.
- 29 hrs, CPE Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VII" - some days have multiple clinics: January 16, 23, 30; February 5,12,26; March 5, 12,19; June 11, 18, 19; July 16 & 30; and August 6, 13, 20, 27, 29; September 3, 17; and December 17, 2019.
- 17 hrs, CPE, Instructor, "The Market Approach", "Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, Ft. Lauderdale, Florida, December 12-13, 2019.
- 25 hrs, CPE, Instructor, "Fundamentals, Techniques and Theory", and "Application of the Income and Asset Approach",  The European Consultant's Training Institute, Berlin, Germany, December 9-11, 2019.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, December 6, 2019.
- 2 hrs, CPE, Speaker, "Crossing the Bridge to Liquidity – DLOM and DLOL",  EACVA's 13th Business Valuation Conference, Berlin, Germany, December 5, 2019.
- 4 hrs, CPE, Author, "Crossing the Bridge to Liquidity – DLOM and DLOL",  for EACVA's 13th Business Valuation Conference, Berlin, Germany, December 4, 2019.

- 25 hrs, CPE, Instructor, "Application of the Income and Asset Approach", "The Market Approach", "Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, San Diego, California, November 20-22, 2019.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, November 18, 2019.
- 25 hrs, CPE Instructor, "BV Fundamentals, Techniques, and Theory"; "Application of the Income & Asset Approach";  The Consultant's Training Institute, Houston, Texas, November 11 - 13, 2019
- 25 hrs, CPE, Instructor, "Application of the Income and Asset Approach", "The Market Approach", "Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, Philadelphia, Pennsylvania, September 25-27, 2019.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, September 23, 2019.
- 1 hr, Presenter, "Build, Buy or Franchise: Complicating Factors & Value Drivers in the Food Service Industry, " NACVA CO/WY State Chapter Meeting, August 22, 2019.
- 1 hr, CPE Instructor, "NACVA University's CVA Credentialing Program", YouTube Live, August 21, 2019.
- 40 hrs, CPE Online Instructor, "BV Fundamentals, Techniques, and Theory"; "Application of the Income & Asset Approach"; and "The Market Approach – with Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, Online Week-long webinar, July 29 – August 2, 2019.
- 2 hrs, CPE Instructor, Industry Standards and Ethics, July 29, 2019.
- 1 hr, CPE Panelist, Hardball with Hitchner – Solid Answers to your Tough Questions, Jim Hitchner and Panelists, Salt Lake City, UT, June 7, 2019.
- 1 hr, CPE Instructor, Business Valuation Benchmarking Techniques—Tools and Tips on How to Support and Enhance Your Business Valuation, with Marc Bello, Salt Lake City, UT, June 7, 2019.
- 2 hrs, CPE Instructor, Crossing the Bridge to Liquidity – DLOM and DLOL, Salt Lake City, UT, June 7, 2019.
- 28 hrs, CPE, Instructor, "BV Fundamentals, Techniques, and Theory"; "Application of the Income & Asset Approach"; and "The Market Approach – with Case Analysis," European Association of Certified Valuators and Analysts (EACVA) International Valuation Training, Berlin, Germany May 6-8, 2019.
- 18 hrs, CPE, Instructor, "BV Fundamentals, Techniques, and Theory";  The Consultant's Training Institute, Salt Lake City, Utah January 28- Feb 1, 2019.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, December 18, 2018.
- 25 hrs, CPE, Instructor, "Application of the Income and Asset Approach", "The Market Approach", "Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, Ft. Lauderdale, Florida, December 12-15, 2018.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, November 26, 2018.
- 25 hrs, CPE, Instructor, "Application of the Income and Asset Approach," "The Market Approach," "Case Analysis," "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion," The Consultant's Training Institute, San Diego, California, November 14-16, 2018
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, October 11, 2018.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, September 24, 2018.
- 32 hrs, CPE, Instructor, "BV Fundamentals, Techniques, and Theory"; "Application of the Income & Asset Approach"; and "The Market Approach – with Case Analysis", European Association of Certified Valuators and Analysts (EACVA) International Valuation Training, Frankfurt, Germany July 16 – 18, 2018.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, July 9, 2018.
- 25 hrs, CPE, Instructor, "Application of the Income and Asset Approach", "The Market Approach", "Case Analysis", "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion",  The Consultant's Training Institute, San Diego, California, June 20 - 22, 2018.

- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, June 19, 2018.
- 3 hrs, CPE Instructor, "Laws, Courts and Dispute Resolution," The Consultants' Training Institute Webinar Series on Financial Forensics, 2/8/2018.
- 38 hrs, CPE Instructor, "CVA Case Study Online Report Writing Clinic, Parts I-VI" - some days have multiple clinics: January 16,23,30/2018; February 6,13, 20, 27/2018; March 6,13/2018; May 8,22,29/2018; June 19, 2018; July 10,24,31, 2018; August 7,14,21,28, 2018; September 4,11,25, 2018; October 2,9,23, 2018; November 6,20, 2018; December 4,11, 2018.
- 17 hrs, CPE, Instructor, "The Market Approach," "Case Analysis," "Special Purpose Valuations" and "The Valuation Process: Facts to Conclusion," The Consultant's Training Institute, Las Vegas, Nevada, January 25-26, 2018.
- 2 hrs, "Industry Standards Update," National Association of Certified Valuators and Analysts, Webinar, January 19, 2018.

**Participant – most recent 5 years**
- 1 hr CPE, "ASA Virtual Townhall Meeting – Changes in Government Structure," ASA, Johnnie White, April 27, 2023
- 2 hrs CPE, "The Business of Expert Witnessing: Part 1," Expert Institute, Webinar, April 27, 2023.
- 8 hrs CPE, "Around the Valuation World," NACVA, January 23, February 27, March 20, April 17, 2023.
- 33 hrs, CPE, NACVA and the CTI's 2022 Business Valuation and Financial Litigation Hybrid and Virtual Super Conference, Park City, Utah, December 14 – 16, 2022.
- 16hrs, CPE, "International EACVA Conference," European Association of Certified Valuators and Analysts (EACVA), Various presenters, Vienna, Austria November 3-4, 2022.
- 17 hrs CPE, "Around the Valuation World," NACVA, January 24, February 27, March 21, April 18, May 23, June 20 (1hr presented other hour), July 18, August 15, and October 17, 2022.
- 6 hr CPE, Colorado/Wyoming State Chapter Event, September 22, 2022.
- 1 hr, CPE, "How to Dial in your Website and Get it Right – for Consulting Practices", Hinge Marketing, online, September 7, 2022.
- 30 hrs, CPE, NACVA and the CTI's 2022 Business Valuation and Financial Litigation Hybrid and Virtual Super Conference, Salt Lake City, Utah, August 17-19, 2022.
- 2 hr PA, ASA State Chapter Meeting, Greenwood Village, CO, May 16, 2022.
- 1 hr CPE, "SPAC Valuation Considerations," ASA, by Steve Sprenger, online, January 20, 2022.
- 8 hrs, CPE, NACVA CO/WY State Chapter Meeting, Case Analysis, Calculation Reports, Golden, CO, December 2, 2021.
- 1 hr, CPE, ASA State Chapter Meeting, Corporate Governance Impact on Value, Denver, CO, November 17, 2021.
- 4 hrs, CPE, The Accountant Lawyer Alliance "Neuroscience for Business," presented by Dr. Mark Williams, October 8, 2021.
- 1 hr, CPE, ASA Denver Chapter "Key Factors in Valuing Beverage Alcohol Businesses," presented by Derek Groff, September 15, 2021.
- 16 hrs CPE, "Around the Valuation World," NACVA, January 25, February 22, March 15, April 19, May 17, June 14, July 19, and August 16, 2021.
- 2 hrs CPE, "Fireside Chat with Leading Valuation Experts – The Alpha", Valutico (Austria), June 1, 2021.
- 2 hrs CPE, "The Impact of Covid-19 on the Real Estate Sector", Vallit Advisors, May 27, 2021.
- 2 hrs CPE, "Pluris Tips and Tricks", CTI, May 21, 2021.
- 2 hrs CPE, "S-Corp Taxation Issues: Estate of Jones" by Chris Treharne, ASA Denver Chapter Meeting, April 28, 2021.
- 2 hrs CPE, "Collaborative Divorce in Colorado", ASA Denver Chapter Meeting, March 9, 2021.
- 2 hrs CPE, "Commercial Damages", ASA Denver Chapter Meeting, January 12, 2021.
- 16 hrs, CPE, NACVA and CTI's Financial Valuation Virtual Conference, December 7-11, 2020.
- 18 hrs, CPE, NACVA and CTI's Financial Valuation Virtual Conference, November 16-20, 2020.

masten valuation

May 15, 2023
Page 42 of 66

- 2 hrs CPE, "Around the Valuation World," NACVA, November 16, 2020.
- 1 Hr CPE, "Planning and Strategies for Business Owners Contemplating a Sale", Expert Webcast, November 12, 2020.
- 32 hrs, CPE, NACVA and CTI's Annual Consultants' Conference, Virtual, November 2-6, 2020.
- 1 hr CPE, "Hardball with Hitchner -  Solid Answers to Your Tough Questions," CTI, August 7, 2020.
- 2 hrs CPE, "Angel Eyes – Valuing the Start-up Company from the Perspective of the Investors," CTI August 7, 2020.
- 1 hr CPE, "Keeping up with the Joneses – Jones V. Commissioner: More than just Tax Affecting," CTI August 7, 2020.
- 2 hrs CPE, "The Baby Boom Tsunami of Exiting Owners has Reached the Shoreline -  How to Position Your Practice to Address the Marketplace Opportunity," CTI, August 7, 2020.
- 2 hrs CPE, " Vision 2020 – The Future of Our Profession and Your Role in it," CTI August 7, 2020.
- 1 hrs CPE, "Around the Valuation World – Morning Show," NACVA, August 6, 2020.
- 2 hrs CPE, "Beyond Your Practice in the New Decade – Your Path to a Practice that Thrives While Giving You a Life You Want," CTI, August 6, 2020.
- 1 hr CPE, "Hardball with Hitchner -  Solid Answers to Your Tough Questions," CTI, August 6, 2020
- 2 hrs CPE, "Litigation Case Study – Explaining and Presenting Your Cost of Capital  Estimates," CTI, August 6, 2020.
- 2 hrs CPE, "Solid Numbers, Cutting Edge Methodology, and Thorough Research – Are they Enough to Persuade the Judges?" CTI, August 4, 2020
- 2 hrs CPE, "Around the Valuation World," NACVA, August 3, 2020.
- 2 hrs CPE, "Cloud Migration Best Practices," CTI, August 3, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, July 20, 2020.
- 34 hrs, CPE, NACVA and CTI's Annual Consultants' Conference, Virtual, June 15-19, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, June 8, 2020.
- 1 hr CPE, "Maximizing Efficiency and Standardization (Post COVID-19) in a Valuation Practice," NACVA, May 19, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, May 18, 2020.
- 1 hr CPE, "Getting Your Business Past COVID-19: Resolving Disputes through One Stop Mediation," Expert Webcast, May 13, 2020.
- 2 hrs CPE, "Impact of COVID-19", Front Range Business Group, May 7, 2020.
- 2 hrs CPE, "Valuation and COVID-19 Update: BVR Townhall and Q&A," BVR, May 6, 2020.
- 2 hrs CPE, "COVID-19 Impacts to Business Valuation and Forensic Accounting" Part 2, NACVA April 29, 2020.
- 2 hrs CPE, "Impact of COVID-19 to Business Interruptions and Lost Profits," NACVA, April 28, 2020.
- 2 hrs CPE, "COVID-19 Impacts to Business Valuation and Forensic Accounting," NACVA, April 27, 2020.
- 2 hrs CPE, "Lessons Learned From Around the World About Managing Courts in a Pandemic," National Judicial College, April 23, 2020.
- 1 hr CPE, "Best Practices in Transactional Due Diligence," Expert Webcast, April 23, 2020.
- 1 hr CPE, "Pivoting Business Models in Response to COVID-19," BVR, April 23, 2020.
- 1 hr CPE, "Built for BV: The New Platform for Guideline Public Company Comps," BV Resources, April 21, 2020.
- 1 hr CPE, "Financial Triage for COVID-19," NACVA, April 21, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, April 20, 2020.
- 1 hr CPE, "Coronavirus: Cost of Capital Considerations in the Current Environment," Duff & Phelps Webinar, April 16, 2020.
- 1 hr CPE, "Countdown to ASC 842 compliance: Top five lessons learned from real world implementations," Accounting Today Webinar, April 16, 2020.
- 1 hr CPE, "Business Valuation Roundtable, Coaching Call: Pivot – Protect – Profit," Rod Burkert, April 16, 2020.

- 1 hr CPE, "The Future Isn't What it Used to be: Managing Your Career Momentum," John Borrowman, April 10, 2020.
- 1 hr CPE, "Get The Most Mileage Out of LinkedIn (Part 2)," Rod Burkert, April 10, 2020.
- 1 hr CPE, "Colorado Accounting Faculty Virtual Round Table," Colorado Society of CPAs, April 10, 2020.
- 2 hr CPE, "Impact of Coronavirus on Business Valuations," Front Range Business Group, April 8, 2020.
- 2 hr CPE, "Extreme Uncertainty: How Valuation Experts Should Respond to Today's Volatility and Risk," BV Resources, April 7, 2020.
- 1 hr CPE, "Coronavirus Update—Impact on Valuing Private Investments on March 31, 2020," Duff & Phelps Webinar, March 31, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, March 16, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, February 24, 2020.
- 2 hrs, CPE, "CRE 702 and Admission of Scientific and Non-scientific Evidence," Judge Ed Moss; Front Range Business Group, February 19, 2020.
- 2 hrs CPE, "Around the Valuation World," NACVA, January 27, 2020.
- 1 hr CPE, "SSFS No. 1 - The New Forensic Standards", AICPA Webcast, January 14, 2020.
- 2 hrs CPE, "Year-End Economic Update", William Vincent, Robb Stone, and Steven Warren; Front Range Business Group, December 18, 2019.
- 2 hrs CPE, "Around the Valuation World," NACVA, December 16, 2019.
- 14 hrs, CPE, Participant,  EACVA's 13th Business Valuation Conference, Berlin, Germany, December 5-6, 2019.
- 4 hrs CPE, Ethics for Accountants CO, Beacon Hill, Online, November 24, 2019.
- 4 hrs CPE, Texas Ethics, Beacon Hill, Online, November 23, 2019.
- 2 hrs, CPE, "Around the Valuation World," NACVA, November 18, 2019.
- 8 hrs, CPE, "Michael Gregory on DLOM, Conflict Resolution, Diversity, and Managing Your Time" CO/WY State Chapter Meeting, Denver, CO, October 29, 2019.
- 2 hrs, CPE, "Around the Valuation World," NACVA, October 21, 2019.
- 2 hrs, CPE, "Around the Valuation World," NACVA, September 16, 2019.
- 3 hr, CPE NACVA CO/WY State Chapter Meeting, August 22, 2019.
- 2 hrs, CPE, "Around the Valuation World," NACVA, August 19, 2019.
- 2 hrs, CPE, "Around the Valuation World," NACVA, June 17, 2019.
- 28 hrs, CPE, NACVA and CTI's Annual Consultants' Conference, Salt Lake City, UT, June 5-8, 2019.
- 2 hrs, CPE, "Trust Interest in Colorado Divorce," Bridget Sullivan, Rob Levis, Linda Buckley, and Dan Grosdidier; Front Range Business Group, April 17, 2019.
- 2 hrs, CPE, "Allocation of Equity Value in Complex Capital Structure on the Value of Common Stock," Kristine Roper, Front Range Business Group, December 19, 2018.
- 2 hrs, CPE, "Around the Valuation World," NACVA Webinar, December 17, 2018.
- 4 hrs, CPE, "Valuing Businesses in the Construction Industry," NACVA State Chapter Meeting, November 29, 2018.
- 1 hr, CPE, "Cannabis Real Estate Investment Opportunities, Strategies in Valuation," Duane Morris, November 1, 2018.
- 4 hrs, CPE, "Business Valuation Considerations," NACVA State Chapter Meeting, October 25, 2018.
- 2 hrs, CPE, "Utilizing the new Deal Stats Transaction Database," Jeremy Harkness, Front Range Business Group, October 17, 2018.
- 2 hrs, CPE, "Around the Valuation World," NACVA Webinar, October 15, 2018.
- 4 hrs, CPE, "The New Duff & Phelps Cost of Capital Navigator" and "Navigating the New Tax Law: The impact of the 2017 Tax Cuts and Jobs Act"; NACVA State Chapter Meeting, August 23, 2018.
- 2 hrs, CPE, "Around the Valuation World," NACVA Webinar, August 20, 2018.
- 2 hrs, CPE, "REITS Assets Tests, Checkpoint Learning," Pilot Tester, August 20, 2018.
- 2 hrs, CPE, "The New Duff and Phelps Cost of Capital Navigator, How Does This Thing Work?", Front Range Business Valuation Group, Andy Baum, August 15, 2018.

**masten** valuation

May 15, 2023
Page 44 of 66

- 1 hr, CPE, "Dealstats: Market Data Evolved," BVR Webinar, July 11, 2018.
- 15 hrs, CPE – USPAP Course, online and exam, June 26, 2018.
- 1 hr, CPE, "Cannabis 105: Investing in Cannabis", Amy Wolf, May 15, 2018.
- 2 hrs, CPE 2018-120: Impact of New Tax Law on BV, Jim Hitchner, May 15, 2018.
- 1 hr, CPE, "Investment, M&A, Tax and Valuation Issues in Cannabis"; Expert Webcast; May 9, 2018.
- 1 hr, CPE, Cannabis 104: Marijuana in the Workplace – What employers need to know, Lori Ocheltree, April 17, 2018.
- 2 hrs, CPE, "TCJA – Tax Changes Impacting Divorce Valuations in Colorado"; Front Range Business Valuation Study Group, Denver, CO April 10, 2018.
- 1 hr, CPE, Hot Issues in Business Valuation with Jay Fishman and Jim Hitchner, March 22, 2018.
- 1 hr, CPE, Cannabis 103: Real Estate – Practical Considerations for Owners, Operators and Investors in Cannabis Real Property, Clint Callan, March 20, 2018.
- 1 hr, CPE Cannabis 102: Intellectual Property, Trademark and Branding, and Marketing, Vickie G. Norton, February 27, 2018.
- 2 hrs CPE, "Probable Effects of the Tax Cut & Jobs Act ("TCJA") on Business Valuation," Presented by Kevin Call and Gregory T. Clifton; Front Range Business Valuation Study Group, Denver, CO, February 21, 2018.
- 2 hrs, CPE, "Around the Valuation World," NACVA Webinar, January 22, 2018.
- 1 hr, CPE The Cost of Capital Navigator, James Harrington, January 17, 2018.

* Specific Focus Areas in Advanced Topics:

- Advanced Appraisal Issues & Techniques
- Auctioneers
- Biotechnology Valuations
- Business Valuations: Effective Litigation Support & Expert Witness Testimony
- Buy/Sell Agreements
- Calculating Economic Damages & Lost Profits
- Cannabis, CBDs and Hemp
- Commercial and Residential Construction
- Derivative Instruments
- Developing Discount and Capitalization Rates
- Distribution Systems
- Divorce Forensic Accounting
- Electrical Contractors
- Employment/Personal Injury/Discrimination cases - damages
- Executive Compensation and Influence on Value

- Apparel/Textile industry
- Estate and Gift issues for Business Valuation Experts
- Farm & Ranch Estate Planning Techniques
- Financial Forensics
- Franchise Structures and Analysis
- Fraud & Forensics
- Goodwill Impairment Analysis
- Health Care and Life Sciences and related technologies
- Intellectual Property Issues
- Insurance and Risk Management
- Litigation Support Services
- Manufacturing Operations
- Mystery Shopping Services - Worldwide
- Natural Resources - Oil, Gas, Mineral, & Precious Metal
- Patent and Copyright Valuation issues
- Physician Practice Valuation
- Professional Practice Valuations

- Appraisal of Small Businesses and Professional Practices
- Purchase Price Allocation
- Real Estate Development, Brokerage and Property Management
- Software
- Start-up Technologies and Operations
- Taxation & Forensic Examinations in Divorce
- Tiered Entities
- Valuation issues in Bankruptcy
- Valuation Issues in Family-Owned Businesses
- Value Enhancement Pattern Recognition for Detecting Financial Statement Irregularities
- Valuing Service Businesses
- Valuing Technology Companies



# APPENDIX C: MASTEN TESTIMONY

(a more complete listing is provided at Appendix B above)

Lari B. Masten, MSA, CPA/ABV/CFF, CPVA, CVA, MAFF, ABAR
Federal and Colorado Rules of Civil Procedure, Rule 26
List of Cases Testified In Deposition or
Trial In The Preceding Four Years as of May 5, 2023

| Name of Case | Engagement | Dates | Court and Case Number | Retained by | Deposition | Testimony |
|---|---|---|---|---|---|---|
| WILLIAM R. WILLIS, as an individual and derivatively as a Shareholder of W.C. STRIEGEL, INC., a Colorado Corporation v. Defendants: W.C. STRIEGEL, INC., a Colorado Corporation; LARRY STRIEGEL, an individual; TERI WILCZEK, an individual; DEVEN STRIEGEL, an individual; KRIS ERIK STRIEGEL, an individual; and RANDY STRIEGEL, an individual | Investigation of Civil Theft, Special Damages, General Damages, Restitution, Economic Damages, and Consequential Damages | 11/17, 18, and 22/2022 | District Court, Rio Blanco County, State of Colorado, Case No. 2019CV30032 | Plaintiff's Attorney: Michelle Schindler; Ferguson Schindler Law Firm | No | Yes |
| Plaintiff: Richard Lang v. Defendants and Cross Claimants: Timothy Flaherty, Timothy Kneen, Carl Vertuca, and PdC, LLC ("PdC"), And Third Party Plaintiff: Riviera Country Club S. de R.L. de C.V. ("RCC") v. Cross Claim Defendant: Michael Joseph Roberts, Sr. And Third-Party Defendants: Michael J. Roberts LLC, and Sandstone Ventures LLC | Forensic Accounting, Calculation of Damages | 4/22/2022 | Denver District Court, City and County of Denver, Colorado: Case No. 2015CV31828, Division 409 | Cross Claim and Third-party Defendants' Attorneys: Richard B. Podoll, Attorney, Robert A. Kitsmiller, Attorney Jacqueline E. Hill, Attorney: Podoll & Podoll | No | Yes |
| Gil Gerstein v. Robins Kaplan, LLP, and Sanders Law Firm, LLC. | Business Valuation, fulfillment services | 1/19/2022 | District Court, Arapahoe County, Colorado: Case No. 2020CV31398 | Plaintiff's Attorney: Anthony Viorst, Esquire, The Viorst Law Offices, PC | Yes | |
| The George Williams Limited Liability Limited Partnership, v. Kathryn Porter and BOKF, NA, a National Association, doing business as Colorado State Bank and Trust | Forensic Accounting, Damages, Breach of Fiduciary Duty, Breach of Contract, and Breach of Covenant of Good Faith and Fair Dealing | 12/22/2021 | Denver District Court, City and County of Denver, Colorado: Case No. 19CV3366130020, Division 1 | Plaintiff's Attorney: Richard B. Podoll, Attorney: Podoll & Podoll | Yes | |
| ANDREW "JACK" SORDONI, individually and if necessary, derivatively as a member of Sooner Mineral Investments, LLC, v. CONNER & WINTERS, LLP, a domestic limited liability partnership, JARED D. GIDDENS, an individual, and J. DILLON CURRAN, an individual | Forensic Accounting, Damages, Diverted Business Opportunities, Malpractice | 9/13/2021 | District Court, Oklahoma County, Oklahoma, Case No. CJ-2016-5985 | Plaintiff's Attorney, Jared Boyer, HB Law Partners, PLLC | Yes | |
| James L Parks Elk Creek LLC, et al. v. William H. Wheeler, et al. | Forensic Accounting, Breach of Contract, Breach of Implied Duty of Good Faith and Fair Dealing, Breach of Fiduciary Duty, and Injunctive Relief | 10/21/2020, 10/22/2020 8/28/2019 | District Court, Rio Blanco County, Colorado, Case No. 2017CV30015 | Plaintiff's Attorney: Matthew Ferguson, Attorney: The Matthew C. Ferguson Law Firm P.C. | Yes | Yes |
| In the Matter of the Estate of William J. Young, IV | Fraud, Breach of Fiduciary Duty Damages | 2/25/2019 & 7/22/2019 | El Paso County, Colorado, Case No.: 2012PR177 | Plaintiff's Attorney: Richard B. Podoll, Attorney: Podoll & Podoll | Yes | Yes |
| In Re the Marriage of Noelle Westcott and Wayne Westcott | Business valuation, four companies, oil & gas field services – directional drilling | 11/7/2018 - 11/8/2018 | 21st Judicial District Court, Mesa County, Colorado, Case No.: 16DR30241, Judge Gurley, Courtroom 11 | Respondent's Attorney: James W. Giese attorney; for Respondent | No | Yes |
| MINDY GANZE, Plaintiff vs. PEAK 7, LLC, BILL WALLACE, Defendants | Testimony on market approach comparative analysis and estimation of value/appraisal techniques. | 8/15/2018 | District Court of Summit County, State of Colorado Case No.: 2018CV030119, Judge Mark D. Thompson, Chief Judge, 5th Judicial District | Plaintiff's Attorney: Robert Kitsmiller, Attorney: Podoll & Podoll LLC | No | Yes |



May 15, 2023
Page 46 of 66

# APPENDIX D: SUMMARY OF REPORT INFORMATION AND DATA SOURCES

In the development of this report, I utilized:

- The Pitkin County website: qPublic.net.,
- SeekingAlpha.com,
- https://finance.yahoo.com/,
- Investing.com, and
- Other miscellaneous research.

I reviewed approximately 100+ files spanning 2,000+ pages of documentation produced in this case.  These documents can be summarized as:

- Various court filings including the May 14, 2021, First Amended Complaint;
- The expert reports of Robert Reidy, and Joseph R. Rulison;
- Various Trust Account Statements; and
- Other documents related to this matter.

I was provided the documents and files listed below:

18-12-01 Trust Account Statements.pdf
20-08-05 Rulison Report.pdf
20-12-11 Confidential Mediation Statement.pdf
20-12-11 Non-Confidential Mediation Statement.pdf
2018 05_2018 12 Realized Gains Losses AFBF Stmt_FWTB_0002658.pdf
2018 12 Unrealized GainsLosses AFBF Stmt_FWTB_0002664.pdf
2018 Fleck Draft Tax Return.pdf
2018 Portfolio Appraisal Est of Unharvested Loses_FWTB_0001103.xlsx
2019 0501 Dreher CPA Email on Calculating Losses for Aaron_FWTB_0000773.pdf
2019 1040 CLEANER VERSION76 pgs FLECKAARONHandBARBARAG.pdf
20220324 Defs' Expert Report of Robert Reidy.pdf
20220414 Defs' Rebuttal Expert Report of Robert Reidy.pdf
22-03-24 Rulison Report.pdf
22-08-04 LT Skip Netzorg.docx
A Fleck Revocable Trust Income and Expenses 12 31 18 5 15 19.pdf
Barker Est of Unharvested Tax Losses
Ex 1 to Confidential Mediation Statement.pdf
Ex A to Non-Confidential Mediation Statement - Fleck IPS.pdf
Ex B to Non-Confidential Mediation Statement - Revocable Trust Investment Svcs Agreements.pdf
Ex C to Non-Confidential Mediation Statement - Sep 10, 2020 Response Ltr from FWTB.pdf
Ex D to Non-Confidential Mediation Statement - Checks to Aspen Self Storage.pdf
Ex F to Non-Confidential Mediation Statement - Rulison Report.pdf
Ex G to Non-Confidential Mediation Statement - Aug 20, 2020 Demand Ltr to FWTB.pdf
Ex H to Non-Confidential Mediation Statement - Sep 29, 2020 Ltr to FWTB.pdf
Fleck 2019 Taxes Pt 1.pdf

Fleck Revocable Trust 12 31 18  5 15 19.pdf
Fleck Taxes 2018.pdf
Fleck v. FWTB 12 11 220  Mediation Statement.pdf
Fleck_007103.pdf
FLECKAARONHandBARBARAG2020.pdf
FWTB_0000001.pdf
FWTB_0000010.pdf
FWTB_0000024.pdf
FWTB_0000041.pdf
FWTB_0000055.pdf
FWTB_0000068.pdf
FWTB_0000082.pdf
FWTB_0000085.pdf
FWTB_0000098.pdf
FWTB_0000103.pdf
FWTB_0000112.pdf
FWTB_0000130.pdf
FWTB_0000140.pdf
FWTB_0000155.pdf
FWTB_0000170.pdf
FWTB_0000184.pdf
FWTB_0000193.pdf
FWTB_0000207.pdf
FWTB_0000226.pdf
FWTB_0000240.pdf
FWTB_0000254.pdf
FWTB_0000268.pdf
FWTB_0000271.pdf
FWTB_0000285.pdf
FWTB_0000290.pdf
FWTB_0000300.pdf
FWTB_0000319.pdf
FWTB_0000330.pdf
FWTB_0000346.pdf
FWTB_0000362.pdf
FWTB_0000611.pdf
FWTB_0000624.pdf



FWTB_0000642.xlsx
FWTB_0000643.xlsx
FWTB_0000645.pdf
FWTB_0000654.pdf
FWTB_0000772.pdf
FWTB_0000773.pdf
FWTB_0000782.pdf
FWTB_0000785.pdf
FWTB_0000941.pdf
FWTB_0001102.pdf
FWTB_0001103.xlsx
FWTB_0001105.pdf
FWTB_0001114.pdf
FWTB_0001819.pdf
FWTB_0002126.xlsx
FWTB_0002126_Barker_Summary of Losses at Dec 2018.xlsx
FWTB_0002658.pdf

FWTB_0002658_Realized Gains Losses Dec 2018.pdf
FWTB_0002664.pdf
FWTB_0003963.pdf
FWTB_0003963_Commissions.pdf
FWTB_0003970.xlsx
FWTB_0005557.pdf
FWTB_0005570.xlsx
FWTB_0007440.pdf
FWTB_0007468.pdf
FWTB_0008115.pdf
FWTB_0008232.pdf
Letter to Rich Podoll [w-exhibits].pdf
X   2017   0810   StanJudy   Kiser   SlidePreso Pitch_FWTB_0008232.pdf
X   2018   0622   Smith   and   Sterrett   SlidePreso Pitch_FWTB_0008115.pdf

# APPENDIX E: SCHEDULES

**Plaintiffs: THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all other similarly situated**
**v.**
**Defendants: FIRST WESTERN TRUST BANK, CHARLES BANTIS, and ANDREW GODFREY**

**United States District Court, District of Colorado Civil Action No.: 2021-cv-01073-CAN-CPG**

| Schedule | Title | Page Length | Page |
|---|---|---|---|
| Summary | Summary of Damages and Estimated Prejudgment Interest | 1 | 49 |
| 1 | Tax-Loss Harvest as of December 3, 2018 | 1 | 50 |
| 2 | Potential Tax Shield as of December 3, 2018 | 1 | 51 |
| 3 | Potential Tax-Loss Harvest - Loss of Equity Value as of February 6, 2019 | 1 | 52 |
| 3a | Foregone Dividends for Potential Tax-Loss Harvest - Loss of Equity Value as of February 6, 2019 | 1 | 53 |
| 4 | Potential Tax-Loss Harvest - Loss of Equity Value as of May 13, 2019 | 2 | 54 |
| 4a | February 11, 2019 Reallocation Purchases | 1 | 56 |
| 5 | Value of Equities Transferred on May 8, 2019, to Pershing LLC | 2 | 57 |
| 6 | First Western Trust Bank Fees Charged to Trust Accounts | 1 | 59 |
| 6a | Summary of Trust Account Activity from May 2018 through June 2019 | 1 | 60 |
| 6b | Trust Account Performance by Asset Class From May 2018 through May | 2 | 61 |
| 7a | Informational Schedule - Aaron H. Fleck Trust Account | 2 | 63 |
| 7b | Informational Schedule - Barbara G. Fleck Trust Account | 2 | 65 |

May 15, 2023                    THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG
                                      Masten Valuation Summary Damage Schedule

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | | | | | | | | |

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Damages Summary**
**Prejudgment Interest Calculated at 8% Compounded Annually to Estimated Date of Trial November 15, 2023**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
|---|---|---|---|---|---|---|---|---|
| Element of Damages | Description | Unharvested Eligible Equity Losses as of 12/3/2018 | Implied Tax Shield Loss | Range of Damages for Portfolio Performance | Date of Damages | Actual Damages Amount | Prejudgment Interest at 8% Compounded Annually[1] | Indicated Damages plus Prejudgment Interest |
| **Failure to Follow Instructions** | | | | | | | | |
| *Opinion 1* | | | | | | | | |
| Unharvested Eligible Equity Losses at 12/3/2018 | Failure to follow directive given by Plaintiffs to harvest eligible equity losses based on Plaintiffs' review of 11/30/2018 Portfolio Statements. Directive given on 12/2/2018, next business day is 12/3/2018 | $ (128,284.18) | | | 12/3/2018 | | | |
| *Opinion 2* | | | | | | | | |
| Loss of Tax Shield on Unharvested Eligible Equity Losses at 12/3/2018 | Implied Tax Shield Loss on unharvested eligible equity losses at December 3, 2018 | | $ 36,471 | | 12/3/2018 | | | $ 36,471.00 |
| *Opinion 3* | | | | | | | | |
| Lost Equity @ 1/3/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of January 3, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018. This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 1/3/2019 | $ 105,678.95 | $ 48,073.96 | $ 153,752.90 |
| *Opinion 4* | | | | | | | | |
| Lost Increased Equity @ 2/6/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of February 6, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018. This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 2/6/2019 | $ 116,945.99 | $ 51,983.17 | $ 168,929.16 |
| *Opinion 5* | | | | | | | | |
| Lost Increased Equity @ 5/13/19 on reinvestment of harvested losses | Loss Equities: Loss of Equity Value as of May 13, 2019 from reinvestment of proceeds (plus interest less foregone dividends) from harvesting losses in December 2018. This is a point-in-time category of damages for failure to follow instructions, separate from the tax-shield losses. | | | | 5/13/2019 | $ 122,781.95 | $ 51,020.89 | $ 173,802.84 |
| **Portfolio Shortfall & Fees** | | | | | | | | |
| *Opinion 6* | | | | | | | | |
| Shortcomings of Portfolio Performance | The Trust Account portfolios fell short of the expected annual performance. | | AFT $ 37,022.29  AFT $ 107,863.02  BFT $ 102,210.15  BFT $ 172,752.54 | | 5/13/2019 | 139,232.44  280,615.56 | 57,856.74  116,607.17 | $ 197,089.18  $ 397,222.73 |
| *Opinion 7* | | | | | | | | |
| FWTB Fees Charged on Trust Portfolios Totals | Investment Management and Portfolio Fees Charged by First Western Trust Bank to the Trust Accounts between May 2018 and May 2019 | | Aaron H. Fleck Trust Account  Barbara G. Fleck Trust Account | | Various [2] | $ 27,640.73  $ 27,342.39  $ 54,983.12 | $ 12,087.22  $ 11,958.26  $ 24,045.48 | $ 39,727.95  $ 39,300.65  $ 79,028.60 |
| *Summary* | | | | | | | | |
| | Total of Opinions - Lower Range | | | | | $ 353,468.51 | $ 132,923.11 | $ 486,391.62 |
| | Total of Opinions - Upper Range | | | | | $ 494,851.63 | $ 191,673.54 | $ 686,525.17 |

Footnotes:

**[1]** Statutory prejudgment interest of 8% per annum has been estimated based on the damages dollar amounts identified and is calculated through an estimated trial date of November 15, 2023 in accordance with C.R.S. § 5-12-102 - Statutory Interest. Prejudgment interest is provided for the convenience of the trier of fact and final calculations will be required.

**[2]** See Schedule 6 for the detail supporting the various dates of fees charged to the Trust Accounts and the corresponding prejudgment interest.

May 15, 2023

**Schedule 1**

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Tax-Loss Harvest as of December 3, 2018[1]**

| Trust | Investment | Description | Shares as of 12/3/2018 | 12/3/2018 Shr Price[2] | 12/3/2018 Market Value[2] | Avg Unit Cost | Total Cost | Potential Tax-Loss Harvest[3] |
|---|---|---|---|---|---|---|---|---|
| AFT | Stock | ANHEUSER BUSCH | 120 shrs | $ 76.41 | $ 9,168.60 | $ 92.10 | $ 11,052.00 | $ (1,883.40) |
| AFT | | BLACKROCK | 21 shrs | 435.83 | 9,152.43 | 521.15 | 10,944.15 | (1,791.72) |
| AFT | | CELGENE | 145 shrs | 73.65 | 10,679.25 | 77.60 | 11,252.00 | (572.75) |
| AFT | | EBAY | 300 shrs | 30.19 | 9,055.50 | 37.56 | 11,268.00 | (2,212.50) |
| AFT | | HALIBURTON | 114 shrs | 32.51 | 3,705.57 | 49.60 | 5,654.40 | (1,948.83) |
| AFT | | HOME DEPOT | 61 shrs | 182.52 | 11,133.42 | 185.07 | 11,289.27 | (155.86) |
| AFT | | LAUDER ESTEE | 76 shrs | 148.44 | 11,281.06 | 150.02 | 11,401.27 | (120.21) |
| AFT | | RAYTHEON | 27 shrs | 175.34 | 4,734.18 | 208.42 | 5,627.34 | (893.16) |
| AFT | | S&P GLOBAL | 28 shrs | 185.47 | 5,193.16 | 196.93 | 5,514.04 | (320.88) |
| AFT | | SCHLUMBERGER | 190 shrs | 46.28 | 8,793.20 | 66.87 | 12,705.82 | (3,912.62) |
| AFT | | SCHWAB | 199 shrs | 45.63 | 9,079.38 | 54.99 | 10,943.01 | (1,863.64) |
| AFT | | TEXAS INSTRUMENTS | 102 shrs | 101.84 | 10,387.17 | 110.69 | 11,289.92 | (902.75) |
| AFT | Pooled Equity Funds | LAZARD INT STRATEGIC EQ | 13,272.984 shrs | 14.97 | 198,696.57 | 15.85 | 210,376.41 | (11,679.84) |
| AFT | | MAINGATE MLP FUND | 9,964.912 shrs | 7.40 | 73,740.35 | 8.33 | 83,049.77 | (9,309.42) |
| AFT | | PIMCO COMM REAL RET | 12,719.432 shrs | 6.06 | 77,079.76 | 6.97 | 88,602.23 | (11,522.47) |
| AFT | ETF | VANGUARD FTSE DEV MKT | 4,800. shrs | 40.66 | 195,148.80 | 44.10 | 211,701.60 | (16,552.80) |
| **AFT** | **Subtotals** | | | | **$ 647,028.39** | | **$ 712,671.23** | **$ (65,642.84)** |
| BFT | Stock | ANHEUSER BUSCH | 120 shrs | $ 76.41 | $ 9,168.60 | $ 92.10 | $ 11,052.00 | $ (1,883.40) |
| BFT | | BLACKROCK | 21 shrs | 435.83 | 9,152.43 | 521.15 | 10,944.15 | (1,791.72) |
| BFT | | CELGENE | 145 shrs | 73.65 | 10,679.25 | 77.60 | 11,252.00 | (572.75) |
| BFT | | EBAY | 300 shrs | 30.19 | 9,055.50 | 37.56 | 11,268.00 | (2,212.50) |
| BFT | | HALIBURTON | 114 shrs | 32.51 | 3,705.57 | 49.60 | 5,654.40 | (1,948.83) |
| BFT | | HOME DEPOT | 61 shrs | 182.52 | 11,133.42 | 185.07 | 11,289.27 | (155.86) |
| BFT | | LAUDER ESTEE | 76 shrs | 148.44 | 11,281.06 | 150.02 | 11,401.27 | (120.21) |
| BFT | | RAYTHEON | 27 shrs | 175.34 | 4,734.18 | 208.42 | 5,627.34 | (893.16) |
| BFT | | S&P GLOBAL | 28 shrs | 185.47 | 5,193.16 | 196.93 | 5,514.04 | (320.88) |
| BFT | | SCHLUMBERGER | 190 shrs | 46.28 | 8,793.20 | 66.87 | 12,705.82 | (3,912.63) |
| BFT | | SCHWAB | 199 shrs | 45.63 | 9,079.38 | 54.99 | 10,943.01 | (1,863.64) |
| BFT | | TEXAS INSTRUMENTS | 102 shrs | 101.84 | 10,387.17 | 110.69 | 11,289.92 | (902.75) |
| BFT | Pooled | PIMCO COMM REAL RET | 13,001.278 shrs | 6.06 | 78,787.74 | 7.01 | 91,133.24 | (12,345.50) |
| BFT | ETF | VANGUARD FTSE DEV MKT | 7,669. shrs | 40.32 | 309,214.08 | 44.72 | 342,931.60 | (33,717.52) |
| **BFT** | **Subtotals** | | | | **$ 490,364.73** | | **$ 553,006.06** | **$ (62,641.34)** |
| | **Grand Totals** | | | | **$ 1,137,393.12** | | **$ 1,265,677.29** | **$ (128,284.18)** |

**Notes:**

[1] If not otherwise noted, information gathered from Aaron Fleck Trust and Barbara Fleck Trust monthly statements as provided by FWTB.

[2] December 3, 2018 Share Price from Yahoo Finance and Investing.com calculated as the average of the open and close prices for the day. Market value calculated by number of shares held multiplied by December 3, 2018 calculated share price.

[3] Potential (tax-loss harvest) calculated by subtracting the FWTB reported equity cost from the December 3, 2018, market value.

May 15, 2023

**Schedule 2**

## THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG

### Potential Tax Shield as of December 3, 2018[1]

**Plaintiffs' Marginal Tax rates[1,2]**

| | |
|---|---|
| 2018 Federal Capital Gains Rate | 20.00% |
| 2018 Net Investment Income Tax | 3.80% |
| 2018 Colorado Income Tax | 4.63% |
| **Plaintiff's Indicated Marginal Tax Rate** | **28.43%** |

| | | |
|---|---|---|
| Grand Total Potential Tax Loss Harvest[3] | $ | (128,284.18) |
| **Estimated Loss of Tax Shield[4] (rounded)** | **$** | **36,471** |

***Notes:***

[1]  Marginal, Capital Gains tax rates provided by April 22, 2019, email of Brittany Dreher, CPA, the plaintiffs tax preparer. Bates FWTB_0000773.

[2]  The 2018 Federal Tax Rates remain substantially unchanged through what is known or knowable as of the date of this report, and are the expected benefit to the Plaintiffs.

[3]  Potential (tax-loss harvest) calculated by subtracting the FWTB reported equity cost from the December 3, 2018, market value.  See **Schedule 1** for details.

[4]  The estimated, foregone tax shield represents the potential reduction of the Plaintiffs' income taxes had FWTB followed the Plaintiffs' instructions to harvest the tax losses.

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 3**

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Potential Tax-Loss Harvest - Loss of Equity Value as of February 6, 2019[1]**

| Trust | | Investment Description | Shares as of 12/3/2018 | 12/3/2018 Shr Price[2] | 12/3/2018 Market Value[3] | Anticipated Interest thru 1/2/2019[4] | Foregone Dividends[4] | Available to Reinvest 1/3/2019 | Shr Price 1/3/2019[5] | Est. Shares Re-purchased | Increase/ (Decr) in shares | Increase/ (Decr) in Value as of 1/3/2019 | Shr Price 2/6/2019[5] | Increase/ (Decr) in Value as of 2/6/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFT | Stock | ANHEUSER BUSCH | 120. shrs | 76.41 | 9,168.60 | | 16.80 | 9,185.40 | 66.34 | 138.5 shs | 18.46 | 1,224.60 | 78.49 | 1,448.88 |
| AFT | | BLACKROCK | 21. shrs | 435.83 | 9,152.43 | (65.73) | | 9,103.48 | 381.51 | 23.9 shs | 2.86 | 1,091.77 | 416.06 | 1,190.64 |
| AFT | | CELGENE | 145. shrs | 73.65 | 10,679.25 | | 19.57 | 10,698.82 | 85.01 | 125.9 shs | (19.15) | (1,627.63) | 87.96 | (1,684.11) |
| AFT | | EBAY | 300. shrs | 30.19 | 9,055.50 | | 16.60 | 9,072.10 | 28.48 | 318.5 shs | 18.54 | 528.10 | 35.61 | 660.31 |
| AFT | | HALLIBURTON | 114. shrs | 32.51 | 3,705.57 | | 6.79 | 3,691.84 | 27.25 | 135.5 shs | 21.48 | 585.34 | 32.07 | 688.88 |
| AFT | | HOME DEPOT | 61. shrs | 182.52 | 11,133.42 | | 20.41 | 11,153.83 | 170.23 | 65.5 shs | 4.52 | 769.79 | 184.64 | 834.96 |
| AFT | | LAUDER ESTEE | 76. shrs | 148.44 | 11,281.06 | | 20.68 | 11,301.74 | 127.74 | 88.5 shs | 12.47 | 1,593.50 | 150.27 | 1,874.55 |
| AFT | | RAYTHEON | 27. shrs | 175.34 | 4,734.18 | | 8.68 | 4,742.86 | 153.35 | 30.9 shs | 3.93 | 602.41 | 174.96 | 687.30 |
| AFT | | S&P GLOBAL | 28. shrs | 185.47 | 5,193.16 | | 9.52 | 5,202.68 | 166.83 | 31.2 shs | 3.19 | 531.44 | 193.18 | 615.38 |
| AFT | | SCHLUMBERGER | 190. shrs | 46.28 | 8,793.20 | (95.00) | | 8,714.32 | 37.46 | 232.6 shs | 42.63 | 1,598.92 | 45.04 | 1,920.06 |
| AFT | | SCHWAB | 199. shrs | 45.63 | 9,079.38 | | 16.64 | 9,096.02 | 41.04 | 221.6 shs | 22.64 | 929.05 | 46.02 | 1,041.79 |
| AFT | | TEXAS INSTRUMENTS | 102. shrs | 101.84 | 10,387.17 | | 19.04 | 10,406.21 | 90.36 | 115.2 shs | 13.16 | 1,189.49 | 106.33 | 1,399.72 |
| AFT | Pooled Equity Funds | LAZARD INT STRATEGIC EQ[7] | 13,272.994 shrs | 14.97 | 198,696.57 | | 364.19 | (2,689.64) | 196,371.12 | 12.66 | 15,511.1 shs | 2,238.16 | 28,335.14 | 13.94 | 31,199.99 |
| AFT | | MAINGATE MLP FUND | 9,964.912 shrs | 7.40 | 73,740.35 | | 135.16 | (1,208.80) | 73,875.51 | 6.56 | 11,261.5 shs | 1,296.60 | 8,505.69 | 7.21 | 9,348.48 |
| AFT | | PIMCO COMM REAL RET | 12,719.432 shrs | 6.06 | 77,079.76 | | 141.28 | (1,208.80) | 76,015.24 | 5.60 | 13,574.1 shs | 854.72 | 4,786.42 | 5.93 | 5,066.48 |
| AFT | ETF | VANGUARD FTSE DEV MKT[7] | 4,800. shrs | 40.66 | 195,148.80 | | 357.68 | (1,857.10) | 193,649.37 | 36.84 | 5,256.5 shs | 456.50 | 16,817.37 | 40.12 | 18,314.68 |
| **AFT** | | **Subtotals** | | | **647,028.39** | **1,185.94** | **(5,933.86)** | **642,280.53** | | | | **67,459.41** | | **74,609.98** |
| BFT | Stock | ANHEUSER BUSCH | 120. shrs | 76.41 | 9,168.60 | | 16.80 | 9,185.40 | 66.34 | 138.5 shs | 18.46 | 1,224.60 | 78.49 | 1,448.88 |
| BFT | | BLACKROCK | 21. shrs | 435.83 | 9,152.43 | (65.73) | | 9,103.48 | 381.51 | 23.9 shs | 2.86 | 1,091.77 | 416.06 | 1,190.64 |
| BFT | | CELGENE | 145. shrs | 73.65 | 10,679.25 | | 19.57 | 10,698.82 | 85.01 | 125.9 shs | (19.15) | (1,627.63) | 87.96 | (1,684.11) |
| BFT | | EBAY | 300. shrs | 30.19 | 9,055.50 | | 16.60 | 9,072.10 | 28.48 | 318.5 shs | 18.54 | 528.10 | 35.61 | 660.31 |
| BFT | | HALLIBURTON | 114. shrs | 32.51 | 3,705.57 | | 6.79 | 3,691.84 | 27.25 | 135.5 shs | 21.48 | 585.34 | 32.07 | 688.88 |
| BFT | | HOME DEPOT | 61. shrs | 182.52 | 11,133.42 | | 20.41 | 11,153.83 | 170.23 | 65.5 shs | 4.52 | 769.79 | 184.64 | 834.96 |
| BFT | | LAUDER ESTEE | 76. shrs | 148.44 | 11,281.06 | | 20.68 | 11,301.74 | 127.74 | 88.5 shs | 12.47 | 1,593.50 | 150.27 | 1,874.55 |
| BFT | | RAYTHEON | 27. shrs | 175.34 | 4,734.18 | | 8.68 | 4,742.86 | 153.35 | 30.9 shs | 3.93 | 602.41 | 174.96 | 687.30 |
| BFT | | S&P GLOBAL | 28. shrs | 185.47 | 5,193.16 | | 9.52 | 5,202.68 | 166.83 | 31.2 shs | 3.19 | 531.44 | 193.18 | 615.38 |
| BFT | | SCHLUMBERGER | 190. shrs | 46.28 | 8,793.20 | (95.00) | | 8,714.32 | 37.46 | 232.6 shs | 42.63 | 1,598.92 | 45.04 | 1,920.06 |
| BFT | | SCHWAB | 199. shrs | 45.63 | 9,079.38 | | 16.64 | 9,096.02 | 41.04 | 221.6 shs | 22.64 | 929.05 | 46.02 | 1,041.79 |
| BFT | | TEXAS INSTRUMENTS | 102. shrs | 101.84 | 10,387.17 | | 19.04 | 10,406.21 | 90.36 | 115.2 shs | 13.16 | 1,189.49 | 106.33 | 1,399.72 |
| BFT | Pooled | PIMCO COMM REAL RET | 13,001.279 shrs | 6.06 | 78,787.74 | | 144.41 | (1,232.52) | 77,699.63 | 5.60 | 13,874.9 shs | 873.66 | 4,892.48 | 5.93 | 5,180.78 |
| BFT | ETF | VANGUARD FTSE DEV MKT[7] | 7,669. shrs | 40.32 | 309,214.08 | | 566.75 | (2,942.60) | 306,838.23 | 36.84 | 8,328.9 shs | 659.94 | 24,312.27 | 40.12 | 26,476.88 |
| **BFT** | | **Subtotals** | | | **490,364.73** | **898.79** | **(4,356.37)** | **486,907.15** | | | | **38,219.54** | | **42,336.02** |
| | | **Grand Totals** | | | **1,137,393.12** | **2,084.73** | **(10,290.17)** | **1,129,187.68** | | | | **105,678.95** | | **116,945.99** |

Notes:

See Report and Schedule 1 for details on the foregone tax-loss harvest.
[1] December 3, 2018 Share Price from Yahoo Finance and Investing.com calculated as the average of the open and close prices for the day. Market value calculated by number of shares held multiplied by December 3, 2018 calculated share price.
[2] Interest during wash sale waiting period calculated at annual 2.23% (from Aaron and Barbara Fleck Trust December 2018 cash equivalent rate) for 30 days.
[3] Certain dividends were received that would not have been received had FWTB followed the Plaintiffs' instructions to harvest the tax-losses at the beginning of December 2018. See Schedule 3a.
[4] January 3, 2019, estimate share repurchase price from Yahoo Finance and Investing.com calculated as the average of the open and close prices for the day.
[5] February 6 2019, estimate share sale price either from the FWTB Trust Accounts' February 2019 statements or from Yahoo Finance.
[6] Neither Lazard Int Strategic EQ or Vanguard FTSE DEV MKT were sold on February 6, 2019 - the amounts shown reflect market values as of February 6, 2018.
[8] This amount represents the Loss of Equity on reinvestment on January 3, 2019 with proceeds from December 3, 2018 due to failure to harvest tax-losses.

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

### Schedule 3a

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.**

**First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Foregone Dividends for Potential Tax-Loss Harvest - Loss of Equity Value as of February 6, 2019[1]**

| Trust | Investment | Description | Foregone Dividends[2] | Basis for Foregone Dividends — Dividend Declared Date | For Shareholders of Record on[3] | Payment Date | January 2019 — Notes |
|---|---|---|---|---|---|---|---|
| AFT | Stock | ANHEUSER BUSCH | | 10/26/2018 | 11/28/2018 | 12/21/2018 | No Dividends in Jan 19 |
| AFT | Stock | BLACKROCK | (65.73) | 11/21/2018 | 12/7/2018 | 12/26/2018 | No Dividends in Jan 19 |
| AFT | Stock | CELGENE | No Dividend | | | | No Dividends in Jan 19 |
| AFT | Stock | EBAY | No Dividend | | | | No Dividends in Jan 19 |
| AFT | Stock | HALIBURTON | (20.52) | 11/8/2018 | 12/6/2018 | 12/27/2018 | No Dividends in Jan 19 |
| AFT | Stock | HOME DEPOT | | 11/16/2018 | 11/29/2018 | 12/13/2018 | No Dividends in Jan 19 |
| AFT | Stock | LAUDER ESTEE | | 10/31/2018 | 11/30/2018 | 12/17/2018 | No Dividends in Jan 19 |
| AFT | Stock | RAYTHEON | | 10/10/2018 | 11/16/2018 | 12/10/2018 | Dec Dividend Paid in Jan 19 |
| AFT | Stock | S&P GLOBAL | | 10/30/2018 | 11/28/2018 | 12/12/2018 | Dec Dividend Paid in Jan 19 |
| AFT | Stock | SCHLUMBERGER | (95.00) | 12/4/2018 | 12/5/2018 | 1/11/2019 | No Dividends in Jan 19 |
| AFT | Stock | SCHWAB | No Dividend | | | | No Dividends in Jan 19 |
| AFT | Stock | TEXAS INSTRUMENTS | No Dividend | | | | No Dividends in Jan 19 |
| AFT | Pooled Equity Funds | LAZARD INT STRATEGIC EQ | (2,689.64) | 12/21/2018 | 12/20/2018 | 12/24/2018 | No Dividends in Jan 19 |
| AFT | Pooled Equity Funds | MAINGATE MLP FUND | No Dividend | | | | No Dividends in Jan 19 |
| AFT | Pooled Equity Funds | PIMCO COMM REAL RET | (1,205.80) | 12/26/2018 | 12/24/2018 | 12/26/2018 | No Dividends in Jan 19 |
| AFT | ETF | VANGUARD FTSE DEV MKT | (1,857.11) | 12/20/2018 | 12/26/2018 | 12/28/2018 | No Dividends in Jan 19 |
| **AFT** | | **Subtotals** | **$ (5,933.80)** | | | | |
| BFT | Stock | ANHEUSER BUSCH | | 10/26/2018 | 11/28/2018 | 12/21/2018 | No Dividends in Jan 19 |
| BFT | Stock | BLACKROCK | (65.73) | 11/21/2018 | 12/7/2018 | 12/26/2018 | No Dividends in Jan 19 |
| BFT | Stock | CELGENE | No Dividend | | | | No Dividends in Jan 19 |
| BFT | Stock | EBAY | No Dividend | | | | No Dividends in Jan 19 |
| BFT | Stock | HALIBURTON | (20.52) | 11/8/2018 | 12/6/2018 | 12/27/2018 | No Dividends in Jan 19 |
| BFT | Stock | HOME DEPOT | | 11/16/2018 | 11/29/2018 | 12/13/2018 | No Dividends in Jan 19 |
| BFT | Stock | LAUDER ESTEE | | 10/31/2018 | 11/30/2018 | 12/17/2018 | No Dividends in Jan 19 |
| BFT | Stock | RAYTHEON | | 10/10/2018 | 11/16/2018 | 12/10/2018 | Dec Dividend Paid in Jan 19 |
| BFT | Stock | S&P GLOBAL | | 10/30/2018 | 11/28/2018 | 12/12/2018 | Dec Dividend Paid in Jan 19 |
| BFT | Stock | SCHLUMBERGER | (95.00) | 12/4/2018 | 12/5/2018 | 1/11/2019 | No Dividends in Jan 19 |
| BFT | Stock | SCHWAB | No Dividend | | | | No Dividends in Jan 19 |
| BFT | Stock | TEXAS INSTRUMENTS | No Dividend | | | | No Dividends in Jan 19 |
| BFT | Pooled | PIMCO COMM REAL RET | (1,232.52) | 12/26/2018 | 12/24/2018 | 12/26/2018 | No Dividends in Jan 19 |
| BFT | ETF | VANGUARD FTSE DEV MKT | (2,942.60) | 12/20/2018 | 12/26/2018 | 12/28/2018 | No Dividends in Jan 19 |
| **BFT** | | **Subtotals** | **$ (4,356.37)** | | | | |
| | | **Grand Totals** | **$ (10,290.17)** | | | | |

**Notes:**

[1] See Report and Schedules 1 and 3 for details on the foregone tax-loss harvest.

[2] Certain dividends were received that would not have been received had FWTB followed the Plaintiffs' Instructions to harvest the tax-losses at the beginning of December 2018.

[3] Where the date of record falls before 12/3/2018, the estimated sales date of the Loss Equities, the declared dividends would have still been received. Therefore, these dividends are NOT considered foregone dividends, because the ownership, or before the date of record would have still existed and the Trust Accounts would have still received these dividends. Where the date of record falls after 12/3/2018, the declared dividend would have been distributed to the Trust Accounts, as the sale of the Loss Equities would have occurred prior to the date of record. These dividends are discussed in my report under Basis for Opinion 3 as the foregone dividends that reduce the overall proceeds for reinvestment.

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

## Schedule 4

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

### Potential Tax-Loss Harvest - Loss of Equity Value as of May 13, 2019[1]

| Trust | Investment | Description | Increase/(Decr) in shares at Repurchase on 1/3/2019 | Shr Price 2/6/2019 | Increase/(Decr) in Value as of 2/6/2019 | Proceeds received from Sale of Certain Securities 2/8/2019 | 2/8/2019 Reallocation Purchase %[2] | 2/11/2019 Reallocation Value from Sale of Certain Securities | 2/11/19 Total Additional Value from Loss Harvest | 2/11/19 Per Unit Value | 2/11/19 Additional Units/Shares | Interim Dividends Paid: April 2019[3] | Unit/Share Price 5/8/2019[4] | Implied Lost Equity Value May 13, 2019[4,5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFT | Stock | ANHEUSER BUSCH | 18.46 | $ 78.49 | $ 1,448.88 | $ 1,448.88 | | | | | | | | |
| AFT | | BLACKROCK | 2.86 | 416.06 | 1,190.64 | 1,190.64 | | | | | | | | |
| AFT | | CELGENE | (19.15) | 87.96 | (1,684.11) | (1,684.11) | | | | | | | | |
| AFT | | EBAY | 18.54 | 35.61 | 660.31 | 660.31 | | | | | | | | |
| AFT | | HALIBURTON | 21.48 | 32.07 | 688.88 | 688.88 | | | | | | | | |
| AFT | | HOME DEPOT | 4.52 | 184.64 | 834.96 | 834.96 | | | | | | | | |
| AFT | | LAUDER ESTEE | 12.47 | 150.27 | 1,874.55 | 1,874.55 | | | | | | | | |
| AFT | | RAYTHEON | 3.93 | 174.96 | 687.30 | 687.30 | | | | | | | | |
| AFT | | S&P GLOBAL | 3.19 | 193.18 | 615.38 | 615.38 | | | | | | | | |
| AFT | | SCHLUMBERGER | 42.63 | 45.04 | 1,920.06 | 1,920.06 | | | | | | | | |
| AFT | | SCHWAB | 22.64 | 46.02 | 1,041.79 | 1,041.79 | | | | | | | | |
| AFT | | TEXAS INSTRUMENTS | 13.16 | 106.33 | 1,399.72 | 1,399.72 | | | | | | | | |
| AFT | Pooled Equity Funds | LAZARD INT STRATEGIC EQ[7] | 2,238.16 | 13.94 | 31,199.99 | | | | 31,199.99 | | 2,238.16 shrs | | 14.45 | 32,341.45 |
| AFT | | MAINGATE MLP FUND[8] | 1,296.60 | 7.21 | 9,348.48 | 9,348.48 | | | | | | | | |
| AFT | | PARNASSUS CORE EQUITY INST[9] | 854.72 | 5.93 | 5,068.48 | 5,068.48 | 50.00% | 12,547.65 | 12,547.65 | 42.03 | 298.54 shrs | 34.93 | 45.18 | 13,522.98 |
| AFT | | PIMCO COMM REAL RET[10] | | | | | 50.00% | 12,547.65 | 12,547.65 | 21.82 | 575.05 shrs | | 24.09 | 13,853.02 |
| AFT | ETF | TOUCHSTONE SANDS CAPITAL INST[6] | | | | | | | | | | | | |
| AFT | | VANGUARD FTSE DEV MKT[7] | 456.50 | 40.12 | 18,314.68 | | | | 18,314.68 | 40.12 | 456.5 shrs | 79.89 | 41.02 | 18,803.13 |
| **AFT Subtotals** | | | | Retained Holdings $ 49,514.67 | $ 74,609.98 | $ 25,095.30 | 100.00% Liquidated Holdings | $ 25,095.30 | $ 74,609.98 | | | $ 114.82 | | $ 78,520.59 |
| BFT | Stock | ANHEUSER BUSCH | 18.46 | $ 78.49 | $ 1,448.88 | $ 1,448.88 | | | | | | | | |
| BFT | | BLACKROCK | 2.86 | 416.06 | 1,190.64 | 1,190.64 | | | | | | | | |
| BFT | | CELGENE | (19.15) | 87.96 | (1,684.11) | (1,684.11) | | | | | | | | |
| BFT | | EBAY | 18.54 | 35.61 | 660.31 | 660.31 | | | | | | | | |
| BFT | | HALIBURTON | 21.48 | 32.07 | 688.88 | 688.88 | | | | | | | | |
| BFT | | HOME DEPOT | 4.52 | 184.64 | 834.96 | 834.96 | | | | | | | | |
| BFT | | LAUDER ESTEE | 12.47 | 150.27 | 1,874.55 | 1,874.55 | | | | | | | | |
| BFT | | RAYTHEON | 3.93 | 174.96 | 687.30 | 687.30 | | | | | | | | |
| BFT | | S&P GLOBAL | 3.19 | 193.18 | 615.38 | 615.38 | | | | | | | | |
| BFT | | SCHLUMBERGER | 42.63 | 45.04 | 1,920.06 | 1,920.06 | | | | | | | | |
| BFT | | SCHWAB | 22.64 | 46.02 | 1,041.79 | 1,041.79 | | | | | | | | |
| BFT | | TEXAS INSTRUMENTS | 13.16 | 106.33 | 1,399.72 | 1,399.72 | | | | | | | | |
| BFT | Pooled Equity Funds | CLEARBRIDGE SMALL CAP GROWTH[6] | 873.66 | 5.93 | 5,180.78 | 5,180.78 | 12.50% | 1,982.39 | 1,982.39 | 35.93 | 55.17 shrs | | 35.11 | 1,937.15 |
| BFT | | PARNASSUS CORE EQUITY INST[6] | | | | | 43.75% | 6,938.37 | 6,938.37 | 42.03 | 165.08 shrs | 19.31 | 45.18 | 7,477.69 |
| BFT | | PIMCO COMM REAL RET[10] | | | | | 43.75% | 6,938.37 | 6,938.37 | 21.82 | 317.98 shrs | | 24.09 | 7,660.19 |
| BFT | ETF | TOUCHSTONE SANDS CAPITAL INST[6] | | | | | | | | | | | | |
| BFT | | VANGUARD FTSE DEV MKT[7] | 659.94 | 40.12 | 26,476.88 | | | | 26,476.88 | 40.12 | 659.94 shrs | 115.49 | 41.02 | 27,186.32 |
| **BFT Subtotals** | | | | Retained Holdings $ 26,476.88 | $ 42,336.02 | $ 15,859.14 | 100.00% Liquidated Holdings | $ 15,859.14 | $ 42,336.02 | | | $ 134.80 | | $ 44,261.35 |
| **Grand Totals** | | | | | $ 116,945.99 | $ 40,954.44 | | $ 40,954.44 | $ 116,945.99 | | | $ 249.62 | | $ 122,781.95 |

Notes continued on following page.

**Notes:**

[1] See Report and Schedule 1 for details on the foregone tax-loss harvest.
[2] Reallocation purchase information from Trust Accounts FWTB 02/01/19 - 02/28/19 statements. See Schedule 4c for details.
[3] April Dividends based on Trust Accounts 04/01/19 -04/30/19 statements: Parnassus Div .1173/shr, Vanguard FTSE Div .175/shr. No other dividends.
[4] The shares were delivered to Pershing LLC on May 8, 2019.
[5] Fund values as at May 8, 2019 from Yahoo Finance or based on the final Trust Accounts 04/01/19-04/30/19 statements value.

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 4**

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Potential Tax-Loss Harvest - Loss of Equity Value as of May 13, 2019[1]**

| Description / Investment | Value Effect from Loss Harvest as of 2/6/2019 | | | February 11, 2019 Reallocation[2] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Increase/(Decr) in shares at Repurchase on 1/3/2019 | Shr Price 2/6/2019 | Increase/(Decr) in Value as of 2/6/2019 (February Point-in-Time) | 2/8/2019 Proceeds received from Sale of Certain Securities | 2/11/2019 Reallocation Purchase %[2] | 2/11/19 Reallocation Value from Sale of Certain Securities | 2/11/19 Total Additional Value from Loss Harvest (February Point-in-Time) | 2/11/19 Per Unit Value | 2/11/19 Additional Units/Shares | Interim Dividends Paid: April 2019[3] | Unit/Share Price 5/8/2019[4] | Implied Lost Equity Value May 13, 2019[4,5] (May Point-in-Time) |

Trust | Investment

[6] When the account was closed with FWTB, the marketable securities were transferred to Pershing LLC on various days from May 7 - 13, 2019.

[7] LAZARD INT STRATEGIC EQ and VANGUARD FTSE DEV MKT were pooled equity funds held prior to December 3, 2018; the investments were held through the February 8-11, 2019 reallocation, and ultimately transferred to Pershing LLC in May 2019.

[8] MANGATE MLP FUND was a pooled equity fund in the Portfolio on December 3, 2018. Included it as part of the tax-loss harvest analysis. However, the Portfolio MANGATE investment was liquidated prior to the February 8-10, 2019 reallocation, as such have allocated the additional Harvest Value from MANGATE to the two funds in which the Portfolio Managers reallocated in February 2019.

[9] CLEARBRIDGE SMALL CAP GROWTH, PARNASSUS CORE EQUITY INST and TOUCHSTONE SANDS CAPITAL INST were the go-forward investment choices by the Portfolio managers for the net proceeds of the February 11, 2019 reallocation. See Schedule 4a for details of the actual Trust Accounts purchases.

[10] PIMCO COMM REAL RET was a pooled equity fund in the Portfolio on December 3, 2018; this investment was liquidated as part of the February 2019 reallocation of the Trust Accounts.

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

## Schedule 4a

### THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
### First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
### February 11, 2019 Realignment Purchases[1]

| Trust | Investment | Description | February 2019 Date | Actual Realignment Purchases[2] | % of Realignment Purchase |
|-------|-----------|-------------|--------------------|------------------------------|---------------------------|
| AFT | Pooled | PARNASSUS CORE EQUITY INST | 2/11/2019 | $ 240,060 | 50.00% |
| AFT | Pooled | TOUCHSTONE SANDS CAPITAL INST | 2/11/2019 | 240,060 | 50.00% |
| **AFT** | **Subtotals** | | | **$ 480,120** | **100.00%** |
| BFT | Pooled | CLEARBRIDGE SMALL CAP GROWTH | 2/11/2019 | 78,840 | 12.50% |
| BFT | Pooled | PARNASSUS CORE EQUITY INST | 2/11/2019 | 275,945 | 43.75% |
| BFT | Pooled | TOUCHSTONE SANDS CAPITAL INST | 2/11/2019 | 275,945 | 43.75% |
| **BFT** | **Subtotals** | | | **$ 630,730** | **100.00%** |
| | **Grand Totals** | | | **$ 1,110,850** | |

*Notes:*
[1]   Reallocation purchases from Trust Account FWTB 02/01/19 - 02/28/19 statements after selling off all individual common stock securities and reinvesting in Pooled Equity Funds.
[2]   Per FWTB_0003970 [AFT] and FWTB_0005570 [BFT]

**Schedule 5**

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al.**

**v.**

**First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Value of Equities Transferred on May 8, 2019, to Pershing LLC[1]**

| Trust | Description | Units/Shares Transferred to Pershing | Cost Basis Transferred to Pershing | Unit/Share Price 5/8/2019 | Equity Value Transferred to Pershing LLC May 13, 2019[2] |
|---|---|---|---|---|---|
| AFT | CIBC ATLAS DISCIPLINED EQUITY FUND | 656.968 shrs | $ 11,691.67 | $ 20.61 | $ 13,540.11 |
| AFT | AMERICAN CENTURY INTERMEDIATE-TERM | 134,492.667 shrs | 1,509,106.55 | 11.44 | 1,538,596.10 |
| AFT | BAIRD MIDCAP FUND - INST #76 | 7,830.065 shrs | 158,762.96 | 21.74 | 170,225.61 |
| AFT | CAUSEWAY INTERNATIONAL VALUE FUND | 6,116.442 shrs | 92,253.87 | 15.01 | 91,807.79 |
| AFT | DFA TAX MANAGED US SMALL CAP PORTFOLIO | 2,651.635 shrs | 112,651.82 | 42.39 | 112,402.81 |
| AFT | DODGE & COX INCOME FUND #147 | 15,156.343 shrs | 203,533.68 | 13.72 | 207,945.02 |
| AFT | JOHN HANCOCK US GLOBAL LEADERS | 2,635.79 shrs | 133,229.25 | 53.30 | 140,480.54 |
| AFT | ISHARES RUSSELL MID-CAP VALUE ETF | 560. shrs | 46,912.15 | 88.05 | 49,308.00 |
| AFT | ISHARES RUSSELL 2000 ETF | 715. shrs | 107,151.40 | 157.53 | 112,633.95 |
| AFT | JPMORGAN CHASE & CO ALERIAN ML ETN | 4,955. shrs | 112,131.65 | 24.90 | 123,379.51 |
| AFT | LAZARD INT STRATEGIC EQ | 14,490.567 shrs | 225,754.49 | 14.45 | 209,388.69 |
| AFT | OPPENHEIMER DEVELOPING MARKETS | 3,094.435 shrs | 128,241.08 | 42.41 | 131,234.99 |
| AFT | PARNASSUS CORE EQUITY INST | 5,726.771 shrs | 240,728.26 | 45.18 | 258,735.51 |
| AFT | TOUCHSTONE SANDS CAPITAL INST | 11,001.833 shrs | 240,060.00 | 24.09 | 260,963.48 |
| AFT | VANGUARD FTSE DEV MKT[7] | 4,840. shrs | 211,701.60 | 41.02 | 198,343.20 |
| AFT | VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITIES FUND CLASS I #1860 | 4,139.099 shrs | 114,860.00 | 31.49 | 130,340.23 |
| AFT | Wire and Check Disbursements | 402,011.44 | 402,011.44 | | 402,011.44 |
| **AFT** | | | $ 4,050,781.87 | | $ 4,151,336.98 |
| | Add Back Fees | | | | 27,640.73 |
| | Ending Account Value Before Fees | | | | $ 4,178,977.71 |
| | Annualized Estimated Return on Investment before Fees | | 4.474% | | |
| | S&P 500 Expected Return and Value | | 5.40% | | $ 4,216,000.00 |
| | IPS Expected LT Return and Value | | 6.48% | | $ 4,259,200.00 |
| | S&P 500 Shortfall | | | | $ 37,022.29 |
| | IPS Expected LT Return Shortfall | Shortfall Range | | | $ 107,863.02 |
| BFT | AMERICAN CENTURY INTERMEDIATE-TERM | 143,362.633 shrs | 1,607,511.09 | $ 24.09 | 1,640,068.52 |
| BFT | CAUSEWAY INTERNATIONAL VALUE FUND | 10,502.97 shrs | 158,415.57 | 24.09 | 157,649.58 |
| BFT | DODGE & COX INCOME FUND #147 | 14,943.637 shrs | 200,876.80 | 24.09 | 205,026.71 |
| BFT | ISHARES RUSSELL 2000 ETF | 1,405. shrs | 208,997.41 | 24.09 | 221,329.65 |
| BFT | JPMORGAN CHASE & CO ALERIAN ML ETN | 4,880. shrs | 121,416.50 | 24.09 | 121,512.00 |
| BFT | JANUS HENDERSON ENTERPRISE FUND | 1,450.761 shrs | 181,343.81 | 24.09 | 193,487.99 |
| BFT | LAZARD INT STRATEGIC EQ[7] | 1,792.282 shrs | 24,902.05 | 24.09 | 25,898.47 |
| BFT | OPPENHEIMER DEVELOPING MARKETS | 2,999.349 shrs | 130,977.61 | 24.09 | 127,202.39 |

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 5**

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al.**

v.

**First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Value of Equities Transferred on May 8, 2019, to Pershing LLC[1]**

| Trust | Description | Units/Shares Transferred to Pershing | Cost Basis Transferred to Pershing | Unit/ Share Price 5/8/2019 | Equity Value Transferred to Pershing LLC May 13, 2019[2] |
|---|---|---|---|---|---|
| BFT | CLEARBRIDGE SMALL CAP GROWTH | 2,194.267 shrs | 78,840.00 | 35.11 | 83,140.78 |
| BFT | PARNASSUS CORE EQUITY INST | 6,582.828 shrs | 276,713.16 | 45.18 | 297,412.17 |
| BFT | TOUCHSTONE SANDS CAPITAL INST | 12,646.425 shrs | 275,945.00 | 24.09 | 299,973.20 |
| BFT | VANGUARD FTSE DEV MKT[7] | 7,669. shrs | 342,931.60 | 41.02 | 314,275.62 |
| BFT | Wire and Check Disbursements | | 399,470.38 | | 399,470.38 |
| BFT | | | $ 4,008,340.98 | | $ 4,086,447.46 |
| | Add Back Fees | | | | 27,342.39 |
| | Ending Account Value Before Fees | | | | $ 4,113,789.85 |
| | Annualized Estimated Return on Investment before Fees | | 2.845% | | |
| | S&P 500 Expected Return and Value | | 5.40% | | 4,216,000.00 |
| | IPS Expected LT Return and Value | | 6.48% | | 4,259,200.00 |
| | S&P 500 Shortfall | | | | 102,210.15 |
| | IPS Expected LT Return Shortfall | Shortfall Range | | | 172,752.54 |
| | | Combined Portfolio Returns | | | |
| | Combined Ending Account Returns and Values *Before Fees* | 3.660% | | | $ 8,292,767.56 |
| | Combined Ending Account Returns and Values *After Fees* | 2.972% | | | $ 8,237,784.44 |
| | S&P 500 Expected  Return and Value | | 5.40% | | 8,432,000.00 |
| | IPS Expected LT Return and Value | | 6.48% | | 8,518,400.00 |
| | S&P 500 Shortfall | | | | 139,232.44 |
| | IPS Expected LT Return Shortfall | Combined Shortfall Range | | | 280,615.56 |

Notes:
[1] Securities delivered to Pershing LLC from Trust Accounts 05/01/19-05/31/19 statements.  See Report for details.
[2] Equity value transferred per FWTB_0003970 [AFT] and FWTB_0005570 [BFT].

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | **Schedule 6** | | |
| 2 | **THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG** | | | | |
| 3 | **First Western Trust Bank Fees Charged to Trust Accounts** | | | | |
| 4 | | | | | |
| 5 | **Statement Period Ended** | **Investment Management and Portfolio Fees Charged** | **Total Portfolio** | **Prejudgment Interest to Estimated Trial Date** | **Total Fees & Prejudgment Interest** |
| 6 | **Aaron H. Fleck Revocable Trust Account # 61-2671-02-4** | | | | |
| 7 | 5/31/2018 | $ - | $ 4,023,134.70 | $ - | $ - |
| 8 | 6/30/2018 | | 4,016,372.04 | - | - |
| 9 | 7/31/2018 | 1,668.28 | 4,067,632.48 | 840.13 | 2,508.41 |
| 10 | 8/31/2018 | - | 4,119,241.28 | - | - |
| 11 | 9/30/2018 | - | 4,120,737.18 | - | - |
| 12 | 10/31/2018 | 4,043.52 | 3,927,261.90 | 1,919.40 | 5,962.92 |
| 13 | 11/30/2018 | 0.43 | 3,940,131.34 | 0.20 | 0.63 |
| 14 | 12/31/2018 | 43.61 | 3,823,556.49 | 19.88 | 63.49 |
| 15 | 1/31/2019 | 7,394.02 | 3,992,136.04 | 3,300.21 | 10,694.23 |
| 16 | 2/28/2019 | - | 4,071,142.59 | - | - |
| 17 | 3/31/2019 | - | 4,119,371.76 | - | - |
| 18 | 4/30/2019 | 6,873.79 | 4,183,161.36 | 2,883.07 | 9,756.86 |
| 19 | 5/31/2019 | 7,617.08 | 1,056.62 | 3,124.33 | 10,741.41 |
| 20 | 6/30/2019 | - | - | | - |
| 21 | **Relevant Totals** | $ 27,640.73 | | $ 12,087.22 | $ 39,727.95 |
| 22 | % Fees to Avg Total Portfolio Bal | 0.685% | $ 4,033,656.60 | | |
| 24 | | | | | |
| 25 | **Barbara G. Fleck Revocable Trust Account # 61-2671-01-6** | | | | |
| 26 | 5/31/2018 | $ - | $ 4,000,926.62 | $ - | $ - |
| 27 | 6/30/2018 | | 3,990,928.46 | - | - |
| 28 | 7/31/2018 | 1,660.42 | 4,040,176.01 | 836.17 | 2,496.59 |
| 29 | 8/31/2018 | - | 4,082,496.43 | - | - |
| 30 | 9/30/2018 | - | 4,078,211.69 | - | - |
| 31 | 10/31/2018 | 4,013.04 | 3,879,392.99 | 1,904.93 | 5,917.97 |
| 32 | 11/30/2018 | 0.43 | 3,890,450.19 | 0.20 | 0.63 |
| 33 | 12/31/2018 | 43.61 | 3,774,541.36 | 19.88 | 63.49 |
| 34 | 1/31/2019 | 7,311.11 | 3,934,035.79 | 3,263.21 | 10,574.32 |
| 35 | 2/28/2019 | - | 4,014,182.00 | - | - |
| 36 | 3/31/2019 | - | 4,053,339.21 | - | - |
| 37 | 4/30/2019 | 6,776.84 | 4,113,371.09 | 2,842.40 | 9,619.24 |
| 38 | 5/31/2019 | 7,536.94 | 1,126.29 | 3,091.46 | 10,628.40 |
| 39 | 6/30/2019 | - | - | | - |
| 40 | **Relevant Totals** | $ 27,342.39 | | $ 11,958.26 | $ 39,300.65 |
| 41 | % Fees to Avg Total Portfolio Bal | 0.686% | $ 3,987,670.99 | | |
| 42 | **Totals** | $ 54,983.12 | | $ 24,045.48 | $ 79,028.60 |
| 43 | ** Prejudgment Interest calculated at 8% per annum compounded annually to November 15, 2023.  I have calculated prejudgment interest in these opinions for the convenience of the trier of fact. | | | | |

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
Summary of Trust Account Activity from May 2018 through June 2019

**Schedule 6a**

### Aaron H. Fleck Revocable Trust Account #51-2671-02-4

| Statement Period Ended | Beginning Bal | Interest | Dividends | Fees & Expenses | Cash Transfers | Realized Gains (Losses) | Change in Accrued Income Balance | Unrealized Appreciation (Depreciation) | Non-Cash Activity | Distributions to/for Beneficiary | Cash & Equity | % | Cur. Yield Cash | Fixed Income (Posted Income Funds) | % | Cur. Yield Fixed Income | Equities [All Other Investments] | % | Cur. Yield Equities | Total Portfolio | Cur. Total Yield | Accrued Income | Total Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2018 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,315.37 | $ 19,810.33 | $ - | $ - | $ 176,099.07 | 4.4% | 1.64% | $ 1,276,863.30 | 31.8% | 3.33% | $ 2,566,856.96 | 63.9% | 1.47% | $ 4,019,819.33 | 2.07% | $ 3,315.37 | $ 4,023,134.70 |
| 6/30/2018 | 4,023,134.70 | 1,140.31 | 10,508.67 | (1,668.28) | - | 17.04 | 22.50 | (18,461.18) | - | - | 181,558.38 | 4.5% | 1.76% | 1,276,800.37 | 31.8% | 3.28% | 2,554,675.42 | 63.7% | 1.46% | 4,013,034.17 | 2.05% | 3,337.87 | 4,016,372.04 |
| 7/31/2018 | 4,016,372.04 | 247.49 | 5,456.36 | - | - | 143.81 | 143.81 | 47,081.06 | - | - | 181,309.86 | 4.5% | 1.80% | 1,281,363.68 | 31.5% | 3.30% | 2,601,477.26 | 64.0% | 1.44% | 4,064,150.80 | 2.04% | 3,481.68 | 4,067,632.48 |
| 8/31/2018 | 4,067,632.48 | 276.82 | 3,267.90 | - | - | 4,406.28 | 1,414.62 | 42,243.18 | - | - | 42,890.42 | 1.0% | 1.82% | 2,060,760.08 | 50.1% | 3.16% | 2,010,864.48 | 48.9% | 1.58% | 4,114,344.98 | 2.36% | 4,896.30 | 4,119,241.28 |
| 9/30/2018 | 4,082,484.43 | 197.87 | 10,793.96 | (4,043.52) | - | (2,977.76) | 608.90 | (10,104.83) | - | - | 43,584.07 | 1.1% | 1.90% | 2,044,142.52 | 50.0% | 1.54% | 2,014,459.92 | 49.0% | 1.54% | 4,115,231.98 | 2.35% | 5,505.20 | 4,120,737.18 |
| 10/31/2018 | 4,120,737.18 | 65.72 | 7,114.21 | (0.43) | - | (342.40) | (608.11) | (193,025.82) | - | - | 42,534.03 | 1.1% | 2.06% | 2,044,142.52 | 52.1% | 3.23% | 1,835,688.26 | 46.8% | 1.70% | 3,922,364.81 | 2.50% | 4,897.09 | 3,927,261.90 |
| 11/30/2018 | 3,927,261.90 | 72.31 | 4,850.66 | (43.61) | - | (37,582.48) | (284.15) | 45,813.51 | - | - | 291,433.31 | 7.4% | 2.10% | 1,965,732.95 | 49.9% | 1.96% | 1,678,352.14 | 42.6% | 1.96% | 3,935,510.40 | 2.55% | 4,612.94 | 3,940,131.34 |
| 12/31/2018 | 3,940,131.34 | 163.66 | 19,458.80 | (43.61) | - | 18,089.67 | 459.47 | (154,702.94) | - | - | 64,014.09 | 7.7% | 2.23% | 2,048,535.99 | 53.9% | 3.18% | 1,697,944.80 | 44.5% | 2.34% | 3,816,494.08 | 2.79% | 5,072.41 | 3,823,536.49 |
| 1/31/2019 | 3,823,536.49 | 388.79 | 4,850.61 | (7,384.02) | - | - | (300.31) | 171,654.48 | - | - | 57,623.49 | 1.4% | 2.77% | 2,102,354.45 | 52.2% | 3.23% | 1,848,016.00 | 46.3% | 2.77% | 3,987,993.94 | 2.72% | 4,142.10 | 3,992,136.04 |
| 2/28/2019 | 3,992,136.04 | 120.14 | 4,021.97 | - | - | (2.56) | (189.37) | 72,740.79 | - | - | 55,720.12 | 1.4% | 2.28% | 2,092,107.63 | 51.5% | 3.12% | 1,917,046.53 | 47.2% | 1.69% | 4,064,874.28 | 2.44% | 6,268.31 | 4,071,142.59 |
| 3/31/2019 | 4,071,142.59 | 190.70 | 8,478.61 | - | - | (911.38) | (189.37) | 40,660.61 | - | - | 42,028.24 | 1.0% | 2.30% | 2,096,368.44 | 51.0% | 3.06% | 1,974,898.14 | 48.0% | 1.64% | 4,113,292.82 | 2.37% | 6,078.94 | 4,119,371.76 |
| 4/30/2019 | 4,113,371.76 | 82.75 | 5,996.21 | (6,873.79) | - | - | (1,043.46) | 65,627.89 | - | - | 36,884.20 | 0.9% | 2.30% | 2,104,436.63 | 50.4% | 2.96% | 2,037,005.05 | 48.8% | 1.59% | 4,178,125.88 | 2.28% | 5,035.48 | 4,183,161.36 |
| 5/31/2019 | 4,183,161.36 | 77.45 | 4,958.03 | - | - | - | (3,978.86) | (129,356.08) | (3,648,770.43) | (400,954.82) | | | | | | | | | | | | 1,056.62 | 1,056.62 |
| 6/30/2019 | 1,056.62 | 18.45 | 1,038.17 | (7,617.08) | - | 3,537.05 | 1,056.62 | | | (1,056.62) | | | | | | | | | | | | 1,056.62 | 1,056.62 |
| **Relevant Totals** | | 3,052.46 | 90,794.26 | (27,640.73) | - | (15,424.12) | | | (3,648,770.43) | (400,954.82) / (1,056.62) | | | | | | | | | | | | | |
| **Averages** | | | | | | | | | | | | 2.55% | 2.04% | | 46.34% | 3.18% | | 51.13% | 1.72% | | 2.38% | | |

### Barbara G. Fleck Revocable Trust Account #51-2671-01-6

| Statement Period Ended | Beginning Bal | Interest | Dividends | Fees & Expenses | Cash Transfers | Realized Gains (Losses) | Change in Accrued Income Balance | Unrealized Appreciation (Depreciation) | Non-Cash Activity | Distributions to/for Beneficiary | Cash & Equity | % | Cur. Yield Cash | Fixed Income (Posted Income Funds) | % | Cur. Yield Fixed Income | Equities [All Other Investments] | % | Cur. Yield Equities | Total Portfolio | Cur. Total Yield | Accrued Income | Total Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2018 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,222.18 | $ (2,205.56) | $ - | $ - | $ 171,336.46 | 4.3% | 1.64% | $ 1,279,396.80 | 32.0% | 3.33% | $ 2,546,071.18 | 63.7% | 1.50% | $ 3,997,704.44 | 2.09% | $ 3,222.18 | $ 4,000,926.62 |
| 6/30/2018 | 4,000,926.62 | 1,011.60 | 13,404.02 | - | - | 17.04 | 111.24 | (24,542.06) | - | - | 179,532.28 | 4.5% | 1.76% | 1,279,387.80 | 32.1% | 3.28% | 2,528,694.96 | 63.4% | 1.50% | 3,987,595.04 | 2.08% | 3,333.42 | 3,990,928.46 |
| 7/31/2018 | 3,990,928.46 | 241.23 | 4,187.00 | (1,660.42) | - | 146.74 | 146.74 | 46,333.00 | - | - | 179,524.96 | 4.4% | 1.80% | 1,283,934.00 | 31.8% | 3.30% | 2,573,236.89 | 63.7% | 1.48% | 4,036,695.85 | 2.07% | 3,480.16 | 4,040,176.01 |
| 8/31/2018 | 4,040,176.01 | 273.99 | 3,232.05 | - | - | (9,551.15) | 1,402.12 | 47,363.41 | - | - | 38,519.92 | 0.9% | 1.82% | 2,189,011.04 | 53.2% | 3.16% | 1,870,083.19 | 45.9% | 1.37% | 4,077,614.15 | 2.33% | 4,882.28 | 4,082,496.43 |
| 9/30/2018 | 4,082,496.43 | 203.59 | 11,098.93 | (342.40) | - | 1,028.89 | 1,028.89 | (16,273.77) | - | - | 38,672.89 | 0.9% | 1.89% | 2,093,570.32 | 51.2% | 1.66% | 1,949,057.31 | 47.9% | 1.60% | 4,072,300.52 | 2.40% | 5,011.77 | 4,078,212.30 |
| 10/31/2018 | 4,078,211.69 | 59.47 | 7,493.47 | (4,013.04) | - | (2,977.76) | (1,281.96) | (198,088.88) | - | - | 39,275.49 | 1.0% | 2.06% | 2,070,015.62 | 53.4% | 3.12% | 1,765,472.67 | 45.6% | 1.77% | 3,874,763.78 | 2.55% | 4,629.21 | 3,879,392.99 |
| 11/30/2018 | 3,879,392.99 | 66.70 | 4,588.38 | (0.43) | - | (70,929.97) | 1,981.70 | 75,350.82 | - | - | 141,101.80 | 3.6% | 2.10% | 2,056,499.64 | 53.0% | 3.12% | 1,686,227.84 | 43.4% | 2.35% | 3,883,839.28 | 2.75% | 6,610.91 | 3,890,450.19 |
| 12/31/2018 | 3,890,450.19 | 126.64 | 23,333.19 | (43.61) | - | 9,720.66 | (1,869.62) | (147,176.09) | - | - | 83,899.66 | 2.2% | 2.22% | 2,136,189.36 | 56.0% | 3.18% | 1,576,985.91 | 41.8% | 2.88% | 3,769,800.28 | 2.88% | 4,741.28 | 3,774,541.37 |
| 1/31/2019 | 3,774,541.37 | 219.13 | 4,698.84 | (7,311.11) | - | - | (691.74) | 162,579.30 | - | - | 77,411.42 | 2.0% | 2.77% | 2,136,189.36 | 54.4% | 3.23% | 1,716,385.46 | 43.7% | 2.81% | 3,929,988.24 | 2.81% | 4,048.55 | 3,934,035.79 |
| 2/28/2019 | 3,934,035.79 | 158.21 | 3,891.15 | - | - | 4,848.15 | 2,006.38 | 69,239.12 | - | - | 63,093.61 | 1.6% | 2.28% | 2,146,266.02 | 53.5% | 3.12% | 1,708,761.44 | 44.9% | 1.68% | 4,081,123.07 | 2.46% | 6,058.93 | 4,014,182.00 |
| 3/31/2019 | 4,014,182.00 | 87.47 | 8,028.57 | - | - | 1,443.32 | 818.23 | 28,627.13 | - | - | 43,752.30 | 1.1% | 2.30% | 2,188,807.66 | 54.1% | 3.06% | 1,813,902.09 | 44.8% | 1.63% | 4,046,462.05 | 2.43% | 6,877.16 | 4,053,339.21 |
| 4/30/2019 | 4,053,339.21 | 81.68 | 6,789.71 | (6,776.84) | - | 4,033.60 | (1,615.09) | 61,546.63 | - | - | 38,405.01 | 0.9% | 2.30% | 2,197,135.09 | 53.5% | 2.30% | 1,872,568.92 | 45.6% | 1.99% | 4,108,109.02 | 1.99% | 5,262.07 | 4,113,371.09 |
| 5/31/2019 | 4,113,371.09 | 81.68 | 5,180.39 | (7,506.94) | - | - | (4,138.78) | (102,653.06) | (3,608,670.60) | (398,344.09) | | | | | | | | | | | | 1,126.29 | 1,126.29 |
| 6/30/2019 | 1,726.29 | 19.65 | 1,106.64 | - | - | - | 1,126.29 | | | (1,126.29) | | | | | | | | | | | | 1,126.29 | 1,126.29 |
| **Relevant Totals** | | 2,788.32 | 97,032.56 | (27,342.39) | - | (64,138.51) | | | (3,608,670.60) | (398,344.09) / (1,126.29) | | | | | | | | | | | | | |
| **Averages** | | | | | | | | | | | | 2.30% | 2.04% | | 48.17% | 3.12% | | 49.53% | 1.78% | | 2.40% | | |

Damage Schedules

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

## Schedule 6b

### THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG

### Trust Account Performance by Asset Class from May 2018 through May 2019

#### Market Value of Portfolio

| Cash & Equiv. | % | Cur. Yield Cash | [Pooled Income Funds] Fixed Income | % | Cur. Yield Fixed Income | [All Other Investments] Equities | % | Cur. Yield Equities | Total Portfolio | Cur. Total Yield | Accrued Income | Total Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aaron H. Fleck Revocable Trust Account # 61-2671-02-4** | | | | | | | | | | | | |
| $ 176,099.07 | 4.4% | 1.64% | $ 1,276,863.30 | 31.8% | 3.33% | 2,566,856.96 | 63.9% | 1.47% | $ 4,019,819.33 | 2.07% | $ 3,315.37 | $ 4,023,134.70 |
| 181,558.38 | 4.5% | 1.76% | 1,276,800.37 | 31.8% | 3.28% | 2,554,675.42 | 63.7% | 1.46% | 4,013,034.17 | 2.05% | 3,337.87 | 4,016,372.04 |
| 181,309.86 | 4.5% | 1.80% | 1,281,363.68 | 31.5% | 3.30% | 2,601,477.26 | 64.0% | 1.44% | 4,064,150.80 | 2.04% | 3,481.68 | 4,067,632.48 |
| 42,690.42 | 1.0% | 1.82% | 2,060,760.08 | 50.1% | 3.16% | 2,010,894.48 | 48.9% | 1.58% | 4,114,344.98 | 2.38% | 4,896.30 | 4,119,241.28 |
| 43,584.07 | 1.1% | 1.90% | 2,057,187.99 | 50.0% | 3.15% | 2,014,459.92 | 49.0% | 1.54% | 4,115,231.98 | 2.35% | 5,505.20 | 4,120,737.18 |
| 42,534.03 | 1.1% | 2.06% | 2,044,142.52 | 52.1% | 3.23% | 1,835,688.26 | 46.8% | 1.70% | 3,922,364.81 | 2.50% | 4,897.09 | 3,927,261.90 |
| 291,433.31 | 7.4% | 2.10% | 1,965,732.95 | 49.9% | 3.12% | 1,678,352.14 | 42.6% | 1.96% | 3,935,518.40 | 2.55% | 4,612.94 | 3,940,131.34 |
| 64,014.69 | 1.7% | 2.23% | 2,056,525.33 | 53.9% | 3.18% | 1,697,944.06 | 44.5% | 2.34% | 3,818,484.08 | 2.79% | 5,072.41 | 3,823,556.49 |
| 57,623.49 | 1.4% | 2.28% | 2,082,354.45 | 52.2% | 3.23% | 1,848,016.00 | 46.3% | 2.17% | 3,987,993.94 | 2.72% | 4,142.10 | 3,992,136.04 |
| 55,720.12 | 1.4% | 2.28% | 2,092,107.63 | 51.5% | 3.12% | 1,917,046.53 | 47.2% | 1.69% | 4,064,874.28 | 2.44% | 6,268.31 | 4,071,142.59 |
| 42,028.24 | 1.0% | 2.30% | 2,096,366.44 | 51.0% | 3.06% | 1,974,898.14 | 48.0% | 1.64% | 4,113,292.82 | 2.37% | 6,078.94 | 4,119,371.76 |
| 36,084.20 | 0.9% | 2.30% | 2,104,436.63 | 50.4% | 2.95% | 2,037,605.05 | 48.8% | 1.59% | 4,178,125.88 | 2.28% | 5,035.48 | 4,183,161.36 |
| | | | | | | | | | | | 1,056.62 | 1,056.62 |
| | 2.53% | 2.04% | | 46.34% | 3.18% | | 51.13% | 1.72% | | 2.38% | | |
| **Barbara G. Fleck Revocable Trust Account # 61-2671-01-6** | | | | | | | | | | | | |
| $ 171,336.46 | 4.3% | 1.64% | $ 1,279,396.80 | 32.0% | 3.33% | 2,546,971.18 | 63.7% | 1.50% | $ 3,997,704.44 | 2.09% | $ 3,222.18 | $ 4,000,926.62 |
| 179,532.28 | 4.5% | 1.76% | 1,279,367.80 | 32.1% | 3.28% | 2,528,694.96 | 63.4% | 1.50% | 3,987,595.04 | 2.08% | 3,333.42 | 3,990,928.46 |
| 179,524.96 | 4.4% | 1.80% | 1,283,934.00 | 31.8% | 3.30% | 2,573,236.89 | 63.7% | 1.48% | 4,036,695.85 | 2.07% | 3,480.16 | 4,040,176.01 |
| 38,519.92 | 0.9% | 1.82% | 2,169,011.04 | 53.2% | 3.16% | 1,870,083.19 | 45.9% | 1.37% | 4,077,614.15 | 2.33% | 4,882.28 | 4,082,496.43 |
| 39,672.89 | 1.0% | 1.90% | 2,083,570.32 | 51.2% | 3.15% | 1,949,057.31 | 47.9% | 1.60% | 4,072,300.52 | 2.40% | 5,911.17 | 4,078,211.69 |
| 39,275.49 | 1.0% | 2.06% | 2,070,015.62 | 53.4% | 3.23% | 1,765,472.67 | 45.5% | 1.77% | 3,874,763.78 | 2.55% | 4,629.21 | 3,879,392.99 |
| 141,101.80 | 3.6% | 2.10% | 2,056,499.64 | 53.0% | 3.12% | 1,686,237.84 | 43.4% | 2.35% | 3,883,839.28 | 2.75% | 6,610.91 | 3,890,450.19 |
| 83,899.66 | 2.2% | 2.23% | 2,109,314.51 | 56.0% | 3.18% | 1,576,585.91 | 41.8% | 2.52% | 3,769,800.08 | 2.88% | 4,741.28 | 3,774,541.36 |

Damage Schedules

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

### Schedule 6b

**THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v. First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG**

**Trust Account Performance by Asset Class from May 2018 through May 2019**

Market Value of Portfolio

| | Cash & Equiv | % | Cur. Yield Cash | [Pooled Income Funds] Fixed Income | % | Cur. Yield Fixed Income | [All Other Investments] Equities | % | Cur. Yield Equities | Total Portfolio | Cur. Total Yield | Accrued Income | Total Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 77,411.42 | 2.0% | 2.27% | 2,136,189.36 | 54.4% | 3.23% | 1,716,385.46 | 43.7% | 2.32% | 3,929,986.24 | 2.81% | 4,049.55 | 3,934,035.79 |
| 33 | 63,093.61 | 1.6% | 2.28% | 2,146,268.02 | 53.5% | 3.12% | 1,798,761.44 | 44.9% | 1.68% | 4,008,123.07 | 2.46% | 6,058.93 | 4,014,182.00 |
| 34 | 43,752.30 | 1.1% | 2.30% | 2,188,807.66 | 54.1% | 3.06% | 1,813,902.09 | 44.8% | 1.68% | 4,046,462.05 | 2.43% | 6,877.16 | 4,053,339.21 |
| 35 | 38,405.01 | 0.9% | 2.30% | 2,197,135.09 | 53.5% | 2.30% | 1,872,568.92 | 45.6% | 1.63% | 4,108,109.02 | 1.99% | 5,262.07 | 4,113,371.09 |
| 36 | | | | | | | | | | | | 1,126.29 | 1,126.29 |
| 38 | | 2.30% | 2.04% | | 48.17% | 3.12% | | 49.53% | 1.78% | | 2.40% | | |

**Fleck Trust Account Performance 5/18 - 5/19**

| | Account Name | Asset Class | Avg Balance | Weight of Portfolio | Average Yield | Weighted Yield |
|---|---|---|---|---|---|---|
| 43 | AHF Trust | Cash and Equivalents | $ 101,223.32 | 2.53% | 2.04% | |
| 44 | BHF Trust | Cash and Equivalents | 91,293.82 | 2.30% | 2.04% | |
| 45 | | Total | $ 192,517.14 | 2.40% | 2.04% | 0.049% |
| 46 | AHF Trust | Fixed Income/Pooled Income Funds | $ 1,866,220.11 | 46.34% | 3.18% | |
| 47 | BHF Trust | Fixed Income/Pooled Income Funds | 1,916,625.82 | 48.17% | 3.12% | |
| 48 | | Total | $ 3,782,845.96 | 47.22% | 3.15% | 1.487% |
| 49 | AHF Trust | Equities | $ 2,061,492.85 | 51.13% | 1.72% | |
| 50 | BHF Trust | Equities | 1,974,829.82 | 49.53% | 1.78% | |
| 51 | | Total | $ 4,036,323.06 | 50.38% | 1.75% | 0.881% |
| 52 | | Total | | 100.00% | | 2.417% |

Damage Schedules

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 7a**

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
The Aaron H. Fleck Revocable Trust Portfolio Account #61-XXXX-02-4

November 30, 2018 Statement Details

| | May 29 / May 29 2018 | | | November 2018 | | | | 11/30/2018 Stmt | | | per 11/18 | 11/18 Stmt | 11/18 Stmt | per 11/18 Stmt | per 11/18 Stmt | 11/18 Stmt | 11/18 Stmt | Gain | (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Shares | Share Price | Basis | Acquisition Date | # Shares | Share Price | Basis | # Shares per Stmt | Shr Value per Stmt | Market Value | Per Shr Cost | Total Cost/Avg Unit Cost | Unrealized Gain (Loss) | Est. Income | Accrued Yield | Current Yield | Unrealized Gain (Loss) | Unrealized Gain | Unrealized (Loss) |

**Common Stock**

| Name | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 183 | 61.11 | 11,183.13 | | | | | 183 | 74.05 | 13,551.15 | 61.11 | 11,183.13 | 2,368.02 | 204.00 | | 1.51% | 2,368.02 | 2,368.02 | |
| ACCENTURE CLS A | 37 | 153.19 | 5,668.03 | | | | | 37 | 164.52 | 6,087.24 | 153.19 | 5,668.03 | 419.21 | 128.00 | | 1.77% | 419.21 | 419.21 | |
| ALPHABET | 1 | 1,065.17 | 5,326.85 | | | | | 10 | 1,109.65 | 11,096.50 | 1,092.20 | 11,092.20 | 4.30 | | | 0.00% | 4.30 | 4.30 | |
| AMERICAN TOWER | 84 | 135.92 | 11,417.28 | | | | | 84 | 164.49 | 13,817.16 | 135.92 | 11,417.28 | 2,399.88 | 282.00 | | 2.04% | 2,399.88 | 2,399.88 | |
| ANHEUSER BUSCH | 120 | 92.10 | 11,052.00 | | | | | 120 | 76.87 | 9,224.40 | 92.10 | 11,052.00 | (1,827.60) | 303.00 | 95.62 | 3.28% | (1,827.60) | | (1,827.60) |
| BLACKROCK | 21 | 521.15 | 10,944.15 | | | | | 21 | 8,988.21 | 8,988.21 | 521.15 | 10,944.15 | (1,955.94) | 109.00 | | 2.91% | (1,955.94) | | (1,955.94) |
| BOEING | 16 | 351.72 | 5,627.52 | | | | | 16 | 346.76 | 5,548.16 | 351.72 | 5,627.52 | (79.36) | 109.00 | 27.36 | 1.96% | (79.36) | | (79.36) |
| CELGENE | 145 | 72.22 | 11,252.00 | | | | | 145 | 72.22 | 10,471.90 | 77.60 | 11,252.00 | (780.10) | | | 0.00% | (780.10) | | (780.10) |
| CVS | 173 | 64.72 | 11,196.56 | | | | | 173 | 80.20 | 13,874.60 | 64.72 | 11,196.56 | 2,678.04 | 346.00 | | 2.49% | 2,678.04 | 2,678.04 | |
| DANAHER | 112 | 99.99 | 11,198.88 | | | | | 112 | 109.54 | 12,268.48 | 99.99 | 11,198.88 | 1,069.60 | 71.00 | | 0.58% | 1,069.60 | 1,069.60 | |
| DOLLAR GEN | 60 | 95.97 | 5,758.20 | | | | | 60 | 110.99 | 6,659.40 | 95.97 | 5,758.20 | 901.20 | 69.00 | | 1.04% | 901.20 | 901.20 | |
| EBAY | 300 | 37.56 | 11,268.00 | | | | | 300 | 28.65 | 8,595.00 | 37.56 | 11,268.00 | (2,673.00) | | | 0.00% | (2,673.00) | | (2,673.00) |
| ECOLAB | 79 | 141.80 | 11,202.20 | | | | | 79 | 160.49 | 12,678.71 | 141.80 | 11,202.20 | 1,476.51 | 145.00 | | 1.14% | 1,476.51 | 1,476.51 | |
| FIRST REPUBLIC BK SF | 114 | 98.00 | 11,172.00 | | | | | 114 | 99.15 | 11,303.10 | 98.00 | 11,172.00 | 131.10 | 82.00 | 10.57 | 0.73% | 131.10 | 131.10 | |
| FORTIVE | 151 | 73.79 | 11,142.29 | | | | | 151 | 76.07 | 11,486.57 | 73.79 | 11,142.29 | 344.28 | 42.00 | | 0.37% | 344.28 | 344.28 | |
| GILEAD | 169 | 67.24 | 11,363.56 | | | | | 169 | 72.29 | 12,217.00 | 67.24 | 11,363.56 | 794.20 | 385.00 | | 3.17% | 794.20 | 794.20 | |
| HALIBURTON | 114 | 49.60 | 5,654.40 | | | | | 114 | 31.43 | 3,583.02 | 49.60 | 5,654.40 | (2,071.38) | 82.00 | | 2.29% | (2,071.38) | | (2,071.38) |
| HOME DEPOT | 61 | 185.07 | 11,289.27 | | | | | 61 | 180.32 | 10,999.52 | 185.07 | 11,289.27 | (289.75) | 251.00 | 62.83 | 2.28% | (289.75) | | (289.75) |
| HONEYWELL | 76 | 147.75 | 11,229.00 | | | | | 76 | 149.05 | 11,327.80 | 147.75 | 11,229.00 | 360.40 | 250.00 | 62.32 | 2.23% | 360.40 | 360.40 | |
| INTERCONTINENTAL EXCH | 80 | 69.55 | 5,564.00 | | | | | 80 | 81.72 | 6,537.60 | 69.55 | 5,564.00 | 973.60 | 76.00 | | 1.06% | 973.60 | 973.60 | |
| INTUIT | 29 | 196.58 | 5,700.82 | | | | | 29 | 214.53 | 6,221.37 | 196.58 | 5,700.82 | 520.55 | 54.00 | | 0.87% | 520.55 | 520.55 | |
| JP MORGAN CHASE | 111.19 | | 5,477.55 | | | | | 190 | 111.19 | 11,230.19 | 105.33 | 10,637.89 | 592.30 | 323.00 | | 2.88% | 592.30 | 592.30 | |
| LAZARD LTD REG | 166 | 65.00 | 11,691.67 | | | | | 166 | 64.45 | 10,842.16 | 70.00 | 11,241.79 | 1,200.00 | 380.00 | 32.68 | 2.40% | 1,200.00 | 1,200.00 | |
| MCDONALDS | 70 | 160.60 | 10,943.01 | | | | | 70 | 188.51 | 13,195.70 | 160.60 | 11,241.79 | 1,953.91 | 324.00 | 81.20 | 2.46% | 1,953.91 | 1,953.91 | |
| MICROSOFT | 116 | 97.68 | 11,330.88 | | | | | 116 | 110.89 | 12,863.24 | 97.68 | 11,330.88 | 1,532.36 | 213.00 | 53.36 | 1.66% | 1,532.36 | 1,532.36 | |
| MONSANTO | 45 | 127.44 | 5,734.80 | | | | | | | | | | | | | | | | |
| NIKE | 158 | 70.81 | 11,187.98 | | | | | 158 | 75.12 | 11,868.96 | 70.81 | 11,187.98 | 680.98 | 139.00 | 34.76 | 1.17% | 680.98 | 680.98 | |
| ORACLE | 243 | 46.17 | 11,218.94 | | | | | 243 | 48.76 | 11,848.68 | 46.17 | 11,218.94 | 629.74 | 184.00 | | 1.55% | 629.74 | 629.74 | |
| PAYPAL | 70 | 80.48 | 5,633.60 | | | | | 70 | 85.81 | 6,006.70 | 80.48 | 5,633.60 | 373.10 | | | 0.00% | 373.10 | 373.10 | |
| PEPSICO | 121 | 100.91 | 11,503.74 | | | | | 121 | 121.94 | 13,901.16 | 100.91 | 11,503.74 | 2,397.42 | 422.00 | | 3.04% | 2,397.42 | 2,397.42 | |
| RAYTHEON | 27 | 208.42 | 5,654.40 | | | | | 27 | 175.34 | 4,734.18 | 208.42 | 5,627.34 | (893.16) | 93.00 | | 1.96% | (893.16) | | (893.16) |
| ROPER | 41 | 273.74 | 11,223.34 | | | | | 41 | 297.59 | 12,201.19 | 273.74 | 11,223.34 | 977.85 | 75.00 | | 0.61% | 977.85 | 977.85 | |
| S&P GLOBAL | 66 | 196.57 | 11,211.69 | | | | | 66 | 182.66 | 12,055.56 | 196.57 | 11,208.08 | (393.96) | 56.00 | 14.00 | 1.09% | (393.96) | | (393.96) |
| SCHLUMBERGER | 166 | 67.70 | 11,237.45 | | | | | 190 | 45.10 | 8,569.00 | 66.87 | 12,705.82 | (4,136.82) | 380.00 | | 4.43% | (4,136.82) | | (4,136.82) |
| SCHWAB | 199 | 54.99 | 10,943.01 | | | | | 199 | 44.80 | 8,915.20 | 54.99 | 10,943.01 | (2,027.81) | 103.00 | | 1.16% | (2,027.81) | | (2,027.81) |
| STATE STREET | 113 | 94.51 | 10,679.63 | | | | | | | | | | | | | | | | |
| SYSCO | 66 | 175.46 | 11,361.59 | | | | | 66 | 175.46 | 11,580.36 | 172.14 | 11,361.55 | 218.81 | 110.69 | | 1.18% | 218.81 | 218.81 | |
| TEXAS INSTRUMENTS | 102 | 110.69 | 11,289.92 | | | | | 102 | 99.85 | 10,184.70 | 110.69 | 11,289.92 | (1,105.22) | 314.00 | | 3.08% | (1,105.22) | | (1,105.22) |
| THERMO FISHER | 53 | 208.24 | 11,036.45 | | | | | 53 | 249.55 | 13,226.15 | 208.24 | 11,036.45 | 2,189.70 | 36.00 | | 0.27% | 2,189.70 | 2,189.70 | |
| US BANCORP | 283 | 38.16 | 11,171.64 | | | | | 283 | 48.65 | 13,767.95 | 38.16 | 11,036.66 | 2,189.70 | 50.31 | | 1.59% | 2,189.70 | 2,189.70 | |
| VF CORP | | | | | | | | 283 | | | | | | 200.00 | 50.31 | | | | |
| VISA | 87 | 129.73 | 11,286.51 | | | | | 87 | 141.71 | 12,328.77 | 129.73 | 11,286.51 | 1,042.26 | 87.00 | 21.75 | 0.71% | 1,042.26 | 1,042.26 | |

**Total Common Stock** 2529.245 / 392,512.41 | | | | | | | | 5,886.668 | | 397,882.67 | | 388,046.90 | 9,835.77 | 6,337.00 | 546.76 | 1.59% | 9,835.77 | 28,268.98 | (18,433.21) |

Gain (Loss) Check 9,835.77

**POOLED EQUITY FUNDS**

| Name | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB Small Cap Growth Portfolio Avr #426 | 9871.668 | 160,000.00 | | | | | | 5,004.888 | 15.060 | 88,927.61 | 15.06 | 89,400.00 | (472.39) | | | 0.00% | (472.39) | | (472.39) |
| BAIRD MIDCAP | 20.26 | 200,000.00 | | | | | | 20,790 | | 118,225.83 | | 115,211.90 | 3,013.93 | 1,865.00 | | 2.10% | 3,013.93 | 3,013.93 | |
| CAUSEWAY INT'L VAL | | | | | | | | | | | | | | | | | | | |
| DFA Emrg Developed Equity Fund | 656.968 | 17.80 | 11,691.67 | 11/26/2018 | 5,904.889 | 15.14 | 89,400.00 | | | | | | | | | | | | |
| ClearBridge Small Cap Growth Fund Class I #868 | 1971.414 | 40.58 | 80,000.00 | 11/26/2018 | 2732.833 | 42.67 | 116,610.00 | 2,732.833 | 43.550 | 118,468.31 | 42.67 | 116,610.00 | 1,858.31 | 1,052.00 | | 0.89% | 1,858.31 | 1,858.31 | |
| HARTFORD SCHRODER... | 948.992 | 126.45 | 120,000.00 | | | | | 2,349.256 | 54.290 | 127,541.11 | 51.08 | 210,176.41 | 7,541.11 | 2,747.00 | | 1.40% | 7,541.11 | 7,541.11 | |
| JH FXA MANAGED LGE SMALL CAP | 2349.256 | 51.08 | 120,000.00 | | | | | 13,272.984 | 14.780 | 196,174.70 | 15.85 | 210,176.41 | (14,201.71) | 6,277.00 | | 8.56% | (14,201.71) | | (14,201.71) |
| Janus Henderson For Focd I Shares | 17659.616 | 11.85 | 280,000.00 | | | | | 9,964.912 | 7.360 | 73,341.75 | 8.33 | 83,049.77 | (9,708.02) | 6,277.00 | | 6.32% | (9,708.02) | | (9,708.02) |
| J HANCOCK US GLOBAL | 9592.324 | 8.34 | 80,000.00 | | | | | 12,719.682 | 6.040 | 76,825.37 | 7.46 | 88,602.23 | (11,776.86) | 4,858.00 | | 6.32% | (11,776.86) | | (11,776.86) |
| LAZARD INT'L STRATEGIC EQ | 4629.63 | 17.84 | 120,000.00 | | | | | | | | | | | | | | | | |
| MAINGATE MLP FUND | 17167.382 | 6.99 | 120,000.00 | | | | | | | | | | | | | | | | |
| OPPENHEIMER DEV MKT | 4940.305 | 24.29 | 120,000.00 | | | | | | | | | | | | | | | | |
| TIMCO COMM REAL RET | 4139.099 | 27.75 | 114,860.00 | | | | | | | | | | | | | | | | |

**Total Pooled Equity Funds** 1,066,551.66 | | | | | | | | 4,840.000 | | 360,979.80 | | 950,565.32 | (31,075.65) | 17,726.00 | | 1.93% | (31,075.65) | 12,413.35 | (43,489.00) |

Gain (Loss) Check (31,075.65)

**ETF**

| Name | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISHARES RUSS MIDCAP VAL ETF | 840 | 141.12 | 118,708.89 | 11/23/2018 | 560.000 | 85.750 | 83.772 | 560.000 | 85.750 | 48,020.00 | 83.77 | 46,912.15 | 1,107.85 | 1,094.00 | | 2.28% | 1,107.85 | 1,107.85 | |
| ISHARES RUSS 1000 Growth ETF | 1190 | 201.18 | 239,401.23 | | | | | | | | | | | | | | | | |
| ISHARES RUSS 2000 Growth ETF | | | | 11/26/2018 | 790.000 | 152.620 | 118,391.06 | 790.000 | 152.620 | 120,569.80 | 148.85 | 118,391.06 | 2,178.74 | 1,569.00 | | 1.30% | 2,178.74 | 2,178.74 | |
| ISHARES RUSS 2000 ETF | | | | | | | | | | | | | | | | | | | |
| JPMorgan Chase & CO (Alerian MLP ETN | 4955 | 22.63 | 112,131.65 | | | | | | | | | | | | | | | | |
| VANGUARD FTSE DEV MKT | 7160 | 43.74 | 313,178.40 | | | | | | | | | | | | | | | | |

**Total ETF** 4955 / 783,420.17 | | | | | | | | 4,840.000 | | 192,190.00 | | 377,004.81 | (16,025.01) | 6,253.00 | | 2.47% | (16,025.01) | 3,286.59 | (19,311.60) |

Gain (Loss) Check (16,025.01)

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 7a**

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
The Aaron H. Fleck Revocable Trust Portfolio Account #61-XXXX-02-4

November 30, 2018 Statement Details

| | May 29 - May 31 2018 | | | November 2018 | | | | # Shares per 11/30/2018 Stmt | Shr Value per 11/18 Stmt | Market Value 11/18 Stmt | Per Shr Cost per 11/18 Stmt | Total Cost/Avg Unit Cost per 11/18 Stmt | Unrealized Gain/(Loss) per 11/18 Stmt | Est. Income per 11/18 Stmt | Accrued Income per 11/18 Stmt | Current Yield per 11/18 Stmt | Unrealized Gain (Loss) | Unrealized Gain | Unrealized (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Shares | Share Price | Basis | Acquisition Date | # Shares | Share Price | Basis | | | | | | | | | | | | |
| **[10]** | **POOLED FIXED INC FUNDS - Not Included in Harvesting of Losses Analysis** | | | | | | | | | | | | | | | | | | |
| AM CENT INT TERM TAX FREE | 42933.81 | 11.18 | 480,000.00 | 11/2/2018 | 105,484 | 11.00 | 1,160.32 | 43,460.694 | 11,070 | 481,109.88 | 11.18 | 485,860.81 | (4,750.93) | 13,600.00 | 1,264.01 | 2.83% | (4,750.93) | | (4,750.93) |
| DODGE & COX INCOME | 20710.059 | 13.52 | 280,000.00 | 11/2/2018 | | 13.260 | | 42,502.270 | 13,260 | 563,580.10 | 13.51 | 574,121.60 | (10,541.50) | 15,598.00 | | 2.83% | (10,541.50) | | (10,541.50) |
| FIRST WEST FIXED INC | 29025.544 | 9.65 | 280,000.00 | 11/2/2018 | 236.32 | 9.49 | 2,242.66 | 80,618.427 | 9,500 | 765,875.06 | 9.62 | 775,854.84 | (9,979.78) | 23,621.00 | 2,047.70 | 3.08% | (9,979.78) | | (9,979.78) |
| FIRST WEST SHT DUR HIGH YLD | 23938.186 | 10.03 | 240,100.00 | 11/2/2018 | 112.44 | 9.85 | 1,107.57 | 15,882.079 | 9,770 | 155,167.91 | 10.03 | 159,255.56 | (4,087.65) | 8,115.00 | 590.81 | 5.23% | (4,087.65) | | (4,087.65) |
| **Total Pooled Fixed Inc Funds** | | | 1,280,100.00 | | | | | | | 1,965,732.95 | | 1,995,092.81 | (29,359.86) | 61,274.00 | 3,902.52 | 3.12% | **(29,359.86)** | - | **(29,359.86)** |
| | | | | | | | | | | | | | | | | | Gain (Loss) Check | | **(29,359.86)** |

| | | | | | 11/30/2018 Statement Summary | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Pooled Fixed Inc Funds | | | | 1,965,732.95 | | 1,995,092.81 | (29,359.86) | 61,274.00 | 3,902.52 | | (29,359.86) | | | (29,359.86) |
| Stock | | | | 397,882.67 | | 388,046.90 | 9,835.77 | | | | 9,835.77 | 28,268.98 | | (18,433.21) |
| Pooled Equity Funds | | | | 919,489.67 | | 950,565.32 | (31,075.65) | 32,979.00 | 546.76 | | (31,075.65) | 12,413.35 | | (43,489.00) |
| ETFs | | | | 360,979.80 | | 377,004.81 | (16,025.01) | 6,120.00 | | | (16,025.01) | 3,286.59 | | (19,311.60) |
| Total Cash & Cash Equ | | | | 291,433.31 | | 291,433.31 | | 163.66 | | | | | | |
| **Total Market Value** | | | | 3,935,518.40 | | 4,002,143.15 | (66,624.75) | 100,373.00 | 4,612.94 | | **(66,624.75)** | **43,968.92** | | **(110,593.67)** |
| Accrued Income | | | | 4,612.94 | | | | | | | | Gain (Loss) Check | | **(110,593.67)** |
| Total Market Value + Accrued Income | | | | 3,940,131.34 | | | | | | | | | | |

**Footnotes to Aaron H. Fleck Revocable Trust Portfolio Activity Summary:**

**The 41 individual common stock securities owned are part of the large cap core portfolio managed by Aaron Post at FW's Equity Research.**

[1] Number of Shares invested Increased between 5/18/2018 and 11/30/2018
[2] Securities Sold Between 5/18/2018 and 11/2/2018
[3] Securities Acquired post 5/18 and before 11/2/2018
[4] Security Acquired in December 2018
[5] Security Acquired in November 2018
[6] Original Investment in May 2018 was for 4629.63 Shs for $200,000. Sold 2625 shrs on 8/20/2018 for $106,128.75. Reacquired 1066.40 shrs on 11/26/2018 for $40,715.00 illustrates an actual wash sale occurring with FWTB.

| | 5/29/2018 | 8/20/2018 | 11/26/2018 |
|---|---|---|---|
| Oppenheimer | | | |
| Shares | 4629.63 | 2,625.00 | 1,066.40 |
| Price | 43.2 | 40.43 | 38.18 |
| Investment | $ 200,000.00 | $ (106,128.75) | $ 40,715.00 |

[7] For purposes of identifying eligible positions to liquidate, identified eight purchases on the AHFRT November 30, 2018 Portfolio Statement. Of these purchases, five were of equity securities. Three of the five equity security purchases resulted in gain in November 2018. The remaining two, Causeway Int Val and Oppenheimer Dev Mkt had losses, but because of the 30 day prior portion of the Wash Sale Rule, these securities would not have been eligible to be sold to harvest losses as of 12/3/2018.

[8] Prices as of 12/31/2018 obtained from finance.yahoo.com historical price details.
[9] Number of Shares invested Decreased between 5/18/2018 and 11/30/2018
[10] Pooled Fixed Income Funds not included in the Harvesting of Losses for Tax purposes.

Damage Schedules

May 15, 2023

**THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG**

Schedule 7b

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
The Barbara G. Fleck Revocable Trust Portfolio Account #61-XXXX-01-6

November 30, 2018 Statement Details

| | | | | | November 2018 | | | #Shares per 11/30/2018 Stmt | Str Market Value per 11/30 Stmt | Market Value per 11/30 Stmt | Per Shr Cost per 11/30 Stmt | Total Cost/avg per 11/30 Stmt | Unrealized Gain/(Loss) 11/30 Stmt | Est. Income per 11/30 Stmt | Accrued Income 11/30 Stmt | Current Yield per 11/30 Stmt | Unrealized Gain (Loss) | Unrealized Gain (Loss) | Unrealized Gain (Loss) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | #Shares | Share Price | Basis | May 29 – May 31 2018 | #Shares | Acquisition Date | Share Price | Basis | | | | | | | | | | | | |

**Common Stock**

| | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ABBOTT | 183 | 61.11 | 11,183.13 | | | | | | 183 | 74.05 | 13,551.15 | 61.11 | 11,183.13 | 2,368.02 | 204.00 | | 1.51% | 2,368.02 | 2,368.02 | |
| ACCENTURE CLS A | 37 | 153.19 | 5,668.03 | | | | | | 37 | 164.52 | 6,087.24 | 153.19 | 5,668.03 | 419.21 | 108.00 | | 1.77% | 419.21 | 419.21 | |
| ALPHABET | | 1,065.37 | | | | | | | 10 | 1,109.65 | 11,096.50 | 1,109.22 | 11,092.20 | 4.30 | | | 0.00% | 4.30 | 4.30 | |
| AMERICAN TOWER | 84 | 135.92 | 11,417.28 | | | | | | 84 | 164.49 | 13,817.16 | 135.92 | 11,417.28 | 2,399.88 | 282.00 | | 2.04% | 2,399.88 | 2,399.88 | (1,827.60) |
| BLACKROCK | 120 | 92.10 | 11,052.00 | | | | | | 120 | 76.87 | 9,224.40 | 92.10 | 11,052.00 | (1,827.60) | 303.00 | 95.62 | 3.28% | (1,827.60) | (1,827.60) | (1,955.94) |
| BLACKROCK | 21 | 521.15 | 10,944.15 | | | | | | 21 | 428.01 | 8,988.21 | 521.15 | 10,944.15 | (1,955.94) | 262.00 | | 2.91% | (1,955.94) | (1,955.94) | (79.36) |
| BOEING | 16 | 351.72 | 5,627.52 | | | | | | 16 | 346.76 | 5,548.16 | 351.72 | 5,627.52 | (79.36) | 109.00 | 27.36 | 1.96% | (79.36) | (79.36) | (780.10) |
| CELGENE | 145 | 77.60 | 11,252.00 | | | | | | 145 | 72.22 | 10,471.90 | 77.60 | 11,252.00 | (780.10) | | | 0.00% | (780.10) | (780.10) | |
| CVS | 173 | 64.72 | 11,196.56 | | | | | | 173 | 80.20 | 13,874.60 | 64.72 | 11,196.56 | 2,678.04 | 346.00 | | 2.49% | 2,678.04 | 2,678.04 | 2,678.04 |
| DANAHER | 112 | 99.99 | 11,198.88 | | | | | | 112 | 109.54 | 12,268.48 | 99.99 | 11,198.88 | 1,069.60 | 71.00 | | 0.58% | 1,069.60 | 1,069.60 | 1,069.60 |
| DOLLAR GEN | 60 | 95.97 | 5,758.20 | | | | | | 60 | 110.99 | 6,548.41 | 95.97 | 5,662.23 | 886.18 | 68.00 | | 1.04% | 886.18 | 886.18 | 886.18 |
| EBAY | 300 | 29.85 | 8,955.00 | | | | | | 300 | 28.85 | 8,955.00 | 29.85 | 8,955.00 | (2,313.00) | | | 0.00% | (2,313.00) | | (2,313.00) |
| ECOLAB | 79 | 141.80 | 11,202.20 | | | | | | 79 | 160.49 | 12,678.71 | 141.80 | 11,202.20 | 1,476.51 | 145.00 | | 1.14% | 1,476.51 | 1,476.51 | |
| FIRST REPUBLIC BK SF | 114 | 98.00 | 11,172.00 | | | | | | 114 | 99.15 | 11,303.10 | 98.00 | 11,172.00 | 131.10 | 82.00 | 10.57 | 0.73% | 131.10 | 131.10 | |
| FORTIVE | 151 | 78.79 | 11,897.29 | | | | | | 151 | 76.07 | 11,486.57 | 77.79 | 11,486.57 | 344.28 | 42.00 | | 0.37% | 344.28 | 344.28 | |
| GILEAD | 169 | 67.24 | 11,363.66 | | | | | | 169 | 71.94 | 12,157.86 | 67.24 | 11,363.66 | 794.20 | 385.00 | | 3.17% | 794.20 | 794.20 | |
| HALIBURTON | 114 | 49.60 | 5,654.40 | | | | | | 114 | 31.43 | 3,583.02 | 49.60 | 5,654.40 | (2,071.38) | 82.00 | | 2.29% | (2,071.38) | (2,071.38) | (2,071.38) |
| HOME DEPOT | 61 | 185.07 | 11,289.27 | | | | | | 61 | 180.12 | 10,999.52 | 185.07 | 11,289.27 | (289.75) | 251.00 | 62.83 | 2.28% | (289.75) | (289.75) | (289.75) |
| HONEYWELL | 76 | 149.75 | 11,378.74 | | | | | | 76 | 146.75 | 11,153.00 | 149.75 | 11,378.74 | 249.00 | 249.00 | 62.32 | 2.23% | 369.40 | 369.40 | |
| INTERCONTINENTAL EXCH | 80 | 69.55 | 5,564.00 | | | | | | 80 | 81.72 | 6,537.60 | 69.55 | 5,564.00 | 973.60 | 76.00 | | 1.16% | 973.60 | 973.60 | |
| INTUIT | 29 | 196.58 | 5,700.82 | | | | | | 29 | 214.53 | 6,221.37 | 196.58 | 5,700.82 | 520.55 | 54.00 | | 0.87% | 520.55 | 520.55 | |
| JP MORGAN CHASE | 76 | 147.55 | 10,816.00 | | | | | | 76 | 113.19 | 12,330.19 | 147.55 | 11,770.37 | 592.29 | 333.00 | 81.20 | 1.20% | 592.29 | 592.29 | (559.11) |
| LAUDER ESTEE | 76 | 150.02 | 11,401.27 | | | | | | 76 | 142.66 | 10,842.16 | 150.02 | 11,401.27 | (559.11) | 130.00 | 32.68 | 1.20% | (559.11) | (559.11) | |
| MCDONALDS | 70 | 160.60 | 11,241.79 | | | | | | 70 | 188.51 | 13,195.70 | 160.60 | 11,241.80 | 1,953.90 | 324.00 | 81.20 | 2.46% | 1,953.90 | 1,953.90 | |
| MICROSOFT | 116 | 97.68 | 11,330.88 | | | | | | 116 | 110.89 | 12,863.24 | 97.68 | 11,330.88 | 1,532.36 | 213.00 | 53.36 | 1.66% | 1,532.36 | 1,532.36 | (559.11) |
| MONSANTO | 45 | | 5,734.80 | | | | | | 45 | | | | 5,734.80 | | | | | | | |
| NIKE | 158 | 70.81 | 11,187.98 | | | | | | 158 | 75.12 | 11,868.96 | 70.81 | 11,187.98 | 680.98 | 139.00 | 34.76 | 1.17% | 680.98 | 680.98 | |
| OCCIDENTAL PETRO | 243 | 46.17 | 11,218.94 | | | | | | 243 | 48.76 | 11,848.68 | 46.17 | 11,218.95 | 629.73 | 629.73 | | 1.55% | 629.73 | 629.73 | (893.16) |
| PAYPAL | 70 | 80.48 | 5,633.60 | | | | | | 70 | 85.81 | 6,006.70 | 80.48 | 5,633.60 | 373.10 | | | 0.00% | 373.10 | 373.10 | |
| PEPSICO | 114 | 100.91 | 11,503.74 | | | | | | 114 | 121.94 | 13,901.16 | 100.91 | 11,503.74 | 2,397.42 | 422.00 | | 3.04% | 2,397.42 | 2,397.42 | |
| RAYTHEON | 27 | 208.42 | 5,627.34 | | | | | | 27 | 175.34 | 4,734.18 | 208.42 | 5,627.34 | (893.16) | 93.00 | | 1.96% | (893.16) | (893.16) | (893.16) |
| ROPER TECH | 41 | 273.75 | 11,223.34 | | | | | | 41 | 297.59 | 12,201.19 | 273.74 | 11,223.34 | 977.85 | 75.00 | | 0.61% | 977.85 | 977.85 | 977.85 |
| S&P GLOBAL | 28 | 196.93 | 5,514.04 | | | | | | 28 | 182.86 | 5,120.08 | 196.93 | 5,120.08 | (393.96) | 56.00 | 14.00 | 0.92% | (393.96) | (393.96) | (393.96) |
| SCHLUMBERGER | 166 | 62.70 | 11,237.45 | | | | | | 166 | 45.10 | 8,560.00 | 66.87 | 12,705.83 | (4,136.83) | 380.00 | | 4.43% | (4,136.83) | (4,136.83) | (4,136.83) |
| SCHWAB | 199 | 54.99 | 10,943.01 | | | | | | 199 | 44.80 | 8,915.20 | 54.99 | 10,943.01 | (2,027.81) | 103.00 | | 1.16% | (2,027.81) | (2,027.81) | (2,027.81) |
| STATE STREET | 113 | | 10,679.63 | | | | | | 113 | | | | 10,679.63 | | | | | | | |
| STRYKER | 66 | 172.15 | 11,361.55 | | | | | | 66 | 175.46 | 11,580.36 | 172.14 | 11,361.55 | 218.81 | 137.00 | | 1.18% | 218.81 | 218.81 | |
| TEXAS INSTRUMENTS | 102 | 110.69 | 11,289.92 | | | | | | 102 | 99.85 | 10,184.70 | 110.69 | 11,289.92 | (1,105.22) | 314.00 | | 3.08% | (1,105.22) | (1,105.22) | (1,105.22) |
| THERMO FISHER | 53 | 228.24 | 11,036.41 | | | | | | 53 | 249.55 | 13,226.15 | 208.24 | 11,036.46 | 2,189.69 | 36.00 | | 0.27% | 2,189.69 | 2,189.69 | (811.18) |
| TEXAS | 125 | 88.14 | 11,372.64 | | | | | | 125 | 98.52 | 12,603.30 | 88.14 | 11,293.60 | 1,293.66 | 201.00 | 50.31 | 1.56% | 2,189.69 | 2,189.69 | |
| VISA | 87 | 129.73 | 11,286.51 | | | | | | 87 | 141.71 | 12,328.77 | 129.73 | 11,286.51 | 1,042.26 | 87.00 | 21.75 | 0.71% | 1,042.26 | 1,042.26 | |

| **Total Common Stock** | | | 392,152.41 | | | | | | | | 397,771.68 | | 387,950.99 | 9,820.69 | 6,336.00 | 546.76 | 1.59% | 9,820.70 | 28,253.92 | (18,433.22) |
| | | | | | | | | | | | | | | | | | | | Gain (Loss) Check | 9,820.70 |

**POOLED EQUITY FUNDS**

| [2] | AB Small Cap Growth Portfolio Acv #426 | 2529,245 | 63.26 | 160,000.00 | | | | | | 10,139.696 | 15.060 | 152,703.82 | 15.14 | 153,515.00 | (811.18) | 3,204.00 | | 2.10% | (811.18) | (811.18) | (811.18) |
| [9] | BAIRD MIDCAP | 9871.668 | 20.26 | 200,000.00 | | | | | | | | | | | | | | | | |
| [3] | BAIRD MID CAP | 656,968 | 17.80 | 11,691.67 | 11/27/2018 | 10,139.70 | 15.14 | 153,515.00 | | | | | | | | | | | | |
| [4] [7] | DBC Atlas Disciplined Equity Fund | 1971.414 | 40.58 | 80,000.00 | | | | | | | | | | | | | | | | |
| [8] | ClearBridge Small Cap Growth Fund Class I #868 | | | | | | | | | 1,575,000 | 152.620 | 240,276.50 | 148.75 | 234,280.35 | 6,091.15 | 3,129.00 | | 1.30% | 6,091.15 | 6,091.15 | (1,474.14) |
| [5] | DFA TAX MANAGED US SMALL CAP | 948.992 | 126.08 | 120,000.00 | | | | | | 4,665.000 | 24.570 | 114,619.05 | 24.89 | 116,093.19 | (1,474.14) | 8,723.00 | 2,099.71 | 2.88% | (1,474.14) | (1,474.14) | (38,088.85) |
| | Janus Henderson Tritc Fund I Shares | 2349.256 | 51.08 | 120,000.00 | | | | | | 7,669.000 | 39.750 | 304,942.75 | 44.72 | 342,931.60 | (38,088.85) | 9,908.00 | | 3.25% | (38,088.85) | (38,088.85) | |
| [10] | J HANCOCK US GLOBAL | 9922.612 | 15.85 | 120,000.00 | | | | | | 2,076.659 | 59.070 | 116,298.07 | 43.70 | 130,080.00 | (13,781.93) | 898.00 | | 0.77% | (13,781.93) | (13,781.93) | (13,781.93) |
| [6] [7] | LAZARD INT STRATEGIC EQ | 17655.616 | 6.80 | 280,000.00 | | | | | | 13,001.278 | 6.040 | 78,527.72 | 7.01 | 91,133.24 | (12,605.52) | 4,966.00 | | 6.32% | (12,605.52) | (12,605.52) | (12,605.52) |
| [11] | MANNING & NAPIER | 9592.333 | 8.34 | 80,000.00 | | | | | | | | | | | | | | | | |
| [8] [17] | OPPENHEIMER DVT | 17167.382 | 6.99 | 120,000.00 | | | | | | | | | | | | | | | | |
| | TIMCO COMM REAL RET | 4940.305 | 24.29 | 120,000.00 | | | | | | | | | | | | | | | | |
| | Touchstone Sands Capital Institutional Growth Fund #1 | 4139.090 | 27.07 | 100,000.00 | | | | | | | | | | | | | | | | |
| | VIRTUS DUFF & PHELPS GLOBAL REAL ESTATE SECURITI | | | | | | | | | | | | | | | | | | | |

| **Total Pooled Equity Funds** | | | 1,606,551.66 | | | | | | | | 508,224.86 | | 536,197.03 | (26,972.17) | 9,273.00 | 2,099.71 | 1.82% | (26,972.17) | (26,972.17) | (27,198.63) |
| | | | | | | | | | | | | | | | | | | | Gain (Loss) Check | (26,972.17) |

**Total ETF**

| [7] | ISHARES RUSS MIDCAP VAL | 840 | 141.32 | 118,708.89 | | | | | | | | | | | | | | | | |
| [8] | ISHARES RUSS 1000 Growth ETF | 1190 | 201.18 | 239,401.23 | | | | | | | | | | | | | | | | |
| [9] [1] | ISHARES RUSS 2000 ETF | | | | | | | | | 1,575.00 | 152.620 | 240,276.50 | 148.75 | 234,280.35 | 6,091.15 | 3,129.00 | | 1.30% | 6,091.15 | 6,091.15 | (1,474.14) |
| [2] | iSHARES RUSS 3000 ETF | | | | | | | | | 4,665.000 | 24.570 | 116,093.19 | 24.89 | 116,093.19 | 24.89 | 8,723.00 | 2,099.71 | 2.88% | (1,474.14) | (1,474.14) | (38,088.85) |
| [3] | JPMorgan Chase & CO Adrian ML ETN | 4955 | 22.63 | 112,131.65 | 11/27/2018 | 1,575.00 | 148.75 | 234,285.35 | | | | | | | | | | | | |
| [4] | VANGUARD FTSE DEV MKT | 7160 | 43.74 | 313,178.40 | 11/28/2018 | 4,665.000 | 24.89 | 116,093.19 | | | | | | | | | | | | |
| [5] | VANGUARD INDEX FDS S&P-500 ETF SHS | 7160 | 43.74 | 313,178.40 | 11/27/2018 | 475.000 | 242.55 | 115,213.01 | 475.000 | 253.480 | 120,403.00 | 242.55 | 115,197.61 | 5,189.99 | 2,200.00 | | 1.83% | 5,189.99 | 5,189.99 | |

| **Total Pooled Equity Funds** | | | 1,096,598.57 | | | | | | | | 780,241.30 | | 808,523.15 | (28,281.85) | 23,960.00 | 2,099.71 | 3.07% | 11,281.14 | 11,281.14 | (59,562.99) |
| | | | | | | | | | | | | | | | | | | | Gain (Loss) Check | 11,281.14 |

**Damage Schedules**

May 15, 2023

THE AARON H. FLECK REVOCABLE TRUST, et al. Civil Action No.: 21-cv-01073-CAN-CPG

**Schedule 7b**

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck, et al. v.
First Western Trust Bank, et al. Civil Action No. 2021-cv-01073-CAN-CPG
The Barbara G. Fleck Revocable Trust Portfolio Account #61-XXXX-01-6

November 30, 2018 Statement Details

| | | | May 29 - May 31 2018 | | | November 2018 | | | | # Shares per 11/30/18 Stmt | Str Market Value per 11/18 Stmt | Market Value per 11/18 Stmt | Per Shr Cost per 11/18 Stmt | Total Cost/Avg Unit Cost per 11/18 Stmt | Unrealized Gain/(Loss) per 11/18 Stmt | Est. Income per 11/18 Stmt | Accrued Income per 11/18 Stmt | Current Yield per 11/18 Stmt | Unrealized Gain (Loss) | Unrealized Gain | Unrealized (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # Shares | Basis | Share Price | Acquisition Date | # Shares | Share Price | Basis | | | | | | | | | | | Gain (Loss) Check | |

**POOLED FIXED INC FUNDS - Not Included in Harvesting of Losses Analysis**

| [10] | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [5] | AM CENT INT TERM TAX FREE | 42933.81 | 480,000.00 | 11.18 | 11/2/2018 | 105.78 | 11.00 | 1,163.54 | 43,580,972 | 11,070 | 482,441.36 | 11.15 | 485,913.95 | (3,472.59) | 13,637.00 | 1,267.51 | 2.83% | (3,472.59) | | (3,472.59) |
| [5] | DODGE & COX INCOME | 20710,059 | 280,000.00 | 13.52 | | | | | 51,110,979 | 13,260 | 677,731.58 | 13.49 | 689,290.94 | (11,559.36) | 19,166.00 | 1,986.66 | 2.83% | (11,559.36) | | (11,559.36) |
| [5] | FIRST WEST FIXED INC | 29015,544 | 280,000.00 Various | 9.65 | | 7,142.18 | 9.51 | 67,917.93 | 78,215,072 | 9,500 | 741,943.18 | 9.60 | 750,703.20 | (7,660.02) | 22,917.00 | 8,017.00 | 3.08% | (7,660.02) | | (7,660.02) |
| [4] | FIRST WEST SHT DUR HIGH YLD | 23938,186 | 240,000.00 | 10.03 | 1/2/2018 | 111.86 | 9.85 | 1,101.80 | 15,689,204 | 9,770 | 153,283.52 | 10.03 | 157,321.26 | (4,037.74) | 583.63 | 583.63 | 5.23% | (4,037.74) | | (4,037.74) |
| | **Total Pooled Fixed Inc Funds** | | **1,280,100.00** | | | | | | | | **2,055,499.64** | | **2,083,229.35** | **(26,729.71)** | **63,737.00** | **3,837.80** | **3.10%** | **(26,729.70)** | **-** | **(26,729.70)** |

Gain (Loss) Check: (26,729.70)

**11/30/2018 Statement Summary**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Pooled Fixed Inc Funds | | | | | | | 2,055,499.64 | | 2,083,229.35 | (26,729.71) | 63,737.00 | 3,837.80 | (26,729.70) | | (26,729.70) |
| Stock | | | | | | | 397,771.68 | | 387,950.99 | 9,820.69 | | | 9,820.70 | | (18,433.22) |
| Pooled Equity Funds | | | | | | | 508,224.86 | | 535,197.03 | (26,972.17) | | | (26,972.17) | 28,253.92 | (27,186.63) |
| ETFs | | | | | | | 780,241.30 | | 808,523.15 | (28,281.85) | | | (28,281.85) | 11,281.14 | (39,562.99) |
| Total Cash & Cash Equ | | | | | | | 141,100.80 | | 291,433.31 | | | | | | |
| Total Market Value | | | | | | | 3,883,839.28 | | 4,106,333.83 | (72,163.04) | | | (72,163.02) | 39,535.06 | (111,924.54) |
| Accrued Income | | | | | | | 6,610.91 | | | | | | | | |
| Total Market Value + Accrued Income | | | | | | | 3,890,450.19 | | | | | | | | |

Gain (Loss) Check: 39,535.06

**Footnotes to Barbara G. Fleck Revocable Trust Portfolio Activity Summary**

[1] The 41 individual common stock securities owned are part of the large cap core portfolio managed by Karen Post at FW's Equity Research.
[2] Number of Shares Invested increased between 5/18/2018 and 11/30/2018
[3] Securities Sold Between 5/18/2018 and 11/30/2018
[4] Securities Acquired post 5/18 and before 11/30/2018
[5] ETFs
[6] Security Acquired in December 2018
[7] Security Acquired in November 2018
[8] Aaron Fleck Trust's original investment in May 2018 was for 4629.63 for $200,000. Sold 2625 shrs on 8/20/2018 for $106,128.75. Reacquired 1066.40 shrs on 11/26/2018 for $40,715.00 illustrates an actual wash sale occurring with FWTB.

| | | | 5/29/2018 | 8/20/2018 | 11/26/2018 | |
|---|---|---|---|---|---|---|
| Oppenheimer | | | 4629.63 | 2,625.00 | 1,066.40 | |
| Shares | | | 4628.63 | 2,004.63 | | |
| Price | | | 43.2 | 40.43 | 43.52 | 38.18 |
| Investment | $ 200,000.02 | $ (106,128.75) | $ 83,232.24 | $ 40,715.00 | | |

Because of the Special Rules on Wash Sales, this security has been excluded from consideration as eligible for tax-loss harvesting.

[9] Number of Shares Invested Decreased between 5/18/2018 and 11/30/2018
[10] Pooled Fixed Income Funds not included in the Harvesting of Losses for Tax purposes.

[7] For purposes of identifying eligible positions to liquidate, I identified seven purchases on the BGFRT November 30, 2018 Portfolio Statement.

Of these purchases, four were of equity securities. Two of the four had gains in November 2018. The remaining two, Causeway Int'l Val and JP Morgan Chase had losses, but because of the 30 day prior portion of the Wash Sale Rule, these securities would not have been eligible to be sold to harvest losses as of 12/7/2018.

[8] Prices as of 12/31/2018 obtained from finance.yahoo.com historical price details.
[9] Number of Shares Invested Decreased between 5/18/2018 and 11/30/2018
[10] Pooled Indexed Funds not included in the Harvesting of Losses for Tax purposes.