Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-017073-CMA-GPG

----------------------------------------------------------

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees,
    Aaron H. Fleck and Barbara G. Fleck,
THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees,
    Aaron H. Fleck and Barbara G. Fleck,
AARON FLECK, and
BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and ANDREW GODFREY,

        Defendants.

----------------------------------------------------------


REMOTE DEPOSITION OF JOSEPH RULISON taken Wednesday, June 1, 2022, pursuant to Rule 30 of the Federal Rules of Civil Procedure beginning at 9:00 a.m., via Zoom videoconference, Denver, Colorado, before Patricia Vigil-Ladner, a Registered Professional Reporter and Notary Public for the State of Colorado.



Ex. D

```
                                                Page 78
 1   violate the wash rule.
 2       Q.  And if you were to advise a client about
 3   avoiding wash sales, you would need a CPA or an
 4   accountant to help; is that accurate?
 5       A.  You bring in those that are portfolio
 6   managers that are involved on that side with it and
 7   those that would have the expertise around it.
 8       Q.  But you personally would not be qualified
 9   to, by yourself, advise a client about avoiding wash
10   sales; is that fair?
11           (Reporter clarification.)
12           THE DEPONENT:  And that's just -- again, I
13   apologize, that's because we've got the thunderstorm
14   and lightning.
15           In regards to that, where we have had wash
16   sales, or what have you, that has never been a
17   circumstance or an issue that we've had with where I
18   have been involved.
19       Q.  (By Mr. Stern)  You've never advised a
20   client about how to avoid wash sales; is that true?
21       A.  I have.  Yes, I have.
22       Q.  Well, what do you mean when you said that's
23   not a circumstance I've been involved in?
24       A.  No, I said it has been.  I guess, I'm sorry,
25   I misinterpreted that.
```

```
                                                Page 79
 1           I have been involved with clients that did
 2   wash sale trades and had portfolio managers who we
 3   talked to and also CPAs based on what the need was
 4   with it.
 5           In most cases with clients, what they would
 6   do is they would sell a particular security and go
 7   into something completely, maybe within the same
 8   industry but would not be identical that they felt
 9   they are participating, or they change one fund and
10   go over to another fund, which was permissible.  Most
11   of the times it was with a mutual fund so that they
12   would take it and go to another group of funds that
13   would allow them to still have the exposure to what
14   it is that they were covering.
15       Q.  So I want to talk about, I guess, using and
16   carrying forward capital loss.  So do you agree that
17   a taxpayer can use a short-term capital loss to
18   offset either a short-term capital gain or a
19   long-term capital gain?
20       A.  That is correct.
21       Q.  And do you agree that a taxpayer can use a
22   long-term capital loss to offset either a short-term
23   capital gain or a long-term capital gain?
24       A.  I'm trying to remember.  I can't quite
25   answer that.
```

```
                                                Page 80
 1       Q.  So you don't know the answer to that question;
 2   is that right?
 3       A.  I thought that there have been changes that
 4   had occurred over the course of time with it.  But I
 5   know that you can use short-term gains to offset long
 6   term.  I don't know if you can use long term -- I
 7   don't think you can use long-term gains to offset
 8   short term -- long-term loss -- again, I don't have
 9   that answer right off the top of my head.  I would
10   have to go back and look at that.
11       Q.  You're not an expert in tax rules; is that
12   fair?
13       A.  I am not.
14       Q.  Okay.  And you didn't review any sort of IRS
15   materials or tax sources in preparing your analysis for
16   this case, true?
17       A.  I did not.
18       Q.  And you don't know whether long-term capital
19   losses can be used to offset both long-term capital
20   gains and short-term capital gains?
21       A.  I believe they can offset short-term capital
22   gains.  I'd have to -- I kind of just got to go
23   through and review that.  I don't have that right off
24   the top of my head.
25       Q.  So sitting here today, you don't know
```

```
                                                Page 81
 1   whether long-term capital losses can offset
 2   short-term capital gains, correct?
 3       A.  I don't believe the losses can -- long term
 4   can offset short-term capital gains.  I think that
 5   short-term losses can offset short-term gains and
 6   long-term gains, but --
 7       Q.  You're not sure?
 8       A.  I -- yes, correct.
 9       Q.  What about the carryforward rules?  Do you
10   know whether a taxpayer can carry forward capital
11   losses that he or she does not use in a year?
12       A.  Yes.
13       Q.  And do you agree that if a taxpayer passes
14   away, any capital losses that he or she has go away
15   and cannot be passed on to heirs or an estate?
16       A.  Correct, I understand that.
17       Q.  So when you were advising, I guess, elderly
18   clients, did you believe that capital losses were
19   less valuable to elderly clients because they might
20   go away and couldn't be used?
21       A.  It had never come up in a conversation.
22       Q.  Do you agree conceptually that the value of
23   capital losses to an elderly client may be less than
24   they are to another client who has a lower risk of
25   death?
```



```
                                                          Page 102
 1      A.  It depends on circumstances rather than
 2  individual.  There are years you may want to tax
 3  harvest and other years you may not.  Everybody
 4  should be aware of it, and everybody should be given
 5  availability to be aware, because it may be pertinent
 6  one year, may not be another.  So it depends on what
 7  somebody's tax situation is going to be, that changes
 8  from year to year.
 9      Q.  Do you agree that one of the potential
10  downsides of tax-loss harvesting is that you have to
11  sell a position, and the position could go up after
12  you sell it?
13      A.  Yes, but at the same point there are so many
14  different options, options in the sense of investment
15  alternatives for you to go into that can offset that.
16      Q.  There is a lot of -- the investor has an
17  option of what to do with the proceeds generated by a
18  sale at a loss, right?
19      A.  Correct.
20      Q.  And the investor can either buy a different
21  security, sit out of the market, or buy the same
22  security 31 days later.
23      A.  Which would be the determination most likely
24  of the investment advisor, the one that's managing
25  the money.
```

```
                                                          Page 103
 1      Q.  Did you just say that the investment manager
 2  who would likely advise which of those three
 3  alternatives the investor should pick?
 4      A.  I think it's in coordination with, is what
 5  I'm saying with it.  I'm sorry.  That's hand in hand.
 6      Q.  And if a portfolio manager in consultation
 7  with his or her client decides to take a loss and buy
 8  a different security, isn't there a risk that the
 9  second security will perform worse than the first
10  security?
11      A.  That could be in either circumstance.
12      Q.  And if the portfolio manager in consultation
13  with the client decides to buy back the same security
14  31 days later with the proceeds of the sale, isn't
15  there a risk that the investor will miss out on
16  appreciation in that security over the next 30 days?
17      A.  Again, there's strategies that you can use
18  that can allow you to be able -- for example, whether
19  ETF or whether it be in terms of a mutual fund.  You
20  can have a change of mutual funds and still have the
21  same representation.  So I'm not quite sure I would
22  agree with that.
23          I think there are strategies out there that
24  would allow you to take advantage, but also protect
25  yourself in terms of that security.
```

```
                                                          Page 104
 1      Q.  Well, that would require buying a different
 2  security; isn't that right?
 3      A.  Well, if you're talking, let's say, a fund
 4  or a group of funds, there are funds out there that
 5  represent pockets of different -- that could have the
 6  same overall objective that in fact could, in fact,
 7  give you the same type of exposure.
 8      Q.  But if an investor owns the security Google
 9  and it's trading at a loss, do you agree that if the
10  investor sells Google and waits 31 days to buy it
11  back to avoid a wash sale, that investor missed a
12  rally in Google stock over the next 30 days?
13      A.  I think that is part of the discussion you
14  have of taking advantage of it.  I don't know how you
15  can predetermine what's going to go up or what's
16  going to go down.
17      Q.  But that's my point.  My point is, don't you
18  agree that there is a risk to tax-loss harvesting,
19  which is that the investor may either change to an
20  inferior security or miss a market rally when he or
21  she is waiting to buy back the same security?
22      A.  No, because there is securities you can buy
23  within the same sphere of what they're representing.
24  They can still allow you to participate.
25          So they're type of securities.  There is not
```

```
                                                          Page 105
 1  just one of one.  There are others that you can buy
 2  that can represent, or that you can invest.
 3          If you think the market is going to go up,
 4  you can buy an ETF that represents the whole value of
 5  the market.  If you think the market is going to go
 6  up and you think you are at risk of losing what the
 7  upside is.
 8          So you sell Apple computer to take, in this
 9  case, not a loss, you can take a different one.
10  There are some out there that you can take a loss,
11  that can allow you to buy into a market basket that
12  allows you to participate with the market in case
13  you're worried about losing what the upside of what
14  the market could be without duplicating that
15  security.
16      Q.  Don't you acknowledge if you sell a specific
17  security, say Google, and you buy an S&P 500 ETF, the
18  S&P 500 ETF may not perform as well as Google?
19      A.  You can buy -- there's so many different
20  ETFs that can reflect what the market is out there,
21  that you can buy an ETF technology-wise or
22  information-wise.  There are so many with it,
23  Counselor, that have changed to allow you to really
24  be able to capture what that industry or sector is
25  that it allows you to make up with it.
```