# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| AARON H. FLECK REVOCABLE TRUST, et al. | ) | Case No. 21-CV-01073 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST WESTERN TRUST BANK, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**EXPERT REBUTTAL REPORT OF JON S. AHERN, CPA**

June 15, 2023

Ex. E

**ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC**

## I. INTRODUCTION

### Assignment

1.  Alvarez & Marsal Disputes and Investigations, LLC ("A&M") was retained by Bryan, Cave, Leighton, Paisner, LLP to analyze and opine on damages issues related to a dispute between plaintiffs The Aaron H. Fleck Revocable Trust, through its Trustees, Aaron H. Fleck; Barbara G. Fleck, and The Barbara G. Fleck Revocable Trust, through its Trustees, Aaron H. Fleck and Barbara G. Fleck (collectively, the "Trusts"); Aaron Fleck, and Barbara Fleck (collectively, "Plaintiffs"), and Defendants First Western Trust Bank ("FWTB" or "First Western"), Charles Bantis, and Andrew Godfrey.[1]

2.  I issued an initial rebuttal report dated April 14, 2022 ("Initial Report"). In my Initial Report, I was asked to review, evaluate, and respond to Plaintiffs' initial damages claims, including the damages-related aspects of the report of Joseph R. Rulison dated March 24, 2022 ("Rulison Report"). In my Initial Report, I addressed numerous damages issues, including the Flecks' claimed damages, as well as issues related to potential class certification. Though I understand that class certification in this matter has been denied, many of the analyses and opinions set forth in my Initial Report regarding the Flecks' alleged damages remain applicable. I have incorporated certain opinions set forth in my Initial Report within this rebuttal report, as appropriate.

3.  Lari B. Masten issued a report dated May 15, 2023 ("Masten Report") which sets forth Ms. Masten's opinions of Plaintiffs' alleged damages. For this rebuttal report, I was asked to review, evaluate and respond to the Masten Report's methodology, analysis, and calculations of Flecks' claimed damages.

4.  My rebuttal report is only for use in the above-referenced matter.

### Experience and Qualifications

5.  I am a Senior Director in the Denver office of A&M, an independent consulting firm providing services to government agencies, legal counsel, and business entities. I have a Bachelor of Arts degree in Economics from Colorado College, and I have taken additional

---

[1] I understand that the "class action" component of the Plaintiffs' Complaint has been dismissed. See Order Denying Motion for Class Certification dated December 27, 2022. For purposes of this report, I focus on the specific damages of the Flecks and their Trusts without regard for other potential class members.

accounting and business courses at Metro State College of Denver.  I am a Certified Public Accountant licensed by the State of Colorado and a Chartered Global Management Accountant.

6.   I have over 30 years of experience in analyzing accounting, financial and economic issues in the context of commercial disputes and other litigation matters, including calculation of economic damages, business valuation, and forensic accounting. I have performed detailed financial, accounting, valuation, and damages analyses of companies operating in a wide variety of industries, including financial services, oil and gas, manufacturing, agriculture, travel and leisure, employment, media, technology, automotive, real estate, telecommunications, government contracts, insurance, and other industries.  I have been accepted as an expert on commercial damages by Federal Courts, State Courts, United States Bankruptcy Court, arbitration panels, and regulatory agencies, and I have provided expert witness testimony on over 35 prior matters, including testimony on behalf of both plaintiffs and defendants in commercial litigation.

7.   A copy of my current resume is provided in **Appendix A**.  A&M is compensated for my work at a rate of $525 per hour.  A&M's fees are not contingent upon the outcome of this litigation.  A list of my testimony during the past four years is included as **Appendix B**.  My opinions in this matter are based on an independent and objective analysis of the case facts and my extensive experience in evaluating commercial litigation damages.

8.   A&M's work on this matter was performed either directly by me or by other A&M professionals working at my direction and under my direct supervision.

## II.   Information Considered

9.   **Appendix C** contains a list of the documents and information I considered to reach my conclusions and opinions.  If additional information is produced in this matter, I will review it and, if appropriate, update the conclusions and opinions expressed in this report.

10.  In addition to the analyses and opinions described in this report, I may also be asked to perform additional analysis based on new information provided to me between now and trial.  I understand that I may also be asked to testify at trial and prepare charts or other demonstrative exhibits based on the information and analyses included in this report.

### III.  BACKGROUND[2]

11.  In December 2017, the Flecks secured a bridge loan from FWTB for a new primary residence as they pursued the sale of their then current residence.  The Flecks, based upon their positive experience with FWTB, decided in 2018 to use FWTB to manage two revocable trusts, one for Aaron Fleck and one for Barbara Fleck.

12.  On May 8, 2018, the Flecks and FWTB executed an Investment Services and Custody Agreement, a Fee Schedule Agreement, and an Investment Policy Statement ("IPS") for the management of both trust accounts.  The IPS indicated that the $8 million in assets ($4 million for each trust) would be managed using a moderate portfolio allocation with an investment time horizon of 10+ years and a cash flow objective of $500,000 per year.[3]

13.  On May 23, 2018, the $8 million in Trust assets were deposited into the two trust accounts at FWTB.[4]

14.  Plaintiffs allege that, on December 2, 2018, Aaron Fleck instructed FWTB to harvest losses in both Trust accounts to offset gains he had realized on other personal transactions.  Plaintiffs allege that FWTB knew at the time that the Flecks had capital gains related to the sale of their home in 2018 totaling between $4 million and $5 million.

15.  Plaintiffs also allege that because FWTB did not harvest losses, the Flecks were unable to use those losses as a tax shield when filing their 2018 or any future tax returns, which purportedly resulted in damages to the Flecks due to higher tax payments.

16.  Furthermore, Plaintiffs allege (as set forth in the Masten Report) that FWTB's purported failure to harvest tax losses on December 3, 2018, caused the Flecks' Trusts to lose equity value, which Plaintiffs claim would have been avoided had FWTB harvested tax losses.[5]

17.  Plaintiffs also allege that FWTB mismanaged the Trusts during the approximate one-year period from May 23, 2018 to May 13, 2019.  According to Plaintiffs, FWTB failed to follow a

---

[2]  The sources for this section are Plaintiffs' First Amended Complaint, dated May 14, 2021, and any other cited sources.

[3]  May 8, 2018 Investment Policy Statement (FWTB_0000437-443).

[4]  May 2018 Account Statement for each Trust (FWTB_0000300-318, specifically FWTB_0000309; FWTB_0000112-129, specifically FWTB_0000121).

[5] Masten Report, pp. 14-17.

coherent investment strategy and failed to adhere to the investment strategy discussed and agreed to at the outset of the relationship between the Flecks and FWTB.

18.    Plaintiffs claim the Flecks' damages include not only damages from the failure to harvest capital losses, but also losses in the investment accounts and attorney fees incurred in asserting their claims against FWTB.  Plaintiffs seek damages for breach of contract, breach of fiduciary duty, and fraud.

19.    I understand that Defendants deny Plaintiffs' allegations, including the allegations that Mr. Fleck specifically instructed FWTB to harvest additional tax losses, that said instructions were communicated in a meeting on or about December 2, 2018, and that FWTB mismanaged the Flecks' Trusts.  Defendants also deny that any actions or inactions of FWTB have caused the Flecks to suffer any economic damages.

## IV.   THE MASTEN REPORT

20.    In the Masten Report, Ms. Masten provides numerous calculations, which she claims comprise the Flecks' economic damages resulting from the alleged misconduct of Defendants. Ultimately, the Masten Report presents four categories of alleged damages, as follows:

1)    The loss of a tax shield due to FWTB's alleged failure to harvest equity losses as of December 3, 2018;

2)    The lost equity value in the accounts due to FWTB's alleged failure to harvest equity losses as of December 3, 2018;

3)    The Trusts' alleged underperformance compared to purported benchmark returns; and

4)    Fees charged on the accounts by FWTB between May 2018 and May 2019.[6]

21.    To estimate the Flecks' lost tax shield, Ms. Masten first determines which investments in the Trusts had an unrealized loss as of December 3, 2018 (the date which she concludes the tax losses should have been harvested by FWTB) and which of these investments would have been candidates for tax loss harvesting.  She determines that the selected investments, had they been sold by FWTB on December 3, 2018, would have resulted in a realized capital loss totaling $128,284.18.[7]  To calculate the Flecks' lost tax shield, Ms. Masten then multiplies the

---

[6] Masten Report, p. 8.

[7] Masten Report, Schedule 1.

total unrealized loss of $128,284.18 by the Flecks' estimated marginal tax rate of 28.43%, for which she cites to an email from Brittany Dreher, CPA, the Flecks' tax preparer.[8]  Ms. Masten estimates the value of the Flecks' lost tax shield to be $36,471.

22.   For the lost equity calculation, Ms. Masten assumes "FWTB sold the Loss Equities in the Trust Accounts and kept the proceeds available for reinvestment in the same securities after 30 days."[9]  Ms. Masten assumes the proceeds from the equity securities' sales would have been kept in interest-bearing cash (money market funds) until the 30-day "wash sale" period lapsed, at which point (on January 3, 2019) the proceeds – including interest earned during the 30-day holding period – would have been used to repurchase the same securities that she assumes would have been sold on December 3, 2018.  Under this scenario, Ms. Masten calculates that the Flecks' Trusts would have had a higher value totaling $105,678.95 as of January 3, 2019. [10]

23.   Ms. Masten also estimates the purported loss in the Trusts' equity value as of February 6, 2019, the date on which FWTB started liquidating stocks and certain investments to reposition the accounts.  She claims "had FWTB followed the Plaintiffs' instructions to harvest the tax-losses and reinvested on January 3, 2019 the Trust Accounts would have had a higher value of $116,945.99" as of February 6, 2019.[11]

24.   Ms. Masten further estimates the purported loss in the Trusts' equity value as of May 13, 2019, approximately one year after the Flecks opened their accounts with FWTB.  Ms. Masten states that, "Had FWTB followed the Plaintiffs' instructions to harvest the 2018 tax-losses, the Plaintiffs would have had approximately $122,781.95 more equity as of May 13, 2019."[12]  For purposes of her total damages estimate, Ms. Masten uses the total alleged equity loss as of May 13, 2019.

25.   In addition to the purported lost equity value of the Trusts, Ms. Masten also states "Plaintiffs claim that the lower performance is a result of FWTB's failure to properly manage the investments, including harvesting the losses as directed, which caused the Plaintiffs'

---

[8] Masten Report, Schedule 2.

[9] Masten Report, p. 14.

[10] Masten Report. pp. 14-15.

[11] Masten Report, pp. 15-16.

[12] Masten Report, p. 17.

investments to earn returns lower than the market indices and the stated expectations set forth by the parties."[13]  For this calculation, Ms. Masten compares the Trusts' actual financial performance while managed by FWTB to purported benchmarks – one of which is the return on the stock-only S&P 500 index, and the other is the projected 10-year average annual return set forth in the IPS.  Ms. Masten concludes FWTB's alleged failure to properly manage the accounts resulted in a reduction of the account values between $139,232.44 and $280,516.56 as of the time the Plaintiffs closed the accounts in May 2019.[14]

26.   Lastly, the Masten Report summarizes the fees charged by FWTB to manage the accounts from May 8, 2018 through May 2019.  In total, Ms. Masten calculates that FWTB charged the Plaintiffs $54,983.12 in fees, which is approximately 0.7% of the Trusts' balance during the approximate one-year period under FWTB's management.[15]

27.   To estimate a range of damages based on the calculations described above, Ms. Masten sums the results of each of the four alleged damages categories.  In total, the Masten Report claims the alleged misconduct of FTWB resulted total nominal damages to the Flecks of between $353,468.51 and $494,851.63, as summarized in the table below.

| Summary of Masten Report Nominal Damages | | |
|---|---|---|
| | **Lower Range** | **Upper Range** |
| Opinion 2 | | |
| Loss of Tax Shield | $        36,471.00 | $        36,471.00 |
| Opinion 5 | | |
| Loss of Equity Value as of May 13, 2019 | 122,781.95 | 122,781.95 |
| Opinion 6 | | |
| Portfolio Performance Shortcomings | 139,232.44 | 280,615.56 |
| Opinion 7 | | |
| FWTB Fees Charged on Trust Portfolios | 54,983.12 | 54,983.12 |
| **Total** | **$      353,468.51** | **$      494,851.63** |
| *Source: Masten Report, p. 8* | | |

---

[13] Masten Report, p. 17.

[14] Masten Report, p. 17.

[15] Masten Report, p. 21.  0.7% = $54,983.12 / $8,000,000.

28. The Masten Report also calculates prejudgment interest through "estimated trial date of November 15, 2023" at 8% per annum, in accordance with C.R.S. § 5-12-102 – Statutory Interest.[16]

29. Including prejudgment interest through the estimated trial date of November 15, 2023, the Masten Report concludes Flecks' total damages to be between $486,391.62 and $686,525.17. The table below summarizes the damages range presented in the Masten Report, including prejudgment interest through the estimated trial date of November 15, 2023.

| Summary of Masten Report Damages with PJI | | |
|---|---|---|
| | Lower Range | Upper Range |
| **Opinion 2** | | |
| Loss of Tax Shield | $        36,471.00 | $        36,471.00 |
| **Opinion 5** | | |
| Loss of Equity Value as of May 13, 2019 | 173,802.84 | 173,802.84 |
| **Opinion 6** | | |
| Portfolio Performance Shortcomings | 197,089.18 | 397,222.73 |
| **Opinion 7** | | |
| FWTB Fees Charged on Trust Portfolios | 79,028.60 | 79,028.60 |
| **Total** | $      486,391.62 | $      686,525.17 |
| *Source: Masten Report, p. 8* | | |

30. I was retained to review, evaluate, and respond to Ms. Masten's conclusions regarding Plaintiffs' potential economic damages, which is the subject of this rebuttal report.

---

[16] Masten Report, p. 8.  The Masten Report calculates prejudgment interest for the lost equity value, the performance shortfall, and the fees; however, the Masten Report does not apply prejudgment interest to the lost tax shield, presumably due to uncertainty regarding when the additional capital losses would have saved the Flecks any money on their taxes.

## V.   SUMMARY OF OPINIONS

31.   For the purposes of this rebuttal report, I understand that my opinions regarding potential damages are only relevant if Plaintiffs prevail on their legal claims against Defendants and are determined to be entitled to their reasonably proven economic damages.  I offer no opinion on liability issues in this matter.

32.   All opinions in this rebuttal report have been formed to a reasonable degree of professional certainty based on my work performed, education, certifications, and experience.  Having reviewed and evaluated the Masten Report, the Trusts' financial information, and other source documents, I have reached the following rebuttal opinions regarding Plaintiffs' alleged damages as set forth in the Masten Report.

**Opinion 1)   The Masten Report's total damages range is based on the sum of overlapping calculations, which double counts damages and would result in Plaintiffs receiving a windfall.**

**Opinion 2)   The Masten Report's equity loss damages are based on unsupported and unreasonable assumptions that FWTB would have harvested all tax losses on December 3, 2018 (as opposed to any other date in December) and held the proceeds from security sales in cash for 30 days instead of reinvesting in alternate securities.  Using appropriate assumptions, the Flecks' equity loss damages are zero.**

**Opinion 3)   The Masten Report's alleged portfolio "underperformance" damages are based on unreasonable and inappropriate benchmark returns.  The Flecks' portfolio outperformed appropriate market benchmarks under FWTB management.**

**Opinion 4)   The Masten Report's alleged tax loss shield damages are overstated and ignore both the taxable capital gains the Flecks would have incurred in Ms. Masten's but-for scenario and the Flecks' minimal tax liabilities.**

**Opinion 5)   Overall, Plaintiffs have not suffered any damages resulting from FWTB's alleged misconduct.**

33.   I explain the methodologies and bases for the above opinions in the remaining sections of this report.  I understand that opinions presented as expert testimony must be based upon sufficient facts or data and must be the product of reliable principles and methods.  Ultimately, an expert witness must apply the principles and methods reliably to the facts of the case.  My approach in this matter is consistent with these threshold requirements.[17]

---

[17]  *See* Colorado Rules of Evidence, Rule 702, Testimony by Expert; Federal Rules of Evidence, Rule 702, Testimony by Expert Witnesses.

## VI.  ANALYSIS & OPINIONS

**Opinion 1)   The Masten Report's total damages range is based on the sum of overlapping calculations, which double counts damages and would result in Plaintiffs receiving a windfall.**

34.   As described above, the Masten Report's calculation of the upper and lower range of potential damages adds together the results of Ms. Masten's analyses related to four separate damages categories: 1) the loss of tax shield, 2) loss of equity value in the accounts, 3) portfolio performance shortcomings, and 4) fees charged by FWTB to manage the accounts.  By adding together the results of the four analyses, Ms. Masten double counts some of the alleged damages, which results in an overstated calculation of potential damages even if the individual components are assumed to be proper (which, as discussed throughout this rebuttal report, they are not).

35.   Specifically, Ms. Masten's analysis of the lost equity value in the accounts due to FWTB's alleged failure to tax loss harvest and Ms. Masten's measurement of the portfolio performance shortcomings <u>both measure the same thing</u> – an expected higher asset value as of May 13, 2019.  In describing the basis for her analysis of portfolio performance shortcomings, Ms. Masten describes "The Plaintiffs claim that the lower performance is a result of FWTB's failure to properly manage the investments, <u>including harvesting the losses as directed</u>, which caused the Plaintiffs' investments to earn returns lower than the market indices and the stated expectations set forth by the parties."[18]  The Masten Report's analysis of portfolio shortcomings assumes a "but-for" scenario in which the FWTB managed the Trust accounts "properly," including harvesting the tax losses as allegedly directed.  Therefore, any decreases in account value measured as part of the Masten Report's estimate of lost equity value related to FWTB's alleged failure to harvest the tax losses is also included in Ms. Masten's analysis of the portfolio performance shortcomings.

36.   For example, Ms. Masten opines that FTWB's alleged failure to tax loss harvest in December 2018 resulted in lost equity value in the Flecks' Trusts totaling $122,781.95 as of May 13, 2019.[19]  Separately, Ms. Masten calculates the portfolio's alleged "underperformance" based on actual returns, which she calculates to be 3.66% before fees

---

[18] Masten Report, p. 17 [emphasis added].

[19] Masten Report, Table 1, p. 16, and Schedule 4.

and 2.972% after fees.[20]  However, if the Trusts had the additional equity calculated by Ms. Masten as of May 13, 2019, these returns would have been higher by approximately 1.54% (the $122,781.95 of additional equity, divided by the Trusts' initial $8.0 million balance), and the "underperformance" would have been $122,781.95 *lower* than Ms. Masten's calculation.

37. Thus, the Masten Report's conclusions for alleged lost equity value and alleged portfolio underperformance are *alternative* measurements of potential damages and should not be added together to estimate total damages.

38. The Masten Report also overstates total alleged damages by adding the "fees" to the other categories of alleged damages.  For both the lost equity value damages and the portfolio performance damages, Ms. Masten assumes that the Flecks' Trusts would have been managed "properly" – which includes both harvesting of additional tax losses in December 2018 and higher overall portfolio returns during FWTB's management period.

39. If, as Ms. Masten contends, the portfolios would have been managed to harvest the tax losses and achieve higher returns, then the Flecks would have no basis to challenge the fees charged by FWTB, and thus the fees should not be added to the other damages categories. It would be a windfall if Plaintiffs were awarded damages due to FWTB's alleged failure to tax loss harvest and achieve greater portfolio returns, and <u>also</u> refunded the fees that would have been incurred if FWTB had "properly" managed the accounts.  The refunding of the fees charged by FWTB could be an *alternative* measurement of damages but should not be added to the other analyses of the Masten Report in calculating total damages.

**Opinion 2)  The Masten Report's equity loss damages are based on unsupported and unreasonable assumptions that FWTB would have harvested all tax losses on December 3, 2018 (as opposed to any other date in December) and held the proceeds from security sales in cash for 30 days instead of reinvesting in alternate securities.  Using appropriate assumptions, the Flecks' equity loss damages are zero.**

40. As described above, the Masten Report estimates damages related to the lost equity value in the accounts resulting from FWTB's alleged failure to harvest losses on December 3, 2018.  According to Ms. Masten's calculations, FWTB should have sold certain securities at a loss on December 3, 2018, held the proceeds in an interest-bearing cash investment for

---

[20] Masten Report, Schedule 5.

30 days to avoid the "wash sale" rules, then repurchased the same securities on January 3, 2019.  Because the equity markets declined between December 3, 2018 and January 3, 2019, this scenario would have resulted in the Trusts holding additional shares in most of the investments in Ms. Masten's calculation.  Ms. Masten calculates the Flecks' alleged loss of equity value as of three different dates: January 3, 2019; February 4, 2019; and May 13, 2019, but ultimately estimates the Flecks' total damages using the loss in equity value calculated as of May 13, 2019.

41.    The Masten Report's calculation of lost equity value assumes that FWTB would have "kept the proceeds [from the harvest sale] available for reinvestment in the same securities after 30 days" and that the proceeds would have yielded interest over the 30 days at "the same yield as the Trust Accounts earned on Cash Equivalents (2.23%) in the month of December 2018."[21]  In other words, the Masten Report's equity loss damages calculation is based on an assumption that FWTB would have kept the proceeds from the loss harvest transactions in cash for the entire period from December 3, 2018 to January 3, 2019.  As described in more detail below, such an assumption is unreasonable and unsupported.  Ms. Masten's assumption is inconsistent with what FWTB actually did when other losses were harvested, and it is also inconsistent with both the IPS and statements from Mr. Fleck and Plaintiffs' own industry expert.

42.    The Masten Report's narrowly defined damages scenario contemplates the sale of approximately $1.1 million in securities on December 3, 2018.[22]  The total market value of all the Trusts' holdings as of November 30, 2018 was approximately $7.8 million.[23]  Selling $1.1 million in securities and holding the securities in cash equivalents for the month of December, if it had occurred as assumed by Ms. Masten, would have resulted in a much higher "cash and equivalents" allocation than the target set forth in the IPS, which includes a target allocation for Cash and Equivalents of 1%.  Over the long term, an excessive allocation to cash and equivalents would adversely affect the portfolio's returns since cash and equivalents are lower yielding assets.

---

[21] Masten Report, p. 14.

[22] Masten Report, Schedule 1.

[23] See the November 30, 2018 account statements for the Trusts [FWTB_0000330 and FWTB_0000140].
    $3,940,131.34 + $3,890,450.19 = 7,830,581.53.

43.   Mr. Fleck expressed dissatisfaction with the near-term performance of the portfolio at the November 6 quarterly meeting.[24]   Had FWTB decided to sit in cash for the month of December and the equity markets performed at a long-term average rate, the Flecks would have missed out on potential return and Mr. Fleck's displeasure with the account performance would have likely increased.   Furthermore, reinvesting in equities would have been consistent with Mr. Fleck's preferred investment style, concentrating in a smaller number of equities.[25]   The Masten Report acknowledges that in properly managing the accounts FWTB should have kept the funds in equities as Ms. Masten compares the Trusts' overall portfolio performance to the S&P 500, an equity index.[26]   There is no evidence that the Flecks would have favored leaving the harvested proceeds in cash, contradicting the target allocation in the IPS and potentially losing out on returns should the equity markets perform consistent with their long-term average.

44.   The Masten Report does not provide any analysis which considers the alternative, and much more likely, scenario that the proceeds from harvesting the tax losses would have been reinvested in alternative funds and equities which were different enough to avoid the wash sale rules but similar enough that the Flecks' accounts would have been exposed to the same potential market return.   Both Mr. Fleck and Mr. Rulison acknowledged in their respective depositions that this "substitution" with alternative investments is common practice in the industry, as described below.

45.   In his deposition, Mr. Fleck was asked about whether he agrees that a potential downside of harvesting tax losses is the inability to buy back the same security until 31 days later under the wash sale rules.   In response, Mr. Fleck stated, "Well, usually, if they sold a security, they would buy a similar security, maybe the same field, maybe in another field and that security will probably go up more than had he kept it."[27]

---

[24] FWTB_0005321.   "Aaron was displeased at near term performance and backtracked on previous statements where he claimed the he'd allow us to manage this strategy for a full year before judging us on our abilities."

[25] March 1, 2022 Deposition of Aaron H. Fleck, pp. 161-164.

[26] Masten Report, p. 20.

[27] March 1, 2022 Deposition of Aaron H. Fleck, p. 61.

46. Additionally, Mr. Rulison describes "If a fund is sold to harvest a loss, a similar fund could be simultaneously purchased to eliminate the risk of missing out on a market upswing."[28] Further, in deposition Mr. Rulison testified that there are strategies that allow an investor to take advantage of market appreciation during the 30 days when an investor is prevented from acquiring securities under wash sale rules which "give [the investor] the same type of exposure."[29]

47. In addition to the statements from Mr. Fleck and Mr. Rulison cited above, FWTB's actions indicate that sitting in cash to wait 30 days for the wash sale restrictions to lapse is not what reasonably would have occurred.  For example, FWTB harvested some losses in the Flecks' Trusts by selling certain equities in October and November 2018.  FWTB did not leave the proceeds from these transactions in cash; rather, FWTB reinvested the proceeds in other equities or funds to keep the portfolio asset allocation aligned with the IPS and keep the Flecks' portfolio exposed to potential equity returns.  For example, on November 23, 2018, FWTB sold 948.992 shares of JANUS HENDERSON ENTERPRISE FUND I SHARES in the Aaron Fleck Trust resulting in a loss of $3,340.41 and total proceeds of $116,659.59 with the trade settling on November 26, 2018.  On November 26, 2018, FWTB acquired 2,732.833 shares of DFA TAX MANAGED US SMALL CAP PORTFOLIO #5104 for a total cost of $116,610.[30]  Thus, it is much more likely that, if the additional losses had been harvested by FWTB during December 2018 as assumed by Ms. Masten, the proceeds would have redeployed quickly into alternative investments.[31]

48. If, instead of sitting in cash for 30 days, FWTB had harvested the losses in December 2018 and repurchased alternative investments, the alternative investments would have been subject to similar market risk and fluctuations as the original securities.  If one assumes that the alternative/replacement securities would have had the same market returns as the "harvested" securities, there would be no loss in equity value to the Flecks' Trusts.

---

[28] Rulison Report, p. 2.

[29] June 1, 2022 Deposition of Joseph R. Rulison, pp. 103-104.

[30] See November 2018 Aaron Fleck Trust Account Statement [FWTB_0000330].

[31] In deposition, John Sawyer describes the potential risk of losing out on market performance as a potential drawback of harvesting losses, particularly in a volatile market such as the last couple months of 2018.  See March 9, 2022 Deposition of John E. Sawyer, pp. 154-155.  It is reasonable to assume that FWTB would have reinvested the proceeds from harvesting the losses to avoid the risk of being "out of the market."

49.  For example, if the approximate $1.1 million of proceeds from the hypothetical December 3, 2018 tax loss harvest sales had been used to purchase an S&P 500 index fund, the Trusts would have incurred losses during the 30 day "wash sale" period instead of earning interest while remaining in cash equivalents.  The losses incurred over the 30-day period would have reduced the amount available to repurchase investments in January 2019 to a level which would have prevented the Trusts from acquiring the same number of shares which were held in the investments at the beginning of December prior to the hypothetical tax loss harvesting.  In this scenario in which the proceeds from the tax loss harvesting would have been invested into an S&P 500 index fund, FWTB's alleged failure to harvest the losses preserved equity value for the Flecks and results in zero lost equity value damages to the Flecks.  See **Attachment 1**.

50.  As described above, the Masten Report assumes that the sale of the securities to harvest the losses should have taken place on December 3, 2018.  To establish December 3, 2018 as the "likely business date that the sale of assets in the portfolios with losses should have taken place," Ms. Masten makes numerous assumptions.[32]  First, she describes that "In his deposition, Mr. Fleck stated that in late November or early December of 2018 that he met with…FWTB, discussing…Mr. Fleck's continued desire for FWTB to harvest the short-term losses in the Trust Accounts…"[33]  Ms. Masten acknowledges that Mr. Fleck does not recall the specific date of the meeting, but Ms. Masten claims that her review of the account statements in conjunction with Mr. Fleck's recollection of the amount of losses makes it "apparent that he was looking at the October 2018 portfolio statements of the Trust Accounts."[34]  Ms. Masten further concludes that the meeting "was likely the last week of November 2018" given that "reasonably speaking, Mr. Fleck received these statements in the first few weeks of November" and "Thanksgiving fell on November 22nd in 2018, the third, full week of the month."[35]

---

[32] Masten Report, p. 11.

[33] Masten Report, p. 11.  FWTB does not have any record of a meeting with Mr. Fleck regarding the Trusts in late November 2018 or early December 2018.  FWTB's records indicate that a regular quarterly meeting with Mr. Fleck took place on November 6, 2018.  See FWTB_0007733.

[34] Masten Report, p. 11.

[35] Masten Report, p. 11.

51. Based on the above assumptions and chronology, Ms. Masten's critical assumption that the alleged instructions were conveyed by Mr. Fleck to FWTB in the last week of November 2018 and that FWTB should have harvested the losses on exactly December 3, 2018 is highly speculative.  In Plaintiffs' Complaint dated February 19, 2021, Plaintiffs allege that "on December 2, 2018, Aaron Fleck realized there were major losses in both Trust portfolios in excess of $500,000.  At that time, Aaron Fleck instructed FWTB to harvest the losses…"[36]  Further, as described in the Masten Report, Mr. Fleck stated, "the first time I noticed tax losses was in late November or December" and when referring to the alleged meeting in which he claims to have told FWTB to harvest tax losses he states "I think it was late November or the first week in December.  I can't give you the exact date."[37]

52. The Masten Report's scenario is inconsistent with the amount of losses described by Mr. Fleck and included in Plaintiffs' allegations.  Mr. Fleck stated that to his best recollection the accounts had $575,000 in additional losses when he instructed FWTB to harvest the losses.[38]  The Masten Report's scenario contemplates harvesting $128,284 in losses rather than the $575,000 in losses which Mr. Fleck recalls were in the Trust accounts when he instructed FWTB to harvest the losses, or the major losses in excess of $500,000 described in the Complaint.[39]  The Masten Report states "upon review of the monthly statements, it is apparent that [Mr. Fleck] was looking at the October 2018 portfolio statements of the Trust Accounts, given the ranges of losses he described in his deposition."[40]  However, the October 2018 statements for the Trusts indicates a combined loss for the securities in a loss position of only $302,585, much less than the $575,000 in additional losses described by Mr. Fleck.[41]  The only point from October through December at which the Trusts had close to $575,000 of losses potentially available for harvesting was in late December 2018, not in

---

[36] Plaintiffs' First Amended Complaint, dated May 14, 2021, p. 7.

[37] March 1, 2022 Deposition of Aaron H. Fleck, p. 82.

[38] March 1, 2022 Deposition of Aaron H. Fleck, p. 85.  Mr. Fleck's accountant, Brittany Dreher, CPA, also calculated the cost of not harvesting "roughly $585,000 of losses in 2018."  See FWTB_0002382.

[39] Masten Report, Schedule 1.

[40] Masten Report, p. 11.

[41] See FWTB_0000346 and FWTB_0000155.  I have summed all unrealized losses for securities in a loss position. $136,457 + $166,128 = $302,585.

October 2018 or on December 3, 2018 – the date at which the Masten Report's scenario says FWTB should have harvested the losses.

53.  In my Initial Report, I performed an analysis had FWTB harvested the Trust accounts' losses as of December 31, 2018 and remained in cash for 30 days before repurchasing the same securities.  I calculated that as of December 31, 2018 FWTB could have harvested $462,143 in losses from the Trust accounts, much closer to the $575,000 in additional losses described by Mr. Fleck.[42]  While the amount of losses to be harvested would have been greater, I calculated that selling the securities at a loss position as of December 31, 2018 and remaining in cash for 30 days (Ms. Masten's scenario) would have resulted in the Trusts losing out on $316,000 in market appreciation the securities actually achieved in January 2019.[43]

54.  Even though the date on which Mr. Fleck allegedly instructed FWTB to harvest losses took place is unclear, the Masten Report only calculates the lost equity value in the accounts as if the securities had been sold on December 3, 2018.[44]  Had the losses been harvested on any other day in December 2018, the impact to the equity value of the Flecks' accounts would have been significantly lower, even if one assumes that the proceeds would have been maintained in cash equivalents for the full 30 days.

55.  To illustrate the impact of harvesting the losses on other dates in December 2018, I have recreated Ms. Masten's analysis of lost equity value as of May 13, 2019.  I have updated the analysis to measure the impact of tax loss harvesting on the Flecks' Trust's equity value assuming the same securities identified by Ms. Masten would have been harvested on a different date in December.  Ms. Masten estimated a lost equity value as of May 13, 2019 of $122,781.95.[45]  However, had FWTB harvested these same securities on December 4, 2018, just one day later, the lost equity value of the Flecks' accounts would only be

---

[42] Initial Report, Attachment 1.

[43] Initial Report, p. 10 and Attachment 1.

[44] In my Initial Report, I performed an analysis of the change in equity value in the accounts which would have occurred in a scenario in which the Flecks' unrealized losses of $462,000 were harvested as of December 31, 2018 and remained out of the market for 30 days to avoid wash sale rules.  The securities at a loss position as of December 31, 2018 had appreciated a combined $316,000 by January 31, 2019.  See my Initial Report, Opinion 2.

[45] Masten Report, Schedule 4.

$73,907.[46]  Had FWTB harvested the losses on the same securities on December 10, 2018, just one week later, there would be *no lost equity value damages*, since the Flecks' portfolio value would have benefitted by $5,889 from FWTB's alleged failure to tax loss harvest in December 2018.[47]  See **Attachment 3**.

56.   In fact, of the 19 total trading days in December 2018, only six days produce a scenario in which harvesting the losses on that day would result in *any* lost equity value damages to the Flecks.  For 13 of the 19 trading days in December 2018, harvesting the losses related to the securities identified by Ms. Masten would have harmed the Flecks as the equity value in the Trusts would have been lower than it actually was without the loss harvesting.  See **Attachment 5**.

57.   The Masten Report's narrowly defined scenario does not allow for the fact that if Mr. Fleck did in fact instruct FWTB to harvest losses, the more likely scenario is that the proceeds would have been used to acquire alternative equity investments to maintain the Trusts' target allocation in accordance with the IPS.  Furthermore, Ms. Masten does not consider that the harvesting of the losses may have occurred on a date other than December 3, 2018.  While the Masten Report does not indicate that its sole scenario is based on the benefit of hindsight, it is worth noting that the Masten Report's scenario, if anchored to any other trading date in December 2018, would have yielded a lesser amount of equity loss damages, with most days resulting in zero lost equity damages.  See **Attachment 5**.

**Opinion 3)**   **The Masten Report's alleged portfolio "underperformance" damages are based on unreasonable and inappropriate benchmark returns.  The Flecks' portfolio outperformed appropriate market benchmarks under FWTB management.**

58.   As described above, the Masten Report calculates damages related to the alleged underperformance of the Flecks' Trust accounts during the approximate one-year period during which the Trusts were managed by FWTB.

---

[46] **Attachment 5**.

[47] In addition to the lost equity value decreasing, the capital loss harvested by the Flecks would increase.  See **Attachment 2**.  However, as I discuss later in this report, the Flecks' tax savings resulting from the harvested losses is limited to a maximum of the total tax liability paid in years in which the harvested loss could be carried forward.

59.    The Masten Report calculates that the Trusts' performance from May 2018 to May 2019 was 3.660% before fees and 2.972% after paying fees.[48]  Ms. Masten calculates this return by comparing the equity value of the assets transferred to another investment manager on May 13, 2019 and the value of any wire and check disbursements from the accounts to the $8 million which was originally deposited in the FWTB accounts by the Flecks.[49]  Ms. Masten assumes an investment period of one year.

60.    To measure damages related to the alleged shortfall in portfolio performance, Ms. Masten calculates the value that the Flecks would have had after one year had the Trusts earned return based on two benchmarks: 1) the S&P 500 and 2) the target return laid out by the IPS. Neither of the Masten Report's benchmarks for portfolio return is appropriate to measure the return in a "but-for" scenario in which FWTB properly managed the portfolio from May 2018 to May 2019.

61.    Ms. Masten's first benchmark, the S&P 500, measures the return of only equities – and specifically 500 of the largest capitalization companies traded in U.S. markets.  As described by Ms. Masten, the IPS establishes a target allocation which includes 46% equities, emerging markets, and alternatives; 53% fixed income; and 1% cash and equivalents.[50]  Additionally, the IPS includes a <u>minimum</u> holding percentage of 39% for fixed income.[51]  Therefore, a 100% equity portfolio would clearly be in violation of the IPS signed by FWTB and the Flecks and is therefore an inappropriate benchmark to assess the Trusts' "should have been" returns.  An appropriate analysis of the returns in the portfolio should consider benchmarks which mirror the allocation of assets in the Flecks' portfolio allowed under the IPS.  Using a benchmark which aligns with approximately half of the assets within the portfolio produces an arbitrary and unrealistic analysis of expected portfolio performance.

62.    The Masten Report's second benchmark for the "should have been" portfolio performance is the 6.48% target return estimated in the IPS, which the IPS describes as a "10-year expected annual return of your portfolio."[52]

---

[48] Masten Report, Schedule 5.

[49] Masten Report, Schedule 5.

[50] Masten Report, p. 18.

[51] Investment Policy Statement, p. 5.

[52] Investment Policy Statement, p. 6.

63. Ms. Masten's reliance on the 6.48% as a benchmark for the portfolio return analysis is flawed. The Masten Report applies a 10-year average return metric to an approximate one-year period in which the Flecks' portfolio was managed by FWTB. Investment markets, particularly equity markets, may rise or fall in any given period, but on average earn positive returns over longer time periods, which described in the IPS. For example, the IPS states that "Your actual experience may vary widely from this single-point potential return" and provides a table showing that, over a one year period, the 95th percentile return could be 20.4% and the 5th percentile return could be *negative* 5.7%.[53] When describing the target return percentages, the IPS states "actual performance <u>will vary</u> from these assumed rates and there is no guarantee that this return objective will be achieved either in any single year or over longer time periods."[54]

64. Using either the all equity S&P 500 or the 10-year average "target" return metric to analyze the performance of the Flecks' Trusts over a single year – as Ms. Masten does – is flawed and unreasonable, and it is inconsistent with the asset allocations and other language set forth in the IPS.

65. In my Initial Report, I analyzed the Flecks' Trusts financial performance under FWTB's management from May 2018 to May 2019. For my analysis, I considered the target asset allocation set forth in the IPS and the performance of the relevant markets during the time period the Flecks' portfolio was managed by FWTB. Since the Masten Report includes alleged "underperformance" as damages, I am including a similar analysis in this rebuttal report, as described below.

66. To determine whether the Flecks' Trusts underperformed the market – regardless of the reason – I compare the Trusts' actual returns to the returns from appropriate benchmark indices, weighted based on the "target" allocations set forth in the IPS. For example, I used the S&P 500 Total Return Index for the 13% "target" allocation to US Large Cap Equities, and I used the S&P International 700 Total Return Index for the 12% "target" allocation to International Equities. I used the S&P U.S. Aggregate Bond Total Return Index for the 49% "target" allocation to Fixed Income. For the alternative asset class, I reviewed the IPS to

---

[53] Investment Policy Statement, p. 6.

[54] Investment Policy Statement, p. 5. [emphasis added]

determine which indices to select for the alternative asset category.  I then calculated a combined annualized return for the alternative asset class by equally weighting the investment types making up the class.[55]  The following table, which is included with additional details as **Attachment 6**, shows my calculation of the Trusts' expected annualized return for the period.

| Expected Portfolio Return Based on Market Indices | | | |
|---|---|---|---|
| Asset Class | Target Allocation | Index Return | Weighted Index Return |
| US Large Cap Equities | 13% | 9.76% | 1.27% |
| US Mid Cap Equities | 4% | 3.07% | 0.12% |
| US Small Cap Equities | 6% | -0.14% | -0.01% |
| International Equities | 12% | -2.97% | -0.36% |
| Emerging Markets | 3% | -2.31% | -0.07% |
| High Yield Bonds | 4% | 7.00% | 0.28% |
| Fixed Income | 49% | 5.40% | 2.65% |
| Alternatives | 8% | 2.71% | 0.22% |
| Cash and Equivalents | 1% | 2.26% | 0.02% |
| | Expected Annualized Return | | **4.12%** |

*Sources: Attachments 6 & 8*

67.    After calculating the expected annualized return based on the IPS allocations and market indices, I then calculated the actual annualized return in the Flecks' Trusts to determine whether the accounts underperformed the market, as claimed by Ms. Masten, over the same period.  To calculate the Trusts' actual returns, I compared the ending value of the Trusts on May 6, 2019 and any fees paid by the Flecks on the date which they were paid to the $8 million beginning value of the trusts on May 23, 2018.  My analysis indicates that the Flecks' Trusts combined for a 4.44% annualized return (before fees), overperforming the annualized market return of the "target allocation" by 0.31%, as shown in the table below and on **Attachment 7**.

| Actual Portfolio Return Compared to Expected Return | | | |
|---|---|---|---|
| | Aaron Fleck Trust | Barbara Fleck Trust | Combined |
| Actual Annualized Return | 5.33% | 3.55% | 4.44% |
| Expected Annualized Return | 4.12% | 4.12% | 4.12% |
| **Overperformance (Underperformance)** | 1.20% | -0.57% | **0.31%** |

*Source: Attachment 7*

---

[55] **Attachment 8**.

68. The positive overall return and the very similar market performance experienced by both Fleck Trusts while under FWTB's management contradict Ms. Masten's claim that the Trust accounts performed "lower than the overall market returns during the investment period."[56] While the Trusts' performance overall was less than the return on a portfolio of 100% equities and less than the projected average 10-year return set forth in the IPS, the Trusts' performance was in line – and even a bit better than – the weighted returns for the various asset classes and allocations set forth in the IPS. The Trusts' performance was also within the performance range set forth in the IPS for periods of one year, three years, five years, ten years and twenty years.[57] The Trusts' performance relative to market-based benchmarks during the FWTB management period does not support Ms. Masten's contention that the Flecks suffered damages from alleged underperformance of the Trusts' investments.

**Opinion 4)   The Masten Report's alleged tax loss shield damages are overstated and ignore both the taxable capital gains the Flecks would have incurred in Ms. Masten's but-for scenario and the Flecks' minimal tax liabilities.**

69. As described above, Ms. Masten performs an estimate of the potential tax shield lost by the Flecks due to FWTB's alleged failure to harvest tax losses on December 3, 2018. Ms. Masten states that "the estimated forgone tax shield of $36,471 represents the <u>potential</u> reduction of the Plaintiff's income taxes had FWTB followed the Plaintiffs' instructions to harvest tax losses in 2018" and that "the tax shield could have been carried forward to subsequent years to offset the tax liability on future gains."[58]

70. In my Initial Report, I described how and why the tax consequences of harvesting losses is much more complicated than the simplistic analysis provided in the Masten Report. Among other things I described how, when losses are harvested and proceeds are used (either immediately or at some future point) to repurchase identical or replacement investments at lower prices than the harvested investments' original basis, there are future higher taxes – due to lower replacement cost basis – that would offset, often completely, any short-term benefit from tax loss harvesting. I also described that, generally, any benefit from tax loss harvesting

---

[56] Masten Report, p. 17.

[57] Investment Policy Statement, p. 6.

[58] Masten Report, p. 13 [emphasis added].

is just the time value of money on tax payments in different years and not a different total tax amount.

71. My Initial Report's discussion of these issues used hypothetical examples, since Mr. Rulison's "damages" report did not provide any specific scenario, calculations, or damages totals.  However, now that Plaintiffs have submitted the Masten Report, many of the concepts and principles I described in my Initial Report (which I incorporate in this rebuttal report by reference) illustrate flaws in Ms. Masten's methodology and calculations.

72. By singling out only the "potential" tax benefit Ms. Masten calculates the Flecks would have received if certain securities had been sold at a loss in December 2018 and then repurchased at lower prices (after a market decline) in early January 2019, the Masten report ignores several other tax considerations which, if considered, completely negate any potential tax benefit to the Flecks.

73. For example, as described earlier in this report, Ms. Masten assumes that the harvest transactions' proceeds would have been held in cash for 30 days, then used to purchase the exact same securities at lower prices on January 3, 2019.  In that scenario, the Flecks would have had a lower tax basis in the securities than they actually had.  When the portfolio was "realigned" on or about February 6, 2019 and many of the securities were sold and reinvested in pooled equity funds, the lower tax basis that would have existed in Ms. Masten's "but for" scenario would have resulted in taxable, short-term capital gains that would have increased the Flecks' 2019 tax liability that Ms. Masten did not consider in her damages analysis.

| Summary of Masten Scenario Realized Capital Gains for AFT & BFT | | | |
|---|---|---|---|
| Asset | Funds Reinvested on 1/3/2019 | Proceeds from Sale on 2/6/2019 | Masten Scenario Realized Capital Gain |
| Anheuser Busch | $ 18,371 | $ 21,732 | $ 3,362 |
| BlackRock | 18,207 | 19,854 | 1,647 |
| Celgene | 21,398 | 22,137 | 739 |
| eBay | 18,144 | 22,681 | 4,536 |
| Halliburton | 7,384 | 8,687 | 1,303 |
| Home Depot | 22,308 | 24,194 | 1,886 |
| Estee Lauder | 22,603 | 26,587 | 3,983 |
| Raytheon | 9,486 | 10,822 | 1,337 |
| S&P Global | 10,405 | 12,050 | 1,644 |
| Schlumberger | 17,429 | 20,950 | 3,522 |
| Charles Schwab | 18,192 | 20,395 | 2,203 |
| Texas Instruments | 20,812 | 24,487 | 3,675 |
| Maingate MLP Fund | 73,876 | 81,196 | 7,320 |
| PIMCO Comm Real Ret | 153,715 | 162,773 | 9,058 |
| **Total** | **$ 432,329** | **$ 478,544** | **$ 46,215** |
| *Sources: Attachment 10* | | | |

74.     For example, as shown in the table above, had the Aaron Fleck Trust sold its 120 shares of Anheuser Busch on December 3, 2018, the Masten Report calculates it would have received $9,169 in proceeds, and after earning $16.80 in interest for the 30-day period before repurchasing shares, the Trust would have had $9,185 to reinvest in Anheuser Busch shares on January 3, 2019.[59]  The Masten Report contemplates this amount would have been used to purchase 138.5 shares of Anheuser Busch, making the basis of these new shares $9,185. When these same 138.5 shares would have been sold on February 6, 2019, the Masten Report calculates the Aaron Fleck Trust would have received $78.49 per share, resulting in approximately $10,866 of proceeds.[60]  The $10,866 in proceeds received on February 6, 2019 minus the $9,185 cost basis of these shares results in a $1,681 realized short-term capital gain on which the Flecks would have owed taxes in 2019.  For all securities the Masten Report suggests the Trusts would have repurchased, this short-term capital gain, would have been $46,215, and the tax impact would have been $13,139 assuming the same marginal tax rate

---

[59] Masten Report, Schedule 3.

[60] Masten Report, Schedule 3.

used in Ms. Masten's analysis.  See **Attachment 10** for additional details for the calculation summarized in the table above.

75.   Furthermore, Ms. Masten fails to consider that, when the securities were actually sold on or about February 6, 2019 as part of the realignment, the Flecks then realized many of the same losses she claims they should have realized in December 2018.  For example, the Aaron Fleck Trust realized $4,150 in losses upon the sale of the same 190 Schlumberger shares the Masten Report claims FWTB should have sold to harvest losses on December 3, 2019.  If those securities had instead been sold in December 2018 (and not in February 2019), that loss would not have existed.  See a summary of the actual losses taken in both Trusts below.

| Summary of Actual Capital Gains (Losses) Taken in the Trusts | | | |
|---|---|---|---|
| **Asset** | **Cost Basis** | **Proceeds** | **Capital Gain (Loss)** |
| Anheuser Busch | $ 22,104 | $ 18,835 | $ (3,269) |
| BlackRock | 21,888 | 17,474 | (4,414) |
| Celgene | 22,504 | 25,505 | 3,001 |
| eBay | 22,536 | 21,361 | (1,175) |
| Halliburton | 11,309 | 7,310 | (3,999) |
| Home Depot | 22,579 | 22,525 | (54) |
| Estee Lauder | 22,803 | 22,839 | 37 |
| Raytheon | 11,255 | 9,447 | (1,808) |
| S&P Global | 11,028 | 10,817 | (211) |
| Schlumberger | 25,412 | 17,111 | (8,300) |
| Charles Schwab | 21,886 | 18,312 | (3,574) |
| Texas Instruments | 22,580 | 21,689 | (891) |
| Maingate MLP Fund | 83,050 | 66,466 | (16,584) |
| PIMCO Comm Real Ret | 182,174 | 155,097 | (27,077) |
| **Total** | **$ 503,106** | **$ 434,787** | **$ (68,319)** |

*Sources: Attachment 11*

76.   As shown in the table above, I calculate that the forfeiture of the actual 2019 tax loss would have been $68,319, the tax effected amount of which ($19,423, assuming the same marginal tax rate used by Ms. Masten) should be an offset/reduction to Ms. Masten's alleged "tax loss shield" damages.[61]  See **Attachment 11**.

---

[61] I understand there may be a small impact related to the time value of money of harvesting a loss in 2018 vs, 2019. Based on my review of the Flecks' 2018 tax return, their 2018 tax liability was minimal and thus and impact of harvesting the losses in 2018 vs. 2019 would be de minimis.

77. Combined, these two tax consequences of Ms. Masten's own scenario – which she fails to consider, or even mention – reduce any potential tax benefit of harvesting additional losses in 2018 by $32,562.[62]

78. In addition to the above tax consequences, there would have been additional tax implications to Ms. Masten's scenario for the securities that were NOT sold as part of the February 6, 2019 realignment and the additional securities which would have been purchased during the February 6, 2019 realignment. As shown on **Attachment 12** and **Attachment 13**, I calculate the additional unrealized gain to be $87,520 as of May 8, 2019 and the unrealized tax impact to be $24,882. Plaintiffs have not provided or produced any information for their investments after the Trusts were moved from FWTB in May 2019. However, assuming those additional gains were at some point realized, there would be a further reduction from Ms. Masten's claimed tax loss shield.

79. In total, these tax consequences, when properly considered, show that Flecks would have received <u>zero</u> net tax benefit from harvesting additional losses in December 2018 under the scenario set forth in the Masten Report's damages calculations. In fact, the Flecks would have incurred additional tax liability under the Masten Report's scenario.

| Additional Tax Consequences Introduced by the Masten Report Scenario | | |
|---|---|---|
| Tax Impact of Realized Capital Gain as of February 6, 2019 | $ | (13,139) |
| Forfeiture of Actual Tax Savings Resulting from Sales | | (19,423) |
| Tax Impact of Unrealized Capital Gain as of May 8, 2019 | | (24,882) |
| Masten Report Tax Shield | | 36,471 |
| **Net Tax Benefit (Loss) to the Flecks** | **$** | **(20,973)** |
| *Sources: Attachments 10 - 13; Masten Report, Schedule 2* | | |

80. The Masten Report also fails to consider the Flecks' actual tax liability to assess whether the tax shield could actually have been utilized. Ms. Masten describes her claimed tax loss shield damages as a <u>potential</u> tax shield using the marginal tax rates provided by the Flecks' tax preparer, but the Masten Report does not describe any analysis of the Flecks 2018 and 2019

---

[62] In addition to the larger tax impacts regarding capital gains and losses, the Masten Report fails to consider the tax implications of the interest which the Masten Report claims would have been earned on the harvest proceeds from December 3, 2018 to January 3, 2018 and the interim dividends the Masten Report claims would have been paid on the additional fund shares in April 2019.

tax returns to determine what the <u>potential</u> tax shield would have <u>actually</u> yielded in tax savings to the Flecks.[63]

81.    For example, according to a "tax transcript" from the IRS for the year ending December 31, 2018, the Flecks reported total income of $270,367, a net capital gain of $31,314, taxable income of $50,173, and a total tax figure of <u>only $774</u>.  According to the tax transcript, the Flecks received a 2018 refund for $10,232 of the $11,006 payments they had made.[64]  Even if FWTB had harvested the $128,284 in unrealized losses in the Flecks' Trusts as calculated by Ms. Masten as of December 3, 2018,[65] such an action would have had a negligible impact on the Flecks' 2018 tax liability.  In 2018, $34,314 of the harvested loss would have been used to fully offset the Flecks' capital gains and report a capital loss of $3,000, the maximum capital loss the IRS allows taxpayers to deduct each year.[66]  At most, harvesting the capital losses would have saved the Flecks the total $774 in federal taxes they paid in 2018.  The majority of the loss, had it been harvested in December 2018, would have been carried over to 2019 or future years.  The loss that would have been carried to 2019 would have been partially offset by the capital gain described above which Ms. Masten failed to consider.  The benefit of any remaining loss that is carried forward would be offset by the inability for the Flecks to harvest the losses they actually did in 2019 and the tax impact of the unrealized loss, as described above.

**Opinion 5)   Overall, Plaintiffs have not suffered any damages resulting from FWTB's alleged misconduct.**

82.    In conclusion and as described throughout this rebuttal report, the Masten Report's calculation of the Flecks' potential damages is flawed and is not a reasonable estimate of the Fleck's potential damages.

83.    Ms. Masten improperly adds together calculations which measure the same thing, resulting in double-counted and/or overstated total damages.

---

[63] In 2017, Mr. Fleck reported to FWTB that he had not paid taxes in fifteen years as he had a net operating loss carryforward of $3 million to $4 million.  See FWTB_0005160.

[64] FLECK_007522 to 007537.

[65] Masten Report, p. 13.

[66] IRS Topic No. 409, Capital Gains and Losses, retrieved from *https://www.irs.gov/taxtopics/tc409*.

84.   Furthermore, the Masten Report's analysis of the lost equity value of the Flecks' accounts is based on a narrow, unsupported scenario which unreasonably assumes: (a) the harvesting of securities would have occurred on December 3, 2018 as opposed to any other date in December; (b) the proceeds from sale of the securities would have been held in cash for 30 days instead of being reinvested in alternative securities; and (c) repurchase of the same securities on January 3, 2019.  Any scenario, other than the one contemplated by the Masten Report, would have dramatically different (and often zero) potential equity loss damages, whether the losses were harvested at a later date in December or the proceeds from the "harvest" sales were reinvested in "replacement" securities during the month of December.

85.   The Masten Report's analysis of "should have been" portfolio performance and thus alleged underperformance damages is flawed as it compares the actual performance in the Flecks' Trusts to unreasonable and inappropriate benchmarks.  A reasonable analysis of the Trusts' performance compared to market returns for asset class "targets" set forth in the IPS shows the Flecks were not damaged by any alleged portfolio underperformance during the period under FWTB management.

86.   The Masten Report also presents an overly simplified and one-sided calculation of the potential benefit to the Plaintiffs of additional tax loss harvesting in December 2018.  Ms. Masten fails to consider the full tax implications of her assumed scenario, would have resulted in additional tax liabilities/payments for the Flecks, which would have more than offset any potential benefit the Flecks could have potentially received from harvesting additional losses in December 2018.  Ms. Masten also fails to analyze the Flecks' actual tax liability in 2018 and 2019 to consider whether any tax shield estimated by Ms. Masten could have actually been utilized to offset or reduce the Flecks' tax liability.

**Fleck Revocable Trusts - Lost Equity Value as of May 13, 2019**                                                                                                                                                             Attachment 1

| | | | | | | | Value Effect From Loss Harvest as of February 6, 2019 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harvest Date | 12/3/2018 | | | | | | | | | | | | |
| Return of The S&P 500 | -12.11% | | | | | | | | | | | | |
| Re-investment Date | 1/3/2019 | | | | | | | | | | | | |

| Trust | Asset | Shares as of 12/3/2018 | Share Price as of Harvest Date | Market Value as of Harvest Date | Increase (Decrease) in asset value as of 1/2/2019 | Forgone Dividends | Available for Reinvestment | Share Price as of Re-investment Date | Estimated Shares Repurchased | Increase (Decrease) in Shares | Increase (Decrease) in Value | Share Price as of 2/6/2019 | Increase (Decrease) in Value as of 2/6/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [1] | [2] | | [3] | [4] | | [2] | | | | [2] | |
| AFT | Anheuser Busch | 120.00 | $ 76.40 | $ 9,169 | (1,109.99) | | $ 8,059 | $ 66.34 | 121.47 | 1.47 | $ 98 | $ 78.60 | $ 116 |
| AFT | BlackRock | 21.00 | 435.83 | 9,152 | (1,108.04) | $ (65.73) | 7,979 | 381.51 | 20.91 | (0.09) | (33) | 417.42 | (36) |
| AFT | Celgene[9] | 145.00 | 73.65 | 10,679 | (1,292.88) | | 9,386 | 84.15 | 111.55 | (33.45) | (2,815) | 87.92 | (2,941) |
| AFT | eBay | 300.00 | 30.19 | 9,056 | (1,096.30) | | 7,959 | 28.47 | 279.52 | (20.48) | (583) | 35.30 | (723) |
| AFT | Halliburton | 114.00 | 32.50 | 3,706 | (448.61) | (20.52) | 3,236 | 27.24 | 118.79 | 4.79 | 131 | 32.11 | 154 |
| AFT | Home Depot | 61.00 | 182.51 | 11,133 | (1,347.86) | | 9,786 | 170.22 | 57.49 | (3.51) | (598) | 185.71 | (653) |
| AFT | Estee Lauder | 76.00 | 148.43 | 11,281 | (1,365.74) | | 9,915 | 127.74 | 77.62 | 1.62 | 207 | 150.03 | 243 |
| AFT | Raytheon[9][8] | 27.00 | 175.44 | 4,737 | (573.47) | | 4,163 | 151.45 | 27.49 | 0.49 | 74 | 175.33 | 86 |
| AFT | S&P Global | 28.00 | 185.47 | 5,193 | (628.71) | | 4,564 | 166.83 | 27.36 | (0.64) | (107) | 193.83 | (124) |
| AFT | Schlumberger | 190.00 | 46.29 | 8,795 | (1,064.78) | (95.00) | 7,635 | 37.45 | 203.85 | 13.85 | 519 | 45.02 | 624 |
| AFT | Schwab | 199.00 | 45.63 | 9,079 | (1,099.19) | | 7,980 | 41.03 | 194.47 | (4.53) | (186) | 46.22 | (209) |
| AFT | Texas Instruments | 102.00 | 101.83 | 10,387 | (1,257.52) | | 9,130 | 90.35 | 101.04 | (0.96) | (87) | 105.37 | (101) |
| AFT | Lazard Int Strategic EQ[10] | 13,272.98 | 14.97 | 198,697 | (24,055.13) | (2,689.64) | 171,952 | 12.66 | 13,582.29 | 309.31 | 3,916 | 13.94 | 4,312 |
| AFT | Maingate MLP Fund[11] | 9,964.91 | 7.60 | 75,733 | (9,168.63) | | 66,565 | 6.74 | 9,876.07 | (88.84) | (599) | 7.41 | (658) |
| AFT | PIMCO Comm Real Ret[9][11] | 12,719.43 | 5.95 | 75,681 | (9,162.25) | (1,205.80) | 65,313 | 5.50 | 11,875.01 | (844.42) | (4,644) | 5.81 | (4,906) |
| AFT | Vanguard FTSE DEV MKT[10][11] | 4,840.00 | 40.32 | 195,149 | (23,625.62) | (1,857.11) | 169,666 | 36.84 | 4,605.49 | (234.51) | (8,640) | 40.12 | (9,409) |
| AFT | Parnassus Core Equity INST | | | | | | | | | | | | |
| AFT | Touchstone Sands Capital INST | | | | | | | | | | | | |
| **AFT Total** | | | | $ 647,627 | $ (78,405) | $ (5,934) | 563,288 | | | | $ (13,346) | | $ (14,226) |
| BFT | Anheuser Busch | 120.00 | $ 76.40 | $ 9,169 | (1,109.99) | | $ 8,059 | $ 66.34 | 121.47 | 1.47 | $ 98 | $ 78.60 | $ 116 |
| BFT | BlackRock | 21.00 | 435.83 | 9,152 | (1,108.04) | $ (65.73) | 7,979 | 381.51 | 20.91 | (0.09) | (33) | 417.42 | (36) |
| BFT | Celgene[9] | 145.00 | 73.65 | 10,679 | (1,292.88) | | 9,386 | 84.15 | 111.55 | (33.45) | (2,815) | 87.92 | (2,941) |
| BFT | eBay | 300.00 | 30.19 | 9,056 | (1,096.30) | | 7,959 | 28.47 | 279.52 | (20.48) | (583) | 35.30 | (723) |
| BFT | Halliburton | 114.00 | 32.50 | 3,706 | (448.61) | (20.52) | 3,236 | 27.24 | 118.79 | 4.79 | 131 | 32.11 | 154 |
| BFT | Home Depot | 61.00 | 182.51 | 11,133 | (1,347.86) | | 9,786 | 170.22 | 57.49 | (3.51) | (598) | 185.71 | (653) |
| BFT | Estee Lauder | 76.00 | 148.43 | 11,281 | (1,365.74) | | 9,915 | 127.74 | 77.62 | 1.62 | 207 | 150.03 | 243 |
| BFT | Raytheon[9][8] | 27.00 | 175.44 | 4,737 | (573.47) | | 4,163 | 151.45 | 27.49 | 0.49 | 74 | 175.33 | 86 |
| BFT | S&P Global | 28.00 | 185.47 | 5,193 | (628.71) | | 4,564 | 166.83 | 27.36 | (0.64) | (107) | 193.83 | (124) |
| BFT | Schlumberger | 190.00 | 46.29 | 8,795 | (1,064.78) | (95.00) | 7,635 | 37.45 | 203.85 | 13.85 | 519 | 45.02 | 624 |
| BFT | Schwab | 199.00 | 45.63 | 9,079 | (1,099.19) | | 7,980 | 41.03 | 194.47 | (4.53) | (186) | 46.22 | (209) |
| BFT | Texas Instruments | 102.00 | 101.83 | 10,387 | (1,257.52) | | 9,130 | 90.35 | 101.04 | (0.96) | (87) | 105.37 | (101) |
| BFT | PIMCO Comm Real Ret[9][11] | 13,001.28 | 5.95 | 77,358 | (9,365.27) | (1,232.52) | 66,760 | 5.50 | 12,138.15 | (863.13) | (4,747) | 5.81 | (5,015) |
| BFT | Vanguard FTSE DEV MKT[10] | 7,669.00 | 40.32 | 309,214 | (37,434.89) | (2,942.60) | 268,837 | 36.84 | 7,297.41 | (371.59) | (13,689) | 40.12 | (14,908) |
| BFT | Clearbridge Small Cap Growth | | | | | | | | | | | | |
| BFT | Parnassus Core Equity INST | | | | | | | | | | | | |
| BFT | Touchstone Sands Capital INST | | | | | | | | | | | | |
| **BFT Total** | | | | $ 488,939 | $ (59,193) | $ (4,356) | 425,390 | | | | $ (21,816) | | $ (23,487) |
| **TOTAL** | | | | $ 1,136,566 | $ (137,598) | $ (10,290) | 988,678 | | | | $ (35,163) | | $ (37,713) |

Notes:

[1] Shares as of December 3, 2018 obtained from the November 2018 Trust account statements [FWTB_0000140 and FWTB_0000330].

[2] Per share prices obtained from Yahoo Finance unless otherwise stated. Calculated as the average of the open and close prices for the day.

[3] Return for the S&P 500 calculated as the price as of 1/3/2019 minus the price as of 12/3/2018 divided by the 12/3/2018 price. Prices obtained from https://us.spglobal.com/spdji/en/indices/equity/sp-500/#overview.

[4] I include forgone dividends for assets with a dividend which has a shareholder of record date between 12/3/2018 - 1/3/2019. See Attachment 4.

[5] See Masten Report, Schedules 4 and 4a for reallocation purchase amount percentages.

[6] Prices obtained from 2/1/19 - 2/28/19 Trust account Statements [FWTB_0000226 and FWTB_0000041].

[7] See Masten Report, Schedule 4, Note 3. April dividends are based on Aaron and Barbara Fleck April 2019 Account Statements [FWTB_0000184 and FWTB_0000001].

Parnassus Core Equity INST dividend is $0.117 per share and Vanguard FTSE DEV MKT dividend is $0.175 per share.

[8] Per share purchase price as of May 8, 2019 obtained from Masten Report, Schedule 4.

[9] Per share prices for Celgene, Raytheon, and PIMCO Comm Real Ret obtained from Investing.com.

[10] Lazard INT Strategic EQ and Vanguard FTSE DEV MKT were held through the February 8, 2019 reallocation.

[11] Share prices for Raytheon, Maingate MLP, PIMCO Comm Real Ret, and Vanguard FTSE DEV MKT differ from the Masten Report. Share price for Maingate MLP and Vanguard FTSE DEV MKT obtained from Yahoo Finance.

Fleck Revocable Trusts - Lost Equity Value as of May 13, 2019

Attachment 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Harvest Date | 12/3/2018 | | | | | | | | | |
| Return of The S&P 500 | -12.11% | | | | | | | | | |
| Re-investment Date | 1/3/2019 | | | | | | | | | |

| | | | | February 11, 2019 Reallocation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trust | Asset | Increase (Decrease) in Proceeds From 2/8/2019 Sale | Reallocation Purchase Amount % | Decrease in 2/11/2019 Reallocation Purchase | Increase (Decrease) in Value as of 2/11/2019 | Per Unit Value as of 2/11/2019 | Increase (Decrease) in Unit Shares as of 2/11/2019 | Interim Dividends Paid April 2019 | Share Price as of 5/8/2019 | Implied Lost Equity Value as of 5/13/2019 |
| | | [5] | | | | [6] | | [7] | [8] | |
| AFT | Anheuser Busch | $ 116 | | | | | | | | |
| AFT | BlackRock | (36) | | | | | | | | |
| AFT | Celgene[9] | (2,941) | | | | | | | | |
| AFT | eBay | (723) | | | | | | | | |
| AFT | Halliburton | 154 | | | | | | | | |
| AFT | Home Depot | (653) | | | | | | | | |
| AFT | Estee Lauder | 243 | | | | | | | | |
| AFT | Raytheon[9][8] | 86 | | | | | | | | |
| AFT | S&P Global | (124) | | | | | | | | |
| AFT | Schlumberger | 624 | | | | | | | | |
| AFT | Schwab | (209) | | | | | | | | |
| AFT | Texas Instruments | (101) | | | | | | | | |
| AFT | Lazard Int Strategic EQ[10] | | | $ 4,312 | | | 309.31 | | $ 14.45 | 4,469 |
| AFT | Maingate MLP Fund[11] | (658) | | | | | | | | |
| AFT | PIMCO Comm Real Ret[8][11] | (4,906) | | | | | | | | |
| AFT | Vanguard FTSE DEV MKT[10][11] | | | | (9,409) | | (234.51) $ | (41.04) | 41.02 | (9,661) |
| AFT | Parnassus Core Equity INST | | 50% $ | (4,564) | (4,564) $ | 42.03 | (108.60) | (12.71) | 45.18 | (4,919) |
| AFT | Touchstone Sands Capital INST | | 50% | (4,564) | (4,564) | 21.82 | (209.18) | | 24.09 | (5,039) |
| **AFT Total** | | $ (9,129) | | $ (9,129) $ | (14,226) | | | | $ | (15,150) |
| BFT | Anheuser Busch | $ 116 | | | | | | | | |
| BFT | BlackRock | (36) | | | | | | | | |
| BFT | Celgene[9] | (2,941) | | | | | | | | |
| BFT | eBay | (723) | | | | | | | | |
| BFT | Halliburton | 154 | | | | | | | | |
| BFT | Home Depot | (653) | | | | | | | | |
| BFT | Estee Lauder | 243 | | | | | | | | |
| BFT | Raytheon[9][8] | 86 | | | | | | | | |
| BFT | S&P Global | (124) | | | | | | | | |
| BFT | Schlumberger | 624 | | | | | | | | |
| BFT | Schwab | (209) | | | | | | | | |
| BFT | Texas Instruments | (101) | | | | | | | | |
| BFT | PIMCO Comm Real Ret[9][11] | (5,015) | | | | | | | | |
| BFT | Vanguard FTSE DEV MKT[10] | | | | (14,908) | | (371.59) | | $ 41.02 | (15,243) |
| BFT | Clearbridge Small Cap Growth | | 12.50% $ | (1,072) | (1,072) $ | 35.93 | (29.85) | | 35.11 | (1,048) |
| BFT | Parnassus Core Equity INST | | 43.75% | (3,753) | (3,753) | 42.03 | (89.30) | | 45.18 | (4,035) |
| BFT | Touchstone Sands Capital INST | | 43.75% | (3,753) | (3,753) | 21.82 | (172.01) | | 24.09 | (4,144) |
| **BFT Total** | | $ (8,579) | | $ (8,579) $ | (23,487) | | | | $ | (24,469) |
| **TOTAL** | | $ (17,708) | | $ (17,708) $ | (37,713) | | | | $ | (39,618) |

**Fleck Revocable Trusts - Potential Tax Loss Harvest**                                   Attachment 2

**Harvest Date:  12/10/2018**

| Trust | Asset | Shares as of 12/3/2018 | Share Price as of Harvest Date | Market Value as of Harvest Date | Average Unit Cost | Total Cost | Potential Tax-Loss Harvest |
|---|---|---|---|---|---|---|---|
| | | [1] | [2] | | | [1] | |
| AFT | Anheuser Busch | 120.00 | $ 70.84 | $ 8,501 | $ 92.10 | $ 11,052 | $ (2,551) |
| AFT | BlackRock | 21.00 | 392.07 | 8,233 | 521.15 | 10,944 | (2,711) |
| AFT | Celgene[3] | 145.00 | 69.34 | 10,054 | 77.60 | 11,252 | (1,198) |
| AFT | eBay | 300.00 | 29.07 | 8,721 | 37.56 | 11,268 | (2,547) |
| AFT | Halliburton | 114.00 | 29.21 | 3,330 | 49.60 | 5,654 | (2,324) |
| AFT | Home Depot | 61.00 | 172.54 | 10,525 | 185.07 | 11,289 | (764) |
| AFT | Estee Lauder | 76.00 | 137.23 | 10,429 | 150.02 | 11,401 | (972) |
| AFT | Raytheon[3][4] | 27.00 | 169.86 | 4,586 | 208.42 | 5,627 | (1,041) |
| AFT | S&P Global | 28.00 | 169.11 | 4,735 | 196.93 | 5,514 | (779) |
| AFT | Schlumberger | 190.00 | 41.88 | 7,957 | 66.87 | 12,706 | (4,749) |
| AFT | Schwab | 199.00 | 41.13 | 8,184 | 54.99 | 10,943 | (2,759) |
| AFT | Texas Instruments | 102.00 | 93.12 | 9,498 | 110.69 | 11,290 | (1,792) |
| AFT | Lazard Int Strategic EQ | 13,272.98 | 14.24 | 189,007 | 15.85 | 210,376 | (21,369) |
| AFT | Maingate MLP Fund[3] | 9,964.91 | 7.15 | 71,249 | 8.33 | 83,050 | (11,801) |
| AFT | PIMCO Comm Real Ret[3][4] | 12,719.43 | 5.92 | 75,299 | 6.97 | 88,602 | (13,303) |
| AFT | Vanguard FTSE DEV MKT[4] | 4,840.00 | 38.23 | 185,009 | 43.74 | 211,702 | (26,693) |
| **AFT Total** | | | | $ 615,319 | | $ 712,671 | $ (97,352) |
| BFT | Anheuser Busch | 120.00 | $ 70.84 | $ 8,501 | $ 92.10 | $ 11,052 | $ (2,551) |
| BFT | BlackRock | 21.00 | 392.07 | 8,233 | 521.15 | 10,944 | (2,711) |
| BFT | Celgene[3] | 145.00 | 69.34 | 10,054 | 77.60 | 11,252 | (1,198) |
| BFT | eBay | 300.00 | 29.07 | 8,721 | 37.56 | 11,268 | (2,547) |
| BFT | Halliburton | 114.00 | 29.21 | 3,330 | 49.60 | 5,654 | (2,324) |
| BFT | Home Depot | 61.00 | 172.54 | 10,525 | 185.07 | 11,289 | (764) |
| BFT | Estee Lauder | 76.00 | 137.23 | 10,429 | 150.02 | 11,401 | (972) |
| BFT | Raytheon[3][4] | 27.00 | 169.86 | 4,586 | 208.42 | 5,627 | (1,041) |
| BFT | S&P Global | 28.00 | 169.11 | 4,735 | 196.93 | 5,514 | (779) |
| BFT | Schlumberger | 190.00 | 41.88 | 7,957 | 66.87 | 12,706 | (4,749) |
| BFT | Schwab | 199.00 | 41.13 | 8,184 | 54.99 | 10,943 | (2,759) |
| BFT | Texas Instruments | 102.00 | 93.12 | 9,498 | 110.69 | 11,290 | (1,792) |
| BFT | PIMCO Comm Real Ret[3][4] | 13,001.28 | 5.92 | 76,968 | 7.01 | 91,133 | (14,166) |
| BFT | Vanguard FTSE DEV MKT | 7,669.00 | 38.23 | 293,148 | 44.72 | 342,932 | (49,784) |
| **BFT Total** | | | | $ 464,870 | | $ 553,006 | $ (88,136) |
| **TOTAL** | | | | $ 1,080,189 | | $ 1,265,677 | $ (185,489) |

Marginal Income Tax Rate[5]    28.43%

Tax Lost Shield    $    52,734

Notes:
[1] Shares and total cost as of December 3, 2018 obtained from the November 2018 Trust account statements [FWTB_0000140 and FWTB_0000330].
[2] Share prices obtained from Yahoo Finance unless otherwise stated. Calculated as the average of the open and close prices for the day.
[3] Share prices for Celgene, Raytheon, and PIMCO Comm Real Ret obtained from Investing.com.
[4] Share prices for Raytheon, Maingate MLP, PIMCO Comm Real Ret, and Vanguard FTSE DEV MKT differ from the Masten Report. Share price for Maingate MLP and Vanguard FTSE DEV MKT obtained from Yahoo Finance.
[5] See Masten Report, Schedule 2 for the Flecks' marginal tax rate.

Fleck Revocable Trusts - Lost Equity Value as of May 13, 2019                                                                                                                                                     Attachment 3

Harvest Date            12/10/2018
Re-investment Date      1/10/2019

|  |  |  |  |  |  | Value Effect From Loss Harvest as of February 6, 2019 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust | Asset | Shares as of 12/3/2018 | Share Price as of Harvest Date | Market Value as of Harvest Date | Anticipated Interest Through 1/2/2019 | Forgone Dividends | Available for Reinvestment | Share Price as of Re-investment Date | Estimated Shares Repurchased | Increase (Decrease) in Shares | Increase (Decrease) in Value | Share Price as of 2/6/2019 | Increase (Decrease) in Value as of 2/6/2019 |
|  |  | [1] | [2] |  |  | [4] |  | [2] |  |  |  | [2] |  |
| AFT | Anheuser Busch | 120.00 | 70.84 | 8,501 | 15.58 |  | 8,516 | 70.25 | 121.23 | 1.23 | 86 | 78.60 | 97 |
| AFT | BlackRock | 21.00 | 392.07 | 8,233 | 15.09 |  | 8,249 | 399.31 | 20.66 | (0.34) | (137) | 417.42 | (143) |
| AFT | Celgene[9] | 145.00 | 69.34 | 10,054 | 18.43 |  | 10,073 | 86.88 | 115.95 | (29.05) | (2,524) | 87.92 | (2,554) |
| AFT | eBay | 300.00 | 29.07 | 8,721 | 15.99 |  | 8,737 | 30.35 | 287.87 | (12.13) | (368) | 35.30 | (428) |
| AFT | Halliburton | 114.00 | 29.21 | 3,330 | 6.10 |  | 3,336 | 30.31 | 110.06 | (3.94) | (119) | 32.11 | (126) |
| AFT | Home Depot | 61.00 | 172.54 | 10,525 | 19.29 |  | 10,544 | 178.54 | 59.06 | (1.94) | (347) | 185.71 | (361) |
| AFT | Estee Lauder | 76.00 | 137.23 | 10,429 | 19.12 |  | 10,449 | 123.93 | 84.31 | 8.31 | 1,030 | 150.03 | 1,247 |
| AFT | Raytheon[9][8] | 27.00 | 169.86 | 4,586 | 8.41 |  | 4,594 | 158.54 | 28.98 | 1.98 | 314 | 175.33 | 347 |
| AFT | S&P Global | 28.00 | 169.11 | 4,735 | 8.68 |  | 4,744 | 175.28 | 27.06 | (0.94) | (164) | 193.83 | (181) |
| AFT | Schlumberger | 190.00 | 41.88 | 7,957 | 14.59 |  | 7,972 | 41.29 | 193.07 | 3.07 | 127 | 45.02 | 138 |
| AFT | Schwab | 199.00 | 41.13 | 8,184 | 15.00 |  | 8,199 | 43.59 | 188.09 | (10.91) | (476) | 46.22 | (504) |
| AFT | Texas Instruments | 102.00 | 93.12 | 9,498 | 17.41 |  | 9,516 | 96.74 | 98.36 | (3.64) | (352) | 105.37 | (383) |
| AFT | Lazard Int Strategic EQ[10] | 13,272.98 | 14.24 | 189,007 | 346.45 | (2,689.64) | 186,664 | 13.39 | 13,940.56 | 667.58 | 8,939 | 13.94 | 9,306 |
| AFT | Maingate MLP Fund[11] | 9,964.91 | 7.15 | 71,249 | 130.60 |  | 71,380 | 7.45 | 9,581.17 | (383.74) | (2,859) | 7.41 | (2,844) |
| AFT | PIMCO Comm Real Ret[9][11] | 12,719.43 | 5.92 | 75,299 | 138.02 | (1,205.80) | 74,231 | 5.67 | 13,091.93 | 372.50 | 2,112 | 5.81 | 2,164 |
| AFT | Vanguard FTSE DEV MKT[10][11] | 4,840.00 | 38.23 | 185,009 | 339.12 | (1,857.11) | 183,491 | 38.74 | 4,736.47 | (103.53) | (4,011) | 40.12 | (4,153) |
| AFT | Parnassus Core Equity INST |  |  |  |  |  |  |  |  |  |  |  |  |
| AFT | Touchstone Sands Capital INST |  |  |  |  |  |  |  |  |  |  |  |  |
| **AFT Total** |  |  |  | 615,319 | 1,128 | (5,753) | 610,694 |  |  | 1,252 |  | 1,621 |
| BFT | Anheuser Busch | 120.00 | 70.84 | 8,501 | 15.58 |  | 8,516 | 70.25 | 121.23 | 1.23 | 86 | 78.60 | 97 |
| BFT | BlackRock | 21.00 | 392.07 | 8,233 | 15.09 |  | 8,249 | 399.31 | 20.66 | (0.34) | (137) | 417.42 | (143) |
| BFT | Celgene[9] | 145.00 | 69.34 | 10,054 | 18.43 |  | 10,073 | 86.88 | 115.95 | (29.05) | (2,524) | 87.92 | (2,554) |
| BFT | eBay | 300.00 | 29.07 | 8,721 | 15.99 |  | 8,737 | 30.35 | 287.87 | (12.13) | (368) | 35.30 | (428) |
| BFT | Halliburton | 114.00 | 29.21 | 3,330 | 6.10 |  | 3,336 | 30.31 | 110.06 | (3.94) | (119) | 32.11 | (126) |
| BFT | Home Depot | 61.00 | 172.54 | 10,525 | 19.29 |  | 10,544 | 178.54 | 59.06 | (1.94) | (347) | 185.71 | (361) |
| BFT | Estee Lauder | 76.00 | 137.23 | 10,429 | 19.12 |  | 10,449 | 123.93 | 84.31 | 8.31 | 1,030 | 150.03 | 1,247 |
| BFT | Raytheon[9][8] | 27.00 | 169.86 | 4,586 | 8.41 |  | 4,594 | 158.54 | 28.98 | 1.98 | 314 | 175.33 | 347 |
| BFT | S&P Global | 28.00 | 169.11 | 4,735 | 8.68 |  | 4,744 | 175.28 | 27.06 | (0.94) | (164) | 193.83 | (181) |
| BFT | Schlumberger | 190.00 | 41.88 | 7,957 | 14.59 |  | 7,972 | 41.29 | 193.07 | 3.07 | 127 | 45.02 | 138 |
| BFT | Schwab | 199.00 | 41.13 | 8,184 | 15.00 |  | 8,199 | 43.59 | 188.09 | (10.91) | (476) | 46.22 | (504) |
| BFT | Texas Instruments | 102.00 | 93.12 | 9,498 | 17.41 |  | 9,516 | 96.74 | 98.36 | (3.64) | (352) | 105.37 | (383) |
| BFT | PIMCO Comm Real Ret[9][11] | 13,001.28 | 5.92 | 76,968 | 141.08 | (1,232.52) | 75,876 | 5.67 | 13,382.03 | 380.76 | 2,159 | 5.81 | 2,212 |
| BFT | Vanguard FTSE DEV MKT[10] | 7,669.00 | 38.23 | 293,148 | 537.34 | (2,942.60) | 290,742 | 38.74 | 7,504.96 | (164.04) | (6,355) | 40.12 | (6,581) |
| BFT | Clearbridge Small Cap Growth |  |  |  |  |  |  |  |  |  |  |  |  |
| BFT | Parnassus Core Equity INST |  |  |  |  |  |  |  |  |  |  |  |  |
| BFT | Touchstone Sands Capital INST |  |  |  |  |  |  |  |  |  |  |  |  |
| **BFT Total** |  |  |  | 464,870 | 852 | (4,175) | 461,547 |  |  | (7,126) |  | (7,222) |
| **TOTAL** |  |  |  | 1,080,189 | 1,980 | (9,928) | 1,072,241 |  |  | (5,874) |  | (5,601) |

Notes:
[1] Shares as of December 3, 2018 obtained from Aaron and Barbara Fleck 11/1/18 - 11/30/18 Account Statements [FWTB_0000140 and FWTB_0000330].
[2] Per share prices obtained from Yahoo Finance unless otherwise stated. Calculated as the average of the open and close prices for the day.
[3] See Masten Report pg.14 for wash sale interest rate on cash equivalents at 0.18%.
[4] I include forgone dividends for assets with a dividend which has a shareholder of record date between 12/10/2018 - 1/10/2019. See *Attachment 4*.
[5] See Masten Report, Schedules 4 and 4a for reallocation purchase amount percentages.
[6] Prices obtained from 2/1/19 - 2/28/19 Trust Account Statements [FWTB_0000226 and FWTB_0000041].
[7] See Masten Report, Schedule 4, Note 3. April dividends are based on Aaron and Barbara Fleck 4/1/19-4/30/19 Account Statements [FWTB_0000184 and FWTB_0000001]. Parnassus Core Equity INST dividend is $0.117 per share and Vanguard FTSE DEV MKT dividend is $0.175 per share.
[8] Per share purchase price as of May 8, 2019 obtained from Masten Report, Schedule 4.
[9] Per share prices for Celgene, Raytheon, and PIMCO Comm Real Ret obtained from Investing.com.
[10] Lazard INT Strategic EQ and Vanguard FTSE DEV MKT were held through the February 8, 2019 reallocation.
[11] Share prices for Raytheon, Maingate MLP, PIMCO Comm Real Ret, and Vanguard FTSE DEV MKT differ from the Masten Report. Share price for Maingate MLP and Vanguard FTSE DEV MKT obtained from Yahoo Finance.

Fleck Revocable Trusts - Lost Equity Value as of May 13, 2019

Attachment 3

| Harvest Date | 12/10/2018 |
| Re-investment Date | 1/10/2019 |

| Trust | Asset | Increase (Decrease) in Proceeds From 2/8/2019 Sale | February 11, 2019 Reallocation | | | | | Interim Dividends Paid April 2019 | Share Price as of 5/8/2019 | Implied Lost Equity Value as of 5/13/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reallocation Purchase Amount % | Decrease in 2/11/2019 Reallocation Purchase | Increase (Decrease) in Value as of 2/11/2019 | Per Unit Value as of 2/11/2019 | Increase (Decrease) in Unit Shares as of 2/11/2019 | | | |
| | | [5] | | | [6] | | | [7] | [8] | |
| AFT | Anheuser Busch | $ 97 | | | | | | | | |
| AFT | BlackRock | (143) | | | | | | | | |
| AFT | Celgene[9] | (2,554) | | | | | | | | |
| AFT | eBay | (428) | | | | | | | | |
| AFT | Halliburton | (126) | | | | | | | | |
| AFT | Home Depot | (361) | | | | | | | | |
| AFT | Estee Lauder | 1,247 | | | | | | | | |
| AFT | Raytheon[9][8] | 347 | | | | | | | | |
| AFT | S&P Global | (181) | | | | | | | | |
| AFT | Schlumberger | 138 | | | | | | | | |
| AFT | Schwab | (504) | | | | | | | | |
| AFT | Texas Instruments | (383) | | | | | | | | |
| AFT | Lazard Int Strategic EQ[10] | | | $ 9,306 | | | 667.58 | | $ 14.45 | 9,646 |
| AFT | Maingate MLP Fund[11] | (2,844) | | | | | | | | |
| AFT | PIMCO Comm Real Ret[6][11] | 2,164 | | | | | | | | |
| AFT | Vanguard FTSE DEV MKT[10][11] | | | | (4,153) | | (103.53) $ (18.12) | 41.02 | (4,265) | |
| AFT | Parnassus Core Equity INST | | 50% $ | (1,766) | (1,766) $ | 42.03 | (42.02) $ (4.92) | 45.18 | (1,903) | |
| AFT | Touchstone Sands Capital INST | | 50% | (1,766) | (1,766) | 21.82 | (80.93) | 24.09 | (1,950) | |
| **AFT Total** | | **$ (3,532)** | | **$ (3,532) $** | **1,621** | | | | | **$ 1,529** |
| BFT | Anheuser Busch | $ 97 | | | | | | | | |
| BFT | BlackRock | (143) | | | | | | | | |
| BFT | Celgene[9] | (2,554) | | | | | | | | |
| BFT | eBay | (428) | | | | | | | | |
| BFT | Halliburton | (126) | | | | | | | | |
| BFT | Home Depot | (361) | | | | | | | | |
| BFT | Estee Lauder | 1,247 | | | | | | | | |
| BFT | Raytheon[9][8] | 347 | | | | | | | | |
| BFT | S&P Global | (181) | | | | | | | | |
| BFT | Schlumberger | 138 | | | | | | | | |
| BFT | Schwab | (504) | | | | | | | | |
| BFT | Texas Instruments | (383) | | | | | | | | |
| BFT | PIMCO Comm Real Ret[9][11] | 2,212 | | | | | | | | |
| BFT | Vanguard FTSE DEV MKT[10] | | | $ (6,581) | | | (164.04) $ | 41.02 | (6,729) | |
| BFT | Clearbridge Small Cap Growth | | 12.50% $ | (80) | (80) $ | 35.93 | (2.23) | 35.11 | (78) | |
| BFT | Parnassus Core Equity INST | | 43.75% | (280) | (280) | 42.03 | (6.67) | 45.18 | (301) | |
| BFT | Touchstone Sands Capital INST | | 43.75% | (280) | (280) | 21.82 | (12.84) | 24.09 | (309) | |
| **BFT Total** | | **$ (640)** | | **$ (640) $** | **(7,222)** | | | | | **$ (7,417)** |
| **TOTAL** | | **$ (4,172)** | | **$ (4,172) $** | **(5,601)** | | | | | **$ (5,889)** |

**Fleck Revocable Trusts - Forgone Dividends**                                    **Attachment 4**

| Trust | Asset | Dividend Declared Date | Dividends for Shareholders of Record on | Payment Date | Dividends |
|-------|-------|------------------------|------------------------------------------|--------------|-----------|
| AFT | Anheuser Busch | 10/26/2018 | 11/28/2018 | 12/21/2018 | |
| AFT | BlackRock | 11/21/2018 | 12/7/2018 | 12/26/2018 | $ (65.73) |
| AFT | Celgene | No Dividend | | | |
| AFT | eBay | No Dividend | | | |
| AFT | Halliburton | 11/8/2018 | 12/6/2018 | 12/27/2018 | (20.52) |
| AFT | Home Depot | 11/16/2018 | 11/29/2018 | 12/13/2018 | |
| AFT | Estee Lauder | 10/31/2018 | 11/30/2018 | 12/17/2018 | |
| AFT | Raytheon[1] | 10/10/2018 | 11/16/2018 | 12/10/2018 | |
| AFT | S&P Global | 10/30/2018 | 11/28/2018 | 12/12/2018 | |
| AFT | Schlumberger | 12/4/2018 | 12/5/2018 | 1/11/2019 | (95.00) |
| AFT | Schwab | No Dividend | | | |
| AFT | Texas Instruments[2] | 1/17/2019 | 1/30/2019 | 2/11/2019 | (78.54) |
| AFT | Lazard Int Strategic EQ | 12/21/2018 | 12/20/2018 | 12/24/2018 | (2,689.64) |
| AFT | Maingate MLP Fund | No Dividend | | | |
| AFT | PIMCO Comm Real Ret | 12/26/2018 | 12/24/2018 | 12/26/2018 | (1,205.80) |
| AFT | Vanguard FTSE DEV MKT | 12/20/2018 | 12/26/2018 | 12/28/2018 | (1,857.11) |
| | | | | | |
| BFT | Anheuser Busch | 10/26/2018 | 11/28/2018 | 12/21/2018 | |
| BFT | BlackRock | 11/21/2018 | 12/7/2018 | 12/26/2018 | $ (65.73) |
| BFT | Celgene | No Dividend | | | |
| BFT | eBay | No Dividend | | | |
| BFT | Halliburton | 11/8/2018 | 12/6/2018 | 12/27/2018 | (20.52) |
| BFT | Home Depot | 11/16/2018 | 11/29/2018 | 12/13/2018 | |
| BFT | Estee Lauder | 10/31/2018 | 11/30/2018 | 12/17/2018 | |
| BFT | Raytheon | 10/10/2018 | 11/16/2018 | 12/10/2018 | |
| BFT | S&P Global | 10/30/2018 | 11/28/2018 | 12/12/2018 | |
| BFT | Schlumberger | 12/4/2018 | 12/5/2018 | 1/11/2019 | (95.00) |
| BFT | Schwab | No Dividend | | | |
| BFT | Texas Instruments[1] | 1/17/2019 | 1/30/2019 | 2/11/2019 | (78.54) |
| BFT | PIMCO Comm Real Ret | 12/26/2018 | 12/24/2018 | 12/26/2018 | (1,232.52) |
| BFT | Vanguard FTSE DEV MKT | 12/20/2018 | 12/26/2018 | 12/28/2018 | (2,942.60) |

Notes:

[1] The Masten Report, Schedule 3a indicates a Raytheon dividend payment on December 10, 2018 but the Trust account statements do not show a dividend payment until January 31, 2019. I have utilized the same Raytheon dividend information as the Masten Report.

[2] In Masten Report, Schedule 3a, Masten considers foregone dividends for the period December 3, 2018 to January 3, 2019. To analyze scenarios that utilize different harvest and re-investment dates, I have considered dividends declared in January 2019. Dividends obtained from January 2019 and February 2019 Account Statements [FWTB_0000240, FWTB_0000055, FWTB_0000226, and FWTB_0000041].

*Source: Masten Report, Schedule 3a*

**Fleck Revocable Trusts - Effect of Tax Harvest Sale Date on Trust Value as of May 13, 2019**

Attachment 5



**Expected Portfolio Return Based on Market Indices**                    Attachment 6

| Asset Class | Selected Index | Target Allocation | Index Return | Weighted Index Return |
|---|---|---|---|---|
| | | [1] | [2] | |
| US Large Cap Equities | S&P 500 | 13% | 9.76% | 1.27% |
| US Mid Cap Equities | S&P Midcap 400 | 4% | 3.07% | 0.12% |
| US Small Cap Equities | S&P SmallCap 600 | 6% | -0.14% | -0.01% |
| International Equities | S&P International 700 | 12% | -2.97% | -0.36% |
| Emerging Markets | S&P Emerging BMI | 3% | -2.31% | -0.07% |
| High Yield Bonds | S&P U.S. High Yield Corporate Bond Index | 4% | 7.00% | 0.28% |
| Fixed Income | S&P U.S. Aggregate Bond Index | 49% | 5.40% | 2.65% |
| Alternatives | *See Attachment 8* | 8% | 2.71% | 0.22% |
| Cash and Equivalents | S&P US T-Bill | 1% | 2.26% | 0.02% |
| | | | **Expected Annualized Return** | **4.12%** |

*Sources:*
*[1] May 8, 2018 Investment Policy Statement, specifically FWTB_0000441*
*[2] S&P Indices data retrieved from www.spglobal.com.  See Attachment 9.*

**Actual Portfolio Performance**                                                                    **Attachment 7**

| | Relevant Date | Aaron Fleck Trust | Barbara Fleck Trust | Combined |
|---|---|---|---|---|
| **Beginning Value** | 5/23/2018 | $ (4,000,000) | $ (4,000,000) | $ (8,000,000) |
| **Fees** | | | | |
| Quarterly Portfolio Fee - 6/30/18 | 7/20/2018 | 1,495 | 1,487 | 2,981 |
| Q218 Investment Management Fee | 7/20/2018 | 174 | 174 | 347 |
| Q318 Investment Management Fee | 10/12/2018 | 496 | 496 | 992 |
| Quarterly Portfolio Fee - 9/30/18 | 10/12/2018 | 3,547 | 3,517 | 7,064 |
| Q418 Investment Management Fee | 1/18/2019 | 462 | 462 | 924 |
| Quarterly Portfolio Fee - 12/31/18 | 1/18/2019 | 6,932 | 6,849 | 13,781 |
| Quarterly Portfolio Fee - 3/31/19 | 4/19/2019 | 6,874 | 6,777 | 13,651 |
| **Ending Value** | 5/6/2019 | 4,182,610 | 4,115,371 | 8,297,980 |
| **Actual Annualized Return** | | **5.33%** | **3.55%** | **4.44%** |
| Expected Annualized Return (from Attachment 6) | | 4.12% | 4.12% | 4.12% |
| **Overperformance (Underperformance)** | | **1.20%** | **-0.57%** | **0.31%** |

*Sources: Aaron Fleck Trust and Barbara G. Fleck Trust Account Statements for May 2018 - May 2019; FLECK_000167; FLECK_000974*

**Alternative Investment Return Analysis**                                    **Attachment 8**

**Weighted Return of Alternative Investments**

|  | Selected Index | Index Return, Annualized | Weight | Weighted Index Return, Annualized |
|---|---|---|---|---|
| REITs | S&P Global REIT | 13.36% | 25.0% | 3.34% |
| MLPs | S&P MLP Index | 0.83% | 25.0% | 0.21% |
| Commodities | S&P GSCI | -10.79% | 25.0% | -2.70% |
| Private Equity | S&P Listed Private Equity Index | 7.44% | 25.0% | 1.86% |
| **Total Alternatives** | | | **100.0%** | **2.71%** |

*Source: S&P Indices data retrieved from www.spglobal.com*

**Annualized Index Returns**                                                                                                          **Attachment 9**

| Asset Class | Selected Index | Selected Beginning Date | Index Value on Beginning Date | Selected Ending Date | Index Value on Ending Date | Lenth of Investment (Days) | Length of Investment (Years) | CAGR |
|---|---|---|---|---|---|---|---|---|
| US Large Cap Equities | S&P 500 | 5/23/2018 | 5,369.99 | 5/6/2019 | 5,868.45 | 348 | 0.95 | 9.76% |
| US Mid Cap Equities | S&P Midcap 400 | 5/23/2018 | 2,902.71 | 5/6/2019 | 2,987.53 | 348 | 0.95 | 3.07% |
| US Small Cap Equities | S&P SmallCap 600 | 5/23/2018 | 1,301.12 | 5/6/2019 | 1,299.36 | 348 | 0.95 | -0.14% |
| International Equities | S&P International 700 | 5/23/2018 | 3,453.02 | 5/6/2019 | 3,355.16 | 348 | 0.95 | -2.97% |
| Emerging Markets | S&P Emerging BMI | 5/23/2018 | 497.38 | 5/6/2019 | 486.41 | 348 | 0.95 | -2.31% |
| High Yield Bonds | S&P U.S. High Yield Corporate Bond Index | 5/23/2018 | 608.21 | 5/6/2019 | 648.72 | 348 | 0.95 | 7.00% |
| Fixed Income | S&P U.S. Aggregate Bond Index | 5/23/2018 | 189.43 | 5/6/2019 | 199.17 | 348 | 0.95 | 5.40% |
| Alternatives - PE | S&P Listed Private Equity Index | 5/23/2018 | 292.65 | 5/6/2019 | 313.36 | 348 | 0.95 | 7.44% |
| Alternatives - REITs | S&P Global REIT | 5/23/2018 | 531.18 | 5/6/2019 | 598.60 | 348 | 0.95 | 13.36% |
| Alternatives - MLPs | S&P MLP Index | 5/23/2018 | 4,704.40 | 5/6/2019 | 4,741.51 | 348 | 0.95 | 0.83% |
| Alternatives - Commodities | S&P GSCI | 5/23/2018 | 2,861.85 | 5/6/2019 | 2,566.77 | 348 | 0.95 | -10.79% |
| Cash and Equivalents | S&P US T-Bill | 5/23/2018 | 230.58 | 5/6/2019 | 235.55 | 348 | 0.95 | 2.26% |

*Source: S&P Indices data retrieved from www.spglobal.com*

**Realized Gains/(Losses) Resulting from Masten Scenario**                                    Attachment 10

| Trust | Asset | Original Shares | Increase in Shares at Repurchase | Total Shares | Share Price on 2/6/2019 | Total Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | [1] | [1] | | [2] | | [3] | |
| AFT | Anheuser Busch | 120.00 | 18.46 | 138.46 | $ 78.48 | $ 10,866 | $ 9,185 | $ 1,681 |
| AFT | BlackRock | 21.00 | 2.86 | 23.86 | 416.05 | 9,927 | 9,103 | 823 |
| AFT | Celgene | 145.00 | (19.15) | 125.85 | 87.95 | 11,068 | 10,699 | 370 |
| AFT | eBay | 300.00 | 18.54 | 318.54 | 35.60 | 11,340 | 9,072 | 2,268 |
| AFT | Halliburton | 114.00 | 21.48 | 135.48 | 32.06 | 4,343 | 3,692 | 652 |
| AFT | Home Depot | 61.00 | 4.52 | 65.52 | 184.63 | 12,097 | 11,154 | 943 |
| AFT | Estee Lauder | 76.00 | 12.47 | 88.47 | 150.26 | 13,293 | 11,302 | 1,992 |
| AFT | Raytheon | 27.00 | 3.93 | 30.93 | 174.95 | 5,411 | 4,743 | 668 |
| AFT | S&P Global | 28.00 | 3.19 | 31.19 | 193.17 | 6,025 | 5,203 | 822 |
| AFT | Schlumberger | 190.00 | 42.63 | 232.63 | 45.03 | 10,475 | 8,714 | 1,761 |
| AFT | Schwab | 199.00 | 22.64 | 221.64 | 46.01 | 10,198 | 9,096 | 1,102 |
| AFT | Texas Instruments | 102.00 | 13.16 | 115.16 | 106.32 | 12,244 | 10,406 | 1,837 |
| AFT | Maingate MLP Fund[4] | 9,964.91 | 1,296.60 | 11,261.51 | 7.21 | 81,196 | 73,876 | 7,320 |
| AFT | PIMCO Comm Real Ret | 12,719.43 | 854.72 | 13,574.15 | 5.93 | 80,495 | 76,015 | 4,479 |
| **Subtotal** | | | | | | $ 278,978 | $ 252,260 | $ 26,718 |
| | | | | | | | | |
| BFT | Anheuser Busch | 120.00 | 18.46 | 138.46 | $ 78.48 | $ 10,866 | $ 9,185 | $ 1,681 |
| BFT | BlackRock | 21.00 | 2.86 | 23.86 | 416.05 | 9,927 | 9,103 | 823 |
| BFT | Celgene | 145.00 | (19.15) | 125.85 | 87.95 | 11,068 | 10,699 | 370 |
| BFT | eBay | 300.00 | 18.54 | 318.54 | 35.60 | 11,340 | 9,072 | 2,268 |
| BFT | Halliburton | 114.00 | 21.48 | 135.48 | 32.06 | 4,343 | 3,692 | 652 |
| BFT | Home Depot | 61.00 | 4.52 | 65.52 | 184.63 | 12,097 | 11,154 | 943 |
| BFT | Estee Lauder | 76.00 | 12.47 | 88.47 | 150.26 | 13,293 | 11,302 | 1,992 |
| BFT | Raytheon | 27.00 | 3.93 | 30.93 | 174.95 | 5,411 | 4,743 | 668 |
| BFT | S&P Global | 28.00 | 3.19 | 31.19 | 193.17 | 6,025 | 5,203 | 822 |
| BFT | Schlumberger | 190.00 | 42.63 | 232.63 | 45.03 | 10,475 | 8,714 | 1,761 |
| BFT | Schwab | 199.00 | 22.64 | 221.64 | 46.01 | 10,198 | 9,096 | 1,102 |
| BFT | Texas Instruments | 102.00 | 13.16 | 115.16 | 106.32 | 12,244 | 10,406 | 1,837 |
| BFT | PIMCO Comm Real Ret | 13,001.28 | 873.66 | 13,874.94 | 5.93 | 82,278 | 77,700 | 4,579 |
| **Subtotal** | | | | | | $ 199,566 | $ 180,069 | $ 19,497 |
| | | | | | | | | |
| **Total** | | | | | | $ 478,544 | $ 432,329 | $ 46,215 |

Plaintiff's Marginal Tax Rate[5]   28.43%

Realized Tax Liability   $  13,139

Notes:

[1] The original shares and the increase in shares repurchased in the Masten Report's scenario obtained from the Masten Report, Schedule 3.

[2] The share price on 2/6/2019 is calculated as the actual proceeds received in the Trust accounts divided by the number of shares sold.

[3] The cost basis for each security is represented by the funds that were available to reinvest as of 1/3/2019 from the Masten Report, Schedule 3.

[4] The Maingate MLP Fund was liquidated prior to the February 2019 allocation. I utilize the same $7.21 price utilized in the Masten Report in calculating the proceeds the Trusts would have received in the Masten Report's scenario. See the Masten Report, Schedule 4.

[5] I have utilized the same marginal tax rate as the Masten Report. See Masten Report, Schedule 2.

*Sources: FWTB_0000140;  FWTB_0000330; Masten Report, Schedule 3*

**Actual Realized Gains/(Losses) of Securities Included in the Masten Report**                                    Attachment 11

| Trust | Asset | Sale Date | Shares Sold | Proceeds | Cost | Realized Gain/Loss |
|-------|-------|-----------|-------------|----------|------|--------------------|
| AFT | Anheuser Busch | 2/6/2019 | 120 | $ 9,417 | $ 11,052 | $ (1,635) |
| AFT | BlackRock | 2/6/2019 | 21 | 8,737 | 10,944 | (2,207) |
| AFT | Celgene | 2/6/2019 | 145 | 12,753 | 11,252 | 1,501 |
| AFT | eBay | 2/6/2019 | 300 | 10,680 | 11,268 | (588) |
| AFT | Halliburton | 2/6/2019 | 114 | 3,655 | 5,654 | (2,000) |
| AFT | Home Depot | 2/6/2019 | 61 | 11,262 | 11,289 | (27) |
| AFT | Estee Lauder | 2/6/2019 | 76 | 11,420 | 11,401 | 18 |
| AFT | Raytheon | 2/6/2019 | 27 | 4,724 | 5,627 | (904) |
| AFT | S&P Global | 2/6/2019 | 28 | 5,409 | 5,514 | (105) |
| AFT | Schlumberger | 2/6/2019 | 190 | 8,556 | 12,706 | (4,150) |
| AFT | Schwab | 2/6/2019 | 199 | 9,156 | 10,943 | (1,787) |
| AFT | Texas Instruments | 2/6/2019 | 102 | 10,845 | 11,290 | (445) |
| AFT | Lazard Int Strategic EQ[1] | N/A | N/A | N/A | N/A | N/A |
| AFT | Maingate MLP Fund[2] | 12/21/2018 | 9,965 | 66,466 | 83,050 | (16,584) |
| AFT | PIMCO Comm Real Ret | 2/6/2019 | 12,934 | 76,699 | 89,808 | (13,109) |
| AFT | Vanguard FTSE DEV MKT[1] | N/A | N/A | N/A | N/A | N/A |
| **Subtotal** | | | | $ 249,777 | $ 291,799 | $ (42,022) |
| | | | | | | |
| BFT | Anheuser Busch | 2/6/2019 | 120 | $ 9,417 | $ 11,052 | $ (1,635) |
| BFT | BlackRock | 2/6/2019 | 21 | 8,737 | 10,944 | (2,207) |
| BFT | Celgene | 2/6/2019 | 145 | 12,753 | 11,252 | 1,501 |
| BFT | eBay | 2/6/2019 | 300 | 10,680 | 11,268 | (588) |
| BFT | Halliburton | 2/6/2019 | 114 | 3,655 | 5,654 | (2,000) |
| BFT | Home Depot | 2/6/2019 | 61 | 11,262 | 11,289 | (27) |
| BFT | Estee Lauder | 2/6/2019 | 76 | 11,420 | 11,401 | 18 |
| BFT | Raytheon | 2/6/2019 | 27 | 4,724 | 5,627 | (904) |
| BFT | S&P Global | 2/6/2019 | 28 | 5,409 | 5,514 | (105) |
| BFT | Schlumberger | 2/6/2019 | 190 | 8,556 | 12,706 | (4,150) |
| BFT | Schwab | 2/6/2019 | 199 | 9,156 | 10,943 | (1,787) |
| BFT | Texas Instruments | 2/6/2019 | 102 | 10,845 | 11,290 | (445) |
| BFT | PIMCO Comm Real Ret | 2/6/2019 | 13,221 | 78,398 | 92,366 | (13,968) |
| BFT | Vanguard FTSE DEV MKT[1] | N/A | N/A | N/A | N/A | N/A |
| **Subtotal** | | | | $ 185,010 | $ 211,307 | $ (26,297) |
| **Total** | | | | $ 434,787 | $ 503,106 | $ (68,319) |

|  |  |
|--|--|
| Plaintiff's Marginal Tax Rate[3] | 28.43% |
| Realized Tax Savings | $ (19,423) |

Notes:

[1] Lazard Int Strategic Eq and Vanguard FTSE DEV MKT funds were held through the February 2019 reallocation and transferred to another investment manager in May 2019.

[2] Maingate MLP Fund was sold on December 20, 2018 resulting in a realized loss. See FWTB_0000207.

[3] I have utilized the same marginal tax rate as the Masten Report. See Masten Report, Schedule 2.

*Sources: Masten Report, Schedule 1; Trust Account Statements for December 2018 and February 2019 [FWTB_0000041, FWTB_0000226, FWTB_0000207]; Masten Report, Schedule 2*

**Unrealized Gains/(Losses) Resulting from Masten Scenario**                                         **Attachment 12**

| Trust | Asset | Original Shares | Increase in Shares at Repurchase | Total Shares | Share Price on 5/8/2019 | Total Market Value | | Cost Basis | | Unrealized Gain/Loss | |
|-------|-------|-----------------|----------------------------------|--------------|-------------------------|--------------------|--|------------|--|----------------------|--|
| | | [1] | [1] | | [2] | | | [3] | | | |
| AFT | Lazard Int Strategic EQ | 13,273 | 2,238.16 | 15,511 | 14.45 | $ | 224,136 | $ | 196,371 | $ | 27,765 |
| AFT | Vanguard FTSE DEV MKT | 4,800 | 456.50 | 5,257 | 41.02 | | 215,622 | | 193,649 | | 21,972 |
| **Subtotal** | | | | | | $ | **439,758** | $ | **390,020** | $ | **49,737** |
| BFT | Vanguard FTSE DEV MKT | 7,669 | 659.94 | 8,329 | 41.02 | $ | 341,653 | $ | 306,838 | $ | 34,815 |
| **Subtotal** | | | | | | $ | **341,653** | $ | **306,838** | $ | **34,815** |
| **Total** | | | | | | $ | **781,411** | $ | **696,859** | $ | **84,552** |

**Plaintiff's Marginal Tax Rate[4]**    **28.43%**

**Future Tax Liability**    $   **24,038**

Notes:

[1] The original shares and the increase in shares repurchased in the Masten Report's scenario obtained from the Masten Report, Schedule 3.

[2] The share price on 5/8/2019 obtained from the Masten Report, Schedule 5.

[3] The cost basis for each security is represented by the funds that were available to reinvest as of 1/3/2019 from the Masten Report, Schedule 3.

[4] I have utilized the same marginal tax rate as the Masten Report. See Masten Report, Schedule 2.

*Sources: FWTB_0000140; FWTB_0000330; Masten Report, Schedule 3; Masten Report, Schedule 5*

**Unrealized Gains/(Losses) Resulting from Masten Scenario**                                    **Attachment 13**

| Trust | Asset | Additional Shares Acquired on 2/11/2019 | | Basis of Additional Shares | Share Price on 5/8/2019 | | Total Market Value as of 5/8/2019 | | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | [1] | | [1] | [1] | | | | |
| AFT | PARNASSUS CORE EQUITY INST | 298.54 | $ | 12,548 | 45.18 | $ | 13,488 | $ | 940 |
| AFT | TOUCHSTONE SANDS CAPITAL INST | 575.05 | | 12,548 | 24.09 | | 13,853 | | 1,305 |
| **Subtotal** | | | | | | $ | **27,341** | $ | **2,246** |
| | | | | | | | | | |
| BFT | CLEARBRIDGE SMALL CAP GROWTH | 55.17 | $ | 1,982 | 35.11 | $ | 1,937 | $ | (45) |
| BFT | PARNASSUS CORE EQUITY INST | 165.08 | | 6,938 | 45.18 | | 7,458 | | 520 |
| BFT | TOUCHSTONE SANDS CAPITAL INST | 317.98 | | 6,938 | 24.09 | | 7,660 | | 722 |
| **Subtotal** | | | | | | $ | **7,660** | $ | **722** |
| | | | | | | | | | |
| **Total** | | | | | | $ | **35,001** | $ | **2,967** |

Plaintiff's Marginal Tax Rate[2]     28.43%

Future Tax Liability   $  844

Notes:

[1] The additional shares that the Trusts would have been able to acquire in the Masten Report's scenario obtained from the Masten Report, Schedule 4.

[2] I have utilized the same marginal tax rate as the Masten Report.  See Masten Report, Schedule 2.

*Sources: Masten Report, Schedule 2; Masten Report, Schedule 4*

**Appendix A**





707 Seventeenth Street
Suite 2125
Denver, CO 80202
Tel:  (303) 704-4545
Cell:  (303) 884-8384
Fax:  (303) 704-4229
jahern@alvarezandmarsal.com

## Jon S. Ahern, CPA, CGMA

Senior Director – Disputes and Investigations

**Professional Certifications**

Certified Public Accountant (CO)

Chartered Global Management Accountant (CGMA)

**Professional History**

Alvarez & Marsal
(2008 – present)

Navigant Consulting, Inc.
(2004 – 2008)

Tucker Alan Inc.
(1994-2004)

Peterson Consulting, LP
(1992-1994)

**Education**

Colorado College
*Bachelor of Arts, Economics (1992)*
*Magna cum laude*

Metro State College of Denver
*Accounting coursework (2001 to 2005)*

**Honors**

Boettcher Scholar
Colorado College, 1988-1992

Phi Beta Kappa
Colorado College, 1992

**Professional Affiliations**

American Institute of Certified Public Accountants (AICPA)

Jon Ahern, a Senior Director in the Denver office of Alvarez & Marsal Disputes and Investigations, LLC, has over thirty years of experience in analyzing complex financial, accounting and economic issues for corporate clients and counsel in the context of litigation and dispute resolution.

Mr. Ahern has assisted companies in numerous industries, including telecommunications, utilities, insurance, financial institutions, natural resources, computer software, government contracts, technology, construction, manufacturing, mining, automotive, agriculture, cannabis, and real estate.  Mr. Ahern has expertise in commercial damages, forensic accounting, business valuation, corporate investigations, intellectual property damages, employment-related damages, class actions, trusts and estates, complex data analysis, insurance coverage and other areas.

Mr. Ahern has provided expert witness testimony on over thirty matters in various forums, including matters pending before federal courts, state courts, arbitration panels, regulatory agencies, and other venues.  Mr. Ahern has testified on commercial damages, valuation and forensic accounting analyses related to telecommunications, oil and gas, cannabis, automotive, leisure & travel, complex data analysis, manufacturing, class action litigation, fraud investigation, employment, personal injury, and other issues.

Mr. Ahern earned a Bachelor of Arts in Economics, magna cum laude, from Colorado College in 1992 and completed additional accounting coursework at Metro State College of Denver.  Mr. Ahern is a Certified Public Accountant (CPA) licensed by the State of Colorado and a Chartered Global Management Accountant (CGMA).

Jon S. Ahern, CPA, CGMA

---

### *COMPLEX COMMERCIAL DAMAGES & BUSINESS VALUATION MATTERS:*

- Provided expert testimony in a dispute related to natural gas exploration, production, and transportation in Colorado.  Evaluated the potential economic impact of a delay in pipeline operations on completed and producing wells in the region, including production modeling, operating costs, transportation costs, cost of capital and natural gas futures markets.

- Provided expert testimony on valuation and commercial damages in a legal malpractice matter related to a multi-state commercial plant and flower growing operation.

- Provided expert testimony on damages issues in a partner dispute related to a luxury real estate and golf course development project.

- Provided expert testimony at arbitration related to commercial damages in the cannabis industry in a dispute regarding wrongful termination of franchise agreements and the related value of lost royalties and loss of "right of first refusal" to purchase the franchise.

- Provided expert testimony at trial on dispute related to alleged minority shareholder oppression of a mutli-billion dollar privately held company.  Analyzed valuation issues, reviewed distribution history, and analyzed potential damages claimed by minority shareholders.

- Provided expert testimony in deposition and at trial on a matter involving the value of lifetime ski pass privileges in the leisure and travel industry.  Evaluated 20 years of historical usage and developed a damages and valuation model based on up to 70 years of future use.  Considered industry trends, local economic factors and other issues to determine the net present value of potential losses.

- Evaluated complex executive compensation damages issues in an accounting malpractice matter related to failed tax shelter arrangements for senior executives of a public company.  Analyzed stock option grants/vesting/exercise, restricted stock grants, and other executive compensation to calculate potential economic losses under various scenarios.

- Provided expert testimony in several disputes related to automotive dealerships, including termination disputes and a new dealer protest action.  Evaluated financial condition and stability using dealership financial statements, performed comparisons to various geographical and size-based peer groups for dealerships for the same manufacturers and analyzed market data relevant to subject dealerships.

- Performed business valuations and analyzed valuation-related issues in numerous disputes in Bankruptcy Court and other forums.  Evaluated and weighted valuation approaches for companies in various industries including automotive parts, voting equipment and services, restaurants, real estate, technology, and other industries.

- Evaluated damages in a "failure to fund" matter related to an urban high-rise condominium development project.  Compared terms of replacement financing to original financing, and determined damages based on additional interest costs, additional project costs, delay-related costs, deferred take-down schedules for condo units, additional equity investments, and other factors.

- Assessed the damages to a natural gas marketing company due a breach of contract by the company engaged to provide interstate transportation services.  Evaluated the markets for supply and demand of natural gas at the wellhead and destination, as well as the potential profits that could have been realized under alternative shipping arrangements.

- Analyzed damages in a dispute between two mining companies over the purchase/sale of a gold mining operation in New Zealand.  Evaluated the mine's actual cash flow, remediations costs, and operating margins.  Presented findings at mediation.

- Analyzed damages issues in a dispute related to a failed land development partnership in Colorado.  Projected partnership cash flows and values overtime by forecasting development costs, lot values,

Jon S. Ahern, CPA, CGMA

___

take-down schedules, tap fees, partnership operating expenses and financing costs.  Developed a complex financial model and range of values before settlement of the case.

- Performed numerous lost compensation calculations related to wrongful termination, temporary disability, permanent disability, and death.  Utilized appropriate economic and financial data, including earning history, occupational information, demographic data and mitigating factors such as alternative employment income, future earning potential and the time value of money to determine economic loss.

### *FORENSIC ACCOUNTING AND CORPORATE INVESTIGATIONS:*

- Provided expert testimony in United States Bankruptcy court on financial and accounting issues related to substantive consolidation.  Evaluated business records and accounting detail of a holding company and wholly-owned subsidiary in the voting systems industry to determine whether the companies' operations and financial condition were separate and could be reasonably distinguished.

- Provided expert testimony related to allegedly fraudulent distributions from an estate and assessed restitution and unjust enrichment from the perspective of the distributions' recipients.

- Worked directly with Special Counsel hired by the Audit Committee of a publicly traded company related to a stock-option backdating investigation.  Directed a team that reviewed option grant procedures, documentation, and timing.  Presented findings to the company's Board.

- Performed forensic analysis of billions of dollars of transaction-level revenue in special purpose financial statements for a large telecommunications provider.  Developed methods to compile and analyze local revenue, access revenue, long distance revenue and other revenue over a five-year period.  Assisted with design and development of data repository and reporting tools.

### *TELECOMMUNICATIONS AND REGULATED INDUSTRY MATTERS:*

- Provided expert testimony at arbitration in a dispute related to wholesale telecommunications services.  Analyzed charge detail, discounts, payments, credits and other information from over 250 invoices and reconciled totals with supporting call detail records.  Evaluated damages issues related to alleged traffic losses caused by service quality and pricing issues.

- Evaluated over 30 million call detail records in the context of a dispute between a Regional Bell Operating Company (RBOC) and a Competitive Local Exchange Carrier (CLEC).  Analyzed the CLEC's allegation that the RBOC was systematically under-reporting access call traffic, causing financial harm to CLEC.   Developed analytical databases and ultimately matched or explained over 99% of the alleged unreported calls.  Prepared expert report and provided deposition testimony.

- Assisted a large telecommunications company with the analysis of telephone rental charges to customers over a six-year period in the context of a class action matter.  Developed a class member database to collect, compile and organize data for nearly 200,000 customers and provided declarations to the court related to potential class members and counsel's valuation of a settlement agreement.

- Analyzed the causes of failure of a global internet infrastructure company in the context of a dispute with a provider of a national, fiber optic indefeasible right of use (IRU).  Evaluated financial, operational and market issues, including comparable IRU transactions, market valuations and international bandwidth pricing and demand trends.

- Evaluated damages and causation issues in fraud and breach of contract disputes between wireless telecommunications entities and third-party telemarketers and resellers of wireless services.  Evaluated account information and call detail records to identify potentially fraudulent accounts wireless phone orders and developed a database model to track results.

- Assisted a major electric and gas utility in the analysis of general and administrative expenses for the

Jon S. Ahern, CPA, CGMA

purposes of ratemaking. Developed and implemented a web-based questionnaire for collection of each department's historical costs, cost forecasts and activity level work detail for use in regulatory filings.

- Created a valuation model for a nuclear power generating facility at the center of a dispute between members of an electric power cooperative. Projected the detailed financial performance of the facility using factors related to rate base, cost of capital, demand for electric power and other relevant operational and market factors.

### INTELLECTUAL PROPERTY MATTERS:

- Evaluated damages in a trade secret misappropriation matters in numerous industries, including biotechnology, industrial ventilation, investment management, steel building construction, financial institutions, and other industries. Analyzed lost profits, unjust enrichment, cost to cure, corrective advertising and other potential remedies.

- Analyzed lost profits and reasonable royalty damages in a patent dispute involving computer disk utility software. Compiled and analyzed domestic and international product line sales data for two alleged infringers of the patent and used Panduit factors to determine lost profits versus reasonable royalty, by product line.

- Analyzed the lost profits of an international computer software company resulting from the alleged copyright infringement of a competitor. Involved the assessment of industry and economic trends, product lifecycles, pricing policies and corporate cost allocation procedures.

- Determined damages in a trademark infringement case involving manufacturers of screen-printed shirts and other souvenirs. Calculated the profits achieved by the infringing company, assessed the lost sales and income of the plaintiff, and analyzed the companies' cost structures to identify the variable expenditures associated with additional sales.

### INVESTMENT MANAGEMENT AND FINANCIAL INSTITUTION MATTERS:

- Provided expert witness testimony related to a fraud investigation involving a warehouse line of credit for residential mortgage loans. Performed detailed analysis of the bank's loan files, ownership and encumbrance reports and other information to understand and illustrate for the court how the alleged fraud was perpetrated.

- Provided expert witness testimony on several matters involving investment management and private equity companies. Analyzed damages issues related to alleged mismanagement, trade secret theft, and regulatory non-compliance. Developed distribution waterfalls to evaluate cash flows, and analyzed portfolio returns in comparison to industry benchmarks.

- Provided expert witness testimony at arbitration for a large national bank involving allegations that a customer's losses were caused by the bank's failure to detect a fraud scheme perpetrated by an employee of the customer.

- Analyzed the lost profits of a savings and loan institution due to a breach of contract by governmental and regulatory agencies. Prepared a detailed financial model which simulated the financial position, operations and cash flows of the institution and its wholly owned mortgage banking subsidiary. Researched and incorporated variables related to cost of capital, portfolio yields, investment performance and regulatory compliance.

- Performed an analysis of the accounting records of a large financial institution to assess losses attributable to mismanagement and fraud by the institution's Directors and Officers. Interviewed relevant personnel and prepared a detailed history of a $750 million loan portfolio that summarized the net cash loss to the institution.

**Appendix A**

Jon S. Ahern, CPA, CGMA

---

## *CONSTRUCTION, INSURANCE COVERAGE AND OTHER MATTERS:*

- Analyzed damages issues in a dispute related to construction of a large U.S. wind farm.  Analyzed construction costs, change orders, cost overruns, delay impact on costs, demurrage, liquidated damages, and post-construction impact on project net present value.

- Investigated and analyzed vendor contracts and construction costs in a dispute related to expansion of a large domestic airport.

- Developed a forecasting and cost allocation database model for past and estimated future asbestos and silicosis claims of an industrial machinery manufacturer.  Analyzed and mapped over 300 insurance policies spanning a 40-year period.  Assisted client and counsel with numerous buy-out and cost sharing negotiations with insurance companies.

- Developed and utilized a spreadsheet model simulation of the Environmental Protection Agency's BEN Model to determine the economic benefit (or loss) realized by an equipment manufacturer through non-compliance with limits on the disposition of toxic by-products of a steel-coating process.

- Calculated the damages suffered by a major defense contracting firm resulting from a vendor's shipment of defective hybrid computer chips.  Identified and quantified the direct, indirect, and overhead cost increases incurred by the defense contractor in correcting the problem and accelerating its remaining schedule to meet delivery deadlines imposed by government production schedules.

- Analyzed various investments of a company that constructed, purchased and operated hydroelectric generating facilities in the Pacific Northwest.  Assessed the reasonableness of projections related to construction costs, rainfall, power output and cost of generation to evaluate whether or not the asset valuations reported by the company were supportable.

**Appendix B**



---

Jon S. Ahern
Deposition and Trial Testimony – Past Four Years

<u>Michael Herman, et al. v. Mutual of Omaha Investor Services, Inc.</u>; Financial Industry Regulatory Authority (FINRA, Case No. 22-00519); Hearing Testimony, April 2023

<u>Nancy A. Leprino, Mary S. Leprino, et al. v. Leprino Foods Company, James G. Leprino, et al.</u>; District Court, County of Denver, Colorado (Case No. 2020cv32541); Deposition, October 2022; Trial, December 2022

<u>Bounce Enterprises, LLC v. The KONG Company, LLC, et al.</u>; District Court, City and County of Denver, Colorado (Case No. 2022cv032193); Hearing Testimony, November 2022

<u>Gilbert Zambrano, d/b/a Taskmasters v. Sparkplug Capital, LLC and Red Dot Management, LLC</u>; United States District Court for the Northern District of Illinois (Case No. 1:19-cv-00100); Deposition, April 2021; Trial, September 2022

<u>GT Industrial Products, LLC v. Wells Fargo & Company, Wells Fargo Bank, N.A., and Aaron Talbot</u>; American Arbitration Association (Case No. 01-21-0003-8289); Trial/Hearing, April 2022

<u>Medical Marijuana Access & Patient Safety, Inc. v. Keara Klinepeter, Acting Secretary, Pennsylvania Department of Health, et al.</u>; Commonwealth Court of Pennsylvania (Case No. 58 M.D. 2022); Preliminary Injunction Hearing, February 2022

<u>Lambland, Inc. d/b/a A-1 Organics, Inc. v. Heartland Biogas, LLC</u>; United States District Court, District of Colorado (Case No. 1:18-cv-01060-RM-KLM); Trial, November 2021

<u>Jushi FL, SPV, LLC, as assignee of TGS National Franchise, LLC v. San Felasco Nurseries, Inc., as assignee of Florida Compassionate Growers, LLC</u>; American Arbitration Association (Case No. 01-18-0003-9481); Arbitration, May 2021

<u>Elk Creek Ranch Owners Association, et al. v. William Wheeler, et al.</u>; District Court, Rio Blanco County, Colorado (Case No. 2017cv30015); Deposition, August 2018; Trial, October 2020

**Appendix B**

RV Horizons, Inc.; MHC America Fund, LLC, et al. v. Jamie Smith, Ryan Smith, MHPI VII, LLC, Elevation Capital Group, LLC, and Dahn Corporation; United States District Court, District of Colorado (Case No. 1:18-cv-02780-NYW); Deposition, April 2020

In the Matter of the Estate of William J. Young, IV; District Court, El Paso County, Colorado (Case No. 2012PR0177); Trial, July 2019

Kevin R. Collins and Cicero Investments. LLC v. Glenn Jacks and Galileo Investments, LLC; District Court, Douglas County, Colorado (Case No. 2017cv31123); Deposition, May 2019; Trial, July 2019

Englebrecht Verbeek v. Moye White, LLP, et al.; Judicial Arbiter Group, Inc. (Case No. 2018-0451A); Deposition, November 2018; Arbitration, February 2019

Facts & Data Considered                                    Appendix C

Legal Filings

1.   February 19, 2021 Complaint, Class Action Complaint, and Jury Demand
2.   May 14, 2021 First Amended Complaint
3.   March 15, 2021 Waiver and Acceptance of Service, with Exhibits
4.   June 3, 2021 Scheduling Order
5.   February 16, 2022 Amended Scheduling Order
6.   November 12, 2021 Plaintiffs' Objections and Responses to Defendants' First Set of Requests for Production and Interrogatories to Plaintiffs
7.   December 11, 2020 Mediation Statement
8.   December 13, 2021 Defendants' Response and Objections to Plaintiffs' First Set of Discovery Requests
9.   May 25, 2022 Motion to Certify Class by Plaintiff, with Exhibits
10.  December 27, 2022 Order Denying Motion for Class Certification
11.  March 22, 2023 Order Addressing Additional Expert Discovery and Affirmative Defenses
12.  May 15, 2023 Plaintiff's Expert Disclosures

Expert Reports

13.  March 24, 2022 Expert Report of Joseph Rulison
14.  March 24, 2022 Expert Report of Robert Reidy
15.  May 15, 2023 Expert Report of Lari B. Masten
16.  April 14, 2022 Initial Expert Report of Jon Ahern

Depositions (with Exhibits)

17.  March 1, 2022 Deposition of Aaron Fleck
18.  March 3, 2022 Deposition of Charles Bantis
19.  March 7, 2022 Deposition of Andrew Godfrey
20.  March 8, 2022 Deposition of Barbara Fleck
21.  March 9, 2022 Deposition of John Sawyer
22.  June 1, 2022 Deposition of Joseph Rulison

Bates Stamped Documents

23.  2018.12.31 IRS Transcript, FLECK_007522-FLECK_007537.pdf
24.  2018.05 Account Statement Aaron, FWTB_0000300.pdf
25.  2018.05 Account Statement Barb FWTB_0000112.pdf
26.  2018.06 Account Statement Aaron, FWTB_0000271.pdf
27.  2018.06 Account Statement Barb, FWTB_0000085.pdf
28.  2018.06.30 Quarterly Performance Report, FWTB_0005167.pdf
29.  2018.07 Account Statement Barb, FWTB_0000068.pdf
30.  2018.07 Account Statement Barb, FWTB_0000254.pdf
31.  2018.08 Account Statement Aaron, FWTB_0000193.pdf
32.  2018.08 Account Statement Barb, FWTB_0000010.pdf
33.  2018.09 Account Statement Aaron, FWTB_0000362.pdf
34.  2018.09 Account Statement Barb, FWTB_0000170.pdf
35.  2018.09.30 Quarterly Performance Report, FWTB_0005172.pdf
36.  2018.10 Account Statement Aaron, FWTB_0000346.pdf
37.  2018.10 Account Statement Barb, FWTB_0000155.pdf

Facts & Data Considered                                        Appendix C

38.     2018.11 Account Statement Aaron, FWTB_0000330.pdf
39.     2018.11 Account Statement Barb, FWTB_0000140.pdf
40.     2018.12 Account Statement Aaron, FWTB_0000207.pdf
41.     2018.12 Account Statement Barb, FWTB_0000024.pdf
42.     2018.12.31 Quarterly Performance Report, FWTB_0005177.pdf
43.     2019.01 Account Statement Aaron, FWTB_0000240.pdf
44.     2019.01 Account Statement Barb, FWTB_0000055.pdf
45.     2019.02 Account Statement Aaron, FWTB_0000226.pdf
46.     2019.02 Account Statement Barb, FWTB_0000041.pdf
47.     2019.03 Account Statement Aaron, FWTB_0000290.pdf
48.     2019.03 Account Statement Barb, FWTB_0000103.pdf
49.     2019.03.31 Quarterly Report re Performance, FWTB_0005162.pdf
50.     2019.04 Account Statement Aaron, FWTB_0000184.pdf
51.     2019.04 Account Statement Barb, FWTB_0000001.pdf
52.     2019.05 Account Statement Aaron, FWTB_0000319.pdf
53.     2019.05 Account Statement Barb, FWTB_0000130.pdf
54.     2019.05.06 FWTB gains and losses for Aaron Fleck_000971.pdf
55.     2019.05.06 FWTB gains and losses for Barbara Fleck_001101.pdf
56.     2019.06 Account Statement Aaron, FWTB_0000285.pdf
57.     2019.06 Account Statement Barb, FWTB_0000098.pdf
58.     2019.07 Account Statement Aaron, FWTB_0000268.pdf
59.     2019.07 Account Statement Barb, FWTB_0000082.pdf
60.     2018.05.08 Fee Agreement FWTB_0000426.pdf
61.     2018.05.08 Investment Services Agreement FWTB_0000414.pdf
62.     2018.05.08 IPS FWTB_0000437.pdf
63.     2019.04.22 Dreher Capital Loss Analysis FWTB_0002382.pdf
64.     2018.12 Tax Return (Draft), Fleck_007103.pdf
65.     2019.12.31 Fleck 2019 tax returns FLECK_000252.pdf
66.     FLECK_000003-FLECK_000038 A Fleck Revocable Trust 12 1 18 12 31 18_REDACTED.pdf
67.     FLECK_000039-FLECK_000049 A Fleck Revocable Trust Income and Expenses 12 31 18 5 15 19_REDACTED.pdf
68.     FLECK_000072-FLECK_000090 Barbara Fleck Revocable Trusrt 12 31 18  5 15 19_REDACTED.pdf
69.     FLECK_000101-FLECK_000170 Fleck Revocable Trust 12 31 18   5 15 19_REDACTED.pdf
70.     FLECK_000171-FLECK_000251 Fleck Revocable Trust 4 1 19 41 30 19 Statement_REDACTED.pdf
71.     FWTB_0000010.pdf
72.     FWTB_0000024.pdf
73.     FWTB_0000041.pdf
74.     FWTB_0000055.pdf
75.     FWTB_0000068.pdf
76.     FWTB_0000082.pdf
77.     FWTB_0000085.pdf
78.     FWTB_0000098.pdf
79.     FWTB_0000103.pdf
80.     FWTB_0000112.pdf

| | |
|---|---|
| 81. | FWTB_0000130.pdf |
| 82. | FWTB_0000140.pdf |
| 83. | FWTB_0000155.pdf |
| 84. | FWTB_0000170.pdf |
| 85. | FWTB_0000184.pdf |
| 86. | FWTB_0000193.pdf |
| 87. | FWTB_0000207.pdf |
| 88. | FWTB_0000226.pdf |
| 89. | FWTB_0000240.pdf |
| 90. | FWTB_0000254.pdf |
| 91. | FWTB_0000268.pdf |
| 92. | FWTB_0000271.pdf |
| 93. | FWTB_0000285.pdf |
| 94. | FWTB_0000290.pdf |
| 95. | FWTB_0000300.pdf |
| 96. | FWTB_0000319.pdf |
| 97. | FWTB_0000330.pdf |
| 98. | FWTB_0000346.pdf |
| 99. | 2018.11.06 QIR, FWTB_0005321 |
| 100. | FWTB_0000362.pdf |
| 101. | FWTB_0000611.pdf |
| 102. | FWTB_0000624.pdf |
| 103. | FWTB_0000642.pdf |
| 104. | FWTB_0000642.xlsx |
| 105. | FWTB_0000643.pdf |
| 106. | FWTB_0000643.xlsx |
| 107. | FWTB_0000645.pdf |
| 108. | FWTB_0000654.pdf |
| 109. | FWTB_0000782.pdf |
| 110. | FWTB_0000785.pdf |
| 111. | FWTB_0000941.pdf |
| 112. | FWTB_0001102.pdf |
| 113. | FWTB_0001103.pdf |
| 114. | FWTB_0001103.xlsx |
| 115. | FWTB_0001105.pdf |
| 116. | FWTB_0001114.pdf |
| 117. | FWTB_0001819.pdf |
| 118. | FWTB_0002658.pdf |
| 119. | FWTB_0002664.pdf |
| 120. | FWTB_0003963.pdf |
| 121. | FWTB_0003970.pdf |
| 122. | FWTB_0003970.xlsx |
| 123. | FWTB_0005557.pdf |
| 124. | FWTB_0005570.xlsx |
| 125. | FLECK_000328-FLECK_000330 Letter to Podoll 9.10.2020.pdf |
| 126. | FWTB_0000460.pdf |

**Facts & Data Considered**                                        **Appendix C**

127.   FWTB_0000461.pdf
128.   FWTB_0000545.pdf
129.   FWTB_0000555.pdf
130.   FWTB_0000772.pdf
131.   FWTB_0000773.pdf
132.   FWTB_0000774.pdf
133.   FWTB_0000947.pdf
134.   FWTB_0001099.pdf
135.   FWTB_0001100.pdf
136.   FWTB_0001749.pdf
137.   FWTB_0002125.pdf
138.   FWTB_0002167.pdf
139.   FWTB_0002382.pdf
140.   FWTB_0002423.pdf
141.   FWTB_0002437.pdf
142.   FWTB_0002581.pdf
143.   FWTB_0002652.pdf
144.   FWTB_0002983.pdf
145.   FWTB_0003029.pdf
146.   FWTB_0003165.pdf
147.   FWTB_0003166.pdf
148.   FWTB_0005160.pdf
149.   FWTB_0007733.pdf
150.   FWTB_0007748.pdf
151.   FWTB_0007753.pdf
152.   FWTB_0007767.pdf
153.   FWTB_0007769.pdf
154.   FWTB_0007770.pdf
155.   FWTB_0007775.pdf
156.   FWTB_0007779.pdf
157.   FWTB_0007783.pdf
158.   FWTB_0007787.pdf
159.   FWTB_0007789.pdf
160.   FWTB_0007790.pdf
161.   FWTB_0007793.pdf
162.   FWTB_0007796.pdf
163.   FWTB_0007807.pdf
164.   FWTB_0007810.pdf
165.   FWTB_0007818.pdf
166.   FWTB_0007917.pdf
167.   FWTB_0007934.pdf
168.   FWTB_0007945.pdf
169.   FWTB_0007948.pdf
170.   FWTB_0007984.pdf
171.   FWTB_0007992.pdf
172.   FWTB_0008328.pdf

Facts & Data Considered                                      Appendix C

173.    FWTB_0008343.pdf
174.    FWTB_0008358.pdf
175.    FLECK_000252-FLECK_000327 AARONHandBARBARAG_REDACTED.pdf
176.    Fleck_007103.pdf
177.    FWTB_0002126.pdf
178.    FWTB_0002126.xlsx
179.    FWTB_0007440.pdf
180.    FWTB_0007468.pdf
181.    FLECK_000050-FLECK_000055 A Fleck Trust Investment Svcs Agreement.pdf
182.    FLECK_000056-FLECK_000060 A Fleck Trust New Acct Info Form_REDACTED.pdf
183.    FLECK_000061-FLECK_000065 B Fleck New Acct Info Form_REDACTED.pdf
184.    FLECK_000066-FLECK_000071 B Fleck Trust Investment Svcs Agreement.pdf
185.    FLECK_000091-FLECK_000091 Fleck Fee Agreement.pdf
186.    FLECK_000092-FLECK_000098 Fleck IPS.pdf
187.    FLECK_000091-FLECK_000091 Fleck Fee Agreement.pdf
188.    FLECK_000092-FLECK_000098 Fleck IPS.pdf
189.    2019.02.06 quarterly review FWTB_0006273

No Bates
190.    Aaron & Barbara Fleck PFS_XLS.XLS
191.    Trust document_pdf.pdf
192.    20220701 Dkt 059-12 Ex to Def Opp to Mtn for Class Cert.pdf
193.    Joseph Rulison CV

Research
194.    IRS Topic No. 409, Capital Gains and Losses
195.    Yahoo Finance, https://finance.yahoo.com/
196.    Colorado Rules of Evidence, Rule 702, Testimony by Expert
197.    Federal Rules of Evidence, Rule 702, Testimony by Expert Witness
198.    S&P Global, https://www.spglobal.com
199.    Investing.com, https://www.investing.com/