IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

    Defendants.

---

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' DAMAGE EXPERT, LARI MASTEN**

---

Comes Now Plaintiffs, by and through their attorneys, Podoll & Podoll, P.C., respectfully submit their Second Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten.

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiffs has conferred with counsel for Defendants, who do not oppose the relief requested herein.

1.      On December 14, 2023, Defendants filed their Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten.

2.      The parties have actively engaged in settlement negotiations and hope to conclude a settlement within the next week.

3.      If the case is settled, there will be no need for Plaintiffs to respond to Defendants' Motion. Considering the present posture of the case, briefing Defendants' Motion and the Court's consideration of the pending Motion would likely waste counsels' time as well as judicial resources.

4.      Accordingly, Plaintiffs respectfully request an additional week extension of time through and including February 7, 2024, within which to respond to Defendants' Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten, or, in the alternative, formally advise this Court that this case has been settled.

WHEREFORE, Plaintiffs respectfully request an extension of time through and including February 7, 2024, within which to respond to Defendants' Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten.

Respectfully submitted January 31, 2024.

PODOLL & PODOLL, P.C.

By: *s/ Richard B. Podoll, Esq.*
Richard B. Podoll, #8775
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood Village, CO 80111
Tel: 303 861-4000
Fax: 303-861-4001
*Email: rich@podoll.net*
**Attorney for Plaintiffs**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2024, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

By: */s/Richard B. Podoll*
    Richard B. Podoll