IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

Defendants.

## ORDER RE: SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' DAMAGE EXPERT, LARI MASTEN

THIS MATTER, having come before the Court upon Plaintiffs' Second Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten, and the Court, having reviewed the Motion, the file in this matter, and being sufficiently advised in the premises, HEREBY GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiffs have through and including February 7, 2024, within which to respond to Defendants' Motion to Exclude the Opinions of Plaintiffs' Damage Expert, Lari Masten.

DONE AND SIGNED this _____ day of _____ 2024.

BY THE COURT:

_____
DISTRICT COURT JUDGE