IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-CPG

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FIRST WESTERN TRUST BANK,

CHARLES BANTIS, and

ANDREW GODFREY,

    Defendants.

## STIPULATION OF DISMISSAL

Under F.R.C.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims, with each side to bear its own costs and expenses.

Respectfully submitted February 6, 2024.

| | |
|---|---|
| PODOLL & PODOLL, P.C. | BRYAN CAVE LEIGHTON PAISNER LLP |
| By: *s/ Richard B. Podoll, Esq.* | By: *s/ Adam B. Stern* |
| Richard B. Podoll, #8775 | Adam B. Stern #51860 |
| Podoll & Podoll, P.C. | Bryan Cave Leighton Paisner LLP |
| 5619 DTC Pkwy, Ste 1100 | 1700 Lincoln Street, Suite 4100 |
| Greenwood Village, CO 80111 | Denver, CO 80203 |
| Tel: 303-861-4000 | Tel: 303-861-7000 |
| rich@podoll.net | adam.stern@bclplaw.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2024, a true and correct copy of the foregoing was served via PACER/ECF upon the following:

***Attorneys for Defendants***
Timothy R. Beyer, Esq.
Adam B. Stern, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000
tim.beyer@bclplaw.com
adam.stern@bclplaw.com

By: */s/Richard B. Podoll*
Richard B. Podoll