IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01073-CMA-NRN

THE AARON H. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

THE BARBARA G. FLECK REVOCABLE TRUST, through its Trustees, Aaron H. Fleck and Barbara G. Fleck,

AARON FLECK, and BARBARA G. FLECK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST WESTERN TRUST BANK,
CHARLES BANTIS, and
ANDREW GODFREY,

Defendants.

## ORDER RE: STIPULATION OF DISMISSAL

THIS MATTER, having come before the Court upon the Joint Stipulation of Dismissal, and the Court, having reviewed the Stipulation, the file in this matter, and being sufficiently advised in the premises, HEREBY dismisses all claims with prejudice, with each side to bear its own costs and expenses.

DONE AND SIGNED this _____ day of _____ 2024.

BY THE COURT:

_____
DISTRICT COURT JUDGE